| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| JUSTIN E. STERLING LAW OFFICES <br> JUSTIN E. STERLING, ESQ. (SBN 249491) <br> 15760 VENTURA BLVD STE 700 <br> ENCINO, CA 91436 <br> TELEPHONE NO: (818) 995-9452    FAX NO *(Optional)*: (818) 824-3533 <br> E-MAIL ADDRESS *(Optional)*: justin@sterlingdefense.com <br> ATTORNEY FOR *(Name)*: Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF   SACRAMENTO <br> STREET ADDRESS: 5 I ST <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: SACRAMENTO, 95814 <br> BRANCH NAME: US DISTRICT COURT - EASTERN - SACRAMENTO | |
| PLAINTIFF / PETITIONER: DORA SOLARES <br> DEFENDANT / RESPONDENT: RALPH DIAZ | CASE NUMBER: <br> 1:20−CV−00323−NONE−BAM |
| **PROOF OF SERVICE** | Ref. No. or File No.: <br> 4446540 (1515) |

1. At the time of service I was 18 years of age and not a party to this action.

2. I served copies of the:
   SUMMONS IN A CIVIL CASE; COMPLAINT FOR DAMAGES; CIVIL COVER SHEET; DECLARATION OF DORA DOLARES PURSUANT TO SECTION 377.32 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE; NOTICE OF INTERESTED PARTIES; ORDER SETTING MANDATORY SCHEDULING CONFERENCE; STANDING ORDER IN LIGHT OF ONGOING JUDICIAL EMERGENCY IN THE EASTERN DISTRICT OF CALIFORNIA; STANDING ORDER; MAGISTRATE JUDGE CONSENT IN CIVIL CASES: KNOW YOUR RIGHTS; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; CONSENT / DECLINE OF U.S. MAGISTRATE JUDGE JURISDICTION; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271

3. Party served: JOSEPH BURNS, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY

4. Address where the party was served: <br> 1515 S ST <br> SACRAMENTO, CA 95811

5.b. I served the party on: **DATE: Apr 2, 2020  TIME: 9:58 am**

   I served the party by **substituted service.**

   I left the documents listed in Item 2 with or in the presence of <br> **Linda Stark, Office Technician (Authorized to accept service),**

   Physical Description:

   (1) **X** **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers. <br>
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers. <br>
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

5.b(4)  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where copies were left (Code Civ. Proc. Section 415.20). I mailed the documents on **Apr 2, 2020** from **SACRAMENTO**

6. The "Notice to the Person Served" (on the summons) was completed as follows: an individual defendant.

| | |
|---|---|
| 7.a. STACEY SOLOMAN (SACRAMENTO, 2019-06) | e. California Registered Process Server |
| b. C/O Aggressive Legal Services, Inc. | Independent Contractor (not employee) |
| 10200 Sepulveda Blvd, Suite 260 | Registration # 2019-06 |
| Mission Hills, CA 91345 | County: SACRAMENTO |
| c. 877-925-7462 | |
| d. Fee: $35.00 | |

8. I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.
DATE: 04/06/2020

_____
STACEY SOLOMAN (SACRAMENTO, 2019-06) - FILE BY FAX

FILE BY FAX

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev, Jan 1, 2007]                                                                  Code of Civil Procedure, Sec 417.10