1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  JON S. ALLIN, State Bar No. 155069
   Supervising Deputy Attorney General
3  JEREMY DUGGAN, State Bar No. 229854
   Deputy Attorney General
4  ALLISON LOW, State Bar No. 273202
   Deputy Attorney General
5   1300 I Street, Suite 125
    P.O. Box 944255
6   Sacramento, CA 94244-2550
    Telephone: (916) 210-6008
7   Fax: (916) 324-5205
    E-mail: Jeremy.Duggan@doj.ca.gov
8  *Attorneys for Defendants
   Diaz, Burns and Clark*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DORA SOLARES,**<br><br>                              Plaintiff,<br><br>          v.<br><br>**RALPH DIAZ, et al.,**<br><br>                              Defendants. | Case No. 1:20-cv-00323-NONE-BAM<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:          July 17, 2020<br>Time:         9:00 a.m.<br>Courtroom: 8, 6th Floor<br>Judge:        The Honorable Barbara A. McAuliffe<br>Trial Date:  Not set<br>Action Filed: March 2, 2020 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 17, 2020, at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8 of the above entitled court, located at 2500 Tulare St., Fresno, CA 93721, before the Honorable Barbara A. McAuliffe, Defendants Diaz, Burns, and Clark will move, under Federal Rules of Civil Procedure 12(b)(6) and 12(b)(7), for dismissal of Plaintiffs' complaint on the grounds that (1) Plaintiff fails to allege sufficient facts to state a claim; (2) Defendants are entitled to sovereign immunity from Plaintiff's claims; (3) Defendants

1

Notice of Mot. to Dismiss Pl.'s Compl. (1:20-cv-00323-NONE-BAM)

are entitled to qualified immunity from Plaintiff's claims; (4) Defendants are entitled to statutory immunity from Plaintiff's claims; and (5) Plaintiff has failed to join a required party.

The motion is based on this notice, the memorandum of points and authorities and all documents attached thereto, the pleadings, records and files in this action, and such other matters as may properly come before the Court.

Dated:  May 21, 2020                    Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General
ALLISON LOW
Deputy Attorney General

*/s/ Jeremy Duggan*

JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendants*
*Diaz, Burns and Clark*

SA2019101902
34073060.docx

2

Notice of Mot. to Dismiss Pl.'s Compl.  (1:20-cv-00323-NONE-BAM)