# CERTIFICATE OF SERVICE

Case Name:   **Dora Solares v. Ralph Diaz, et al.**   No.   **1:20-cv-00323-NONE-BAM**

I hereby certify that on May 21, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

- **DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 21, 2020, at Sacramento, California.

| M. Garcia | */s/ M. Garcia* |
|---|---|
| Declarant | Signature |

SA2019101902
34096893.docx