# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| DORA SOLARES | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-00323-NONE-BAM |
| RALPH DIAZ, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Dora Solares                                                                                                         .

Date:   June 9, 2020

*Attorney's signature*

Justin E. Sterling SBN. 249491
*Printed name and bar number*

15760 Ventura Blvd., Suite 700
Encino, CA 91436

*Address*

Justin@sterlingdefense.com
*E-mail address*

818.995.9452
*Telephone number*

N/A
*FAX number*