XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
ALLISON LOW, State Bar No. 273202
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-6008
 Fax:  (916) 324-5205
 E-mail:  Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants*
*Diaz, Burns and Clark*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DORA SOLARES,**<br><br>Plaintiff,<br><br>v.<br><br>**RALPH DIAZ, et al.,**<br><br>Defendants. | Case No. 1:20-cv-00323-NONE-BAM<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date: July 28, 2020<br>Judge: The Honorable Dale A. Drozd<br>Trial Date: Not set<br>Action Filed: March 2, 2020 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 28, 2020 Defendants Diaz, Burns, and Clark will move, under Federal Rules of Civil Procedure 12(b)(6) and 12(b)(7), for dismissal of Plaintiffs' complaint on the grounds that (1) Plaintiff fails to allege sufficient facts to state a federal-law claim against all Defendants; (2) Defendants are entitled to qualified immunity from Plaintiff's federal-law claims; (3) Plaintiff fails to allege sufficient facts to state a state-law claim against Defendants Diaz and Clark; (4) Defendants Diaz and Clark are entitled to statutory immunity from Plaintiff's state-law claims; (5) Plaintiff fails to plead recoverable damages for the negligent

1

Notice of Mot. to Dismiss Pl.'sFirst Am. Compl.  (1:20-cv-00323-NONE-BAM)

1  supervision claim; (6) the Court should decline to exercise supplemental jurisdiction over
2  Plaintiff's state-law claims; and (7) Plaintiff has failed to join a required party.  Please take
3  further notice that, pursuant to the Court's general order 618, this motion will be decided on the
4  papers, unless otherwise ordered, and the hearing date listed above serves only to set the due
5  dates for the opposition and reply.
6      The motion is based on this notice, the memorandum of points and authorities and all
7  documents attached thereto, the pleadings, records and files in this action, and such other matters
8  as may properly come before the Court.

9  Dated:  June 22, 2020                              Respectfully submitted,

                                                     XAVIER BECERRA
                                                     Attorney General of California
                                                     JON S. ALLIN
                                                     Supervising Deputy Attorney General
                                                     ALLISON LOW
                                                     Deputy Attorney General

                                                     */s/ Jeremy Duggan*

                                                     JEREMY DUGGAN
                                                     Deputy Attorney General
                                                     *Attorneys for Defendants*
                                                     *Diaz, Burns and Clark*

17  SA2019101902
    34175359.docx

2

Notice of Mot. to Dismiss Pl.'sFirst Am. Compl.  (1:20-cv-00323-NONE-BAM)