Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
15760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230

Attorneys for Plaintiff Dora Solares

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA SOLARES, an individual<br><br>    Plaintiff,<br><br>v.<br><br>RALPH DIAZ, in his official capacity, KENNETH CLARK, in his official capacity, JOSEPH BURNS, in his individual and official capacity, and DOES 1 TO 15,<br><br>    Defendants. | **DECLARATION OF DORA DOLARES PURSUANT TO SECTION 377.32 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE** |

I, Dora Solares, declare as follows:

1. I am over the age of 18 years. I have personal knowledge of the facts contained in this declaration, and if called as a witness I could and would testify to the truth of the facts stated herein.

///

1

2. I am the mother of Luis Romero ("the decedent"), who died on or around March 9, 2019, in Kings County, California, and I am his successor-in-interest. The decedent was never married. The decedent never had any children and has no issue.

3. No proceeding is now pending in California for administration of the decedent's estate. Further, no proceeding for admission of the decedent's estate is pending in any other state court at this time.

4. I the declarant am the decedent's successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and I succeed the decedent's interest in the action or proceeding.

5. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

6. A true and correct certified copy of the decedent's death certificate is attached hereto.

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 01, 2020, in Los Angeles County, California.

_____
DORA SOLARES

## DECLARATION OF INTERPRETER

I, Dora Garcia, hereby declare that I am fluent in English and Spanish. I further declare that I have translated the above document ("DECLARATION OF DORA DOLARES PURSUANT TO SECTION 377.32 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE") from the English language to the Spanish language for Dora Solares and that this translation is true and accurate to the best of my knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 01, 2020, in Los Angeles County, California.

_____
DORA GARCIA

Address of Translator: 419 W School st, Compton CA, 90220

Telephone Number of Translator: (323)485-1896

3

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF KINGS
## HEALTH DEPARTMENT
HANFORD, CALIFORNIA

**STATE FILE NUMBER:** 3052019055044
**LOCAL REGISTRATION NUMBER:** 3201916000170

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/99)

**DECEDENT'S PERSONAL DATA**

1. NAME OF DECEDENT – FIRST (Given): LUIS
2. MIDDLE: -
3. LAST (Family): ROMERO
   AKA, ALSO KNOWN AS: -
4. DATE OF BIRTH: 08/27/1974
5. AGE Yrs.: 44
6. SEX: M
9. BIRTH STATE/FOREIGN COUNTRY: GUATEMALA
10. SOCIAL SECURITY NUMBER: NONE
11. EVER IN U.S. ARMED FORCES?: NO (X)
12. MARITAL STATUS: NEVER MARRIED
7. DATE OF DEATH: 03/09/2019 FND
8. HOUR: 0730 FND
13. EDUCATION: 10
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: YES (X) GUATEMALAN
16. DECEDENT'S RACE: WHITE
17. USUAL OCCUPATION: INMATE
18. KIND OF BUSINESS OR INDUSTRY: INCARCERATION
19. YEARS IN OCCUPATION: 30

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE: 4001 KING AVENUE
21. CITY: CORCORAN
22. COUNTY/PROVINCE: KINGS
23. ZIP CODE: 93212
24. YEARS IN COUNTY: 30
25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**

26. INFORMANT'S NAME, RELATIONSHIP: DORA EUGENIA GARCIA, SISTER
27. INFORMANT'S MAILING ADDRESS: 419 W. SCHOOL STREET, COMPTON, CA 90220

**SPOUSE/SRDP AND PARENT INFORMATION**

28. NAME OF SURVIVING SPOUSE/SRDP – FIRST: -
29. MIDDLE: -
30. LAST (BIRTH NAME): -
31. NAME OF FATHER/PARENT – FIRST: VICTOR
32. MIDDLE: MANUEL
33. LAST: ROMERO GONZALEZ
34. BIRTH STATE: GUATEMALA
35. NAME OF MOTHER/PARENT – FIRST: DORA
36. MIDDLE: AMINTA
37. LAST (BIRTH NAME): SOLARES VELIZ
38. BIRTH STATE: GUATEMALA

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

39. DISPOSITION DATE: 03/26/2019
40. PLACE OF FINAL DISPOSITION: FOREST LAWN MEMORIAL PARK, 4471 LINCOLN AVENUE, CYPRESS, CA 90630
41. TYPE OF DISPOSITION: BU
42. SIGNATURE OF EMBALMER: KAMIE KOVACKS HENDRICKS
43. LICENSE NUMBER: EMB9062
44. NAME OF FUNERAL ESTABLISHMENT: FOREST LAWN MEMORIAL-PARKS & MORTUARIES
45. LICENSE NUMBER: FD1051
46. SIGNATURE OF LOCAL REGISTRAR: MILTON TESKE, MD
47. DATE: 03/18/2019

**PLACE OF DEATH**

101. PLACE OF DEATH: CORCORAN STATE PRISON-FND
103. IF OTHER THAN HOSPITAL, SPECIFY ONE: Other (X)
104. COUNTY: KINGS
105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 4001 KING AVENUE
106. CITY: CORCORAN

**CAUSE OF DEATH**

107. CAUSE OF DEATH:
   IMMEDIATE CAUSE (A): EXSANGUINATION
   (B): MULTIPLE SHARP FORCE TRAUMA INJURIES
   Time interval between Onset and Death: MINS / MINS
108. DEATH REPORTED TO CORONER?: YES (X) — 19-0077
109. BIOPSY PERFORMED?: NO (X)
110. AUTOPSY PERFORMED?: YES (X)
111. USED IN DETERMINING CAUSE?: YES (X)
112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: NONE
113. WAS OPERATION PERFORMED: NO
113A. IF FEMALE, PREGNANT IN LAST YEAR?: —

**PHYSICIAN'S CERTIFICATION**

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE AND PLACE STATED FROM THE CAUSES STATED.

**CORONER'S USE ONLY**

119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
MANNER OF DEATH: Homicide (X)
120. INJURED AT WORK?: NO (X)
121. INJURY DATE: 03/09/2019
122. HOUR: UNK
123. PLACE OF INJURY: CORCORAN STATE PRISON
124. DESCRIBE HOW INJURY OCCURRED: DECEDENT WAS ASSAULTED BY ANOTHER INMATE USING A SHARP INSTRUMENT
125. LOCATION OF INJURY: 4001 KING AVENUE, CORCORAN, CA 93212
126. SIGNATURE OF CORONER / DEPUTY CORONER: WAYNE BRABANT
127. DATE: 03/15/2019
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: WAYNE BRABANT, DEPUTY CORONER

STATE REGISTRAR

*010001004152748*

CAKINGS-01

### CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, COUNTY OF KINGS

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Kings County Department of Public Health.

**DATE ISSUED:** MAR 27 2019

000116900

MILTON TESKE, MD
COUNTY HEALTH OFFICER

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the County Health Officer.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE