## DECLARATION OF CHRISTINA DURAN

I, Christina Duran, declare as follows:

1. I am a licensed California private investigator under PI License No. 27822. My place of business is 30818 Wealth Street, Unit I-13, Murrieta, California 92563.

2. I am currently working for attorneys of record, Justin E. Sterling and Erin Darling, in reference to the investigation of matters relevant to Plaintiff's lawsuit pending before this court. Reference is made to *Solares v. Diaz*, 1:20-cv-00323.

3. I received an investigation request from attorneys Sterling and Darling to locate an individual by the name of Victor Manual Romero Gonzalez, who possibly resided in Guatemala City, Guatemala. I understood the individual to be Luis Romero's biological father. Luis Romero is the decedent in the above referenced case. The last time Plaintiff had any contact with decedent's father was in 1977. Victor Manual Romero Gonzalez would have been born around 1952 or 1953 based on information provided by Plaintiff. An exact date of birth is unknown.

4. I contacted Fernando Juarez with Juarez Y Asociados in Guatamala City. Mr. Juarez explained that their databases are not the same as the United States. In order to obtain information, he would need to contact the "Registro Nacional de Las Personas" with an exact date of birth. He told me the following site is where one would need to locate records of an individual https://www.renap.gob.gt/. He added, that when searching for personal ID's there would be over 998 matches with that name. Likely there would be more than 998 people living in Guatemala City with that name but the system only shows 998 as a limit for their search. He added that in the event the subject did not have an ID number, a location match would likely be impossible with such limited information and given the common name.

5. I provide Mr. Juarez with both Luis Romero's birth certificate and death certificate in

the hopes that this additional information would be helpful in narrowing a search. Mr. Juarez explained that without a DOB of the subject he would be unable to go to the office of "Registro Nacional de Las Personas" and obtain any information. Mr. Juarez underscored the necessity to acquire either the subject's DOB and/or ID number in order to move forward with this investigation request.

6. I advised attorney Sterling of my findings. I also conferred with other private investigators on potential ways to move forward to acquire contact information for Victor Manual Romero Gonzalez. I indicated to Mr. Sterling that I would not know how to move forward given the limited information of the subject and foreign jurisdiction issue. I subsequently authored this declaration pursuant to attorney Sterling's request.

I declare the foregoing to be true and accurate under the penalty of perjury.

Executed this 14th day of March, 2022, in Murrieta, California.

*Christina Duran*
Christina Duran
License No. 27822