**DECLARATION OF DORA SOLRES**

I, Dora Solares, declare as follows:

1.      I am the Plaintiff in the matter of *Solares v. Diaz, 1:20-cv-00323*. I am decedent, Luis Romero's, successor in interest. I am Luis Romero's biological mother.

2.      Luis Romero's biological father is Victor Manuel Romero Gonzalez. The last time I spoke to or saw Mr. Gonzales was in 1977. He left shortly after Luis was born. I believe he resided in Guatemala City, Guatemala.

3.      No one in our family remained in contact with Mr. Gonzalez and I am not aware of any family members that are aware of his current whereabout. I am not aware of his current whereabouts. I have had no contact with him since 1977.

4.      I do not know Mr. Gonzalez's date of birth. I know that he was approximately one year older than me. My date of birth is June 12, 1954. I have provided this information, along with my son's birth certificate and death certificate, to my lawyers Justin Sterling and Erin Darling.

I declare under the penalty of perjury that the forgoing is true and correct.

Executed this 9th day of February 2022, in Los Angeles, California.

_____
Dora Solares

.

DECLARATION OF DORA GARCIA

I, Dora Garcia, declare as follows:

1.       My mother is Dora Solares, Plaintiff in *Solares v. Diaz, 1:20-cv-00323.* My mother does not read or write in fluent English. My mother speaks Spanish. I am fluent in both the English and Spanish language.

2.       On the undersigned date, I translated the document entitled, *Declaration of Dora Solares*, from English into Spanish. My mother signed her declaration, in my presence, after I read it to her verbatim in the Spanish language.

I declare under the penalty of perjury the forgoing to be true and correct.

Executed this 9th day of February 2022, in Los Angeles, California.

_____

Dora Garcia