Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
15760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230

Attorneys for Plaintiff,
Dora Solares

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA SOLARES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RALPH DIAZ, in his individual capacity, KENNETH CLARK, in his individual capacity, JOSEPH BURNS, in his individual, and DOES 1 TO 15, in their individual capacities<br><br>Defendants. | Case No. 1:20-cv-003239-JLT-BAM<br><br>**NOTICE OF ERRATA** |

**TO ALL DEFENDANTS, BY AND THROUGH THEIR ATTORNEY OF RECORD, JEREMY DUGGAN, DEPUTY ATTORNEY GENERAL, OFFICE OF THE ATTORNEY GENERAL, CALIFORNIA**

Plaintiff Dora Solares, by and through her counsel of record, hereby submits this Notice of Errata. The errata is being filed to notify the Court that the amended complaint that was filed on Friday, June 16, 2023 was accidentally filed under the related case number (1:20-cv-00323-JLT-BAM) ("the first case). *See* Dkt. No. 57. Plaintiff should have filed the amended complaint under the correct case number (1:21-cv-01349-JLT-BAM ("the second case"). Plaintiff has since filed a Notice of Errata and

1

the Amended Complaint in the second case. *See* E. D. Cal. Case No. 1:21-cv-01349-JLT-BAM, Dkt. Nos. 20, 21. Plaintiff intends to file an amended complaint for this case (the second case), per the Court's May 30, 2023, order (*see* Dkt. No. 56) within the next day.

**LAW OFFICES OF ERIN DARLING**

DATED: June 21, 2023

By: */s/ Erin Darling*
　　Erin Darling
　　Attorney for Plaintiff,
　　DORA SOLARES

# DECLARATION OF ERIN DARLING

I, Erin Darling, hereby declare as follows:

1. I am an attorney permitted to practice in the Eastern District of California, and I represent plaintiff Dora Solares in the above-entitled action, as well as the related case, *Solares v. Diaz, et al.* (1:20-cv-00323-JLT-BAM).

2. On Friday, June 16, 2023, in order to comply with the Court's May 19, 2023, order (*see* Dkt. No. 19) I filed an amended complaint on behalf of Plaintiff, entitled, "Amended Complaint for Damages for Violations of Civil Rights Under 18 U.S.C. § 1983 and Supplemental State Claims; Demand for Jury Trial." However, I mistakenly filed the amended complaint under the related case number (1:20-cv-00323-JLT-BAM), as opposed to the correct case number for this case, *Solares v. Burns, et al.* (1:21-cv-01349- JLT-BAM). I should have filed the amended complaint under the case number for this case and will do so forthwith.

3. Attached herein as Exhibit A is a true and correct copy of the amended complaint that was filed on June 16, 2023, in Eastern District Case No. 1:20-cv-00323-JLT-BAM. *See* Dkt. No. 57, "Amended Complaint for Damages for Violations of Civil Rights Under 18 U.S.C. § 1983 and Supplemental State Claims; Demand for Jury Trial". Exhibit A is identical to the amended complaint that I will file today, other than it has the case number for the related case and not this case, and bears the date of June 16, 2021, rather than June 21, 2023.

4. This morning I called and emailed defense counsel, Deputy Attorney General Jeremy Duggan. In my email informed Mr. Duggan that I would be filing a notice of erratum, as well as the amended complaint in the second case (1:21-cv-01349- JLT-BAM). Mr. Duggan is representing all defendants in both the first case and the second

3

case, and he receives ECF notice for both cases. In fact, in his email to me Mr. Duggan attached the amended complaint that was filed on June 16, 2023, in the related case 1:20-cv-00323-JLT-BAM. The Court ordered that both cases be related on September 15, 2021. *See* E.D. Cal. Case No. 1:21-cv-01349- JLT-BAM, Dkt. No. 4. In that Order the Court stated, "Going forward, all documents shall bear the new case number," in reference to 1:21-cv-01349. *Id.*

5. Thus, I should have filed the amended complaint under this case number, but there is no prejudice to defendants in either case, as Mr. Duggan was put on notice of the amended complaint and only one business day had passed (June 17 and 18, 2024 being Saturday and Sunday, and June 19, 2023 being a federal holiday). I apologize for the confusion and respectfully request that the Court accept the amended complaint in this case that I will be filing today.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: June 21, 2023                     */s/ Erin Darling*
                                                        ERIN DARLING
                                                        Attorney for Plaintiff, Dora Solares