Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
15760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230

Attorneys for Plaintiff,
Dora Solares

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA SOLARES, an individual, | Case No. 1:20-cv-00323-JLT-BAM |
| Plaintiff, | **DECLARATION OF ERIN DARLING RE: THIRD AMENDED COMPLAINT** |
| v. | |
| RALPH DIAZ, in his individual capacity, KENNETH CLARK, in his individual capacity, JOSEPH BURNS, in his individual, and DOES 1 TO 15, in their individual capacities | |
| Defendants. | |

1

# DECLARATION OF ERIN DARLING

I, Erin Darling, hereby declare as follows:

1. I am an attorney permitted to practice in the Eastern District of California, and I represent plaintiff Dora Solares in the above-entitled action.

2. In order to comply with the Court's May 30, 2023, order (*see* Dkt. No. 56) Plaintiff files the Third Amended Complaint ("TAC"), having added the decedent's father as a plaintiff, and will comply with Guatemalan law to effectuate service under Federal Rules of Civil Procedure 4(f).

3. Plaintiff's counsel is informed that plaintiff Dora Solares has not had contact with Victor Manuel Romero Gonzalez, father of decedent Luis Romero, since the late 1970s. Indeed, Ms. Solares' divorce in Guatemala was approved in 1981 because Victor Manuel Romero Gonzalez had failed to pay support or show up to any court proceeding because he had disappeared from the family. Ms. Solares does not know his current whereabouts or whether he is still alive.

4. Plaintiff's counsel previously consulted with private investigators to inquire as to the feasibility of locating Victor Manuel Romero Gonzalez within Guatemala. In an effort to comply with the Court's order to provide notice to effectuate service under Federal Rules of Civil Procedure 4(f), and in acknowledgement that Guatemala is not a signatory to the Hague Convention, Plaintiff's counsel will effectuate service in accordance with Guatemalan law.

5. In order to do this, Plaintiff's counsel has consulted with a lawyer in Guatemala, Yolanda Gatica, who indicates that she can attempt to locate and serve Victor Manuel Romero Gonzalez (if he is alive) using the divorce certificate and full names of both

him and Ms. Solares, through various directories. Second, Plaintiff's counsel consulted with another lawyer in Guatemala, Barbara Rosas, who indicates that she can effectuate service by publication with a properly translated copy of the Third Amended Complaint. Third, Plaintiff's counsel has corresponded with lawyer Juan Felipe Sanchez, who is part of a law firm in Tijuana, Mexico, that has an office in Guatemala. That law firm will hopefully provide another means of effectuating service in accordance with Guatemalan law.

6. Plaintiff's counsel will keep the Court apprised of its efforts and inform the Court once it ascertains new information about Victor Manuel Romero Gonzalez's whereabouts, or whether a search has been unsuccessful despite diligent efforts), and/or file a proof of service to memorialize that Ms. Solares has effectuated service on Victor Manuel Romero Gonzalez in accordance with Guatemalan law.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: June 22, 2023        */s/ Erin Darling*

ERIN DARLING
Attorney for Plaintiff, Dora Solares