Jean Susana Ochoa Williams
Traductora Jurada
Español-Inglés e Inglés-Español
Resolución DIDEDUC No. 117-2019/D.A.C-T.J.
Registro No. 012-2019

**I, JEAN SUSANA OCHOA WILLIAMS, SWORN TRANSLATOR,** duly authorized by the Ministry of Education resolution DIDEDUC No. 117-2019/D.A.C-T.J, Register Number 012-2019 to translate from Spanish into English and vice versa, giving to such translations legal value and public faith, under oath and in accordance with Article 37 of the Judicial Branch Law **DO HEREBY CERTIFY:** to have had at sight a Spanish document consisting of an original **NOTARIAL ACT**, this document duly translated into English to the best of my knowledge reads as follows: --------------------------

""[Document drafted in Spanish on both sides of a standard sheet of paper] ---------------

[On the left margin of the sheet there is a notary stamp that reads:] ATTORNEYS AND NOTARIES --- GUATEMALA --- BG-0501247 --- [An emblem can be seen in the center of the stamp] Q 10.00 QUETZALES ---NOTARY STAMP --- [A water seal can be seen at the bottom] --- [Stamped over the notary stamp is a seal that reads:] Mario Alejandro Sánchez Alvarez --- Attorney and Notary --------------------------------------------------

[Bellow the notary stamp there is a fiscal stamp that reads:] REPUBLIC OF GUATEMALA 9375423 --- 2023 --- FISCAL STAMP OF 50 FIFTY 50 CENTS OF QUETZAL --- [A bar code can be seen] [Stamped over the fiscal stamp is a seal that reads:] Mario Alejandro Sánchez Alvarez --- Attorney and Notary ------------------------------------------------------

**SHEET No. 1 OF 1** ------------------------------------------------------------------------

Reference: Notarial Act delivery of Documents Coming from Abroad -----------------------

Victor Manuel Romero González -------------------------------------------------------------

In the city, municipality and department of Guatemala, being fifteen hours and fifteen minutes on the fifth day of October of the year two thousand and twenty-three, I, **MARIO ALEJANDRO SÁNCHEZ ALVAREZ**, Notary, in my professional office located at Via siete, cuatro guion veinte (4-20) zona cuatro (4) Ciudad de Guatemala, Edificio Quo, Torre Q, third level, office three hundred and two (302), I am requested by **DORA AMINTA SOLARES VELIZ**, who states that she is sixty-nine years old, single, Guatemalan, a housewife, residing in the United States of America, who indicates to me that she has

the Unique Identification Code (CUI) [By its acronym in Spanish] three thousand, eight hundred and eighty-three, forty-nine thousand, three hundred and twenty-eight, zero six hundred and five (3883 49328 0605) assigned by the National Registry of Persons of the Republic of Guatemala. Additionally, she is identified with passport number three hundred and eighty-eight million, three hundred and forty-nine thousand, three hundred and twenty-eight (388349328), issued by the Ministry of Foreign Affairs of the Republic of Guatemala. She indicates me that with the accompaniment and legal advice of Justin E. Sterling, a practicing attorney in the State of California, United States of America, requires my notarial services to **NOTIFY AND DELIVER IN GUATEMALA DOCUMENTATION COMING FROM ABROAD**, for which I proceed as follows: <u>**FIRST:**</u> At the request of the applicant, I am going to go to the cuarenta calle "B", treinta y tres guion setenta y cinco (33-75), Colonia Amparo I, zona siete (7) of the city of Guatemala, Republic of Guatemala. Located at the address indicated above, I am attended by Mr. **VICTOR MANUEL ROMEO** [There is a testation in the name ROMEO, it is read between slash signs:] **/ROMERO/ GONZÁLEZ**, who identifies himself with the Unique Identification Code (CUI), [By its acronym in Spanish] two thousand five hundred and eighty-five, sixty-three thousand seven hundred and ten, zero four hundred and eight (2585 63710 0408), assigned by the National Registry of Persons of the Republic of Guatemala. <u>**SECOND**</u>: Having confirmed the identity of Mr. Victor Manuel Romeo [There is a testation in the name ROMEO, it is read between slash signs:] /Romero/ González and being sixteen hours and twenty minutes past (16:20), I proceed to deliver to him the following documents: a) Document contained in twenty (20) sheets printed on the front side, written in English language, consisting of demand of jury trial, filed by Dora -

[Back of the sheet] ----------------------------------------------------------------

Reference: Notarial Act delivery of Documents Coming from Abroad -----------------------

Victor Manuel Romero González --------------------------------------------------------------

Solares against Ralph Diaz, Kenneth Clark, Joseph Burns and does; **b)** Document contained in twenty-four pages, drafted in Spanish language, issued by the Sworn Translator Jean Susana Ochoa Williams, consisting of a translation from English to Spanish of the document indicated in item "a" above. **THIRD:** There being nothing more to do, I move to my professional office to finalize the present notarial act in the same place and date of its beginning, three hours later, being contained in a sheet of standard paper, printed on both sides. I hereby state for the record that attached to this notarial act is APPENDIX "A" which contain photographs evidencing the delivery of the documents referred to the person indicated. Likewise, it is hereby stated for the record that Victor Manuel Romeo [There is a testation in the name ROMEO, it is read between slash signs:] /Romero/ González expressly and previously authorized, the taking of these photographs. He was also informed that this document would be translated into English by a sworn translator and sent to the United States of America, if necessary. I hereby add a notary stamp of ten quetzales (Q10.00) and a fiscal stamp of fifty cents of quetzal (Q0.50) for each sheet of paper that confirms this notarial act and its Annex. I read this document in its entirety to the applicant and to attorney Justin E. Sterling, who declare that they are aware of its contents, its validity and other legal effects, for which the applicant ratifies it, accepts it, signed only by the undersigned Notary, who of all the above I WITNESS. Testate: Romeo, omit. Between the lines: Romero, Read. ---------------
[Illegible signature] --- [There is a seal that reads:] Mario Alejandro Sánchez Alvarez --- Attorney and Notary"" -----------------------------------------------------------------------------------

