Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
15760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230

Attorneys for Plaintiff Dora Solares

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA SOLARES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RALPH DIAZ, in his individual capacity, KENNETH CLARK, in his individual capacity, JOSEPH BURNS, in his individual, and DOES 1 TO 15, in their individual capacities<br><br>Defendants. | Case No.: 1:20-cv-00323-NONE-BAM<br><br>**STIPULATED REQUEST TO CONTINUE DEADLINE TO FILE STIPULATION OR MOTION TO AMEND PLEADINGS**<br><br>Current Filing Date: 2/29/24<br>Proposed Filing Date: 4/3/24 |

**COME NOW** Plaintiff Dora Solares and Defendant J. Burnes (all through their attorneys of record) who stipulate and agree to the following request for modification of the deadline to file a stipulation or motion to amend pleadings set by the Court's October 31, 2023, Scheduling Order (ECF No. 67). The current deadline to file a stipulated amendment or motion to amend is February 29, 2024.

For the following reasons, the parties are seeking to continue it to April 3, 2024:

1. WHEREAS, Defendant has produced responsive documents but withheld producing additional responsive documents until a protective order is in place.

1

2.  WHEREAS, the parties filed a Discovery Disagreement Joint Statement regarding a term in the proposed protective order on November 22, 2023. Thereafter, both parties did not stipulate to the Court's informal resolution of this discovery dispute, and the Court issued a December 12, 2023, minute order saying that it would decide the matter on the papers. (ECF No. 71)

3.  WHEREAS, on January 3, 2024, the Court issued an Order on Parties Discovery Dispute Regarding the Protective Order (ECF No. 73);

4.  WHEREAS, Defendant has agreed to produce responsive documents once a protective order is in place, but that will leave less than sixty days for Plaintiff to review additionally produced documents and determine whether amendments, such as which parties need to be added as additional defendants;

5.  WHEREAS, given the current February 29, 2024, deadline to file a motion or stipulation to amend the pleadings, and given Plaintiff's need for additional time to meaningfully review discovery responses and make substantive determinations about any potential amendments to the pleadings;

///

///

THEREFORE, Plaintiff and Defendant, through their attorneys of record respectfully ask this Court to continue the deadline to file all stipulated amendments or motions to amend from February 29, 2024, until April 3, 2024.

Dated: January 4, 2024                    Respectfully submitted,

                                          LAW OFFICES OF ERIN DARLING

                                          */s/ Erin Darling*
                                          ERIN DARLING, ESQ.
                                          *Attorney for Plaintiff*
                                          *Dora Solares*

Dated: January 5, 2024                    Respectfully submitted,

                                          ROB BONTA
                                          Attorney General of California
                                          JEREMY DUGGAN
                                          Deputy Attorney General
                                          *Attorneys for Defendant*
                                          *J. Burnes*