Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
15760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230
Attorneys for Plaintiff Dora Solares

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA SOLARES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RALPH DIAZ, in his individual capacity, KENNETH CLARK, in his individual capacity, JOSEPH BURNS, in his individual, and DOES 1 TO 15, in their individual capacities<br><br>Defendants. | Case No. 1:20-cv-00323-NONE-BAM<br><br>**[PROPOSED] ORDER APPROVING STIPULATED REQUEST TO CONTINUE DEADLINE TO FILE STIPULATION OR MOTION TO AMEND PLEADINGS** |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED:**

That the parties stipulated request to continue the deadline to file all stipulated amendments or motions to amend from February 29, 2024, until April 3, 2024.

DATED:    January ___, 2024

United States Magistrate Judge

Presented By:

 /s/ *Erin Darling*
ERIN DARLING

Attorney for Plaintiff