UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA SOLARES,<br><br>            Plaintiff,<br><br>    v.<br><br>RALPH DIAZ, et al.,<br><br>            Defendants. | Case No.  1:20-cv-00323-JLT-BAM<br><br>**ORDER GRANTING STIPULATED REQUEST TO CONTINUE DEADLINE TO FILE STIPULATION OR MOTION TO AMEND PLEADINGS**<br><br>(Doc. 74) |

On January 5, 2024, the parties filed a stipulation and request to modify the Scheduling Conference Order deadline to file a stipulation or motion to amend pleadings.  (Doc. 74.)  Having considered the parties' stipulation, and good cause appearing, the request for modification of the deadline to file all stipulated amendments or motions to amend is GRANTED.  All stipulated amendments or motions to amend shall be filed by **April 3, 2024**.

IT IS SO ORDERED.

    Dated:   **January 8, 2024**            /s/ *Barbara A. McAuliffe*        _
                                    UNITED STATES MAGISTRATE JUDGE

1