IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DORA SOLARES,**<br><br>                                    Plaintiff,<br><br>       v.<br><br>**RALPH DIAZ, et al.,**<br><br>                                    Defendants. | Case No. 1:20-CV-00323-LHR-BAM<br><br>[**PROPOSED**] ORDER REGARDING STIPULATION TO CONTINUE DEADLINE TO FILE MOTION TO AMEND OR STIPULATION TO AMEND PLEADINGS |

      The parties have filed a stipulation and request to continue the deadline to file a motion to amend or stipulation for amendment of the pleadings in this matter.  (Doc. 88.)  In that stipulation, they note that more time is needed: to allow Defendant's counsel to run conflict checks regarding potential new Defendant; to allow Plaintiff's counsel to provide Defendant's counsel with the proposed amended complaint; and to allow Defendant's counsel time to review the proposed amended complaint and discuss potential stipulation for amendment.  (*Id.* at 2.)

///

///

///

///

///

Good cause appearing, IT IS HEREBY ORDERED THAT the deadline the deadline to file a motion to amend or stipulation for amendment of the pleadings in this matter is continued from June 3, 2024, to **June 17, 2024**.

IT IS SO ORDERED.

Dated: **May 30, 2024**          /s/ Barbara A. McAuliffe
                                 UNITED STATES MAGISTRATE JUDGE