IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| DORA SOLARES, et al., § | |
| § | |
| Plaintiffs, § | |
| v. § | CIVIL ACTION NO. 1:20-cv-323-LHR-BAM |
| § | |
| RALPH DIAZ, *et al.*, § | |
| § | |
| Defendants. § | |

# NOTICE OF SETTING

Parties are advised that there will be a Status Conference before United States District Judge Lee H. Rosenthal. The hearing is set for Wednesday **June 26, 2024 at 2:00 p.m., Central Standard Time**. The hearing will be held by Zoom. Counsel can find the Court's Zoom link on Judge Rosenthal's home page, at the bottom of the page, in the Interactive calendar link.

**Nathan Ochsner Clerk**

By: /s/ Lisa Eddins
Lisa Eddins
Case Manager to Judge Lee H. Rosenthal