Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
15760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230

Attorneys for Plaintiff Dora Solares

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA SOLARES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RALPH DIAZ, in his individual capacity, KENNETH CLARK, in his individual capacity, JOSEPH BURNS, in his individual, and DOES 1 TO 15, in their individual capacities<br><br>Defendants. | Case No. 1:20-cv-00323-LHR-BAM<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT**<br><br>Date: July 19, 2024<br>Time: 9 a.m.<br>Courtroom: 8, 6th Floor<br>Trial Date: February 3, 2026<br>Action Filed: March 2, 2020 |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 19, 2024, at 9:00 a.m., or as soon thereafter as the parties may be heard in Courtroom 8 of the above-entitled Court, located at 2500 Tulare Street, Fresno, CA 93721, Plaintiff Dora Solares will and hereby do move the Court for an order granting leave to file her proposed Fourth Amended Complaint so as to add eight named defendants, K. Kyle; M. Gamboa; Leonel Pena; Luis Silva; Bryan Gallemore; Jesse Garcia; A. Loza; F. Muñoz, who are currently Doe defendants. These eight new defendants are described in the proposed Fourth

1

Amended Complaint, which is attached herein in both redline form and non-redline form. All of the new proposed defendants are described on page 4, line 8 through page 5, ,line 4; page 5, lines 6-7; page 5, lines 17-18; page 12, lines 20-21. In addition, Silva, Pena, Gallemore and Garcia are described at page 11, lines 10-12 and lines 23-27; page 12, line 6-9., and page 20, line 10. Also, Kyle, Gamboa, Loza and Munoz are described at page 7, line 15; page 10, line 10-16. Loza and Muñoz are also mentioned at page 10, lines 10-16. Kyle and Gamboa are described at page 8, line 20; page 9, line 24 to page 10, line 16, and their alleged roles are described on page 8, line 12-28. "All Defendants" or "Defendants" (as opposed to just Burnes) are newly described at page 15, lines 3, 7, 11, 17, 25, 28; page 16, lines 3, 8, 18, 23, 39.

This motion will be pursuant to Rule 15(a)(2) and Rule 21, Federal Rules of Civil Procedure, Cal. Civ. Proc. Code § 474, and will be based upon this Notice, the accompanying Memorandum of Points and Authorities, the proposed Fourth Amended Complaint ("FAC"), which is attached as Exhibit A (in its redlined format) and Exhibit B (in its non-redlined format), all papers and pleadings on file for this action, and upon such other evidence and argument as the Court deems necessary or convenient.

Respectfully Submitted,

DATED: June 14, 2024

**LAW OFFICES OF ERIN DARLING**

By:   /s/ Erin Darling
    Erin Darling
    Attorney for Plaintiff,
    DORA SOLARES