Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
15760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230
Attorneys for Plaintiff Dora Solares

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA SOLARES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RALPH DIAZ, in his individual capacity, KENNETH CLARK, in his individual capacity, JOSEPH BURNS, in his individual, and DOES 1 TO 15, in their individual capacities<br><br>Defendants. | Case No. 1:20-cv-00323-LHR-BAM<br><br>**[PROPOSED] ORDER RE: MENTAL HEALTH RECORDS** |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED:**

Defendant Joseph Burnes is ordered to produce the mental health records of Jaime Osuna (CDCR# BD0868), including the mental health records in Jaime Osuna's C-File, and mental health records that include or reference: acts of violence by Jaime Osuna; statements by Jaime Osuna that reflect a desire to commit violence; statements by Jaime Osuna pertaining to past acts of violence by Osuna himself; and mental health records that were reviewed or relied upon in any decision by CDCR officials for Jaime Osuna to not be permitted to share a cell with another inmate (i.e. be single-celled) and any decision by CDCR officials for Jaime Osuna to be permitted to share a cell with another inmate (i.e. be double-celled).

| | |
|---|---|
| 1 | The documents shall be marked "CONFIDENTIAL-ATTORNEYS' EYES |
| 2 | ONLY" in accordance with the protective order in this case. (Stipulated Protective |
| 3 | Order, ECF No. 76.) |
| 4 | Because the records to be produced include Mr. Osuna's mental health |
| 5 | information, Defendant shall provide notice to Mr. Osuna within three business days |
| 6 | form the issuance of this order and provide notice of that service to Plaintiff. |
| 7 | Specifically, Defendant shall serve a notice on Mr. Osuna providing him with a copy of |
| 8 | this order and the protective order in this case and informing him that if he wishes to |
| 9 | oppose the production, he must file his opposition with this Court within thirty days. |
| 10 | After the expiration of thirty days after service on Mr. Osuna, if no opposition |
| 11 | has been made, Defendants shall commence production of the documents listed above. |

DATED:   July ___, 2024

_____
United States District Judge
HON. LEE H. ROSENTHAL

Presented By:

 /s/ *Erin Darling*
ERIN DARLING
Attorney for Plaintiff