| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Justin E. Sterling, Esq., Bar #249491<br>Law Offices of Justin Sterling<br>15760 Ventura Blvd, Suite 700<br>Los Angeles, CA 91436<br>*Telephone No:* 818-995-9452   *FAX No:* 818-824-3533 | *For Court Use Only* |
| *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Eastern District Of California | |
| *Plaintiff:* Dora Solares | |
| *Defendant:* Ralph Diaz, et al. | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>120CV00323NONEBAM |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Civil Case Sheet; Fourth Amended Complaint

3. a. *Party served:* Bryan Gallemore

4. *Address where the party was served:* 1515 S St, Sacramento, CA 95811

5. *I served the party:*
   b. **by substituted service.** On: Mon., Aug. 12, 2024 at: 3:20PM by leaving the copies with or in the presence of:
   Hallf Hunter, Person in Charge, White, Female, 35 Years Old, Brown Hair, 5 Feet 5 Inches, 115 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the party served. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Mon., Aug. 12, 2024 from: Sacramento, CA

7. *Person Who Served Papers:*
   a. John M. Adams

   **1500 W. El Camino Avenue, #510**
   **Sacramento, CA 95833**
   **855-5VALPRO, Fax (866) 900-4665**
   **Valpro** www.ValproAttorneyServices.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2014-45
      (iii) County: Sacramento

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

   Date: Mon, Aug. 12, 2024

   (John M. Adams)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

sterling.80092