ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-6008
 Fax:  (916) 324-5205
 E-mail:  Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants*
*Burnes, Pena, Loza, Munoz, Gamboa, Maytubby,*
*Gallemore, and Garcia*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DORA SOLARES,**<br><br>                                   Plaintiff,<br><br>   v.<br><br>**RALPH DIAZ, et al.,**<br><br>                                   Defendants. | 1:20-CV-00323-LHR<br><br>**DEFENDANT B. GALLEMORE'S NOTICE OF MOTION TO DISMISS**<br><br>Judge:         The Honorable Lee H. Rosenthal<br>Action Filed: March 2, 2020 |

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant B. Gallemore hereby moves to dismiss Plaintiff's claims against him for failure to summon medical care under California Government Code section 845.6.  Dismissal is appropriate under Federal Rule of Civil Procedure 12(b)(6) because Plaintiff fails to plead facts sufficient to state a claim for a violation of section 845.6.

**PLEASE TAKE FURTHER NOTICE** that, consistent with Judge Rosenthal's Court Procedures, this motion is submitted on the record without oral argument unless a party requests oral argument in writing.

Defendant's motion is based on this notice and motion, the supporting memorandum of points and authorities, the pleadings, records, and files in this action, and such other matters as may properly come before the Court.

Dated: September 2, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

*/s/ JEREMY DUGGAN*
JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendants Burnes, Pena, Loza, Munoz, Gamboa, Maytubby, Gallemore, and Garcia*

SA2019101902

# CERTIFICATE OF SERVICE

| Case Name: | **Dora Solares v. Ralph Diaz, et al.** | No. | **1:20-CV-00323-LHR** |
|---|---|---|---|

I hereby certify that on <u>September 3, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT B. GALLEMORE'S NOTICE OF MOTION TO DISMISS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 3, 2024</u>, at San Francisco, California.

| G. Guardado | */s/ G. Guardado* |
|---|---|
| Declarant | Signature |

SA2019101902