Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
15760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230

Attorneys for Plaintiffs DORA SOLARES

[Counsel for Defendants on signature page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA SOLARES,<br><br>      Plaintiff,<br><br>  v.<br><br>RALPH DIAZ, in his individual capacity, et al.,<br><br>      Defendants. | Case No. 1:20-cv-00323-LHR-BAM<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

      PURSUANT to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program. The parties request that the case be mediated with *Solares v. Burnes,* Eastern District of

California case number 1:21-cv-01349. A separate stipulation is being filed concurrently in that matter.

Respectfully submitted,

Dated: October 28, 2024

        LAW OFFICES OF ERIN DARLING

        By: _____/s/Erin Darling_____
        Erin Darling,
        Attorneys for Plaintiff Dora Solares

Dated: October 28, 2024

        ROB BONTA
        Attorney General of California
        JON S. ALLIN
        Supervising Deputy Attorney General

        */s/Jeremy Duggan*

        JEREMY DUGGAN
        Deputy Attorney General
        *Attorneys for Defendants Burnes, Pena, Loza, Munoz, Gamboa, Gallemore, Maytubby, and Garcia*

Dated: October 28, 2024

        ANDRADA AND ASSOCIATES

        */s/ Lynne G. Stocker*

        LYNNE G. STOCKER
        *Attorneys for Defendant Silva*

IT IS SO ORDERED.

DATED: _____

_____
UNITED STATES DISTRICT COURT JUDGE