# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | | |
|---|---|---|
| DORA SOLARES, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 1:20-323-LHR |
| RALPH DIAZ, *et al.*, | § § § | |
| Defendants. | § | |

## NOTICE OF SETTING

The parties are advised that there will be a pre-motion conference held before United States District Judge Lee H. Rosenthal. The conference is set for **Tuesday, December 10, 2024, at 11:40 a.m., Central Standard Time**. The hearing will be held by Zoom. Counsel can find the Court's Zoom link on Judge Rosenthal's home page, at the bottom of the page, in the Interactive calendar link

                                                                           Nathan Ochsner, Clerk
                                                                           Southern District of Texas

Dated:                                               By:_____
                                                               Glenda Hassan
                                                               Acting Case Manager to Judge Lee Rosenthal