Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
15760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230

Attorneys for Plaintiffs DORA SOLARES

[Counsel for Defendants on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA SOLARES,<br><br>Plaintiff,<br><br>v.<br><br>RALPH DIAZ, in his individual capacity, KENNETH CLARK, in his individual capacity, JOSEPH BURNS, in his individual, and DOES 1 TO 15, in their individual capacities<br><br>Defendants. | Case No. 1:20-cv-00323-LHR-BAM<br><br>**[PLAINTIFF'S PROPOSED] ORDER RE: MENTAL HEALTH RECORDS** |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED:**

Defendant Joseph Burnes is ordered to produce the mental health records of Jaime Osuna (CDCR# BD0868), dated March 2019 or before, including but not limited to the mental health records (from March 2019 or before) in Jaime Osuna's

1

C-File. Defendant Burnes shall also produce Jaime Osuna's mental health records after March 2019, which include descriptions of Osuna referencing the killing of Luis Romero or other past instances of Osuna committing violence. In producing the entire C-file (but not after March 2019) of Jaime Osuna, which includes mental health documents, Defendant may redact names, addresses and other identifying information of Jaime Osuna's past victims and his family members.

The mental health records to be produced by Defendant Burnes shall include: references by Jaime Osuna to prior acts of violence by Jaime Osuna; statements by Jaime Osuna that reflect a desire to commit violence; statements by Jaime Osuna pertaining to past acts of violence by Osuna himself; and mental health records that were reviewed or relied upon in any decision by CDCR officials for Jaime Osuna to not be permitted to share a cell with another inmate (i.e. be single-celled) and any decision by CDCR officials for Jaime Osuna to be permitted to share a cell with another inmate (i.e. be double-celled).

The produced documents shall be marked "CONFIDENTIAL-ATTORNEYS' EYES ONLY" in accordance with the protective order in this case. (Stipulated Protective Order, ECF No. 76.)

Defendant shall provide notice to Mr. Osuna within three business days form the issuance of this order and provide notice of that service to Plaintiff.

DATED: December ___, 2024

_____
United States District Judge
HON. LEE H. ROSENTHAL

Presented by:

 /s/ *Erin Darling*
ERIN DARLING
Attorney for Plaintiff
Dora Solares

2