| CAED 435 (Rev. 10/2023) | United States District Court, Eastern District of California | | FOR COURT USE ONLY |
|---|---|---|---|
| | **TRANSCRIPT ORDER** | | DUE DATE: |

PLEASE *Read Instruction Page* (attached):

| 1. YOUR NAME Jon Allin | 2. EMAIL jon.allin@doj.ca.gov | 3. PHONE NUMBER 916-210-7312 | 4. DATE 12/12/2024 |
|---|---|---|---|
| 5. MAILING ADDRESS 1300 I Street | | 6. CITY Sacramento | 7. STATE CA  8. ZIP CODE 95814 |
| 9. CASE NUMBER 1:20-CV-00323-LHR-BAM | 10. JUDGE Lee H. Rosenthal | DATES OF PROCEEDINGS | |
| | | 11. FROM 12/10/2024 | 12. TO 12/10/2024 |
| 13. CASE NAME Solares, Dora v. Ralph Diaz, et al | | LOCATION OF PROCEEDINGS | |
| | | 14. CITY Fresno | 15. STATE CA |

**16. ORDER FOR**

- [ ] APPEAL No.
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [✓] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER *(Specify)*

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [✓] OTHER (Specify Below) Discovery Conference | 12/10/2024 | H. Alcaraz |
| [ ] JURY SELECTION | | | | | |
| [ ] OPENING STATEMENTS | | | | | |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| 7-Day | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [✓] | [✓] | NO. OF COPIES | | |
| Next Day | [ ] | [ ] | NO. OF COPIES | | |
| 2-HOUR | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (19 & 20)** By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE /s/ Jon Allin | PROCESSED BY |
|---|---|
| 20. DATE 12/12/2024 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Dora Solares v. Ralph Diaz, et al.** | No. | **1:20-CV-00323-LHR** |

I hereby certify that on <u>December 12, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**TRANSCRIPT ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 12, 2024</u>, at Sacramento, California.

| | |
|---|---|
| A. Zamora | /s/ A. Zamora |
| Declarant | Signature |

SA2019101902
38624578.docx