J. RANDALL ANDRADA, SBN 70000
randrada@andradalaw.com
LYNNE G. STOCKER, SBN 130333
lstocker@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
1939 Harrison Street, Suite 612
Oakland, California 94612
Tel.:    (510) 287-4160 / Fax: (510) 287-4161

Attorneys for Defendant L. SILVA

ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-6008 / Fax: (916) 324-5205
Jeremy.Duggan@doj.ca.gov

Attorneys for Defendants
Burnes, Gallemore, Gamboa, Garcia, Loza,
Maytubby, Munoz, and Pena

[Counsel for Plaintiff on signature page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DORA SOLARES, | Case No.: 1:20-CV-00323-LHR-BAM |
| Plaintiff, | **[PROPOSED] STIPULATED AMENDED SCHEDULING AND DOCKET CONTROL ORDER; AND ORDER THEREON** |
| v. | |
| RALPH DIAZ, et al., | |
| Defendants. | Hon. Lee H. Rosenthal |

1

Defendants Burnes, Gallemore, Gamboa, Garcia, Loza, Maytubby, Munoz, and Pena and Defendant Silva and Plaintiff Solares hereby stipulate and submit the following proposed amended schedule to control the above-listed matter:

1. March 31, 2025 — **MEDIATION**

    Mediation or other form of dispute resolution must be completed by this deadline.

2. April 15, 2025 — **COMPLETION OF NON-EXPERT DISCOVERY**

    Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline.

3. April 29, 2025 — **EXPERTS ON MATTERS OTHER THAN ATTORNEYS' FEES**

    The plaintiff (or the party with the burden of proof on an issue) will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

4. May 30, 2025 — **OPPOSING EXPERTS**

    The opposing party will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

5. June 20, 2025 — **CLOSE OF EXPERT DISCOVERY**

6. July 3, 2025 — **PRETRIAL DISPOSITIVE MOTIONS DEADLINE**

    No motion may be filed after this date except for good cause.

//

//

| | | |
|---|---|---|
| 7. | August 22, 2025 | **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE** |
| | | The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules. |
| 8. | September 5, 2025 | **DOCKET CALL** |
| | | Docket Call will be held at 2:00 p.m. in a location to be determined. No documents filed within 7 days of the Docket Call will be considered. Pending motions may be ruled on at docket call, and the case will be set for trial as close to the docket call as practicable[1]. |

Any party wishing to make any discovery motions should arrange for a pre-motion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Glenda Hassan at glenda_hassan@txs.uscourts.gov and Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a pre-motion conference. Notify your adversary of the date and time for the conference.

Dated:  January 8, 2025                                  ANDRADA & ASSOCIATES

                                                                                   */s/ Lynne G. Stocker*

                                                                         By:     Lynne G. Stocker
                                                                                   *Attorneys for defendant SILVA*

---

[1] The parties request that this case go to trial before the related, later-filed case of *Solares v. Burns* (1:21-cv-01349). Plaintiff Solares and Defendant Burnes are requesting the same Docket Call date in that case but request that the second-filed case trail this case.

| | |
|---|---|
| Dated: January 8, 2025 | Rob Bonta<br>Attorney General of California<br>Jon S. Allin<br>Supervising Deputy Attorney General<br><br>*/s/Jeremy Duggan (as authorized 1/8/25)*<br><br>Jeremy Duggan<br>Deputy Attorney General<br>Attorneys for Defendants<br>*Burnes, Gallemore, Gamboa, Garcia, Loza, Maytubby, Munoz, and Pena* |
| Dated: January 8, 2025 | Law Offices of Erin Darling<br><br>*/s/Erin Darling (as authorized 1/8/25)*<br><br>Erin Darling<br>Attorney for Plaintiff<br>*Dora Solares* |

IT IS SO ORDERED.

Dated: __January ___. 2025

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

4

{00128897.DOC/}CDCR 1269                                                                          *Solares v. Diaz, et al.*
[PROPOSED] STIPULATED AMENDED SCHEDULING & DOCKET CONTROL ORDER        1:20-cv-00323-LHR