# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | | |
|---|---|---|
| DORA SOLARES, *et al.*, | § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | CIVIL ACTION NO. 1:20-323-LHR |
| RALPH DIAZ, *et al.*, | | |
| Defendants. | | |

## NOTICE OF SETTING

The parties are advised that there will be a pre-motion hearing held before United States District Judge Lee H. Rosenthal. The hearing is set for **Tuesday, February 4, 2025, at 3:00 p.m., Central Standard Time.** The hearing will be held by Zoom. Counsel can find the Court's Zoom link on Judge Rosenthal's home page, at the bottom of the page, in the Interactive calendar link.

**Nathan Ochsner Clerk**

_____
Glenda Hassan
Acting Case Manager to
Senior District Judge Lee Rosenthal