AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:20-cv-00323-LHR-BAM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* California Dept of Corrections
on *(date)* 3/4/25 . and Rehabilitation

☐ I served the subpoena by delivering a copy to the named person as follows:

Elizabeth Scambler

on *(date)* 3/4/25 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 40 .

My fees are $ 40 for travel and $ 40 for services, for a total of $ 40.00 .

I declare under penalty of perjury that this information is true.

Date: 3/4/25

Joslyn Breast
*Server's signature*

Joslyn Neft
*Printed name and title*

2315 Captol Ave. Sac
*Server's address*

Additional information regarding attempted service, etc.:

Served at 1011 Old Placerville Rd. Ste. 100, Sacramento, CA. 95827