Rob Bonta, State Bar No. 202668
Attorney General of California
Jon S. Allin, State Bar No. 155069
Supervising Deputy Attorney General
Jeremy Duggan, State Bar No. 229854
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6008
 Fax: (916) 324-5205
 E-mail: Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants
Pena, Gallemore, and Garcia*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DORA SOLARES,** | 1:20-CV-00323-LHR |
| Plaintiff, | **DEFENDANTS L. PENA, J. GARCIA, AND B. GALLEMORE'S NOTICE OF MOTION TO DISMISS** |
| v. | Judge: The Honorable Lee H. Rosenthal |
| **RALPH DIAZ, et al.,** | Action Filed: March 2, 2020 |
| Defendants. | |

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants L. Pena, J. Garcia, and B. Gallemore hereby move to dismiss Plaintiff's claims against them in the Fifth Amended Complaint for failure to summon medical care under California Government Code section 845.6. Dismissal is appropriate under Federal Rule of Civil Procedure 12(b)(6) because Plaintiff fails to plead facts sufficient to state a claim for a violation of section 845.6.

**PLEASE TAKE FURTHER NOTICE** that, consistent with Judge Rosenthal's Court Procedures, this motion is submitted on the record without oral argument unless a party requests oral argument in writing.

1

Defs. L. Pena, J. Garcia, and B. Gallemor Notice of Motion to Dismiss (1:20-CV-00323-LHR)

1  Defendants' motion is based on this notice and motion, the supporting memorandum of
2  points and authorities, the pleadings, records, and files in this action, and such other matters as
3  may properly come before the Court.
4
5  Dated: March 12, 2025                          Respectfully submitted,
6                                                 ROB BONTA
                                                  Attorney General of California
7                                                 JON S. ALLIN
                                                  Supervising Deputy Attorney General
8
9
10                                                */s/ Jeremy Duggan*
                                                  JEREMY DUGGAN
11                                                Deputy Attorney General
                                                  *Attorneys for Defendants*
12 SA2019101902                                   *Pena, Gallemore, and Garcia*
   38319686.docx
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defs. L. Pena, J. Garcia, and B. Gallemor Notice of Motion to Dismiss (1:20-CV-00323-LHR)