Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
15760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230

Attorneys for Plaintiffs DORA SOLARES

[Counsel for Defendants on signature page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA SOLARES,<br><br>       Plaintiff,<br><br>      v.<br><br>RALPH DIAZ, in his individual capacity, KENNETH CLARK, in his individual capacity, JOSEPH BURNS, in his individual, and DOES 1 TO 15, in their individual capacities<br><br>       Defendants. | Case No. 1:20-cv-00323-LHR-BAM<br><br>**[PROPOSED] STIPULATED AMENDED SCHEDULING AND DOCKET CONTROL ORDER; AND ORDER THEREON**<br><br>Hon. Lee H. Rosenthal |

**COME NOW** Plaintiff Dora Solares and Defendants Burnes, Gallemore, Gamboa, Garcia, Loza, Maytubby, Munoz, and Pena and Defendant Silva hereby

1

stipulate and submit the following proposed amended schedule to control the above-listed matter:

1. June 20, 2025      **COMPLETION OF NON-EXPERT DISCOVERY**

   Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline.

2. June 30, 2025      **EXPERTS ON MATTERS OTHER THAN ATTORNEYS' FEES**

   The plaintiff (or the party with the burden of proof on an issue) will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

3. July 30, 2025      **OPPOSING EXPERTS**

   The opposing party will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

4. August 22, 2025      **CLOSE OF EXPERT DISCOVERY**

5. September 5, 2025      **PRETRIAL DISPOSITIVE MOTIONS DEADLINE**

   No motion may be filed after this date except for good cause.

1

2      6. October 30, 2025               **JOINT PRETRIAL ORDER AND**

3                                          **MOTION IN LIMINE DEADLINE**

4                                        The Joint Pretrial Order will contain the

5  pretrial disclosures required by Rule

6  26(a)(3) of the Federal Rules of Civil

7  Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial

8  Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or

9  other sanction in accordance with the

10  applicable rules.

11      7. November 14, 2025               **DOCKET CALL**

12  Docket Call will be held at 2:00 p.m. in

13  a location to be determined. No

14  documents filed within 7 days of the

15  Docket Call will be considered. Pending motions may be ruled on at

16  docket call, and the case will be set for trial as close to the docket call as

17  practicable.

18

19        Any party wishing to make any discovery motions should arrange for a pre-

20

21  motion conference with the court before the preparation and submission of any

22  motion papers. That includes a motion to compel, to quash, or for protection. Email

23  Glenda Hassan at glenda_hassan@txs.uscourts.gov and Mrs. Eddins at

24

25  Lisa_Eddins@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a pre-

26  motion conference. Notify your adversary of the date and time for the conference.

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Dated:  March 31, 2025

LAW OFFICES OF ERIN DARLING

By: _____/s/Erin Darling_____
Erin Darling,
Attorneys for Plaintiff Dora Solares

Dated:  March 31, 2025                    Respectfully submitted,

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

*/s/Jeremy Duggan (as authorized on 3/31/25)*
JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendants
Burnes, Gallemore, Gamboa, Garcia,
Maytubby, Munoz, Loza, and Pena*

Dated:  March 31, 2025                    ANDRADA & ASSOCIATES

*/s/ Lynne G. Stocker (as authorized on 3/31/25)*
By:  Lynne G. Stocker
*Attorneys for defendant SILVA*

IT IS SO ORDERED.

Dated:      April ___. 2025

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

4