IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | | |
|---|---|---|
| DORA SOLARES, et al., | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION NO. 1:20-323-LHR |
| RALPH DIAZ, et al., | | |
| Defendants. | | |

## NOTICE OF SETTING

The parties are advised that there will be a pre-motion hearing held before United States District Judge Lee H. Rosenthal. The hearing is set for **Thursday, April 17, 2025, at 3:00 p.m., Central Standard Time.** The hearing will be held by Zoom. Counsel can find the Court's Zoom link on Judge Rosenthal's home page, at the bottom of the page, in the Interactive calendar link.

Nathan Ochsner Clerk

_____
Glenda Hassan
Case Manager to
Senior District Judge Lee Rosenthal