**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | | |
|---|---|---|
| DORA SOLARES, *et al.*, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:20-323-LHR |
| | § | |
| RALPH DIAZ, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF SETTING

The parties are advised that there will be a pre-motion conference held before United States District Judge Lee H. Rosenthal. The conference is set for **Friday, May 23, 2025, at 10:40 a.m., Central Standard Time.** The conference will be held by Zoom. Counsel can find the Court's Zoom link on Judge Rosenthal's home page, at the bottom of the page, in the Interactive calendar link.

**Nathan Ochsner Clerk**

Glenda Hassan
Case Manager to
Senior District Judge Lee Rosenthal