J. RANDALL ANDRADA, SBN 70000
randrada@andradalaw.com
LYNNE G. STOCKER, SBN 130333
lstocker@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
1939 Harrison Street, Suite 612
Oakland, California 94612
Tel.: (510) 287-4160 / Fax: (510) 287-4161

Attorneys for Defendant
L. SILVA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DORA SOLARES, | Case No.: 1:20-CV-00323-LHR-BAM |
| Plaintiff, | **NOTICE OF UNAVAILABILITY** |
| v. | |
| RALPH DIAZ, et al., | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that from June 9 through June 16, 2025, the undersigned attorney for Defendant Silva will be unavailable for any purpose whatsoever including, but not limited to, receiving notices of any kind, responding to ex parte applications, responding to discovery, responding to motions, appearing in court or attending depositions. As of the date of this notice, the undersigned is aware of the pre-motion conference set for June 13, 2025 which the undersigned is not required to attend. The undersigned is not aware of any other calendared event pertaining to this case during said period.

Dated:   May 20, 2025                                  **ANDRADA & ASSOCIATES**

                                                       */s/ Lynne G. Stocker*
                                              By _____
                                                       LYNNE G. STOCKER
                                                       Attorneys for Defendant SILVA

1