Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
15760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230

Attorneys for Plaintiffs DORA SOLARES

[Counsel for Defendants on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DORA SOLARES,<br><br>    Plaintiff,<br>v.<br><br>RALPH DIAZ, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00323-LHR-BAM<br><br>**JOINT REQUEST FOR LEAVE TO TAKE DEPOSITION OF JAIME OSUNA PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(a)(2)(B); AND [PROPOSED] ORDER THEREON**<br><br>Hon. Lee H. Rosenthal |

**COME NOW** Plaintiff Dora Solares and Defendants Burnes, Gallemore, Gamboa, Garcia, Loza, Maytubby, Munoz, and Pena and Defendant Silva and hereby submit the following joint request in the above-listed matter. The parties request leave to take the deposition of Jaime Osuna, who is incarcerated at CSP-Corcoran, located at 4001 King Avenue, Corcoran, CA 93212. This request is made pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), which provides that a party must obtain leave of court if the deponent is confined in prison. The deposition of Jaime

Osuna may be taken in person, with remote appearance via videoconference permitted, and the deposition to be recorded by a certified videographer.

Dated: May 22, 2025

LAW OFFICES OF ERIN DARLING

By: ____/s/_____
Erin Darling,
Attorneys for Plaintiff Dora Solares

Dated: May 22, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

By: ____/s/_____
JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendants*
*Burnes, Pena, Loza, Munoz, Gamboa, and Garcia*

Dated: May 22, 2024

Respectfully submitted,

ANDRADA & ASSOCIATES

By: ____/s/ Lynne G. Stocker_____
LYNNE G. STOCKER
*Attorneys for Defendant Silva*

///

IT IS HEREBY ORDERED that leave of court for the taking of Jaime Osuna's deposition is GRANTED. The deposition of Jaime Osuna may be taken in person, with remote appearance via videoconference permitted, and the deposition to be recorded by a certified videographer.

IT IS SO ORDERED.

Dated: May ___, 2025

                                                  Lee H. Rosenthal
                                                  Senior United States District Judge