1

***Solares v. Diaz,***
United States District Court, Eastern District of California
Case No. 1:20-CV-00323-JLT-BAM

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S (CDCR)
IN RESPONSE TO PLAINTIFF'S SUBPOENA TO THE OFFICE OF THE INSPECTOR GENERAL**
**June 6, 2025**

| Entry Number | Document Description | Date of Document(s) | Identity and Position of Author | Identity and Position of Recipients | Present Location of Document | Privilege Claimed | Number of Pages | Privilege Claimed as to Entire Document? |
|---|---|---|---|---|---|---|---|---|
| 1 | Memorandum regarding potential staff misconduct proceeding | 2/25/20 | Thomas Morgan, attorney for CDCR | Warden K. Clark | California Department of Corrections and Rehabilitation | Attorney-Client privilege, attorney work product | 4 | Yes |
| 2 | Memorandum regarding potential staff misconduct proceeding | 2/25/20 | Thomas Morgan, attorney for CDCR | Warden K. Clark | California Department of Corrections and Rehabilitation | Attorney-Client privilege, attorney work product | 4 | Yes |
| 3 | Memorandum regarding potential staff misconduct proceeding | 1/24/20 | Thomas Morgan, attorney for CDCR | Warden K. Clark | California Department of Corrections and Rehabilitation | Attorney-Client privilege, attorney work product | 3 | Yes |

***Solares v. Diaz,***
United States District Court, Eastern District of California
Case No. 1:20-CV-00323-JLT-BAM

| Entry Number | Document Description | Date of Document(s) | Identity and Position of Author | Identity and Position of Recipients | Present Location of Document | Privilege Claimed | Number of Pages | Privilege Claimed as to Entire Document? |
|---|---|---|---|---|---|---|---|---|
| 4 | Attorney's Initial Evaluation | 3/30/19 | Thomas Morgan, attorney for CDCR | Warden K. Clark Gene Petit, Claudia Graves, CDCR Office of Internal Affairs Emilia Orosco, CDCR Employment Resources Officer | California Department of Corrections and Rehabilitation | Attorney-Client privilege, attorney work product | 5 | Yes |
| 5 | Memorandum regarding potential staff misconduct proceeding | 1/24/20 | Thomas Morgan, attorney for CDCR | Warden K. Clark | California Department of Corrections and Rehabilitation | Attorney-Client privilege, attorney work product | 3 | Yes |
| 6 | Memorandum – Investigative Report Review | 10/11/2019 | Thomas Morgan, attorney for CDCR | Mark Miller, Kurtis Aaronsen, John McFayden, CDCR Office of Internal Affairs | California Department of Corrections and Rehabilitation | Attorney-Client privilege, attorney work product | 2 | Yes |
| 7 | Memorandum – Possible Misconduct by Staff | 11/25/2019 | Kurtis Aaronsen, CDCR Office of Internal Affairs | Warden K. Clark  Thomas Morgan, attorney for CDCR  Wendy Avila, Office of the Inspector General | California Department of Corrections and Rehabilitation | Attorney-Client privilege, psychotherapist-patient privilege | 3 | Yes as to attorney-client privilege.  No as to psychotherapist-patient privilege. |

3

***Solares v. Diaz,***
United States District Court, Eastern District of California
Case No. 1:20-CV-00323-JLT-BAM

| Entry Number | Document Description | Date of Document(s) | Identity and Position of Author | Identity and Position of Recipients | Present Location of Document | Privilege Claimed | Number of Pages | Privilege Claimed as to Entire Document? |
|---|---|---|---|---|---|---|---|---|
| 8 | Memorandum regarding potential staff misconduct proceeding | 1/24/20 | Thomas Morgan, attorney for CDCR | Warden K. Clark | California Department of Corrections and Rehabilitation | Attorney-Client privilege, attorney work product | 3 | Yes |
| 9 | Memorandum – File review | 1/22/20 | Warden Kelly Santoro, North Kern State Prison | Warden K. Clark | California Department of Corrections and Rehabilitation | Psychotherapist-patient privilege | 4 | No, CDCR will produce a redacted copy. |
| 10 | Memorandum – File review (copy of entry no. 9) | 1/22/20 | Warden Kelly Santoro, North Kern State Prison | Warden K. Clark | California Department of Corrections and Rehabilitation | Psychotherapist-patient privilege | 4 | No, CDCR will produce a redacted copy. |
| 11 | Notes regarding potential staff misconduct proceeding | 4/29/2009 | Warden S. Sherman, Substance Abuse Treatment Facility | Warden K. Clark | California Department of Corrections and Rehabilitation | Psychotherapist-patient privilege | 2 | No, CDCR will produce a redacted copy |

4

***Solares v. Diaz,***
United States District Court, Eastern District of California
Case No. 1:20-CV-00323-JLT-BAM

| Entry Number | Document Description | Date of Document(s) | Identity and Position of Author | Identity and Position of Recipients | Present Location of Document | Privilege Claimed | Number of Pages | Privilege Claimed as to Entire Document? |
|---|---|---|---|---|---|---|---|---|
| 12 | Letter regarding potential staff misconduct proceeding, including discussion of communications from attorney Thomas Morgan | October or November, 2019 | M. Miller, Office of Internal Affairs | W. Avila, Office of the Inspector General | California Department of Corrections and Rehabilitation | Attorney-Client privilege, attorney work product, psychotherapist-patient privilege | 3 | No, CDCR will produce a redacted copy |
| 13 | Memorandum regarding potential staff misconduct proceeding | 1/24/20 | Thomas Morgan, attorney for CDCR | Warden K. Clark | California Department of Corrections and Rehabilitation | Attorney-Client privilege, attorney work product | 3 | Yes |
| 14 | Memorandum regarding potential staff misconduct proceeding | 1/22/20 | Thomas Morgan, attorney for CDCR | Warden K. Clark | California Department of Corrections and Rehabilitation | Attorney-Client privilege, attorney work product | 3 | Yes |

