## CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Dora Solares v. Ralph Diaz, et al.** | No. | **1:20-CV-00323-LHR** |

I hereby certify that on <u>June 6, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **NON-PARTY CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S NOTICE AND PRIVILEGE LOG RE: PLAINTIFF'S SUBPOENA DIRECTED TO THE OFFICE OF THE INSPECTOR GENERAL**

- **PRIVILEGE LOG FOR CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S (CDCR) IN RESPONSE TO PLAINTIFF'S SUBPOENA TO THE OFFICE OF THE INSPECTOR GENERAL**

-

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>June 6, 2025</u>, at Los Angeles, California.

| V. Thompson | /s/ *V. Thompson* |
|---|---|
| Declarant | Signature |

SA2019101902