J. RANDALL ANDRADA, SBN 70000
randrada@andradalaw.com
LYNNE G. STOCKER, SBN 130333
lstocker@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
1939 Harrison Street, Suite 612
Oakland, California  94612
Tel.:    (510) 287-4160 / Fax: (510) 287-4161

Attorneys for Defendant
L. SILVA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DORA SOLARES, <br><br>           Plaintiff, <br><br>     v. <br><br> RALPH DIAZ, et al., <br><br>           Defendants. | Case No.: 1:20-CV-00323-LHR-BAM <br><br> **DEFENDANT SILVA'S NOTICE AND PRIVILEGE LOG RE: PLAINTIFF'S SUBPOENA DIRECTED TO THE OFFICE OF THE INSPECTOR GENERAL** <br><br> Date:         June 24, 2025 <br> Time:        11:00 a.m. (PDT) <br> Courtroom: Videoconference <br> Judge:       Hon. Lee H. Rosenthal |

On May 23, 2025, the Court ordered non-party California Department of Corrections and Rehabilitation (CDCR) to review documents gathered by the California Office of the Attorney General (OIG) in response to a subpoena issued by Plaintiff in this matter and to provide a privilege log as to documents generated by CDCR. (Minute Order, ECF No. 162.)  Defendant Silva hereby asserts privileges and other grounds for withholding documents potentially responsive to the subpoena as set forth in the attached privilege log.

Defendant Silva further notes that OIG's access to the documents listed in the attached privilege log does not result in a waiver of privilege. By statute, CDCR (and its employees) is required to allow access to its documents, but allowing that access does "not result in the waiver of

1

1 | any confidentiality or privilege regarding any records or property." Cal. Penal Code § 6126.5.

2 | Dated: June 23, 2025  **ANDRADA & ASSOCIATES**

By */s/ Lynne G. Stocker*
LYNNE G. STOCKER
Attorneys for Defendant SILVA

2

**Solares v. Diaz, et al.**
**U.S.D.C. for the Eastern District of California**
**Case No. 1:20-cv-00323-LHR**

**Defendant L. Silva's Privilege Log**
**In Response to Plaintiff's Subpoena to the Office of Inspector General**

| Date of Document | Document Description | Identity and Position of Authors and/or Recipients | Grounds for Withholding Documents |
|---|---|---|---|
| 07/16/20 | Appellant Silva's Second Amended Pre-Hearing Settlement Conference Statement; Good Cause Declaration of Baz Vannorsdall in Support of Second Amended Pre-Hearing Settlement Conference Statement | Baz Vannorsdall Staff Legal Counsel California Correctional Peace Officers Assoc. | Attorney Work Product; FRCP 26(a)(2)(D); FRCP 26(b)(3) (A) and (B); FRCP 26(b)(4); FRCP 26(b)(2)(C)(iii); Confidential; Beyond Scope of Permissible Discovery |
| July 2020 | Curriculum Vitae and Bibliography of Silva's consulting expert | Baz Vannorsdall Staff Legal Counsel California Correctional Peace Officers Assoc. | Attorney Work Product; FRCP 26(a)(2)(D); FRCP 26(b)(3) (A) and (B); FRCP 26(b)(4); FRCP 26(b)(2)(C)(iii); Confidential; Beyond Scope of Permissible Discovery |
| 8/3/20 | Appellant Silva's Response to Respondent's Opposition to Silva's Second Amended Request to Amend Silva's Pre-Hearing Settlement Conference Statement | Baz Vannorsdall Staff Legal Counsel California Correctional Peace Officers Assoc. | Attorney Work Product; FRCP 26(a)(2)(D); FRCP 26(b)(3) (A) and (B); FRCP 26(b)(4); FRCP 26(b)(2)(C)(iii); Confidential; Beyond Scope of Permissible Discovery |

| Date | Document | Author/Recipient | Privilege |
|---|---|---|---|
| 8/7/20 | Appellant Silva's Motion to Continue Evidentiary Hearing; Declaration of Cadee Ohanesian in Support thereof | Cadee Ohanesian<br>Staff Legal Counsel<br>California Correctional Peace Officers Assoc. | Attorney Work Product; FRCP 26(a)(2)(D); FRCP 26(b)(3) (A) and (B); FRCP 26(b)(4); FRCP 26(b)(2)(C)(iii); Confidential; Beyond Scope of Permissible Discovery |
| 8/14/20 | Order on Appellant's First Amended and Second Amended Pre-Hearing Settlement Conference Statements | Mark R. Kruger<br>Presiding Administrative Law Judge<br>State Personnel Board<br><br>Cadee Ohanesian<br>Staff Legal Counsel<br>California Correctional Peace Officers Assoc. | Attorney Work Product; FRCP 26(a)(2)(D); FRCP 26(b)(3) (A) and (B); FRCP 26(b)(4); FRCP 26(b)(2)(C)(iii); Confidential; Beyond Scope of Permissible Discovery |