J. RANDALL ANDRADA, SBN 70000
randrada@andradalaw.com
LYNNE G. STOCKER, SBN 130333
lstocker@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
1939 Harrison Street, Suite 612
Oakland, California  94612
Tel.:    (510) 287-4160 / Fax: (510) 287-4161

Attorneys for Defendant
L. SILVA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DORA SOLARES,<br><br>             Plaintiff,<br><br>     v.<br><br>RALPH DIAZ, et al.,<br><br>             Defendants. | Case No.: 1:20-CV-00323-LHR-BAM<br><br>**NOTICE OF UNAVAILABILITY** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that from June 26, 2025 through July 3, 2025, the undersigned attorney for Defendant Silva will be unavailable for any purpose whatsoever including, but not limited to, receiving notices of any kind, responding to ex parte applications, responding to discovery, responding to motions, appearing in court or attending depositions. The undersigned has notified other counsel and the Court that she is set to begin a jury trial in the United States District Court for the Central District of California on July 1, 2025. The undersigned is not aware of any calendared event pertaining to this case during said period.

Dated:     June 25, 2025                                                    **ANDRADA & ASSOCIATES**

                                                                                                      */s/ Lynne G. Stocker*
                                                                                    By _____
                                                                                          LYNNE G. STOCKER
                                                                                          Attorneys for Defendant SILVA