AMARIK K. SINGH
Inspector General
SHAUN SPILLANE, State Bar No. 258604
Chief Deputy Inspector General
JAMES C. SPURLING, State Bar No. 109432
Chief Counsel (A)
JARED RENFRO, State Bar No. 266101
Attorney
  10111 Old Placerville Road, Suite 110
  Sacramento, CA 95827
  Telephone: (916) 288-4212
  Email: SpurlingJ@oig.ca.gov

Attorneys for Non-Party California Office of the Inspector General

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DORA SOLARES,** | Case No.: 1:20-CV-00323-LHR |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| **RALPH DIAZ, ET AL.,** | |
| Defendants. | |

I, the undersigned, declare that at the time of service I was over 18 years of age and not a party to this action. My business address is 10111 Old Placerville Road, Suite 110, Sacramento, CA 95827.

On June 26, 2025, I served the following documents:

**JUNE 26, 2025 LETTER TO THE HONORABLE LEE H. ROSENTHAL**

I served the documents on the person or persons below, as follows:

  Erin Darling
  Erin@ErinDarlingLaw.com

  Justin Sterling
  Justin@SterlingDefense.com

  Jeremy Duggan
  Jeremy.duggan@doj.ca.gov

David Kuchinsky
David.Kuchinsky@doj.ca.gov

Lynne Stocker
lstocker@andradalaw.com

S. Padilla
spadilla@andradalaw.com

The documents were served by the following means:

**By electronic service.** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed above.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

Executed this 26th day of June 2025, at Sacramento, California.

/s/ J. Renfro
_____
Jared Renfro