PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a resident in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to the within action; my business address is 3435 Wilshire Boulevard, Suite 2910, Los Angeles, California 90010. On July 8, 2025, I served the within: PLAINTIFF'S OPPOSITION TO JAMIE OSUNA'S EMERGENCY MOTION UNDER CIRCUIT RULE 27-3 FOR INTERLOCUTORY RELIEF UNDER 28 USC § 1292(A)(1); MOTION TO VACATE IMPROPER WAIVER OF PRIVILEGE COMPEL RETURN AND SEQUESTRATION OF PRIVILEGED MATERIALS, AND ENTER PROTECTIVER ORDER TO PREVENT FURTHER DISCLOSURE OF NON-PARTY JAMIE OSUNA'S RECORDS on the interested parties, addressed as follows:

Jamie Osuna BD0868
4A-1L #44
CSP-COR
PO Box 3476
Corcoran, CA 93212

By electronic means:

Miles A. Harris
2115 Kern St., Suite 101M
Fresno, CA 93721
Email: miles@defendmefresno.com
*Attorney for Jaime Osuna*

Jeremy Duggan and David Kuchinksy, Deputies Attorney General
State of California, Department of Justice
Email address: Jeremy.Duggan@doj.ca.gov; David.Kuchinsky@doj.ca.gov
*Attorney for Defendant Burnes and CDCR (respectively)*

Lynne Stocker
Andrada & Associates
E-mail Address: lstocker@andradalaw.com
*Attorney for Defendant L. Silva*

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 8, 2025, at Los Angeles, California.

*/s/ Erin Darling*
Erin Darling

1
PROOF OF SERVICE