1  J. RANDALL ANDRADA, SBN 70000
   randrada@andradalaw.com
2  LYNNE G. STOCKER, SBN 130333
   lstocker@andradalaw.com
3  **ANDRADA & ASSOCIATES**
   **PROFESSIONAL CORPORATION**
4  1939 Harrison Street, Suite 612
   Oakland, California 94612
5  Tel.:   (510) 287-4160 / Fax: (510) 287-4161

6  Attorneys for Defendant
   L. SILVA

7

8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10                        FRESNO DIVISION

11

12 | DORA SOLARES,              | Case No.: 1:20-CV-00323-LHR-BAM |
13 |        Plaintiff,           | **NOTICE OF UNAVAILABILITY**    |
14 |    v.                       |
15 | RALPH DIAZ, et al.,         |
16 |        Defendants.          |

17

18       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19       PLEASE TAKE NOTICE that from August 4, 2025 through August 10, 2025, the

20 undersigned attorney for Defendant Silva will be unavailable for any purpose whatsoever including,

21 but not limited to, receiving notices of any kind, responding to ex parte applications, responding to

22 discovery, responding to motions, appearing in court or attending depositions. The undersigned is not

23 aware of any calendared event pertaining to this case during said period.

24 Dated:    July 16, 2025                    **ANDRADA & ASSOCIATES**

25

26                                           By  */s/ Lynne G. Stocker*
                                                _____
27                                           LYNNE G. STOCKER
                                             Attorneys for Defendant SILVA
28

                                             1