

**FILED**
JUL 31 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Jamie Osuna BD0868
CSP-COR
PO BOX 3476
CORCORAN, CA 93212

Non-Party Intervenor/Real
Party in Interest,

    v.

Dora Solares,
        Plaintiff,
    v.
Diaz, et al
        Defendants

No. 1:20-cv-00323-LHR-BAM

**NOTICE OF CLARIFICATION AND REQUEST TO CORRECT DOCKET ATTRIBUTION**

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that the undersigned, Jamie Osuna, respectfully submits this notice to clarify that docket 198, the Motion for Protective Order, to Quash Deposition Notice, and for Alternative Service, filed on or around July 17, 2025, and currently listed on the docket as filed by Plaintiff Dora Solares or her counsel, was in fact filed by Jamie Osuna, a non-party intervenor and real party in interest.

This filing concerns Mr. Osuna's personal constitutional and privacy rights and was submitted pro se from CSP-Corcoran. It was not authored, joined, or filed by Plaintiff's counsel.

Accordingly, Mr. Osuna respectfully requests that the docket entry 198 for that motion (ECF No. 1:20-cv-00323-LHR-BAM) be updated to reflect the correct filer and to ensure proper consideration of the motion.

1  Respectfully submitted,

2  Date: July 29, 2025,

3

4

5  *[signature: Jamie Osuna]*

6

    *p.p.* Jamie Osuna (CDCR #BD0868)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28