IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | | |
|---|---|---|
| DORA SOLARES, | § | |
| | § | |
| Plaintiffs, *et al.*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:20-323-LHR |
| | § | |
| RALPH DIAZ, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF SETTING

Parties are advised that there will be a pre-motion conference held before United States District Judge Lee H. Rosenthal on **Friday, August 15, 2025, at 3:00 p.m., Central Standard Time,** by Zoom. Counsel can find the Court's Zoom link on Judge Rosenthal's home page, at the bottom of the page, in the Interactive calendar link

Nathan Ochsner Clerk

By: /s/ Glenda Hassan
Glenda Hassan
Case Manager to Judge Lee Rosenthal