UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jamie Osuna BD0868<br>CSP-COR<br>PO BOX 3476<br>CORCORAN, CA 93212<br><br>Non-Party Intervenor/Real Party in Interest,<br><br>v.<br>Dora Solares,<br>            Plaintiff,<br>    v.<br>Diaz, et al<br>            Defendants | No. 1:20-cv-00323-LHR-BAM<br><br>**NOTICE OF RELATED PENDING PROCEEDINGS IN PARALLEL CRIMINAL CASE AND REQUEST FOR ALTERNATIVE SERVICE**<br><br>FILED<br>AUG 13 2025<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY CLERK |

**NOTICE OF RELATED PENDING PROCEEDINGS IN PARALLEL CRIMINAL CASE AND REQUEST FOR ALTERNATIVE SERVICE**

Non-party Jamie Osuna respectfully notifies the Court of the following developments relevant to the pending motions in this matter:

1. **Parallel Criminal Court Motions**

    Mr. Osuna has filed multiple pending motions in the Kings County Superior Court (*People v. Osuna*, 19CM-1882) concerning the release of privileged evidence and records from this civil matter into the criminal case. These motions seek:

    - Protective orders and judicial subpoenas;
    - Contempt proceedings against individuals alleged to have violated sealing orders, statutory protections, and constitutional safeguards.

2. **Scope of State Court Motions**

    The pending motions address:

- o The validity of any alleged privilege waivers in both the civil and criminal contexts;
- o The propriety of compelling Mr. Osuna's deposition while his capital prosecution is pending;
- o The use, public release, or dissemination of confidential and sealed materials originating from the criminal case that have been obtained or disclosed through this civil litigation.

3. **Upcoming Hearing**

   A hearing is scheduled for **August 19, 2025,** in Kings County Superior Court on Plaintiff's counsel Erin Darling's request to unseal Osuna's records. The outcome may directly affect the legality and permissible scope of discovery in this civil case.

4. **Civil Representation & Barriers**

   Mr. Osuna is actively seeking qualified civil representation due to documented mental health conditions, custodial barriers, and the complexity of managing concurrent civil and capital criminal litigation from within prison.

5. **Government Claims Program**

   Mr. Osuna has filed a Government Claims Program complaint with the intent to sue state actors, including certain CDCR employees and Plaintiff's counsel Erin Darling, for conduct described herein. He is awaiting the agency's written response and right-to-sue notice.

**Request for Alternative Service**

Due to Mr. Osuna's incarceration and pro se status, traditional service methods are impractical and cause significant delay. Institutional barriers—including refusal by CSP–Corcoran staff to process or forward filings—further impair his access to the court.

Mr. Osuna respectfully requests authorization under Fed. R. Civ. P. 5(b)(2)(E) to serve avia

alternative means by mailing filings to the Clerk of the Court for docketing in CM/ECF, with service to all parties effectuated through the court's electronic notification system.

**REQUEST**

In light of the overlapping issues and the high risk of prejudicing the parallel capital prosecution, Mr. Osuna respectfully requests that this Court:

1. Refrain from issuing further orders, subpoenas, or privilege waivers—including any deposition orders—until the Kings County Superior Court has ruled on the pending motions;
2. Require Plaintiff and Defendants to first obtain appropriate relief from the Kings County Superior Court before seeking records or testimony implicating the criminal case;
3. Authorize alternative service as outlined above; and
4. Defer further action until the state court has ruled on all related matters.

Respectfully submitted,

*/s/ Jamie Osuna*

Dated: August 11, 2025

p.p. Jamie Osuna

## CERTIFICATE OF SERVICE

**Case Name:** *Dora Solares v. Ralph Diaz, et al.*
**Case No.:** 1:20-cv-00323-LHR-BAM

I hereby certify that on **August 11, 2025**, I caused the following document:

**NOTICE OF RELATED PENDING PROCEEDINGS IN PARALLEL CRIMINAL CASE AND REQUEST FOR ALTERNATIVE SERVICE**

to be sent through United States Postal Service addressed to:

**Clerk of the Court**
U.S. District Court, Eastern District of California
2500 Tulare Street, Room 1501
Fresno, CA 93721

for docketing into the CM/ECF system, which will effect service on all registered parties pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Court's electronic filing procedures.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on **August 11, 2025**, at Corcoran, California.

*[signature]*

**p.p. Jamie Osuna**