IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | | |
|---|---|---|
| DORA SOLARES, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 1:20-323-LHR |
| RALPH DIAZ, *et al.*, | § § § | |
| Defendants. | § | |

## NOTICE OF RESETTING

The parties are advised that there will be a discovery hearing and status conference held before United States District Judge Lee H. Rosenthal. The hearing is set for **Tuesday, October 7, 2025, at 3:00 p.m., Central Daylight Time.** The hearing will be held by Zoom. Counsel can find the Court's Zoom link on Judge Rosenthal's home page, at the bottom of the page, in the Interactive court calendar link.

October 2, 2025                                  **Nathan Ochsner, Clerk**

                                                 _____
                                                 Glenda Hassan
                                                 Case Manager to
                                                 Senior District Judge Lee H. Rosenthal