IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DORA SOLARES, *et al.*, | § § § § | |
| Plaintiffs, | § | |
| v. | § § | CIVIL ACTION NO. H-20-323 |
| RALPH DIAZ, *et al.*, | § § § | |
| Defendants. | § | |

## AMENDED SCHEDULING AND DOCKET CONTROL ORDER

The disposition of this case will be controlled by the following schedule:

1. January 30, 2026   **COMPLETION OF NON-EXPERT DISCOVERY**

   Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline.

2. February 27, 2026   **EXPERTS ON MATTERS OTHER THAN ATTORNEY'S FEES**

   The plaintiff (or the party with the burden of proof on an issue) will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

3. March 27, 2026   The opposing party will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

4. April 24, 2026   **CLOSE OF EXPERT DISCOVERY**

   All expert discovery must be completed by this deadline.

5. June 12, 2026 **PRETRIAL DISPOSITIVE MOTIONS DEADLINE**

   No motion may be filed after this date except for good cause.

6. August 14, 2026 **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**

   The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules.

7. August 21, 2026 **DOCKET CALL**

   Docket Call will be held at 2:00 p.m. by Zoom. No documents filed within 7 days of the Docket Call will be considered. Pending motions may be ruled on at docket call, and the case will be set for trial as close to the docket call as practicable.

Any party wishing to make any discovery motions should arrange for a pre-motion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Ms. Hassan at Glenda_Hassan@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a pre-motion conference. Notify your adversary of the date and time for the conference.

SIGNED on October 8, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge