1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   **DORA SOLARES, ET AL.,**                         No.  **1:20−CV−00323−LHR−FRS**

12                          Plaintiff,

                                                       **NOTICE OF TEMPORARY**
13          v.                                         **MAGISTRATE JUDGE ASSIGNMENT**

14   **JOSEPH BURNS, ET AL.,**

15                          Defendant.
                                              /
16

17        The Court, having considered the equitable and efficient division and economical determination

18   of court business, finds the necessity for temporary assignment of this case.  This case is ASSIGNED

19   to Fresno Magistrate Judge (FRS) until such time as a new magistrate judge is appointed.  In the

20   interim, this case is temporarily REFERRED to **Magistrate Judge Sheila K. Oberto .**

21        **YOU ARE THEREFORE NOTIFIED** that this case is hereby temporarily referred to

22   **Magistrate Judge Sheila K. Oberto** until such time as a new Fresno magistrate judge is appointed.

23   Documents filed in this case shall include the temporary magistrate judge's initials, as follows:

24                              **1:20−CV−00323−LHR−FRS (SKO)**

25        All dates currently set in this action shall remain pending subject to further order of the court.

26        DATED:   January 8, 2026            KEITH G. HOLLAND, Clerk of Court

27                                       by:  /s/ E. Flores
                                             Deputy Clerk
28

1