**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jamie Osuna BD0868<br>PO Box 3476<br>CSP-COR<br>Corcoran, CA 93212<br>Third-party in<br><br>Dora Solares<br>　　　　　Plaintiff,<br>v.<br>Ralph Diaz, et al,<br>　　　　　Defendant. | No. 1:20-cv-00323-LHR-FRS<br><br>**NOTICE OF NINTH CIRCUIT EMERGENCY MANDAMUS FILING** |

PLEASE TAKE NOTICE that a non-party inmate has filed an Emergency Petition for Writ of Mandamus and Emergency Motion for Administrative Stay in the United States Court of Appeals for the Ninth Circuit pursuant to Fed. R. App. P. 21.

The petition concerns the custodially enforced civil deposition of the non-party inmate noticed for January 23, 2026.

This Notice is informational only and does not request relief from this Court.

Dated: January 14, 2026

*/s/ Jamie Osuna/*

p.p. Jamie Osuna