**FILED**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

JAN 16 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Jamie Osuna BD0868
PO Box 3476
CSP-COR
Corcoran, CA 93212
Third-party in

Dora Solares

     Plaintiff,

 v.

Ralph Diaz, et al,

     Defendant.

No.  1:20-cv-~~00323-LHR-FRS~~

**NOTICE REGARDING TRANSMISSION OF**
**PREVIOUSLY TENDERED**
**EMERGENCY INTERLOCUTORY APPEAL**

  Non-party Jaime Osuna, appearing pro se and as the real party in interest, submits this Notice for the limited purpose of correcting and completing the appellate transmission record.

1. On June 30, 2025, Mr. Osuna tendered an Emergency Interlocutory Appeal seeking immediate appellate review of district-court orders authorizing disclosure of his privileged mental-health records and other records relating to his pending, capital-eligible criminal prosecution, without notice or an opportunity to be heard.

2. The appeal was electronically docketed by the Clerk of the United States Court of Appeals for the Ninth Circuit. The Ninth Circuit Clerk advised, however, that appellate jurisdiction requires transmission of the notice of appeal from the district-court docket.

3. To date, the docket of the United States District Court for the Eastern District of California does not reflect transmission of the interlocutory appeal or any associated request to proceed in forma pauperis.

4. The interlocutory appeal concerns district-court orders that included:

  (a) compelled disclosure of Mr. Osuna's privileged mental-health and related records; and

  (b) disclosure of records connected to a parallel criminal prosecution arising from the same incident at issue in this civil action, rendering the orders effectively unreviewable once disclosure occurs.

1

5. Subsequent proceedings in this action have continued to implicate Mr. Osuna's protected records, including through ongoing discovery activity and a noticed deposition referenced as proceeding pursuant to the Court's June 16, 2025, order (ECF No. 170).

**REQUEST**

For the limited purpose of ensuring accurate appellate transmission, Mr. Osuna respectfully requests that the Clerk:

1. Docket the previously tendered Emergency Interlocutory Appeal nunc pro tunc as of June 30, 2025; and

2. Promptly transmit the notice of appeal and any associated in forma pauperis materials to the United States Court of Appeals for the Ninth Circuit.

This Notice does not seek substantive relief from the Court and is submitted solely to facilitate proper appellate transmission.

Dated: January 13, 2026

p.p. Jamie Osuna

2