Rob Bonta, State Bar No. 202668
Attorney General of California
Jon S. Allin, State Bar No. 155069
Supervising Deputy Attorney General
Jeremy Duggan, State Bar No. 229854
Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone: (916) 210-6008
 Fax: (916) 324-5205
 E-mail: Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants*
*Burnes, Gallemore, Gamboa, Garcia. Loza,
Maytubby, Munoz, and Pena*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DORA SOLARES,** <br><br> Plaintiff, <br><br> v. <br><br> **RALPH DIAZ, et al.,** <br><br> Defendants. | 1:20-CV-00323-LHR-FRS <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COMPLETION OF FACT DISCOVERY** <br><br> Judge: The Honorable Lee H. Rosenthal |

The parties have been diligent in conducting discovery in this matter but an additional two weeks of fact discovery are necessary to complete depositions. The parties therefore stipulate that the deadline for completion of non-expert discovery be continued from January 30, 2026 to February 13, 2026. All other deadlines from the Amended Scheduling and Docket Control Order (ECF No. 214) remain in full force and effect.

| | | |
|---|---|---|
| 1 | Dated:  January 20, 2026 | Respectfully submitted, |
| 2 | | ROB BONTA |
| | | Attorney General of California |
| 3 | | JON S. ALLIN |
| | | Supervising Deputy Attorney General |
| 4 | | |

***/s/Jeremy Duggan***
JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendants*
*Burnes, Gallemore, Gamboa, Garcia. Loza,*
*Maytubby, Munoz, and Pena*

Dated:  January 20, 2026                                Law Offices of Erin Darling

***/s/Erin Darling (as authorized 1/19/26)***
ERIN DARLING
*Attorney for Plaintiff*
*Dora Solares*

Dated:  January 20, 2026                                ANDRADA & ASSOCIATES

***/s/Lynne Stocker (as authorized 1/19/26)***
LYNNE G. STOCKER
*Attorneys for Defendant*
*Silva*

IT IS SO ORDERED.

Dated:  _____          _____
                                                                      LEE H. ROSENTHAL
                                                                      UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Dora Solares v. Ralph Diaz, et al.** | No. | **1:20-CV-00323-LHR-FRS** |

I hereby certify that on <u>January 20, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COMPLETION OF FACT DISCOVERY**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 20, 2026</u>, at Sacramento, California.

| K. Vitalie | */s/ K. Vitalie* |
|---|---|
| Declarant | Signature |

SA2019101902
39586011.docx