ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
　1300 I Street, Suite 125
　Sacramento, CA 95814
　Telephone:  (916) 210-6008
　Fax:  (916) 324-5205
　E-mail:  Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants*
*Burnes, Gallemore, Gamboa, Garcia. Loza,*
*Maytubby, Munoz, and Pena*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DORA SOLARES,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**RALPH DIAZ, et al.,**<br><br>　　　　　　　　　　Defendants. | 1:20-CV-00323-LHR-FRS<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR COMPLETION OF FACT DISCOVERY**<br><br>Judge:　　The Honorable Lee H. Rosenthal |

　　　The parties have been diligent in conducting discovery in this matter but an additional two weeks of fact discovery are necessary to complete depositions.  The parties therefore stipulate that the deadline for completion of non-expert discovery be continued from January 30, 2026, to February 13, 2026.  All other deadlines from the Amended Scheduling and Docket Control Order (ECF No. 214) remain in full force and effect.

Dated: January 20, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

*/s/Jeremy Duggan*
JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendants*
*Burnes, Gallemore, Gamboa, Garcia. Loza, Maytubby, Munoz, and Pena*

Dated: January 20, 2026

Law Offices of Erin Darling

*/s/Erin Darling (as authorized 1/19/26)*
ERIN DARLING
*Attorney for Plaintiff*
*Dora Solares*

Dated: January 20, 2026

ANDRADA & ASSOCIATES

*/s/Lynne Stocker (as authorized 1/19/26)*
LYNNE G. STOCKER
*Attorneys for Defendant*
*Silva*

IT IS SO ORDERED.

Dated: January 20, 2026

_____
LEE H. ROSENTHAL
Senior United States District Judge