# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | | |
|---|---|---|
| DORA SOLARES, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 1:20-323-LHR |
| RALPH DIAZ, *et al.*, | § § § | |
| Defendants. | § | |

## NOTICE OF SETTING

The parties are advised that there will be a pre-motion conference held before United States District Judge Lee H. Rosenthal. The hearing is set for **Tuesday, February 3, 2026, at 3:00 p.m., Central Daylight Time.** The hearing will be held by Zoom. Counsel can find the Court's Zoom link on Judge Rosenthal's home page, at the bottom of the page, in the Interactive court calendar link.

January 30, 2026         **Nathan Ochsner Clerk**

_____
Glenda Hassan
Case Manager to
Senior District Judge Lee H. Rosenthal