IN WITNESS WHEREOF, and at the request of the interested party, and for the legal uses that such party may deem convenient and without assuming any responsibility whatsoever for the contents of the translated document, I issue, number, sign, and seal this sworn legal translation duly compared with the original document, written in Spanish, printed on both sides of **THREE (3)** pages in the City of Guatemala on October the 7th, 2023---------------------------------------------

[Signature: Susana L. de López]

Jean Susana Ochoa Williams
Traductora Jurada
Español-Inglés e Inglés-Español
Resolución DIDEDUC No. 117-2019/D.A.C-T.J.
Registro No. 012-2019

Ref. Acta Notarial entrega Documentos Provenientes del Extranjero
Víctor Manuel Romero González





En la ciudad, municipio y departamento de Guatemala, siendo las quince horas con quince minutos, del día cinco de octubre de dos mil veintitrés, yo, **MARIO ALEJANDRO SÁNCHEZ ALVAREZ**, Notario, en mi oficina profesional ubicada en la Via siete, cuatro guion veinte (4-20), zona cuatro (4) de la ciudad de Guatemala, Edificio Quo, Torre Q, tercer nivel, oficina trescientos dos (302), soy requerido por **DORA AMINTA SOLARES VELIZ** quien afirma ser de sesenta y nueva años de edad, soltera, guatemalteca, ama de casa, con domicilio en los Estados Unidos de América, quien me indica que le corresponde el Código Único de Identificación (CUI) tres mil ochocientos ochenta y tres, cuarenta y nueve mil trescientos veintiocho, cero seiscientos cinco (3883 49328 0605) asignado por el Registro Nacional de las Personas de la República de Guatemala. Adicionalmente, se identifica con el pasaporte número trescientos ochenta y ocho millones, trescientos cuarenta y nueve mil trescientos veintiocho (388349328), emitido por el Ministerio de Relaciones Exteriores de la República de Guatemala. Me indica que con el acompañamiento y asesoría legal de Justin E. Sterling, abogado en ejercicio en el Estado de California, de los Estados Unidos de América, requiere mis servicios notariales para **NOTIFICAR Y ENTREGAR EN GUATEMALA DOCUMENTACIÓN PROVENIENTE DEL EXTRANJERO**, por lo cual procedo de la siguiente forma: **PRIMERO:** A petición de la requirente, procedo a trasladarme a la cuarenta calle "B", treinta y tres guión setenta y cinco (33-75), Colonia Amparo I, zona siete (7) de la ciudad de Guatemala, República de Guatemala. Ubicado en la dirección antes indicada, me atiende el señor **VICTOR MANUEL ~~ROMEO~~ /Romero/ GONZÁLEZ**, quien se identifica con el Código Único de Identificación (CUI), dos mil quinientos ochenta y cinco, sesenta y tres mil setecientos diez, cero cuatrocientos ocho (2585 63710 0408), asignado por el Registro Nacional de las Personas de la República de Guatemala. **SEGUNDO:** Habiendo confirmado la identidad del señor Víctor Manuel ~~Romeo~~ /Romero/ González y siendo las dieciséis horas con veinte minutos (16:20), procedo a entregarle los siguientes documentos: **a)** Documento contenido en veinte (20) hojas impresas en su lado anverso, redactado en idioma inglés que consiste en petición de juicio con jurado, promovida por Dora

Ref. Acta Notarial entrega Documentos Provenientes del Extranjero
Víctor Manuel Romero González

Solares en contra Ralph Díaz, Kenneth Clark, Joseph Burns y otros; **b)** Documento contenido en veinticuatro páginas, redactado en idioma español, emitido por la Traductora Jurada Jean Susana Ochoa Williams, que consiste en la traducción del inglés al español del documento indicado el literal "a" antes descrito. **TERCERO:** No habiendo nada más que hacer constar, procedo a trasladarme a mi oficina profesional para dar por terminada la presente acta notarial en el mismo lugar y fecha de su inicio, tres horas más tarde, quedando contenida en una hoja de papel bond, impresa en ambos lados. Dejo constancia que a esta acta notarial se adjunta el ANEXO "A" que contienen fotografías que acreditan la entrega de los documentos referidos a la persona indicada. Asimismo, se deja constancia que Víctor Manuel Romeo /Romero/ González autorizo de forma expresa y previa, la toma de dichas fotografías. Además, se le informó que este documento sería traducido al idioma inglés por medio de un traductor jurado y enviado a los Estados Unidos de América, en caso así fuera necesario. Adhiero un timbre notarial del valor de diez quetzales (Q10.00) y un timbre fiscal del valor de cincuenta centavos de quetzal (Q0.50) por cada hoja que confirma esta acta notarial y su Anexo. Leo íntegramente lo escrito a la requirente y al abogado Justin E. Sterling, quienes me manifiestan quedar enteradas de su contenido, objeto, validez y demás efectos legales, por lo que la requirente lo ratifica, acepta, firmando únicamente el infrascrito Notario, que de todo lo expuesto **DOY FE.** Testado: Romeo, omítase. Entrelíneas: Romero, Léase.

Mario Alejandro Sánchez Alvarez
Abogado y Notario