***Solares v. Diaz,***
United States District Court, Eastern District of California
Case No. 1:20-CV-00323-JLT-BAM

| Entry Number | Document Description | Date of Document(s) | Identity and Position of Author | Identity and Position of Recipients | Present Location of Document | Privilege Claimed | Number of Pages | Privilege Claimed as to Entire Document? |
|---|---|---|---|---|---|---|---|---|
| 15 | Memorandum regarding potential staff misconduct proceeding including discussion of communications from attorney Thomas Morgan | 2/10/2020 | Warden K. Clark | T. Ramos, Chief, Office of Internal Affairs | California Department of Corrections and Rehabilitation | Attorney-Client privilege, attorney work product | 2 | No, CDCR will produce a redacted copy |
| 16 | Letter regarding potential staff misconduct proceeding | October or November, 2019 | M. Miller | Thomas Morgan, attorney for CDCR | California Department of Corrections and Rehabilitation | Attorney-Client privilege, attorney work product | 3 | Yes |
| 17 | Memorandum regarding potential staff misconduct proceeding | 1/27/20 | S. Sherman, warden, Substance Abuse Treatment Facility | J. Lozano, Associate Director, Division of Adult Institutions | California Department of Corrections and Rehabilitation | Psychotherapist-patient privilege | 2 | No, CDCR will produce a redacted copy |
| 18 | Memorandum regarding potential staff misconduct proceeding | 1/24/20 | Thomas Morgan, attorney for CDCR | Warden K. Clark | California Department of Corrections and Rehabilitation | Attorney-Client privilege, attorney work product | 3 | Yes |

6

***Solares v. Diaz,***
United States District Court, Eastern District of California
Case No. 1:20-CV-00323-JLT-BAM

| Entry Number | Document Description | Date of Document(s) | Identity and Position of Author | Identity and Position of Recipients | Present Location of Document | Privilege Claimed | Number of Pages | Privilege Claimed as to Entire Document? |
|---|---|---|---|---|---|---|---|---|
| 19 | Memorandum regarding potential staff misconduct proceeding | 1/24/20 | Thomas Morgan, attorney for CDCR | Warden K. Clark | California Department of Corrections and Rehabilitation | Attorney-Client privilege, attorney work product | 4 | Yes |
| 20 | Hiring Authority Review of Investigation including work product from attorney Thomas Morgan | 3/2/20 | Acting Chief Deputy Warden, Corcoran State Prison | CDCR confidential file for potential staff misconduct proceeding | California Department of Corrections and Rehabilitation | Attorney work product | 42 | No, CDCR will produce a redacted copy |
| 21 | Hiring Authority Review of Investigation including work product from attorney Thomas Morgan | 2/26/20 | Acting Chief Deputy Warden, California State Prison, Corcoran | CDCR confidential file for potential staff misconduct proceeding | California Department of Corrections and Rehabilitation | Attorney work product | 4 | No, CDCR will produce a redacted copy |

***Solares v. Diaz,***
United States District Court, Eastern District of California
Case No. 1:20-CV-00323-JLT-BAM

| Entry Number | Document Description | Date of Document(s) | Identity and Position of Author | Identity and Position of Recipients | Present Location of Document | Privilege Claimed | Number of Pages | Privilege Claimed as to Entire Document? |
|---|---|---|---|---|---|---|---|---|
| 22 | Hiring Authority Review of Investigation including work product from attorney Thomas Morgan | 2/26/20 | Acting Chief Deputy Warden, California State Prison, Corcoran | CDCR confidential file for potential staff misconduct proceeding | California Department of Corrections and Rehabilitation | Attorney work product | 3 | No, CDCR will produce a redacted copy |
| 23 | Hiring Authority Review of Investigation including work product from attorney Thomas Morgan | 2/26/20 | Acting Chief Deputy Warden, California State Prison, Corcoran | CDCR confidential file for potential staff misconduct proceeding | California Department of Corrections and Rehabilitation | Attorney work product | 4 | No, CDCR will produce a redacted copy |
| 24 | Memorandum | 1/21/2020 | Consulting expert retained by attorney Thomas Morgan | Attorney Thomas Morgan's file for potential staff misconduct proceeding | California Department of Corrections and Rehabilitation | Attorney work product | 4 | Yes |

***Solares v. Diaz,***
United States District Court, Eastern District of California
Case No. 1:20-CV-00323-JLT-BAM

| Entry Number | Document Description | Date of Document(s) | Identity and Position of Author | Identity and Position of Recipients | Present Location of Document | Privilege Claimed | Number of Pages | Privilege Claimed as to Entire Document? |
|---|---|---|---|---|---|---|---|---|
| 25 | Curriculum Vitae | 1/2020 | Consulting expert retained by attorney Thomas Morgan | Attorney Thomas Morgan's file for potential staff misconduct proceeding | California Department of Corrections and Rehabilitation | Attorney work product | 5 | Yes |