UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

************************************************************

DORA SOLARES,                          1:20-CV-00323-LHR-FRS

     Plaintiff,

VS.

RALPH DIAZ, et al.,

     Defendants.                   AUGUST 15, 2025

************************************************************

DORA SOLARES,                          1:21-CV-01349-LHR-BAM

     Plaintiff,

VS.

JOSEPH BURNS, et al.,

     Defendants.                   AUGUST 15, 2025

************************************************************

TRANSCRIPT OF ZOOM DISCOVERY HEARING PROCEEDINGS
HEARD BEFORE THE HONORABLE LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

************************************************************

APPEARANCES:

FOR THE PLAINTIFF:              MR. ERIN R. DARLING
                                Law Offices of Erin Darling
                                3435 Wilshire Boulevard
                                Suite 2910
                                Los Angeles, CA 90010

     Proceedings recorded by mechanical stenography,
transcript produced via computer.

```
FOR THE DEFENDANTS          MR. JEREMY DUGGAN
JOSEPH BURNS, ET AL.,       Office of the Attorney General
and RESPONDENT              1300 I Street
CALIFORNIA DEPARTMENT       Suite 125
OF CORRECTIONS AND          Sacramento, CA 95814
REHABILITATION:


FOR THE DEFENDANTS          MS. LYNNE G. STOCKER
LUIS SILVA and ERIK BEAM:   Andrada & Associates
                            1939 Harrison Street
                            Suite 612
                            Oakland, California 94612


FOR THE RESPONDENT          MR. JAMES C. SPURLING
CALIFORNIA OFFICE OF THE    MR. JARED RENFRO
INSPECTOR GENERAL:          California Office of the
                               Inspector General
                            10111 Old Placerville Road
                            Suite 110
                            Sacramento, California 95827


Official Court Reporter:    David S. Smith, CSR, RPR, CRR
                            Official Court Reporter
                            United States District Court
                            Southern District of Texas
                            515 Rusk Street, Room 8004
                            Houston, Texas 77002
```

**P R O C E E D I N G S**

THE COURT:  Good afternoon.  Do we have everyone we need to proceed?

MS. STOCKER:  Good afternoon, Lynn Stocker for Defendant Silva.  We don't seem to have Mr. Osuna.

MR. DARLING:  I don't believe he's a party.

THE COURT:  He does have motions before me; but I don't know if anybody has made arrangements to secure his presence --

MS. STOCKER:  Yeah.

THE COURT:  -- assuming it was needed.

MR. DARLING:  Your Honor, this is Erin Darling on behalf of plaintiff.  I do not believe the matters pending on this issue concern him at all and he's not a party and --

THE COURT:  He's not a party, but I do think they concern him and he's raised certain objections.

MR. DARLING:  True.  True.  But the other issue in terms of even the Court-ordered deposition, you know, that didn't go through the -- I mean there's lots of challenges. I've tried reaching out to his criminal defense lawyer. Apparently he's not handling him -- handling any civil matters. So I certainly don't think we stop everything from going because of --

THE COURT:  I agree with that, which raises a question I wanted to get some clarification on.  What is the status of his criminal case?

MR. DARLING:  He actually has a hearing next week.  I believe it's actually a preliminary hearing and that is -- it is -- no, it's -- it's a status conference and preliminary setting and -- yeah.

THE COURT:  All right.  What is the stage in which the state court proceeding sits?

MR. DARLING:  It's my understanding, based on the conversation that I had with the DA, that they are still deciding whether to go forward on the capital or to pull that; and so it's very early.  It may be that the death penalty is taken off the table and so that process of even deciding is where they're at now so that -- I guess that's not a very -- I don't know much more than that.

THE COURT:  All right.  One of the issues that Mr. Osuna raised and that was raised pretty recently was a request to stay this case pending the resolution of his state case, criminal case.  He's not a party to this case, but I wanted to give you all an opportunity to weigh in on that request.

MR. DARLING:  Yes.  Yeah, Your Honor, I would say that that would be -- that would not be justice served.  I mean for one, I think Solares II, that case, can completely proceed without Osuna because that has to do with the distribution of the photos.

Solares I, look, I would like to depose him.  On

the other hand, I would very much assume that he would just assert his Fifth Amendment right to silence and be silent.  And even that invocation, that alone what I would want to get.

And so I don't think for purposes of liability against the individual defendants we have now, from plaintiff's perspective, we even need anything more.  You know, there's a lot more information, but I think it's not necessary.

THE COURT:  So --

MR. DARLING:  Now, as a delay tactic, I think of course that that fruit is always there for the picking; but I actually don't think it's necessary.  And for purposes of why we're here today in terms of the mental health records, of course in 2025 Osuna can say, "Oh, I'm asserting my privilege."

But the point of the waiver was, then, back then he put it at issue; and that horse has left the barn.

THE COURT:  I assume that what you're saying, Mr. Darling, is that you don't think that -- because you don't intend to seek his testimony in this case, there's no need to stay this case pending the outcome of the criminal case against him.

MR. DARLING:  Exactly, Your Honor.

THE COURT:  Mr. Duggan, you were starting to speak.

MR. DUGGAN:  Yes.  We did intend to seek Mr. Osuna's testimony.  It is highly relevant to several defendants' defenses in that Mr. Osuna is the only person in the cell that

night; and so he can provide testimony on what happened in the cell, timing --

THE COURT:  I think you know what happened in the cell.

MR. DUGGAN:  -- all right -- the timing of what happened in the cell, whether intervention would have made any difference.  So Mr. Osuna's testimony is necessary.  We want to get his deposition; and if he asserts the Fifth, then we would seek a stay because we need that -- that testimony is very relevant to our defenses.

MS. STOCKER:  Your Honor, Lynn Stocker.

I agree with Mr. Duggan's analysis and I also intend to take Mr. Osuna's -- I intend to participate in Mr. Osuna's deposition.  I think we have to wait to see what arguments, what position he takes at the time of the deposition.  We won't know whether he's going to take the Fifth or what his position will be.

THE COURT:  I'm really unclear on -- perhaps you can help me.  Look, I don't think the question is in this case was there an opportunity to intervene after the -- Mr. Osuna and Mr. Romero in the same cell and between that time and the next morning after an apparent absence of overnight monitoring -- and I say, "apparent" because that's just what's been alleged.  Whether there was an opportunity to intervene doesn't go to whether it was negligent to put them in the same cell in the first place.  I mean that's the issue and I don't understand

why Mr. Osuna's testimony would shed light on that issue.

MR. DUGGAN:  Both matters are at issue.  There's several defendants who were -- there's the two control booth officers and the two floor officers who were accused of deliberate indifference and negligence in this case.  One of those is Ms. Stocker's client, Mr. Silva, who are accused of not properly monitoring and --

THE COURT:  Right.

MR. DUGGAN:  -- allowing the murder to happen.

THE COURT:  Right.

MR. DUGGAN:  So Mr. Osuna's testimony can provide information about whether those accusations are accurate based on --

THE COURT:  Well --

MR. DUGGAN:  -- time, for example --

THE COURT:  -- but he doesn't know what they did to --

MR. DUGGAN:  He knows what --

THE COURT:  -- back up again --

MR. DUGGAN:  He knows -- he know what he did, though.  He knows what he did.

THE COURT:  Yes, but we --

MR. DUGGAN:  If the murder --

THE COURT:  -- what he did, too.

MR. DUGGAN:  If the murder takes place when, you know, defendants are not working, then there's a different -- then

there's a defense as to deliberate indifference and wrongful death for those defendants.  So it's very relevant.

THE COURT:  We do know -- we have a timeline.  We know when they were put in the cell together and the next thing we know in terms of what the officers discovered was a dismembered body.  So --

MR. DUGGAN:  We want to fill in the rest of that timeline with his deposition.

MR. DARLING:  I want to be heard, Your Honor --

THE COURT:  Please.

MR. DARLING:  -- on this.

This is -- I don't mean to be smiling, because this is such a serious issue; but this is kind of bonkers, because this man had time to not only cut off a head, but to make a necklace out of organs and write in blood on the wall when they have a duty every 30 minutes to check on checks.  The idea that there wasn't time and this was done somehow in the blink of an eye, I dare them to make that argument to the jury. That is not a serious basis for delaying this civil trial that was filed before the pandemic for the resolution of a capital murder case.  That is not -- that cannot be a serious position.

MS. STOCKER:  That's not what I'm arguing.

MR. DUGGAN:  It is a serious position.

Go ahead, Lynn.

MS. STOCKER:  That's not what I'm arguing, Your Honor.

I'm saying we're entitled to take Mr. Osuna's deposition, and whatever happens at that deposition then becomes another step in the process.  I am not asking for the Court to stay this case pending the criminal case.  I'm not asking for that.  I don't know what --

THE COURT:  If Mr. Osuna declines to testify on the basis of a Fifth Amendment privilege, then would you be asking for a stay?

MS. STOCKER:  That depends on whether he answered questions at all or whether he took a blanket Fifth Amendment. I know Mr. Osuna has filed several pleadings in this case.

THE COURT:  He has.

MS. STOCKER:  I think he's trying to make his position known; but I don't think that precludes us from tank his deposition and to be frank, I don't believe that I need to give any more explanation as to why I'm entitled to the deposition of Mr. Osuna.

THE COURT:  Have you sought to take his deposition?

MS. STOCKER:  We have.  We've got an order.  We got an order from the Court to allow us to take his deposition.

THE COURT:  Allow.  Have you sought to take his deposition?

MS. STOCKER:  Oh, I see what you're asking.

THE COURT:  Yes.

MS. STOCKER:  I don't believe that any formal process

has been initiated.  Mr. Duggan can probably enlighten the Court more.  I think we were kind of waiting to see what was going to happen with Mr. Osuna's objections and motions for protective orders and whether the Court in this case is going to do anything about that.

THE COURT:  Well, I mean certainly he has presented motions before me; and I think I have a duty to address those mediations after giving you all an opportunity to respond in whatever way you deem appropriate; but if you are going to rely on a need to obtain Mr. Osuna's deposition testimony as a basis to stay this case until any Fifth Amendment objection on the part of Mr. Osuna is made moot by the resolution of his criminal case, then I need you to -- I need some evidence that you have attempted to take his deposition and he has asserted the Fifth Amendment as a basis for refusing to give deposition testimony.

MS. STOCKER:  That's fair, Your Honor.

MR. DUGGAN:  Absolutely.  I mean, that's -- he has a pending motion for protective order against his deposition; but we can certainly -- I think Mr. Darling has sent a notice to Mr. Osuna for his deposition and was looking for dates at one point.

MR. DARLING:  Well, that's one of the two issues I want to raise is plaintiff has sought and so now all a sudden defendants are saying, "Oh, we really need it."

When it's like, wait a second.  I was asserting it and now you're saying you need it for this delay.

And then even putting this -- playing this out, Your Honor, if in fact he stands on his Fifth Amendment rights, I still don't see how that's a basis for the delay when plaintiff is saying, "You don't have -- like, I don't need his testimony for liability against these individual defendants."

Also in a civil matter these defendants cannot compel his testimony even after resolution of the criminal case.  He can say, "Kick rocks.  I don't want to talk to you."

And so the idea that he is somehow the linchpin for moving forward, I think, is novel.  We haven't heard this in the years that it's been litigated, but I don't think this is a basis to stop anything.

THE COURT:  If Mr. Osuna is not going to testify in this case by deposition because he has refused to do so, Number 1, and if I find that his deposition testimony is not necessary to resolve the issues that this case presents, Number 2, then there's no basis to stay this case pending the outcome of his criminal case, which would take years.  Years.

MR. DUGGAN:  So we would -- if that came to pass, we would present a motion to stay to --

THE COURT:  You'd rather present it.

MR. DUGGAN:  Right.

THE COURT:  I think it's time to present it.

MR. DUGGAN:  Well, we don't -- at this point he hasn't asserted the Fifth Amendment.  We can move forward with that.

THE COURT:  Move forward with the process to tee that issue up so we can promptly resolve it.

MS. STOCKER:  Yes, Your Honor.

THE COURT:  All right.

Point 1.  He has moved to quash a pending deposition notice.  Does anybody want to address that?  That's Docket Entry Number 198, his motion for protective order and to quash.

MR. DUGGAN:  We oppose that motion for the reasons we've just gone over.  We would like to take his deposition and find out whether he is going to assert the Fifth Amendment and if he does -- and if -- and move forward from there.

THE COURT:  So all parties want me to deny his motion to quash, let you issue the -- and compel his deposition and allow him the opportunity to assert the Fifth if that's his choice?

MS. STOCKER:  Yes, Your Honor.

MR. DARLING:  Yes, Your Honor.

THE COURT:  All right.

MR. DUGGAN:  Yes, Your Honor.

THE COURT:  All right.  Let's talk about the continuing round of disputes focusing on the production of the mental health records in particular.

MR. DARLING:  Thank you, Your Honor.

So on June 24th the Court ruled that the privilege was waived, that there were sufficient protections, and then said that -- stated that counsel for plaintiff must impose an order by June 25th.

On June 25th, I submitted that proposed order.

So it's my position that we've litigated this issue for a long time and the issue has been ruled on and we're waiting for the Court's final order for then CDCR and defendants to then produce the documents that have been reviewed by the Court.

THE COURT:  All right.  I have not issued the final order because I continue to find this -- despite Mr. Darling's understandable frustrations -- and they are understandable -- I continue to find this a very difficult issue and it really is an issue of not whether records need to be produced, but what level of redactions are appropriate.

So let's take up some of the specifics.  And I had the opportunity to look at some of the privilege log and documents relating to the privilege log that CDCR presented regarding the OIG records and I see several instances -- and I have to be careful how I address this -- but several instances in which I think over-redaction has occurred.  I will give an example of one concern that was raised.  I certainly agree that redactions that -- of attorney-client communications, fine;

work product when attorneys were involved, fine.

But, for example, in a timeline that was presented as part of the records --

MR. DUGGAN:  Your Honor, yeah, I mean, a couple of issues.  Which privilege log are we talking about?  I think we're talking about 167-1 and then also just to caution -- just to caution the Court, don't reveal anything that would --

THE COURT:  No, I'm not.  That's why I said I need to be careful in the way I discuss this.

MR. DUGGAN:  Okay.

THE COURT:  And I intend to be.

But as an example, there is a -- one entry is for a timeline and it -- one of the redactions is of a statement that refers to Mr. Osuna being seen outside his cell by an individual.  I don't understand how that's privileged.  It's not a communication.  There's no mental health information.  I don't see any work product in that.

How is that privileged?

MR. DUGGAN:  Can you refer me to the --

THE COURT:  Yes, it's behind Tab Number 11 --

MR. DUGGAN:  Number 11.  Okay.  Let me have a look at that.

THE COURT:  -- in the document that was -- the materials that were provided identified as documents relating to the CDCR privilege log regarding the OIG records.

MR. DUGGAN:  Okay.  The sentence that you're referring to, yeah, it's really the next sentence that should be --

THE COURT:  Yes.

MR. DUGGAN:  -- redacted; and, yeah, I suppose the first sentence in that two-sentence -- in that couplet could be unredacted.

THE COURT:  Produced.

MR. DUGGAN:  Yeah.

THE COURT:  The first line of the next entry after "0910 hours" --

MR. DUGGAN:  Okay.  Yeah, I can see how it would be just the second sentence rather than the first sentence, yeah.

THE COURT:  Yes.

The next entry, the first line, again, that's after 1044 hours.

MR. DUGGAN:  The first line -- just -- okay.  Okay.  Yeah, I think it would be just the last clause could be unredacted.

THE COURT:  I think there's significant over-redaction, and that's a concern.  This may be relatively unimportant and I know a lot of other materials were produced; but if this is the approach being taken, that raises concern on my part.

MR. DUGGAN:  I think the approach being taken was to remove the privileged mental health records; and so to the extent that it's facts about appointments rather than what was

said in the appointments, I can see the Court's point, but -- and we can remove those and we can remove redaction of those clauses. It's not -- we're not intending to over-redact, in any event.

MR. DARLING: Your Honor, I would say in any over-redaction there's not an intent to over-redact. It's that the standard set by the redactor is overaggressive.

THE COURT: I think that is precisely my concern. I am not questioning -- I'm questioning some of my own prior rulings, which will frustrate Mr. Darling, that were perhaps overly narrow on the presence of privileged -- mental health privileged communications and I'm looking hard at those issues, but that does not -- I'm concerned about an approach to redaction that is simply overly broad. Active appointments, requests for appointments made to non-mental-health providers, information about appointments that were known to the guards who were on duty that night. I think that -- I don't think that that falls within the protection given and privilege given to the communications themselves.

MR. DUGGAN: Okay. And so we can --

THE COURT: Mr. Duggan, I would ask you to go through and make sure you haven't overly enthusiastically applied the protection.

MR. DUGGAN: That's fair, Your Honor. We can do that.

MR. DARLING: Your Honor, procedurally, then, if that

is, I guess, more narrowly redacted and I come back with I don't know what I don't know and they're not --

THE COURT: Then I will.

MR. DARLING: Okay. Right. That was my next question. Thank you.

THE COURT: At least I will try to.

MR. DARLING: Sure.

But, Your Honor, if outside of these issues that Mr. Duggan were to admit don't even pertain to privileged mental health records, but getting to the issue of the, quote, privileged mental health records and given the Court's ruling on June 24th --

THE COURT: Right.

MR. DARLING: -- and given what seems to me to be the admissions by Osuna of ongoing homicidal ideations --

THE COURT: So hang on one second. One of the issues is that we talked about at length before was Mr. Osuna's own waiver. But I am -- this is a mess. The waiver issue is factually a mess because of the, for me, confusing nature of the -- or confusing status of the proceedings surrounding a finding of waiver. I mean, Mr. Osuna himself instituted competency proceedings. The California trial court found him incompetent to stand trial. That is -- I assume that either he or his counsel moved to institute the competency proceedings in the state court; but there was then an effort to change counsel

and to challenge counsel's actions on behalf of Mr. Osuna.  All of those raise a concern on my part about my ability to find that Mr. Osuna waived his privilege, particularly in light of his vigorous assertion of the privilege at this point in this court.  So I am questioning my June ruling, in short --

MR. DARLING:  Your Honor, I don't --

THE COURT:  -- on waiver.

MR. DARLING:  I don't think there's a doubt that Mr. Osuna raised his mental health issues in the competency proceedings and that the Court agreed with that and temporarily suspended for quite a while -- I think over a year -- and then he did change counsel; but I don't think there's anything on the record to indicate that he changed counsel for the competency.  I think he benefitted from the competency and I don't think he did anything to withdraw that request other than, of course, he was later found to be competent; but that -- I don't think there's anything to indicate that he -- I mean, of course now he's saying -- like, he's asserting it; but during the period of the finding of incompetency I don't think there's anything to indicate that he withdrew that, because, of course, the relevant time period is not 2025, but the point when he just, you know, waived it years ago.

MR. DUGGAN:  Your Honor, I think that if all of that is true that Mr. Darling is saying, it's not on the record in this case; and so to the extent that we -- the Court's going to rule

that Mr. Osuna waived based on the criminal proceeding, there should be a stronger record in this case showing that there was a waiver and the competency proceeding is, of course, addressing Mr. Osuna's competency at the time when he raises his own competency; so that doesn't necessarily address his mental health records from, you know, 2018-2019, which would be an issue in this case.

MR. DARLING:  Two things, Your Honor.  One is the court can, of course, take judicial notice of a state court proceeding so that this is not -- I don't think presents a massive hearsay issue.  But second I think Mr. Duggan confuses the standard that we have litigated, which is the waiver -- it's not as if the waiver happened at the time of the murder.

THE COURT:  No, it's not then.

MR. DARLING:  The point is he put his mental health issues at record and tried to benefit from that on the record at his --

THE COURT:  Well, do we know if at the competency hearings that the state court held if Mr. Osuna offered testimony based in part on privileged communications about his mental health, otherwise privileged.

MR. DARLING:  Okay.  I know he did not testify.

THE COURT:  Okay.

MR. DARLING:  But we do know that the state CDCR shared records and those two experts offered opinions based on CDCR

sharing records, and that helped him get restored to competency.  That is what I've been saying is inconsistent by CDCR.

THE COURT:  What records were shared?

MR. DARLING:  I have sought to unseal, to get those records.  I'll be actually going to court on Tuesday, on the 19th, to see how they rule on that.

THE COURT:  All right.

MR. DARLING:  But that -- so I don't know.  On the other hand, I think that is -- what that was is distinct from that it actually happened and is indicative of the waiver itself and because even if the court -- the state court shuts our request down and says, "No," we still know that there are these records that are CDCR records that are his mental health records.

THE COURT:  And on whose behalf were the experts with whom CDCR sought to share the records or did share the records retained?

MR. DARLING:  Let me pull that up, Your Honor.  I believe they were CDCR, not defense counsel.

THE COURT:  Do you know, Mr. Duggan?

MR. DUGGAN:  No, Your Honor.

MR. DARLING:  I briefed this and there was a link -- I just have to pull up an old briefing on this, Your Honor.

THE COURT:  Because if there were records that CDCR

already had and shared with its own expert, then the question is --

MR. DARLING:  They're independent experts.  I think that's what it is.

MR. DUGGAN:  CDCR wouldn't be a party to the criminal prosecution.

THE COURT:  So whose experts were they?  Were they Osuna's experts?  Were they the prosecution's experts?

MR. DARLING:  I think they were the court-appointed experts -- hang on.  I don't want to speak out of turn.  Let me double-check.

THE COURT:  It would be helpful to know on whose behalf those experts were appointed.  I think the -- if they weren't appointed by Mr. Osuna and if he did not give the records of his mental-health-related communications to the experts, then it's binding that that provided -- then it can't find that he waived any privilege he might have, I wouldn't think.  That's my concern.

MR. DARLING:  If he shares with experts that are not his, I think that if -- well, there's two things.

THE COURT:  Well, who's doing the sharing?

MR. DARLING:  Okay.  I think CDCR waived --

THE COURT:  It's not asserting its own privilege.

MR. DARLING:  But -- well, this is what's funny, because CDCR is making a big deal now about the sanctity of his

mental health records, but then in the criminal proceeding, where AOK -- CDCR was AOK with sharing those records.

MR. DUGGAN: But --

THE COURT: We need to find out --

Go ahead, Mr. Duggan.

MR. DUGGAN: Because Mr. Osuna had apparently raised the issue.

MR. DARLING: Which is my point.

THE COURT: So did Mr. Osuna not know in the criminal case that CDCR was obtaining and using his mental health records against him and didn't raise any kind of privilege at that point?

MR. DUGGAN: I don't know, Your Honor.

THE COURT: I think we need to find that out. I need to understand the procedural mechanism by which and the state at which in the criminal case CDCR took Mr. Osuna's records, his mental health communications, if it did, and shared it with experts, if it did.

MR. DUGGAN: Yeah, we can look into that as best we can, Your Honor.

THE COURT: All right. And what authority CDCR invoked or relied on to share records, if it did, with third-party experts.

MR. DARLING: Okay. So there's -- okay. So CDCR shared records with two psychiatrists who were --

THE COURT:  Who testified in the competency hearing.

MR. DARLING:  Who testified in the competency.  They were essentially court-appointed and, so, independent.  But they were -- and then Osuna's defense team relied on non-CDCR psychiatrists who had reviewed his records and then argued that he didn't understand the criminal proceedings against him and then as a result they were suspended in 2021.  So they vigorously argued he was incompetency and put his mental health at record -- at issue.  Point Number 1.

Point Number 2 --

THE COURT:  Osuna gave the records to his own experts?

MR. DARLING:  No, the independent experts, people who --

THE COURT:  Okay.

MR. DARLING:  And then Point 2 is then CDCR shared the records, hundreds of medical records, who forward independent report.  So, again, not to Osuna himself.  I think that was the waiver that -- not just putting it at issue, but the sharing of non-Osuna experts.

THE COURT:  So Mr. Osuna relinquished the records to independent experts?  Do you mean court-appointed experts?

MR. DARLING:  Yes.  I believe they were court-appointed.  Relinquishing the experts, I think, Your Honor is a little -- the records were in CDCR custody the whole time, and so CDCR was the one doing the relinquishing.

THE COURT:  But did CDCR have to seek or did it seek Mr. Osuna's permission to do that; and if not, it seems somewhat of a double standard for CDCR to resist producing the records in this case asserting Mr. Osuna's privacy rights and the sanctity of the mental health-professional-patient communications if it gave the records to experts in the California case.

MR. DARLING:  That is exactly the plaintiff's position, Your Honor, yes.

MR. DUGGAN:  A couple of points on that.

THE COURT:  Thank you.

MR. DUGGAN:  Just to -- we don't know what records we're talking about that were provided to independent experts and --

THE COURT:  Can you find out?

MR. DUGGAN:  We can try, yes.  Yeah.  And so they may just be from that time frame when Mr. Osuna is asserting incompetency from 2020 or 2021 --

THE COURT:  That's fine --

MR. DUGGAN:  -- rather than --

THE COURT:  -- because it was in the 2020 proceedings in the criminal case against him for this murder.

MR. DUGGAN:  Yes.  Yeah, and so, you know, we don't know what records -- you know, what they're trying to find out in the competency proceeding is whether Mr. Osuna is competent

right now for this trial.

THE COURT:  Right.

MR. DARLING:  Yeah, okay.  So --

MR. DUGGAN:  And so -- and, yeah, the second -- the second point is, yeah, we would like to -- you know, I think that we -- what Mr. Darling is offering right now is all hearsay, and we would like a chance to verify what's being said and determine what exactly happened here.

THE COURT:  Well --

MR. DARLING:  Your Honor, I've actually attached this to briefings.  This is something that the Court should take judicial notice of.  But on February 7th, 2020, at a pretrial conference in the Superior Court, County of Kings, the entry says that "Drs. Brandon Matthews and Kevin Perry are appointed to examine the defendant" -- so this is an independent -- "pursuant to Penal Code 1368 and otherwise to advise the Court in writing as to whether or not the defendant is mentally competent.  The people to prepare the order of examination."

So it was not -- it was not -- these experts were not Osuna's experts and that is -- those are the documents that were then shared with these two independent experts who then made a report to the court, who then made a ruling on -- as to the competency and that was attached and so this is --

THE COURT:  So the -- what I need to understand are the records that were provided to the testifying experts --

MR. DARLING:  Yeah.

THE COURT:  -- that the court appointed in the California criminal case.

MR. DARLING:  So, Your Honor, I've sought that and hopefully on Tuesday that goes our way.  On the other hand, I am not a federal judge; and so they could say, "Pound sand" to me and perhaps I come back and say, "Your Honor, they denied my request" and maybe the Court's request would be the respected one.  So fair enough.  But I would --

THE COURT:  You can certainly represent to them that the Court believes that those records could be important in this case.

MR. DARLING:  Yes.  But I would also want to make sure a conflation isn't happening, Your Honor, which is it isn't as if just those records that were shared with these two experts are being sought.  It's that that was the waiver --

THE COURT:  Part of the issue is what were those records?  Are they the same records that we are worrying about in this case that included the communications that Osuna made to mental health professionals in the days leading up to the killing.

MR. DARLING:  But, Your Honor, if they're mental health records that CDCR shares I don't think that Venn diagram has to overlap completely for it to be a waiver for purposes of CDCR producing them here.

THE COURT:  But I think it's important that we understand before we decide the scope of any waiver whether -- what the documents were that were presented by the California officials to experts in the criminal case.

MR. DARLING:  Understood.

THE COURT:  What records were they?

MR. DARLING:  Yes.  Understood.

THE COURT:  And I need to understand if it was -- if Osuna put his mental health at issue, but if it is -- if Osuna is not the one offering these records, but, rather -- or did Osuna testify in the --

MR. DARLING:  No.

THE COURT:  He did not?

MR. DARLING:  He never testified, but --

THE COURT:  Right.  But he certainly made -- go ahead --

MR. DARLING:  His medical records, including his mental health records, were affirmatively turned over by CDCR to two experts so that he could argue he was not competent and the Court agreed with him and he was deemed incompetent for over a year.

THE COURT:  So I guess again the question is:  What records?

MR. DARLING:  Let me see.

THE COURT:  Once we find out the answer to that, I

think that will be helpful.

MR. DARLING:  Procedurally, Your Honor, worst case, Tuesday it gets denied.  What is the manner in which --

THE COURT:  Supplement your briefing in this case.

MR. DARLING:  Okay.  And seek an order from the court that I give to --

THE COURT:  Exactly.  Exactly.

So --

MR. DARLING:  And actually wait a second, Your Honor. I think -- I'm sorry.  Let me look at the docket.  I believe last summer I made a similar request.

THE COURT:  In 2024?

MR. DARLING:  I believe so.  Let me see.

THE COURT:  To the state court or to me?

MR. DARLING:  To this Court, because I have submitted multiple requests --

THE COURT:  Yes.

MR. DARLING:  -- for mental health records.  The last one was this year, but the first one -- let me see if it's as to -- I'm sorry, Your Honor.

This is all directed at defendants, not --

THE COURT:  While you're looking that up, let me just make a few other --

MR. DARLING:  Oh, sorry, Your Honor.  The court says: "Solares must pursue the MHSDS records from the entity that has

them," for instance, CDCR.

THE COURT: Well, that's because --

MR. DARLING: And then -- that's why we're here.

THE COURT: There's been a lot of finger pointing and continues to be in the responses to some of the discovery requests.

"I don't have them. He's got them."

"No."

And then the person who supposedly had them points back at the other direction. So there's some confusion between, at least on my part, between -- as between CDCR and OIG, which is the appropriate entity to be responding. It's got to be somebody. It can't be nobody.

MR. DARLING: Yeah. And I -- I -- it's my understanding when this first began OIG is pretty supplemental to this, because it was more about their -- I was wanting to know about what was the basis of their findings that was less germane to the mental health records, whereas the CDCR, based on that court order I just read, after the court said, "Don't ask Burnes, ask CDCR," then that was like a full frontal request for CDCR to turn this over; and I believe that's the entity.

THE COURT: All right. So there's been various motions by CDCR to quash the subpoena for the production of records from OIG, if I stated accurately the nature of the motion.

Silva's also moved to quash.  So we should take those issues up now and then Lieutenant Beam's refusals to produce as well.  In which order does it make most sentence to take these issues up?

MR. DARLING:  Well, maybe to parse it cleaner, Your Honor, the Beam issue and the CDCR as to Beam records is completely distinct from mental health --

THE COURT:  Right.

MR. DARLING:  -- in Solares II; and so maybe just so that we're clear, I would propose starting with that to show it as a distinct issue.

THE COURT:  All right.

MR. DARLING:  So, Your Honor, the first thing is the deposition -- is this SDT to CDCR and that they've then asserted -- they've provided some documents; but then they have a privilege log, which I've attached.  But the reason withheld is -- and I'm reading this -- "pending objections to production made by E. Beam prior to CDCR being served with SDT."

So CDCR is not asserting their own independent objections or even a privilege within the privilege log, I think is the key point, so that they're not really standing on asserted privilege.

Then when you go to Beam's responses, Beam is basically saying, "Hey, I don't have these records.  Ask CDCR."

THE COURT:  Right.

MR. DARLING:  So this is the finger pointing.

MS. STOCKER:  May I, Your Honor?

THE COURT:  Please.

MS. STOCKER:  Okay.

THE COURT:  You've got the records, Ms. Stocker.

MS. STOCKER:  My objections to the document demands that are the subject of plaintiff's motion to compel against Lieutenant Beam are -- is the objection that any notice of adverse action or personnel findings against Lieutenant Beam are objectionable --

THE COURT:  Because?

MS. STOCKER:  -- because, one, they're not relevant violation of any CDCR regulations or the DOM does not rise to the level of a constitutional violation, which is what is being alleged here.

Secondly it is a matter of materials that are contained within Lieutenant Beam's personnel file.  I don't have access to that.  The CDCR has asserted there are some documents contained in Lieutenant Beam's personnel file that could conceivably -- what we have here are the request for production of documents to Lieutenant Beam.  Then we have the subpoena to the CDCR for similar records.

One of the objections that Lieutenant Beam asserted in response to the document demand is that the documents have already been produced in --

THE COURT:  To?

MS. STOCKER:  Pardon?

THE COURT:  Produced to whom or what?

MS. STOCKER:  Produced to the plaintiff by the CDCR.  I identified them by the Bates stamp numbers that have already been produced; and that's related to the investigation into the allegation that photographs were inappropriately shared, okay?  And that's with respect to the request for investigatory materials.  I'm not saying I don't have them, somebody else has them.  I'm specifically identifying which documents have already been produced by the CDCR which would be responsive to the request to Beam.  That's Request for Production Number 1.

THE COURT:  All right.  Stop there.

Mr. Darling, response?

MR. DARLING:  Yeah.  I think Ms. Stocker is, I think, confused as to the issue.

I submitted a letter brief.  Number 1 is not at issue.  It's Request Numbers 3, 4, 11, 12 and 15; and those are the ones that are distinct from the CDCR.  But I think here's the point, Your Honor.  There is an overlap because they're both pointing their fingers at each other, and so I am not seeking documents that have already been produced.  I've let those ones go.  The issue is that the SDT seeks documents and they're saying, "No, no, we're relying on Beam's objections."

But Beam's objections, as the Court just heard, they're not really standing on any objections.  And so the

topics in the SDT, because I think now that we've teed this up, are, in fact, distinct and the issues that are -- that I'm raising as to the non-responses to the RFPs to Beam because there has been some production.

The point is I'm asking follow-up; and when they're pointing fingers, I'm saying, "Okay.  So what's going on?"

THE COURT:  All right.  Let's go through the specific categories.

MR. DARLING:  Yes.  So in the privilege log there are 16 entries of documents that are identified; and they're in response to the SDT 1, 2, 3, 6, 7, 9, 10 and 11.  This is all in the last four pages of the letter brief.

MS. STOCKER:  The letter brief that you sent to the Court last night, Mr. Duggan?

MR. DARLING:  Yeah.  That's what we do with letter briefs.  We send them to the Court before the hearing.

MS. STOCKER:  Except I objected to the Court's consideration --

THE COURT:  I'm going to consider it, Ms. Stocker.  If you need more time to file a response, fine; but I'm certainly going to consider it.

MS. STOCKER:  I already filed my response, Your Honor.

THE COURT:  Then I'm going to consider both.

MR. DARLING:  And to be clear, Your Honor, this is

pertaining to the subpoena to CDCR; and of course the Court would want to consider the CDCR privilege log. So right now I'm discussing the CDCR privilege log. And so on that privilege log, to answer the Court's question as to what are the topics, they are Topics 1, 2, 3, 6, 7, 9, 10 and 11 as to the topics raised in plaintiff's subpoena.

And in response to that the only reason being withheld -- it's just a cut-and-paste job here -- it says: "Pending objections to production made by E. Beam prior to CDCR being served with SDT."

And so that's -- those -- that's my -- except for R-2 where it says, "Attorney work product" at Numbers 13 and 14 don't. I don't want to speak out of turn. So I think, Your Honor, that that is, I think, what -- the Number 1 thing the Court's -- I mean that the plaintiff is asking the Court to rule on.

THE COURT: All right. So I'm looking at the letter that you sent -- hang on one second. The letter that -- the various letters. So the letter that you want me to look at, Mr. Darling, was sent last night? There's a very long and helpful letter dated May 22nd.

MR. DARLING: I realize I -- that is my -- it was -- I misstated that. That was submitted yesterday. So that's my mistake. I set a date. I did not change the form from the other one. But that was submitted yesterday and Ms. Hassan

could double-check.

THE COURT:  This May 22nd, 2025, letter was filed yesterday?

MR. DARLING:  Exactly, Your Honor.

THE COURT:  Okay.

MR. DARLING:  So that is a mistake.  I'm sorry.

THE COURT:  That was fine.  It was filed 8/14.

MR. DUGGAN:  And as to the attachment to that, the first attachment is the subpoena to CDCR with the attachment that has the topics.  It has Topics 1 through 12.  And then the second document is the privilege log asserted by CDCR.

THE COURT:  All right.  So let's take up the request for production to Beam for Request Numbers 3, 4, 11, 12, 15 and 16.  Let's start there.

MR. DARLING:  Okay.  So the request to Beam, especially as it relates to text messages and email with Randolph for Number 3 and then emails for Number 4, it includes his personal accounts, so his personal phone and his Yahoo account.  So he has access to that.  It's my understanding that Ms. Stocker's position is Beam doesn't have access to that and he does.

MS. STOCKER:  No.

MR. DARLING:  I'm sorry.  Did you say --

THE COURT:  Okay.

MR. DUGGAN:  So there are certain records, if they are CDCR records, CDCR could produce; but it's my understanding

that they can produce it in two stages.  One are Beam's own individual accounts or devices, which he has access to, his personal Yahoo account, which we know he e-mailed his work account these images, and his phone.  And even if he changed his phone, he can go back and he can get those.  He can also say -- request to CDCR, "Hey, provide me my records on this topic."

So that's Numbers 3 and 4, Your Honor, and then --

MS. STOCKER:  May I respond?

THE COURT:  Not yet.  You'll be able to.

MR. DARLING:  And then as it relates to 11, that's a distinct topic, Your Honor.

THE COURT:  All right.  Well, let's take up 3, then.

Ms. Stocker, you can you can now respond, please.

MS. STOCKER:  Thank you, Your Honor.

If you look at Number 3 --

THE COURT:  I'm looking.

MR. SPURLING:  -- it asks for all communications. There is no topic defined.  And more importantly, Lieutenant Beam says that there are no such documents in his possession, custody or control.  There are none, regardless of whether the CDCR had them or he had them, he says he doesn't have any in his possession.  If you need something more specific than that, I don't know what it would be.  There is no

topic or subject defined in that request.  It simply asks for all written communications between two officers and lieutenant Beam says he doesn't have any.  You can't compel him to do something that he doesn't have.

THE COURT:  All right.  So this goes -- before we get sidetracked on the scope, I notice that -- I note that the emails and text messages sought are between March 8th of 2019 and June 30, 2019.  It's a very narrow time frame.

During that period Lieutenant Beam was working as a guard at the facility.

MS. STOCKER:  No.

THE COURT:  What was Mr. Randolph's job?

MS. STOCKER:  They worked at two separate institutions, Your Honor.  Lieutenant Randolph worked at Corcoran.  Lieutenant Beam worked at Salinas Valley.  Lieutenant Beam did not work at Corcoran at the time of the incident involving Osuna.

THE COURT:  Was he present on the night in question?

MS. STOCKER:  No, Your Honor.

MR. DARLING:  Just for background, Your Honor -- and we're all in agreement on this -- Lieutenant Beam works at Salinas, not Corcoran.  He received --

MS. STOCKER:  I said, "Salinas."

MR. DARLING:  I know.  I'm saying we're on the same page.

THE COURT:  He's not disputing.  He's repeating.

MR. DARLING:  So it wasn't much after the murder he receives by text an image that is a -- it looks --

THE COURT:  That's the decapitated head.

MR. DARLING:  Exactly.

THE COURT:  Got it.

MR. DARLING:  The point is he shares it from himself, from his Yahoo account, to his CDCR account and then shares it with a bunch of people who are not only at Corcoran.  And so, if anything, that's the theory of the case on Solares II, which is it basically goes viral because he emails all these people.

THE COURT:  So what you're really interested in is the emails that refer to, attach or describe the decapitated head. Can we simply --

MS. STOCKER:  And those have been produced, Your Honor.

MR. DARLING:  And so David -- the other CDCR lawyer, he's not here, but anyways, I don't want to speak for him.  He has produced documents about the investigation.  That is actually how we came to learn of Beam and then in a recent production a week and a half ago or -- no, two weeks ago on the 1st he produced documents that now identified the guy who took the photo and so, then, we want to stipulate to him to add the second defendant.  So they're producing documents.

But 3 and 4 are distinct because, for one, this is stuff that is -- goes to his Yahoo account out --

THE COURT:  Beam's Yahoo account?

MR. DARLING:  His personal Yahoo account, right. That's Topic Number 4, which is what I care about, right?

It's, like, "Are you emailing any other CDCR employees from your Yahoo account outside of what I know about this investigation?"

Because CDCR investigated receiving on his CDCR account his Yahoo account and then all the emails he did on his CDCR account as opposed to from his personal Yahoo account any coworkers he might be emailing.

THE COURT:  Can we limit this request to emails that would pertain to the decapitation and murder?

MR. DARLING:  Yes.  Yes.

THE COURT:  With that limitation, Ms. Stocker, is your response that they've already been produced; and, if --

MS. STOCKER:  Yes.

THE COURT:  -- not, from the Yahoo account as well as the CDCR --

MS. STOCKER:  All of them --

THE COURT:  -- account?

MS. STOCKER:  -- Your Honor, have been produced.

THE COURT:  All right.  Then that's the response.

MR. DARLING:  But I don't --

THE COURT:  Do you have any that come from Mr. Beam's personal accounts, Mr. --

MS. STOCKER:  Yes.

THE COURT:  -- Darling?

MR. DARLING:  So this is the thing.  All my emails that I have from Beam's are from what the CDCR investigation already found.  And so this is what doesn't make sense to me because if Beam from his Yahoo account is literally saying in this three-month period he has no emails to any CDCR employees like -- I haven't seen that in writing and I don't know if -- that just -- I don't know if -- yeah, I don't know if that effort has been made.  Yeah.  I...

THE COURT:  Ms. Stocker, if you could, just in response state what has already been produced, that within this period are emails from the accounts that are identified that relate to the murder, pictures of the decapitated head, I think those are the two areas that Mr. Duggan is focused on.  I think if you can -- if you can put in writing that they have been produced and --

MS. STOCKER:  If the subject of the emails is related to the Romero-Osuna incident?

THE COURT:  Yes.

MS. STOCKER:  I'm happy to indicate that everything has been produced.

THE COURT:  That, I think, will clarify and perhaps solve this question.

Is that satisfactory to everyone?

MS. STOCKER:  Yes, Your Honor.

MR. DARLING:  Yes, Your Honor.  And that -- right.  And that is -- yes, okay.

And that is -- yes.  Okay.  And that -- yeah, that is a distinct topic than 11, which is about administrative discipline.

THE COURT:  Right.  Right.

There's obviously -- there was an extensive investigation and proceeding.  Findings were issued.

And I understand, Ms. Stocker, that, yes, you can violates internal policies without violating the Constitution; but that doesn't mean that the documents relating to the disciplinary investigation are irrelevant.  They may not be --

MS. STOCKER:  Your Honor --

THE COURT:  But they are relevant, I think, at least generally.  Now, there may be aspects that go into areas of Lieutenant Beam's background, other experience, that are not relevant, but -- go ahead.

MS. STOCKER:  Thank you, Your Honor.

This document demand asks for -- I'm certainly not waiving any of my objections.  I don't --

THE COURT:  I understand.

MS. STOCKER:  -- find any of this to be relevant; but with respect to this particular demand for production, it asks for disciplinary actions since June of 2019.  How is that

possibly relevant to an --

THE COURT:  If it's limited to this incident.

MS. STOCKER:  Pardon?

THE COURT:  If it's limited to this incident, it's certainly relevant.

MS. STOCKER:  Well, see, that's the point, Your Honor.  It's not, so --

THE COURT:  Well --

MS. STOCKER:  -- I'm faced with responding to a document demand that on its face is not relevant, and I think my objections are -- completely have merit.  The fact of the merit is that this document demand asks for documents for a period that has nothing to do with what we're here about --

MR. DARLING:  Well, it --

MS. STOCKER:  -- and there has been no explanation from the plaintiff as to why these documents, if any exist, that occurred two or three months after the incident are remotely relevant; and I haven't seen any explanation in that regard.

MR. DARLING:  Your Honor, this is per standard.  So the date is June 2019.  That's the murder, right?  And then --

MS. STOCKER:  The murder was in March.

MR. DARLING:  Excuse me.  March.

June is when the emails happened.  So the wrongdoing at issue in this case is the sharing -- is the emailing, because June 19th is when --

THE COURT:  Sending out the decapitated head photos.

MR. DARLING:  And it turns out actually since I made that requests I've learned there was actually a May sending out, too.  There were multiple dates he was doing it, so maybe I would say May instead of June 2019.

But the point is we know for sure that he faced administrative discipline as to this issue, and that's relevant.  But I would also, Your Honor --

MS. STOCKER:  Can we --

MR. DARLING:  I would also say, Your Honor, that in a 1983 action it is completely relevant to find out information as to other discipline as it relates to a defendant's honesty, MO, other wrongdoing.  In almost every 1983 case I litigate against individual officers I seek and routinely get, you know, wrongdoing administrative discipline and that's totally relevant and the idea that a 404 is a valid objection at the discovery stage, I think, misapprehends the issue.

THE COURT:  So hang on one second.  If we narrow this request for production to CDCR administrative discipline directed to Lieutenant Beam relating to either the murder or the dissemination of photographs relating to the murder -- if it's limited to those, is there an objection?

MR. DARLING:  I would submit, Your Honor, that that -- it should also be any instance of dishonesty or bias.  That's all discoverable.

THE COURT: I'm going to start with this.

MR. DARLING: Okay.

THE COURT: All right?

MS. STOCKER: Your Honor --

THE COURT: It's so narrowed, it's clearly relevant.

MS. STOCKER: If it's narrowed to those parameters, Your Honor, I will review that and find out whether there is any responsive documents; and I will respond within those parameters.

MR. DARLING: By "responding" as in producing? I'm just a little unclear. I'm sorry.

THE COURT: I think that is producing if there are responsive documents that are --

MS. STOCKER: Right.

THE COURT: -- not subject to any privileges or protections; and if they are subject to privileges or protections, there will be a suitable log accompanying them and provided instead.

MS. STOCKER: Yes, Your Honor.

THE COURT: I'm not finding persuasive a vague assertion of somebody's right to privacy being violated, not for these requests.

MR. DARLING: Your Honor, I mean --

THE COURT: I think it's also -- I don't recall a particular -- a specific request -- and I don't think you've

deposed Lieutenant Beam yet, have you?

MR. DARLING:  Correct, Your Honor.  I'm hoping to get these documents prior to that.

THE COURT:  Right.  So that's fine, but I assume he has not been involved in any kind of similar -- of disciplinary action relating to similar kinds of incidents.  And a similar kind of incident could be cellmates attacking each other without dismemberment or murder.

MS. STOCKER:  You mean a disciplinary action against Lieutenant Beam related to inmate's --

THE COURT:  Violence.

MS. STOCKER:  -- attacks on each other?

THE COURT:  I assume that he has not had any similar kind of incident.

MS. STOCKER:  I assume that to be true, Your Honor.  I don't have a --

THE COURT:  Mr. Darling will certainly be able to explore any other incident that Mr. -- that Lieutenant Beam has faced when he is deposed.

MR. DARLING:  Yes.  Okay.  So I'm sorry, Your Honor.  I have a question.

For 11, then, as the request is administrative discipline --

THE COURT:  Yes.

MR. DARLING:  -- I would say --

MS. STOCKER:  Related to --

MR. DARLING:  Right, instead of having the Court narrowing it to the dissemination, why isn't it relevant to have any other wrongdoing about, say, other dissemination, other acts of dishonesty or any other violations of, you know, essentially the privacy of either images or -- I mean actually that's less articulate than I want.  I'm sorry.

So it would be dishonesty; dissemination of any, you know, documents; or also bias.  Like, I think that's discoverable.

And by the way, the Court has taken this up as to other defendants.  If the Court recalls, there was an issue --

THE COURT:  We've had a lot of hearings.

MR. DARLING:  -- right -- okay -- an issue as to bias as to, for instance, any racial bias against southern Hispanic gang members.  So the court has taken up bias and has ordered parties to produce stuff if it exists.

MS. STOCKER:  May I respond, Your Honor?

THE COURT:  Please.

MS. STOCKER:  If there were other instances of other officers and bias, that may be related to the Solares I case.

THE COURT:  Uh-huh.

MS. STOCKER:  Lieutenant Beam was not involved in the decision in housing Romero and Osuna.  Whatever bias the plaintiff's attorney is seeking could be totally not related,

not relevant to the alleged dissemination of photographs.

THE COURT:  At this point I agree.  If after additional discovery you have additional arguments to argue, Mr. Darling, I'm certainly not foreclosing you from raising them.

MR. DARLING:  I guess I don't know -- like we don't -- you and I, Your Honor, don't know --

THE COURT:  What we don't know.

MR. DARLING:  -- what we don't know.

So maybe I would propose if there are any other administrative discipline in this time period that it be submitted to the Court for in-camera review because it could be something completely unrelated or maybe it's not.  I just don't know.

MS. STOCKER:  I don't think that the plaintiff has met her burden of proof on discovery.  We're rearranging the document demand because it was overly broad to begin with and plaintiff is asking for even more Court involvement by an in camera review.  There's no reason that we should even get to that level.  If Mr. Darling believes that further Court intervention is required after I respond based on the Court's limitations and narrowing of the request, which was overbroad, we can address that in the future.

THE COURT:  I think that's the appropriate course, Mr. Darling.  I'm confident this is not our last hearing.

MR. DARLING:  Fair enough, Your Honor.  I guess --

okay.  This was -- I think the problem -- an issue, Your Honor, is that for us to -- we're going to have to probably move dates and to figure out what days we want.  You know, we want documents prior to Beam's deposition, and this seems to me as a new step because, you know, Ms. Stocker provides responses saying there's nothing.  But that doesn't answer the question of administrative discipline related to say what I'm raising, you know, as to bias.

THE COURT:  You know, the problem is administrative discipline could be imposed because he came in late or because he was absent without reporting in sufficient time.  There's so many reasons for administrative discipline --

MR. DARLING:  Sure.

THE COURT:  -- that it is overbroad, so I've limited it --

MR. DARLING:  But, Your Honor, that mere topic alone, I don't think, ends the inquiry.  The issue is as to dishonesty because there's ample evidence, Your Honor, that Beam was dishonest in his interview process in that he -- an issue was that he changes his story and dishonesty is very much at issue.  So if there was another disciplinary -- whatever the topic of the disciplinary, if there was acts of dishonesty in the disciplinary proceeding, that is relevant because his credibility is at stake.

THE COURT:  I understand the general argument about

credibility, but I am worried about getting sucked into discovery and analysis of whether Lieutenant Beam, when questioned about why he was late, responded less than truthfully, you know, about whether he overslept, whether he got caught at red lights, whether his --

MS. STOCKER:  Car broke down.

THE COURT:  -- whatever -- had to take a kid to school.

You know, I don't want -- I'm worried that that will then require an exploration of issues that really are too attenuated from what we're talking about here.

MR. DARLING:  Okay.  I understand.  But I guess -- that's why I'm just seeking -- I think what would actually be shorter is if the narrowed request is narrowed to administrative discipline directed to Beam related to either murder or dissemination and you add dishonesty and then if there is something and Ms. Stocker is saying, "Well, no, this is out of bounds" and we just -- instead of just coming back and having another round of this, she just submits in camera what that -- and the Court determines this is late for a red light or this is actually -- there's a there there.

MS. STOCKER:  I cannot agree to that, Your Honor.

THE COURT:  Well, I'm not asking you to agree or not to agree.

MS. STOCKER:  I would object to that, Your Honor.  Let me state it that way.

THE COURT:  I think we have established an appropriate line here, Mr. Darling.

MR. DARLING:  Okay.

THE COURT:  All right.  12.  Has that already been provided?

MR. DARLING:  So since this request CDCR has provided recordings and so I guess if -- just to close this loop, I think, on this one, if Ms. Stocker can represent that there are no other statements out there, I think -- the recent production, I think, would satisfy that one.

THE COURT:  Ms. Stocker?

MS. STOCKER:  Let me just make sure I'm clear what Mr. Darling asks for.  You want a representation that any such statements have already been produced, whether that's an audio or written statement as part of the investigation?

MR. DARLING:  Yeah.  And that -- that pertain to the emailing of the photo of the decapitated head of inmate Luis Romero, so Number 12.

MS. STOCKER:  Correct.  I'm willing to do that.

THE COURT:  That's helpful.  Thank you.

And that reminds me of a question that I meant to ask earlier, but did not.  Were any of Osuna's conversations with mental health care providers recorded?

MR. DUGGAN:  No, Your Honor.

THE COURT:  Okay.  That's helpful.

Do we have any other recordings other than Mr. Osuna -- other than what I've seen on 60 Minutes that are out there in the public arena?  Are there any other recordings of Mr. Osuna that are relevant?

MR. DARLING:  There's one that was produced long ago. It's an interview right after -- you know, right after the murder, yeah.

THE COURT:  All right.  Thank you.

Okay.  What about --

MR. DARLING:  The last one overlaps with the CDCR SDT, which is documents that pertain to any notice of adverse action.

THE COURT:  And that's Request for Production to Lieutenant Beam 15.

MR. DARLING:  Yes, Your Honor.  So it just says the objection is not relevant, which this is about his actions; so I think it was relevant.

Then the right of privacy, which there is no such thing, I think the Court has ruled.

And then 404, which is not the discovery objection.

And then the last objection is that mere violations of regulations are not actionable; and though that might be the case, a regulation violation can still be a violation and here these do indeed overlap.

THE COURT:  Well, maybe we can just ask:  Are there any documents that would be responsive to 15 that have not already been produced because they're also responsive to other requests?

MR. DARLING:  Yes.  Well, they have not been produced; but they have been identified by CDCR and CDCR in the privilege log says, "Hey, we're withholding them because of these very objections made by Beam to Number 15."

And because they overlap -- whether it's in response to RFP 15 to Beam or whether it's to this SDT to CDCR, I don't care; but I think either way, no valid objection has been made.

MS. STOCKER:  May I, Your Honor?

THE COURT:  Please.

MS. STOCKER:  Okay.  The focus right now in my estimation is the request for Production Number 15 to Lieutenant Beam.  The notice of adverse action in my mind is the same thing as administrative discipline that we just talked about with respect to Number 11.

Again, plaintiff is asking for any disciplinary action whatsoever, no limitation in Number 15.  And for the same reason that 11 was objectionable, Number 15 is objectionable.  If we want to get into the CDCR privilege log in which they identify other documents that could potentially be responsive to items in the subpoena, then we're going to

get --

THE COURT:  So --

MS. STOCKER:  I'd prefer to just stick with the document demand here for a second.

THE COURT:  I am.  Request for production 15.  So let me again -- so this is any notice of adverse action.  If this was limited to adverse action because of the murder or the dissemination of the photographs, are there any documents that have not been produced that would be responsive to that narrowed request?

MS. STOCKER:  I cannot definitively respond to that, Your Honor; but I will look into it and I will provide a further response with that limitation of the parameters --

THE COURT:  Okay.

MS. STOCKER:  -- whether I will respond as to whether -- if there are documents, I will produce them subject to the protective order.  If there are none, I will state that there are none within those parameters.

MR. DARLING:  But, Your Honor, though, we do know that even we -- me and Ms. Stocker have both received CDCR's privilege log; and this is where the overlap is.  Those have been identified so we do know that those exist.  This is not a mystery.  And they're -- CDCR is standing on Beam's objections.  I really want to avoid this finger pointing and extra step because plaintiff has sought this from both and they -- and we

know it exists.  It's been identified, and so we don't even -- like either -- I think if we could just have a ruling that this objection made by Beam and articulated by Ms. Stocker just now is not a valid reason to withhold it, then we can just have CDCR provide the stuff that has been identified.

THE COURT:  So I didn't hear Ms. Stocker object.  She said that she would look into whether there are documents related to a notice adverse action that are related to the murder or the dissemination of the photographs.

MS. STOCKER:  Correct.

THE COURT:  And to the extent that CDCR is withholding documents based -- responsive to those two categories, I would order that they produce those two documents because Mr. Beam -- if I understood Ms. Stocker correctly, does not object to that narrowed request.

MS. STOCKER:  Let me respond to that, Your Honor.

We're asking -- this Document Demand Number 15 asks for notice of adverse action, a disciplinary action --

THE COURT:  Right.

MS. STOCKER:  -- and the Court has limited the parameters for that demand.

THE COURT:  Right.

MS. STOCKER:  If the Court were to look at the CDCR 's peripheral log --

THE COURT:  Yeah, there's a lot of -- yes.

MS. STOCKER: They also identify documents related to the State Personnel Board hearing, which is not -- in my opinion does not fall within the parameters of Request Number 15; so the Court just ordered or indicated it might order the CDCR to produce documents within the categories related to the murder or dissemination of the photographs.

THE COURT: What's the relationship of the notice of adverse action and the disciplinary or personnel proceeding that was lodged against Lieutenant Beam?

MS. STOCKER: I'm sorry, Your Honor. I didn't understand your question.

THE COURT: Okay. So what's the relationship of any notice of adverse action related to the events we've been talking about issued to Lieutenant Beam and any disciplinary proceeding that may have taken place against him?

MS. STOCKER: My understanding is once there's a notice of adverse action, the officer, Lieutenant Beam, can appeal that adverse action; and that appeal goes through the State Personnel Board proceeding.

THE COURT: Did that occur.

MR. DARLING: Yes. And this is where -- this is where -- David Kuchinsky is not here. Mr. Duggan is being conspicuously silent.

They have produced this Skelly package. There's a file number. There's an entire investigation. There's

findings.  We know that this exists.

THE COURT:  And you refer to it as a kind of package?

MR. DARLING:  They refer to it as a "Skelly package," which I --

MS. STOCKER:  They haven't produced the package. They've only identified it.

THE COURT:  What is a Skelly package, for the Court's --

MR. DARLING:  They have produced it.  Pages 307 to 393, attorneys' eyes only.  They have produced certain documents, but they haven't produced everything, which is the fight here and so --

THE COURT:  What is the Skelly package?

MR. DARLING:  I believe Mr. Duggan can articulate what exactly it is better than I can.

MR. DUGGAN:  It's another part of the disciplinary proceeding, so it goes from notice of adverse action to a Skelly hearing and then to the State Personnel Board.  Those are the three stages.

THE COURT:  And at what stage is the proceeding against Lieutenant Beam?

MR. DUGGAN:  I believe it's been completed, so it's gone through, but -- yeah.

THE COURT:  Okay.  Mr. Duggan, is your office the custodian of the Skelly package documents?

MR. DUGGAN:  We have those documents, as indicated in the privilege log that we filed, yes.

THE COURT:  Have any of those documents been produced to Mr. Darling?

MR. DUGGAN:  Well, Mr. Darling just mentioned some Bates numbers, which I think -- if it was from the disciplinary proceeding, that may have been an accidental production.  My understanding is that we did not produce documents from the disciplinary proceeding, only the investigation that preceded the disciplinary proceeding.

MR. DARLING:  That distinction was lost on me, and -- but I think that puts the finer point on what I'm seeking, because they have produced to us -- I guess that is the investigation stage and it's the disciplinary stage, which is again both Request Number 15 to Beam, but also the topic of the SDT and so CDCR's response to SDT has identified this and so I think maybe an easier way to do this is just to say CDCR has not articulated a valid objection.  They've identified the documents and they just need to produce these documents instead of the custodian of them.

THE COURT:  To the extent there are attorney-client communications or work product in that package, I think that a log can be created to withhold those from production; but there has to be a log.

MR. DARLING:  No, they did.

MS. STOCKER:  Your Honor --

MR. DARLING:  The log -- if I can be heard on that issue, Your Honor, the log that they've produced to us --

THE COURT:  And I've got it in front of me.

MR. DARLING:  It's the second-to-last page.  It says: "Attorney work product only as to topics in Entry Numbers 13 and 14."

All the other ones there is no assertion of attorney work product; and, so, yeah, I think there are stuff that can be produced outside of any attorney work product.

MS. STOCKER:  Your Honor, may I?

THE COURT:  Please.

MS. STOCKER:  May I please have permission to review the documents that the CDCR has identified in its privilege log to determine whether there's any attorney-client or attorney work product material as it relates to my client?  I am assuming he was represented by counsel at the post-notice-of-adverse-action proceedings, and it's imperative that those privileges be preserved and that I be given the opportunity to review those documents before anything is produced to plaintiff's counsel.  And upon -- based on that review, I would be happy to provide a privilege log as to Beam's privileges.

MR. DARLING:  I don't believe that Beam's counsel can assert a privilege log through a subpoena to CDCR.  I think

that's an unnecessary and improper step.  And again, these documents have been identified.  The vast majority of them there is no claimed privilege related to their -- other than what has already been asserted.

THE COURT:  I think the problem for Ms. Stocker is that she doesn't know what privileges or protections were asserted by the CDCR as to what documents that relate to the Skelly package in the disciplinary proceeding against her client.

MR. DARLING:  Your Honor, they're finger-pointing.  The CDCR --

THE COURT:  I know they're finger-pointing, but she's got a client to represent.

MR. DARLING:  Sure.  And they're saying, "Hey, we are -- CDCR is making objections pursuant to what Beam has already made."

And so Beam has had his opportunity to make his objections, and so here we are at this hearing addressing these objections.

THE COURT:  Make his objections in the disciplinary proceeding?  No, I don't think so.

MR. DARLING:  No, indeed because they overlap as it relates to Number 15, there is no claimed objection as it relates to RFP 15, which overlaps with the notice of adverse action at issue in the documents identified by CDCR.

THE COURT:  I kind of lost you on that one --

MR. DARLING:  Sorry.

THE COURT:  -- I have to say, Mr. Darling.

MR. DARLING:  Sorry.  Sorry.

So CDCR is saying, "Hey, we're making objections based on what Beam is saying."

Beam is making objections to this very RFP that we've been discussing, right?  Ms. Stocker has had her opportunity to assert those objections.  We've been discussing this for some time now and I think -- I don't know -- there's no extra step needed.

MS. STOCKER:  The notice of adverse action, Your Honor, is the first step.  The Skelly hearing and the State Personnel Board hearings are subsequent.

This document demand says:  "Anything related to a notice of adverse action."

I did not have an opportunity to assert any objections to any post-NOAA proceedings.

THE COURT:  So since the production request at issue only asks about the notice of adverse action --

MS. STOCKER:  Correct.

THE COURT:  -- you can produce the documents relating to that that you have or your client has.

MS. STOCKER:  And I would request the opportunity to review the post-NOAA documents for purposes of determining privileges, and I would provide a privilege log.

THE COURT: The -- Mr. Darling, did you intend for this request for production to go to the adverse action -- the proceeding that was -- the disciplinary action, the Skelly hearing that resulted in the disciplinary action or just the notice?

MR. DARLING: I was asking for just the broad administrative proceedings.

THE COURT: All right. In that case I think Ms. Stocker has the right to examine the Skelly package materials and to provide a privilege log if one is appropriate.

MS. STOCKER: And anything that happened after the Skelly hearing, I want to be clear there's -- I know there's acronyms and language but --

THE COURT: Yes.

MS. STOCKER: -- the notice of adverse action is the first step and then there are subsequent steps and those are documentation that I will review and I will provide a privilege log as appropriate.

THE COURT: So this is asking for, read broadly, the notice of adverse action and the result of the issuance of that notice? Is that your --

MS. STOCKER: That's not what it's asking for, but if --

THE COURT: No, it's not.

MS. STOCKER: -- that's what it's asking for, that's

why I need to review the subsequent documents.

THE COURT:  If we're reading it that broadly, then yes. If we're reading it narrowly, no.

MR. DARLING:  Okay.  So I was trying to do a belt-and-suspenders approach here, Your Honor.

Number 11 asks for administrative discipline, broadly, discipline.

So if were saying, "Hey, Mr. Darling, you were too narrow.  It's not notice of action.  Gotcha.  You were narrow," then I'd rely on Number 11, Your Honor.

And if we're saying, no, 11 is too broad because, oh, it can be other disciplinary, the Court has already narrowed Number 11 as to the --

THE COURT:  Right.

MR. DARLING:  So, you know, by hook or by crook, I think I get this.  They just need to review the administrative discipline that includes Number 11 and Number 15, which is the notice of adverse action which is the first step and then --

THE COURT:  All right.  So we've already talked about 11.  It's relating to the murder and the dissemination of the photographs.

MR. DARLING:  And, so, yeah, this was -- we were just talking about Number 11.  I don't recall Ms. Stocker raising the need to do a privilege log.

THE COURT:  She did not.

MR. DARLING: So, you know, I don't see how it applies. If you want to come back here in a week and do the same thing, fine; but, you know, again, this overlaps with the SDT and the CDCR and so I just -- yeah.

MS. STOCKER: And therein lies the problem with overbroad document demands. If we have to get an explanation at a hearing as to what the plaintiff is looking for --

THE COURT: Ms. Stocker. Ms. Stocker --

MS. STOCKER: Yes, ma'am.

THE COURT: Going back to 11 --

MS. STOCKER: Yes, ma'am.

THE COURT: -- that's the -- I think that's the request that you need to examine responsive documents for the purpose of generating a privilege log.

"Any CDCR administrative discipline relating to the decapitation or the dissemination of the decapitated head photographs.

MS. STOCKER: I would like to review the documents, whether it's the NOAA or post-NOAA related to in Number 11 or Number 15. We're talking limited parameters to the murder and the dissemination --

THE COURT: Correct.

MS. STOCKER: -- correct?

THE COURT: Correct.

MS. STOCKER: And I appreciate the opportunity to

review those documents and I will thoroughly respond to the requests themselves; produce documents, if there are any nonprivileged documents that can be produced --

THE COURT:  There are.

MS. STOCKER:  -- and supply --

THE COURT:  There have got to be.

MS. STOCKER:  -- a privilege log, right?

THE COURT:  There have to be nonprivileged documents that either the CDCR/OIG has produced or that your client has that have not been produced.

MR. DARLING:  And, look, this has long been at play. You know, in July I suspended the CDCR, requested their specific -- I gave the exact case number of the investigation that is about the dissemination.  I asked for all documents that pertained to the investigation.  So they've produced the investigation.

Then I asked for notice of adverse action.  So now they're parsing it.  "Okay.  It's not notice of adverse action.  It's different than these other stages."

And so these documents have been identified and the results of these have been identified.  And so, again, it's -- yeah, I just -- I get how we want to give Ms. Stocker an opportunity to assert any privileges that the CDCR may not have done, but I just want to stop the finger-pointing.

THE COURT:  I agree with that.  I agree with that.  And

Ms. Stocker is obviously only going to assert the privileges that Mr. Beam has, Lieutenant Beam has.

MS. STOCKER:  Correct.  Yes, Your Honor.

THE COURT:  All right.  Okay.  So the next items, I think, are the requests relating to Mr. Burnes, Sergeant Burnes.

MR. DARLING:  Yeah, and that -- so Burnes has produced responsive documents, and so there's been ongoing conversations with Mr. Duggan and myself.  I'm trying to close the loop on that one because I just haven't -- I don't think I've gotten a final response to that.

THE COURT:  So we can move on?

MR. DARLING:  I don't know.  I would like to hear from Mr. Duggan.

THE COURT:  All right.  Mr. Duggan, where are we on --

MR. DUGGAN:  I was surprised to see this one in the letter we got last night because I hadn't heard anything from Mr. Darling about it for quite some time.  This relates to a request for text messages, I think, between Burnes and other officers.  I think our response when we first got the request was "We're still looking."

I can submit a follow-up response to Mr. Darling.

MR. DARLING:  This is the issue I've gotten -- this has been an ongoing, I think, point of contention between Mr. Duggan and myself.  The response will be, "Oh, we're

looking."

And it's like, okay, at some point there's got to be a drop-dead date --

THE COURT:  My next question -- and you anticipated me -- is both to Mr. Duggan and to Ms. Stocker.

To the extent you are investigating and finding out if additional documents exist that are responsive and to make any privilege or protection assertions, how much time do you need to do that?  Is two weeks enough?

MR. DUGGAN:  This particular request regarding Mr. Burnes, yes, two weeks is enough for us.

MS. STOCKER:  I anticipate that two weeks is enough for my ability to review.

THE COURT:  Thank you.  That's much appreciated.  So two weeks from today, August 29th.  So you can go off to Labor Day with a clear head and a clean slate.

All right.  So the next item, we spent a lot of time talking about Mr. Osuna's mental health records.

MR. DARLING:  The CDCR subpoena is the third topic, Your Honor.

THE COURT:  All right.  Go ahead.

MR. DARLING:  And so CDCR says that the reason for being withheld is, quote, pending objection to production made by EB prior to CDCR being served with SDT.

And that's not itself a privilege and Beam

himself actually has not asserted the privilege and in fact right now Ms. Stocker is being given two additional weeks to come up with some privilege log.  And so I just don't think as it relates to the CDCR subpoena that they could stand on what they've stated here.

MR. DUGGAN:  I think it's Mr. Beam's privilege that's being asserted and I think we just went over this and Ms. Stocker has a little bit of time to assert those privileges.

THE COURT:  All right.  But I have a couple of questions.  I'm going to skip a few and come back to the ones I've skipped.

Does the CDCR have administrative findings against Lieutenant Beam based on the possession or transmission of information, including the photographs relating to the homicide?  Not what Beam has.  Does the CDCR have administrative findings?

MR. DUGGAN:  I honestly -- you know, this is where it would help to have Mr. Kuchinsky here, because I'm not the one who helped review these documents; so I don't know.

THE COURT:  If you can, find out.

MR. DARLING:  Mr. Duggan, we know there were findings made.  Maybe you don't know the nature of them, but you do know that findings were made.  This was concluded.  Let's be clear.

MS. STOCKER:  And those are the documents -- that's the

CDCR documents that are in the CDCR possession that I have requested the right to review for purposes of identifying privilege.

THE COURT:  I don't see how the findings that the administrative body reached -- how you would have privilege objections to those findings.

MR. DARLING:  Exactly.

THE COURT:  You might have privilege objections to other documents, but not to the findings.

MS. STOCKER:  I don't know what kind of documents contain the findings.  I doubt that there's just -- I don't know, Your Honor.  The CDCR is not my client.  But I can't really speak to that and I'm really concerned that it's -- that any documents being produced before I have an opportunity to review the documents that have been identified by the CDCR as potentially responsive.

THE COURT:  I don't think that you have a right to review documents in the possession of the CDCR that are subject to a production request in advance of that production.  Now, you may object after you review them to their admission in evidence; but that's a different issue.

MR. DUGGAN:  So just to --

THE COURT:  It's administrative findings.  All we're talking about is the findings.

MR. DUGGAN:  Yeah.  So to help out, I think can

disclose that there isn't a finding, because it was -- the procedure was concluded with a settlement; and that's actually entry in Number 1 in the privilege log.  So that's why I was having trouble remembering whether there were findings.  There were no findings concluded with the settlement.

THE COURT:  The fact of settlement is not privileged, I wouldn't think.

MR. DUGGAN:  Correct.

THE COURT:  That's why there was no need for a privilege log.

MR. DUGGAN:  Well, it says -- it says in the privilege log "stipulated settlement."

And so we're not saying that's privileged.

THE COURT:  Well --

MR. DARLING:  Then why don't they produce it?

THE COURT:  Produce it.

MR. DUGGAN:  Well, I mean, I think Ms. Stocker has objected on behalf of Mr. Beam and that's why they're withholding it at this point; but you're saying, "Produce it."

THE COURT:  Well, you can say that there was no settlement -- I mean that there was no finding because of the settlement, but was the settlement part of the investigation report?

MR. DUGGAN:  No, the investigation happened well before that.

THE COURT:  Has the investigation report been produced?

MR. DUGGAN:  Yes.

THE COURT:  So Category 3 has been produced?

MR. DUGGAN:  Oh, yes.  I -- yes.

THE COURT:  Does the CDCR have copies of the photographs that were shared via email by Lieutenant Beam and any CDCR employee?

MR. DUGGAN:  Yes.

THE COURT:  Have you --

MR. DUGGAN:  We have --

THE COURT:  -- produced those?

MR. DUGGAN:  The emails.

Yes.

THE COURT:  Have you produced them.

MR. DUGGAN:  Yes.

THE COURT:  To Mr. Darling.

MR. DUGGAN:  Yes.

THE COURT:  Okay.  Did you produce the --

MR. DARLING:  They're produced in black-and-white. They weren't produced in color.

THE COURT:  Do you have color photographs?

MR. DUGGAN:  Not at this point.  That's what was in the investigative file.

THE COURT:  Can you look to see if there were color photographs and are?

MR. DARLING:  We know there were.  They were -- we know there were.  We know there were.  In fact my client saw them, but the email -- the PDF file or the JPEG file that was shared was color.  I think the distinction was that a photocopy was attached to the investigation and that was shared, but a distinct request is for the photos themselves and that as a response to that has not been produced.

THE COURT:  All right.  And if you have the JPEG links that were part of the emails that Lieutenant Beam apparently sent out, then you should produce those.

MR. DUGGAN:  Yes.

THE COURT:  If it's not already been done.

The documents -- look at Category 6, the documents relating CDCR's investigation, including an IA investigation, into the sharing of the photographs among the CDCR employees --

MR. DUGGAN:  That's been produced.

THE COURT:  You have those documents?

MR. DARLING:  Okay.  But, Your Honor, this is why I'm confused, because they say it's been shared; but then I'm looking at the privilege log and Number 3 and Number 6, which Mr. Duggan said have been shared, they have documents responsive to these and they're saying they're withholding them.

MR. DUGGAN:  We're saying we're withholding...

MR. DARLING:  Look at 1 through 12.

MR. DUGGAN:  Oh, the privilege log that --

MR. DARLING:  Yeah.  It says 3, 6, 7, 9, 10, 11.

MR. DUGGAN:  Okay.  Yeah, I would -- to me.

THE COURT:  Okay.  I don't know who did your privilege log, Mr. Duggan; but this looks like a very overenthusiastic --

MR. DUGGAN:  Well, identification --

THE COURT:  -- CYA approach.

MR. DUGGAN:  -- of what's -- of what's -- of which requests that these documents are responsive to.

Yeah, I mean to me a stipulated settlement or a Skelly recommendation are not responsive to 6 because they don't pertain to the investigation.  They pertain to the disciplinary proceeding after the investigation; so, yeah, I would say that's an incorrect listing on the privilege log.

MR. DARLING:  I appreciate that.

THE COURT:  All right.  If you can produce what's responsive and not privileged documents for --

MR. DARLING:  Yeah, so I guess that --

THE COURT:  -- all of these items.

MR. DARLING:  Right, I guess they have been identified here in the privilege log 1 through 16 and so --

THE COURT:  Yeah.

MR. DARLING:  -- it seems to me those -- yeah.

THE COURT:  I think you need to make another pass

through that, Mr. Duggan.

MR. DARLING:  Another pass or producing them?

THE COURT:  Producing them.

MR. DARLING:  Thank you.

THE COURT:  A reexamination of the privilege assertion.

MR. DARLING:  Yes.

THE COURT:  All right.  So --

MR. DUGGAN:  I'm not sure what the ruling was there.  I should redo the privilege log to --

THE COURT:  To narrow to what is being withheld to what is appropriately privileged.

MR. DARLING:  Wait a second.

THE COURT:  Wait, wait, wait.  Hang on.

MR. DARLING:  Sorry, Your Honor.

THE COURT:  Let's go back to 2.  The administrative findings, you said there weren't any because there was a stipulated settlement --

MR. DUGGAN:  Correct.

THE COURT:  -- correct?

Have you produced the stipulated settlement?

MR. DUGGAN:  No.

THE COURT:  Is there any reason not to?

MR. DUGGAN:  The objections raised by Lieutenant Beam, which we've already --

THE COURT:  Overruled.

MR. DUGGAN:  -- discussed.

THE COURT:  The settlement gets to be produced.  The settlement by CDCR.

MS. STOCKER:  And Lieutenant Beam.  It's a settlement involving Lieutenant Beam.

THE COURT:  But that's okay.  Privilege -- a settlement -- I mean you can file it under seal, but I wouldn't -- I don't understand how the settlement document would contain communications between attorney and client --

MS. STOCKER:  I withdraw anything -- any objection there, Your Honor.

THE COURT:  All right.  Thank you.

So produce the stipulated settlement.

MR. DUGGAN:  Got it.

THE COURT:  You said you'd produce the investigation report?

MR. DUGGAN:  Yes.

THE COURT:  And you've produced the photographs?

MR. DUGGAN:  Yes, the black-and-white ones that we have.

THE COURT:  And you're going to look for the color?

MR. DUGGAN:  Correct.

THE COURT:  What about the documents relating to the CDCR investigation into the distribution of the photographs?

MR. DUGGAN:  Yes.

THE COURT: That's been produced?

MR. DUGGAN: Yes.

MR. DARLING: Okay. Well, so, they -- but they've produced the, quote, Skelly file, which I think includes the recommendation and notes, a decision -- it seems to me that these are part of administrative findings because they were recommendations and decisions and those are identified in the privilege log as 2, 3 and 4 and the Court has already -- and so I don't know why those wouldn't be produced.

THE COURT: I think Mr. Duggan just said he would produce them.

MR. DUGGAN: I'm talking about the investigation, all right? So again there's investigation files, which have been produced, and discipline files, which have not been produced.

THE COURT: And I gather Ms. -- go ahead.

MR. DARLING: But, Your Honor, I think there's a little elision happening and I want to avoid any vagueness and so CDCR has identified documents, so we can just march through the entry number that they have done and Mr. Duggan can say whether he's produced. Because at Number 2, the Skelly recommendation, 3, the Skelly notes and, 4, the Skelly decision, which to my mind is an administrative process and an administrative decision and responsive. Those have not been produced, and they should be.

MS. STOCKER: Not without my review for privilege.

They relate to Lieutenant Beam, and he is entitled to assert a privilege.

THE COURT:  Their findings are not privileged or attorney work product protected items.  They're findings.

MS. STOCKER:  That's only Number 2, Your Honor.

MR. DARLING:  No.  Number 4 is the Skelly decision.

MS. STOCKER:  Number 4 is a photograph.

MR. DARLING:  No, no, no, no.  Ms. Stocker, we're looking at the privilege log entry number.  We're not talking about RFPs.  We're marching through the privilege log, Ms. Stocker.

THE COURT:  Actually I was on the RFPs.

Before we get confused, let me turn to the privilege log.  I think it will be easier, from my perspective, to go through the categories from the CDCR subpoena.

MR. DARLING:  Right.  But, Your Honor, because CDCR took such a shotgun approach, all these categories are responsive to 1, 2, 3, 6, 7, 9, 10, 11; so in fact I think we can get them all done by going through this.

THE COURT:  All right.  Where are we now?  We've gone through the ones that have been produced.

MR. DARLING:  So the Court has said for Number 1, the stipulated settlement --

THE COURT:  Yes.

MR. DARLING:  -- should be -- Number 2, the Skelly

recommendation, which is a recommendation from CDCR, I'm assuming that should be ordered to be produced because it's administrative, as are 3 and 4.  4 is the decision, and these where the notes on the process prior to the decision.

MS. STOCKER:  Your Honor, we've -- it was my understanding that I had been given leave.

THE COURT:  For items that would raise potential privilege and protection issues.

MS. STOCKER:  I don't know what's in the Skelly notes or the Skelly decision.  I cannot assert a privilege or protect a privilege if I don't know what's in there.  This is a post-notice-of-adverse-action proceeding.

THE COURT:  Related to your client.

MS. STOCKER:  Pardon me?

THE COURT:  It was an administrative decision, correct? Are we talking about the same kind of thing?

MS. STOCKER:  There was a decision made.  I don't know what's in it.  I don't know what's in the paperwork.

THE COURT:  But the decision -- the findings, the decision, the result, how would that raise -- I'm just trying to think it through.  And I've not seen it obviously.

Mr. Duggan, you've seen it, correct?

MR. DUGGAN:  This one, Mr. Kuchinsky reviewed.  I haven't reviewed the items in the privilege log.

THE COURT:  I'm trying to figure how the findings

themselves would contain privileged or protected information.

MS. STOCKER:  Well, Your Honor, I think I was -- I'm trying to be helpful.

THE COURT:  And I appreciate that.

MS. STOCKER:  I agree that I would accomplish what I told the Court I would accomplish in reviewing these documents and producing further responses within a privilege log within a very short period of time.  I'm feel like this is being railroaded today.

THE COURT:  All right.  I've been on the phone with you guys for two hours.  This is a hell of a way to run a railroad, if that's what that is.  I think that's unfair, Ms. Stocker, with all respect, Number 1.

MS. STOCKER:  Okay.  I don't mean to be unfair, and I apologize to the Court.

THE COURT:  Hang on.  Let me keep going.

Number 2.  So the administrative findings themselves, I don't think what's producible in there is going to be affected by privilege or protection concerns on the part of your client, the findings, Number 1.

MR. DUGGAN:  Okay.  Going back, though, I don't think that these documents are findings of -- you said it's a stipulated settlement.

THE COURT:  It's a stipulated settlement.

MR. DUGGAN:  Yeah.  That's the only one?

THE COURT:  Yes.

MR. DUGGAN:  Okay.

THE COURT:  So then the documents relating -- the next ones have been produced, 5 and 6.

7, the documents relating -- in CDCR's possession relating to the investigation into the murder or the decapitation.  Now, the investigation may well contain privileged or attorney work product protected items; so, yes, the CDCR investigation materials -- not the stipulated settlement, but the investigation materials, Ms. Stocker, yes, you can look at those before they are produced.

We've talked about the photographs, the information that the CDCR has as to the photographs or the photographs themselves.  We've talked about those.

The notice of adverse action in the documents relating to the notice of adverse action against Lieutenant Beam in the CDCR's possession, as to those, Ms. Stocker, I think, can review those before they get produced and see if Lieutenant Beam has any objection based on the privileges and protections that he may assert.

And the final one is Category 11, the email accounts that received a photograph of the decapitated head.  I would assume -- does CDCR have that information?

MR. DUGGAN:  So I mean it says, "that pertain to any CDCR investigation into how many email accounts ultimately

received" -- it's the same investigation.

THE COURT:  All right.

MR. DUGGAN:  It's the same investigation into the same incident.

THE COURT:  All right.

MR. DARLING:  So --

THE COURT:  That doesn't raise any need for Ms. Stocker's advanced review.

MR. DUGGAN:  Exactly.

MR. DARLING:  So, then, because in response to these and because they overlap --

MR. DUGGAN:  Right.

MR. DARLING:  -- that's why in going and looking at the privilege log and because there's so much overlap because it's 1, 2, 3, 6, 7, 9, 10, 11 -- so eight different --

THE COURT:  We didn't talk about 7.

MR. DARLING:  So in those, then, CDCR has identified all these distinct documents and these documents are the administrative -- for lack of a better word, it's administrative in that they're CDCR's process.

THE COURT:  Right.

MR. DARLING:  And so what the Court has said about Number 1, the stipulated settlement, I think, if anything, it's even less involved because some of these have no involvement with Beam other than he's the subject of them; but they're --

they make findings, they make recommendations, they make confirmations. I'm looking at the words in here. It seems to me that all this should be produced.

MS. STOCKER: Let me point out to the Court and to Mr. Darling, for example, that Number 5 on the CDCR privilege log relates to what I think it says is the Skelly decision to Lieutenant Beam's representative; and I know that the representative, who is an attorney, Oviedo -- I'm not sure how to pronoun his name, Your Honor -- in Item Number 5 on the privilege log I know that that gentleman, Oviedo, is an attorney who represented Lieutenant Beam in the Skelly hearing. I -- I respectfully request that I be given again the opportunity to review the documents related to the post-NOAA proceedings. That's the Skelly, that's the State Personnel Board, anything that happened after the notice of adverse action was issued and presumably Lieutenant Beam appealed that decision which led to the Skelly hearing and the State Personnel Board hearing.

THE COURT: Here's my concern. Presumably in a contested administrative or personnel proceeding in which the individual, Lieutenant Beam, is represented by counsel, counsel does not put into the record attorney-client-privileged communications or attorney-work-product-protected content. Lawyers don't file things that are protected or privileged absent waiver.

MS. STOCKER:  Okay.

THE COURT:  So that's the concern I'm having here, Ms. Stocker.  What is being requested are administrative proceedings in which your client was represented and the settlement that concluded those proceedings, your client had counsel during those hearings, proceedings.  So, yes, I've given you the opportunity to review these requests -- the items that are responsive to requests that are outside of the Skelly file, the process that took place in the internal disciplinary process and investigation.  But I think that there is a limit given the nature of the proceedings.  So I think where we are, we've identified the items that are to be produced, I think we've identified some items that up the time to look at before they are produced.

The remaining issues are -- we've talked about the photographs that the CDCR may have.

What about the documents relating to the CDCR's investigation into how any image of Mr. Romero's decapitated head became publicly available?

MR. DUGGAN:  So, yes, we've produced those investigations, but it's important to note that, you know, after the investigation there's, you know, this Skelly -- there's the Skelly proceeding and the disciplinary proceeding against Beam and the documents from those -- from that later proceeding after the investigation are what's been withheld and

listed in the privilege log. I think that maybe when we wrote the privilege log we were talking an expansive view of what documents pertained to means and saying, "Okay. The disciplinary proceedings also pertain to the investigation because they follow the investigation."

But -- yeah. So we've produced the investigation documents, but not the discipline documents.

THE COURT: I think you need to produce the discipline documents.

MR. DUGGAN: Those are the documents that you've given Ms. Stocker an opportunity to review.

THE COURT: She reviewed them, and she can produce a log. They're in your possession. The discipline -- again, the discipline itself I fail --

MR. DUGGAN: Okay. These are documents that are from the discipline proceeding that are talking about recommendations and --

THE COURT: Right.

MR. DUGGAN: -- you know, it goes into the proceeding towards Mr. -- toward Mr. Beam. And so I think that Ms. Stocker should have an opportunity to review them because it's his -- if there is anything that -- it's his personnel file.

THE COURT: I understand.

MR. DUGGAN: These are files that are protected by

California Penal Codes against discovery in state cases.

THE COURT:  Right.

MR. DUGGAN:  He should have the opportunity to review these documents in his personnel file before they're produced. I understand you're saying there is likely no privilege, but Mr. Beam should have the opportunity to review them.

THE COURT:  We've built in time for that to occur. That's fine.

MR. DARLING:  And just so I'm clear on the process, Your Honor, the Court has articulated an 829(d) at which point a privilege log would be provided by Ms. Stocker and then I'll turn around and request another hearing --

THE COURT:  Any documents outside of that that are not made the subject of the log, production absolutely; and if there is a dispute as to the assertion of privilege or protection, I'm happy to hear it.  You know how to reach me.

MS. STOCKER:  Yes, Your Honor.

MR. DARLING:  The saga continues.

THE COURT:  All right.  Let's talk about trial dates. How much more time is needed?

MR. DARLING:  I mean, this is, I think, such a moving target, Your Honor, because --

THE COURT:  It is.

MR. DARLING:  -- I was hoping to get an order from the Court on the mental health records.  If they produce it, we're

off to the races and I notice the final depositions in Solares I, because many of the deponents either have already asserted the mental health privilege, such as the licensed social worker, Maytubby, or will likely do that, for instance, Gamboa, who was also part of the ICC, the committee that reviewed the mental health.

MR. DUGGAN: They did not review the mental health.

MR. DARLING: They reviewed --

THE COURT: I'm sorry.

MR. DARLING: They reviewed the decision to single-cell and --

THE COURT: Are they mental health providers?

MR. DARLING: No, the ICC includes one mental health provider, Maytubby. Maytubby has stood on the mental health privilege. I just don't know if Gamboa is going to assert that. I've actually e-mailed Mr. Duggan and asked "Have you gotten a response?" If he's not --

MR. DUGGAN: I did respond.

MR. DARLING: To whether to respond to --

THE COURT: What was the response, Mr. Duggan?

MR. DUGGAN: I'm not going to waive any objections before the deposition takes place, but I think it's likely going to be moot since Gamboa wouldn't have had access to the mental health records.

MR. DARLING: Okay. So I respect that as a lawyer, the

response; but as to whether I notice Gamboa's deposition without resolving this issue, it would seem to me because this potentially could be raised, it's -- again it's a deposition that I would want to schedule after we have these mental health records.

THE COURT:  Right.

MR. DARLING:  And because the Court has ruled that -- essentially I tried to get them from a state court and we --

THE COURT:  I thought you were still trying.

MR. DARLING:  I'm going on the 19th to get them, and then the Court would then hopefully either -- it's my understanding that we get some stuff, I submit it to the Court, the Court gets a better idea of what's at play and can then rule on the waiver and the mental health records or, if I don't get the records, could go back to this Court, ask for an order from the federal district court to the Kings County Superior Court to then release the records to the Court and then either way we could get a sense of what CDCR has produced when Osuna put his mental health at issue in the competency hearing and then we could get a ruling on the mental health records.

THE COURT:  So, again, I think that makes sense.

A couple of points.  Do we know who -- in terms of the prison staff besides the mental health providers themselves that Osuna met with, who else would have access to the records of the meetings and communications?

MR. DARLING:  So it is my understanding based on the curtailed deposition of Maytubby that the mental health records are for the mental health providers, but that the mental -- but Maytubby, as the individual, had access to them and she was one of the three people to sit on the decision -- the committee's decision to single-cell Osuna.

THE COURT:  All right.

MR. DARLING:  And then it is my understanding that Mr. Duggan's position is that the other two did not have access to the mental health records; but then there's this other issue, which is Sergeant Burnes, who ran the unit there where Mr. Osuna was held and where he was spraying his own blood on CO's faces and, you know, quite a renowned figure.  The idea that he somehow didn't know the threat posed by Osuna --

THE COURT:  Well, two points.  Two points.  As evidenced by your last statement, Mr. Darling, it seems to me that you have access to information that will be important for your proof as to the warning signs that were available to the individuals in charge of making the single-cell decision that they knew or should have known or knew that Mr. Osuna was not a suitable candidate to introduce a roommate to, Number 1.  And that's independent of the mental health records.

MR. DARLING:  Indeed, Your Honor.  For sure.

THE COURT:  And the second point is that outside of the content of the records themselves and, more importantly, the

communications between Mr. Osuna and his mental health care provider -- and you have information as to the fact of the treatment, the frequency of the treatment and, if you will, the results of the treatment; that is, whether he was prescribed medication or received any additional kind of medical care.

MR. DARLING:  What we don't have and what the Court, I think, has reviewed in camera are what I believe to be, though I have not seen these, what I believe to be the myriad instances of Osuna saying things that put on notice his mental health providers that he had an ongoing desire to kill.

THE COURT:  No, I understand you don't have the substance of the communications.  You do have the communications that Mr. Osuna may have made to guards, to --

MR. DARLING:  Right, yes.

THE COURT:  -- other staff at the facility, including other medical staff.

MR. DARLING:  Right.  But I just think because -- I -- I think all the parties agree that it's hard to schedule the depositions when one of the theories of liability is about the decision to single-cell --

THE COURT:  Right.

MR. DARLING:  -- and that the mental health records are key on whether that was a just decision or not.

THE COURT:  They are relevant.

MR. DARLING:  Right.

THE COURT:  There's a lot of other information, and I have before speculated that they might indeed be key.  I don't fault you for arguing that, but in reviewing the large amount of data relating to Mr. Osuna, it's less clear to me that they are essential.

MR. DARLING:  Okay.  Understood.

THE COURT:  It might make your job easier, but --

MR. DARLING:  Yeah, sure.

THE COURT:  -- I'm not here to make your job easier.

MR. DARLING:  I know.  I believe -- to take a step back, Your Honor, the errors were so many and the liability in this case is so strong, but that -- but with that said, if I am going to proceed on a case to trial that we've been litigating for five years, I would like the strength of what could be, to me, a smoking gun.

THE COURT:  I understand.  But as I have learned, the protections against the content of mental health treatment records and the communications relating to those are treated with very great care within the courts.

MR. DARLING:  I understand that, Your Honor.

THE COURT:  California and federal.

MR. DARLING:  I understand that, Your Honor.  And I just think -- we're circling.  I would just circle back to the argument about waiver, and here we are back at it again.

THE COURT:  And that's the key.  That's the key.  They're clearly protected.  The question is whether that protection was waived.  I've got what I feel to be a murky record as to that.

MR. DARLING:  Okay.  All right.  So I -- I have marching orders as to that.

THE COURT:  See if you can un-murk it a little.

MR. DARLING:  Yes.  I'll go to Kings County in August, and yes.  And then we will -- I'll go circle back.  I mean, we have to circle back anyways after 829 for the Solares II issues, so then I'd probably understand the timeline as to that.

THE COURT:  Right.

MR. DARLING:  Then I think we got to this point and Your Honor asked about the trial dates.

THE COURT:  Yes.

MR. DARLING:  And it would seem to me we are going to have to move out everything.

THE COURT:  Yeah.

MR. DARLING:  How late that goes, I don't know.

THE COURT:  How about this?  How about this?  I don't mean to cut you off, but I -- but I am.

MR. DARLING:  Yeah, sure.

THE COURT:  What if we set a hearing for September 12th?  That may be too soon.  I want to give you

sufficient time to get through this wave of discovery, but not so far past that that you're waiting --

MR. DARLING:  Yeah --

THE COURT:  -- too long to find out about the timetable.

MS. STOCKER:  Your Honor, may I just be excused for one second to get my calendar?

THE COURT:  Sure.

MR. DARLING:  I think that general time works for me, Your Honor, because at that point there could be this additional step where then I'm submitting a proposed order to you --

THE COURT:  Right.

MR. DARLING:  -- to issue to Kings County Superior Court.

THE COURT:  Yes.  And Mr. Osuna is not a party to this case obviously.

I want to wait for Ms. Stocker to come back.  Hold on.

All right.  But he is certainly asking to be heard.

All right.  So I'm trying to identify a date that is sufficiently after your times for compliance with the various discovery obligations that we've identified, but that will be realistic to reassess and set dates that are workable

and realistic.

MR. DARLING:  That makes sense, Your Honor.

THE COURT:  So give me an idea.  When do you think that will be?

MR. DARLING:  Perhaps if we set a hearing for around September 12th -- I mean maybe September 11th.

THE COURT:  I hate doing anything on September 11.

MR. DARLING:  I hear you.  September 15th?

THE COURT:  Actually September 12 would work, I think. Wait, no.  Yes, September 12 works.

MS. STOCKER:  That works for me, Your Honor.

MR. DARLING:  Works for me.

MR. DUGGAN:  Works for me.

THE COURT:  What time?

MR. DARLING:  Does this time -- what we did today?

THE COURT:  3 o'clock my time?

MS. STOCKER:  Yes, Your Honor.

THE COURT:  I'm two hours ahead of you.

MR. DUGGAN:  That would be the same as today, 1 p.m. Pacific.

THE COURT:  That sounds fine.

MR. DUGGAN:  Yes.

THE COURT:  September 12 at 3 o'clock.  Very good.

MR. DARLING:  Okay.  So we'll basically hopefully close the loop on all the issues that have been raised today.

THE COURT:  I hope so.  I hope so.  I know this is a frustrating process, but I hope we're getting to the point where you can start taking these depositions and move the case towards a point that makes sense for trial.  My concern is this.  I need your help in figuring out what makes the most sense in terms of case management.  You're going to get through the discovery, and then the motions for summary judgment are going to flow in.

MR. DARLING:  Sure.  Yes.  I mean, yeah, we --

THE COURT:  You're expecting that --

MR. DARLING:  Of course.

THE COURT:  -- I assume.

MR. DARLING:  Definitely.

And this is where I would agree with the Court -- I don't agree with the Court.  My position has been the theories of liability are many and it's not only the mental health, but I want to proceed to trial with that as well.

THE COURT:  Right.

MR. DARLING:  And then -- but, yes, it will be a slow process; but I also think we've given really quite a cushion in the expert discovery and I think we could maybe narrow that time if we're extending things by a week or two weeks or two months, but that we could still have an early 2026 trial date. Of course we have -- there's two cases.  At this point I think it's fair to assume that one could start on a different

timeline than the other.

THE COURT:  I think so.  I think one is a --

MR. DARLING:  I thought this case would be globally settled, but it sounds like it will be individually litigated; so this will do it.

THE COURT:  All right.  Are the experts in classification decisions within prisons?

MR. DARLING:  Yes.  We haven't done that --

MR. DUGGAN:  We haven't done the disclosures yet, but we'll have --

MR. DARLING:  That's a fact.

MR. DUGGAN:  We'll have several experts.

THE COURT:  All right.

MR. DARLING:  But I'll hold my tongue.  That's it. We'll see.

MR. DUGGAN:  I have one more thing to raise.  You mentioned Mr. Osuna toward the end here.  Do you want us to try to make -- I don't know if we can; but if we can make Mr. Osuna available September 12th, is that something the Court would be interested in or make that a separate hearing?

THE COURT:  I think that's a separate hearing.

MR. DUGGAN:  Okay.

THE COURT:  Number 1.

Number 2, I think you do need to be working with Mr. Darling and others to make the record on whether Mr. Osuna

is willing to give any testimony in this case.

MR. DUGGAN:  Right, yes.

MR. DARLING:  Right.

THE COURT:  I'd like a report on that when we meet next.

MR. DUGGAN:  Yes.

MS. STOCKER:  Yes.

MR. DARLING:  On that, Your Honor, the last thing I would say is to the extent that -- well, the Court has already indicated they shouldn't be in the way; but to the extent the defendants will make those Fifth Amendment rights a basis for delay, I don't want a delay of that argument to come to the Court's attention.

THE COURT:  I'm not sure I've heard the defendants moving in that direction.  I think the question was whether the pending criminal trial would be a basis for Mr. Osuna to seek a delay in this case.

MR. DARLING:  Right, but that's related to the amendment --

THE COURT:  No, I understand.  But if the defendants are unable to get Mr. Osuna's testimony in this case, I see no basis to believe that a delay in this case will result in a change in Mr. Osuna's mind; and I don't understand his refusal to be based solely on his pending criminal exposure or even based at all.

MR. DUGGAN:  You've ordered us to look into that more, and that's what we plan to do.

THE COURT:  That's fine.  What is his sentence in the state court?

MR. DUGGAN:  He has life without parole already.

THE COURT:  Exactly.  He's not worried about an increase in his punishment because he would be giving deposition testimony.  I know that his appellate and collateral challenge periods are not expired in the state court.

MR. DARLING:  Well, to be -- I mean, putting my, you know, criminal defense hat on, Your Honor, right now he does have capital exposure; so he has a -- he has a conceivable reason to stand on a Fifth Amendment right.

THE COURT:  He does.

MR. DARLING:  I'm just saying that shouldn't be a basis to delay the civil trial.

THE COURT:  Capital exposure in the state court?

MR. DARLING:  Yeah.  He's death-eligible.

THE COURT:  Right.

MR. DARLING:  They likely will pull it.  They likely will pull it, but right now they haven't.

THE COURT:  He's already been sentenced, though?

MR. DARLING:  No, no, no, no, he hasn't been sentenced.

THE COURT:  I thought -- I was asking about --

MR. DUGGAN:  That's for his previous crime.

MR. DARLING:  Yeah, okay.  I'm sorry.  Obviously he's in prison.  He's been convicted, Mr. Duggan.

But, Your Honor, what I'm saying, he is facing this other murder trial of which he has capital exposure; so he can theoretically invoke his Fifth Amendment.

THE COURT:  Right.

MR. DARLING:  But I don't -- but that should not preclude us from moving forward.

THE COURT:  No.  I understand.  I understand.

All right.  It's an interesting case.

MR. DARLING:  Your Honor, thank you for your time.  We've been here almost two and a half hours.  Thank you very much.

THE COURT:  It's an interesting case.

MR. DUGGAN:  Thank you, Your Honor.

MS. STOCKER:  Thank you, Your Honor.

THE COURT:  Thank you.

MR. SPURLING:  Excuse me, Your Honor.  James Spurling for the Office of the Attorney General.

If we are wrapping things up today, I understand; but there are still two motions pending that have been brought by Mr. Duggan and Ms. Stocker, motions to quash the subpoena that has been issued to the OIG.  Do you want to push through and get those done, or would you like to continue those over to the hearing for further discussion on September 12?

THE COURT:  Well, I think we have sufficiently narrowed the requests that are the -- that were issued to the lieutenant and to the CDCR in ways that I think are directly applicable to the request to the OIG.

MR. SPURLING:  Yes and no.  I think more specifically Mr. Stocker -- I'm sorry -- Ms. Stocker and Mr. Duggan were asserting attorney-client privilege and attorney work product privileges that were reflected and embodied in the OIG records. Your Honor had allowed me to pause the production of the order that you had given with respect to the OIG records in order to entertain their motions and to actually enter an order with respect to the motions that they're bringing.  I'm here to do what the Court wishes us to do, but I --

THE COURT:  Do you have anything to add to what they have asserted, or are you simply waiting to find out the resolution of the privileges protections that they have asserted?

MR. SPURLING:  That's a fair question; and, yes, I'd be happy to address those issues when it comes right down to it, because Mr. Darling insists on making this argument that the mere presence of the OIG means those specific privileges were waived.  In the OIG's view, that is not accurate.  It is a violation of California law; and so I think it could be that we would have something more to say about that.

THE COURT:  Well, when the privileges are asserted and

the protections are asserted, then I think you can make a decision on whether you have more to say about that.

MR. SPURLING:  Okay.  That's fair.  I understand that, but I don't know whether or not Your Honor agrees with Mr. Duggan or Ms. Stocker with respect to the assertion of the privileges that they are bringing and maybe --

THE COURT:  I've given Ms. Stocker time to review in order to assert to privileges and protections that her client may have.

MS. STOCKER:  Your Honor, with all due respect, this is related to my other client, Officer Silva, not Lieutenant Beam.

THE COURT:  Okay.  I misunderstood that we were shifting subjects.

MR. SPURLING:  Yes.

THE COURT:  Are you going to assert the same kind of privileges and protections on behalf of Officer Silva, Ms. Stocker?

MS. STOCKER:  I have already filed a motion to quash. I have filed a privilege log.

THE COURT:  That's already been done.

MS. STOCKER:  That's already been done.  It's fully briefed.

THE COURT:  Let's go over those on -- what makes the most sense?  Do you want to do that today?  We can push on.

MR. DARLING:  Your Honor, I think I would rather --

okay. We've all briefed this, but I think's not fresh in anyone's mind right now.

THE COURT: Certainly not mine.

MR. DARLING: I would just suggest we take this up at the next hearing.

THE COURT: All right. We already have a hearing for September 12.

MR. DARLING: We've already briefed on these issues.

MR. SPURLING: Understood, Your Honor. We will be back on September 12th to hear the arguments and hear the Court as well.

THE COURT: I do have sort of a general question on the privileges and protections that we've been talking about. Some of the documents that are in CDCR's possession and probably OIG's possession are factual accounts.

MR. SPURLING: Sure.

THE COURT: They are not imbued with communications between client and lawyer or with attorney work product.

MR. SPURLING: I think that's accurate, yes.

THE COURT: Is there any objection or has there been any objection to producing those parts of the documents?

MR. SPURLING: Well, the OIG had raised objections in that respect and Your Honor has ruled on those respect to the OIG records; but we have this corollary issue with respect to privileges that belong to somebody else and it's the OIG's

position that we have no right to make a decision or waive a privilege that actually belongs to someone else and is actually being asserted by those parties, so --

THE COURT:  But you do have the ability to review the documents that are in your possession --

MR. SPURLING:  Yes.

THE COURT:  -- and identify portions of those documents that do not raise any privilege or protection issue.

MR. SPURLING:  Yes, that's correct.  But Your Honor had ordered me to produce -- I don't remember what date that was, at the June 24th hearing perhaps -- had ordered me to produce the OIG records without redaction; and I think that's the problem that both Ms. Stocker and Mr. Duggan and I saw after the enact.

THE COURT:  All right.  So I've now reviewed some of -- and Mr. Duggan and I have talked about this.  Some of the redactions of the CDCR records were overly broad.

MR. SPURLING:  Uh-huh.

THE COURT:  But you now have the benefit of that discussion --

MR. SPURLING:  I do.

THE COURT:  -- and the benefit of the long discussion about the specific areas of concern to Ms. Stocker about the potential presence of privileged and protected communication in the documents.

MR. SPURLING:  That's correct.  And let me -- so in that light, unless you want to continue this aspect of the discussion we're having until September 12th and if that's the case I'll hold my arguments until then, but in the meantime or perhaps in lieu of us appearing again, if Your Honor would so direct me, I can go through the OIG documents and I will --

THE COURT:  That's where I'm going.

MR. SPURLING:  -- redact from the OIG documents those items that I believe reflect attorney-client and attorney work product matters and what I would then propose is to submit my redactions to Ms. Stocker and Mr. Duggan for them to review to see whether or not they agree with me or I missed something and then if I get their blessing I can then go ahead and produce the OIG records, redacted, to the plaintiff or to all the parties, for that matter, if Your Honor would find that.

THE COURT:  How long do you think that process will take?

MR. SPURLING:  In looking at my calendar I think I could have that -- I could have the documents to Ms. Stocker and Mr. Duggan within two weeks.  They obviously would need some time to review what I've done to see whether or not they agree or disagree with me and then I'm sure we would have some period to talk about it and some resolution and if we couldn't resolve it at that point in time, then it would come back to Your Honor for further discussion and that we could do on

September 12th if it were necessary.

THE COURT:  Right.  That's just what I was thinking. Let's do that on September 12th.

MR. SPURLING:  In the meantime, I'll take a crack at those productions and submit those to Mr. Duggan and Ms. Stocker.  Okay.

THE COURT:  With a somewhat lighter pencil than Mr. Duggan's reviewer wielded.

MR. SPURLING:  I understand that.  May I have ask while I have them here, Ms. Stocker or Mr. Duggan do you have any issue with what I've just suggested to the Court?

MS. STOCKER:  I don't any issue with your suggestion.

MR. SPURLING:  Okay.

MS. STOCKER:  I am holding an opinion on my objection to what you say, but I'm happy to look at it and work with you on that.

MR. SPURLING:  Okay.

THE COURT:  I don't think he said anything.

MS. STOCK:  No.  I mean I don't know what he's going to decide.

MR. SPURLING:  And that's why I want --

MS. STOCKER:  I'm happy to work with you on that process.

MR. SPURLING:  That's fair enough, yes, because I want your input.  I don't want to inadvertently waive or produce

something you find objectionable, and that's why I would prefer to consult with you before we actually did anything.

MS. STOCKER:  Okay.

MR. SPURLING:  Mr. Duggan, is that acceptable to you, sir?

MR. DUGGAN:  That works for my defendants.  Thank you Mr. Spurling.

THE COURT:  I will, of course, get an unredacted copy so I can make a decision as to whether the redactions are appropriately limited.

MR. SPURLING:  Your Honor already has that.  I can certainly submit it again.

THE COURT:  Good.  That would be very helpful.

MR. SPURLING:  Okay.  Will do.

THE COURT:  Very good.

MR. DARLING:  Last thing.  I just -- because it sounds like we're all talking over each other here, I should have asked.  Since not everyone made appearances, I see a Jared Renfro and a Jonathan Goldberg.  Are those the clerks, as opposed to --

MR. SPURLING:  Mr. Renfro is a colleague of mine, a attorney with the Office of the Inspector General; and he's essentially my backup on this case.  I wanted him to participate today so he can learn more of the issues and the players and lot of the things that --

THE COURT:  Thank you.

MR. SPURLING:  -- have been discussed.

MR. DARLING:  And Jonathan Goldberg?

THE COURT:  He's my law clerk.

MR. DARLING:  Thank you, Your Honor.

THE COURT:  Have a good weekend.

MR. DARLING:  Good-bye.

(The proceedings were adjourned.)

* * * * *

COURT REPORTER'S CERTIFICATE

I, David S. Smith, CSR, RPR, CRR, Official Court Reporter, United States District Court, Southern District of Texas, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled and numbered matter.

_____/s/ David S. Smith_____
Official Court Reporter

## /

**/s** [1] - 105:15

## 0

**0910** [1] - 15:10

## 1

**1** [21] - 11:17, 12:7, 23:9, 32:11, 32:16, 33:12, 34:5, 34:14, 35:10, 69:3, 72:1, 72:22, 76:18, 76:22, 78:13, 78:20, 80:15, 80:23, 87:21, 92:19, 94:23
**10** [5] - 33:12, 34:5, 72:3, 76:18, 80:15
**10111** [1] - 2:11
**1044** [1] - 15:15
**11** [25] - 14:20, 14:21, 32:17, 33:12, 34:5, 35:13, 36:12, 41:5, 45:22, 52:19, 52:22, 62:6, 62:10, 62:11, 62:13, 62:17, 62:20, 62:23, 63:10, 63:19, 72:3, 76:18, 79:21, 80:15, 92:7
**110** [1] - 2:12
**11th** [1] - 92:6
**12** [11] - 32:17, 35:10, 35:13, 50:4, 50:18, 72:1, 92:9, 92:10, 92:23, 97:25, 100:7
**125** [1] - 2:2
**12th** [7] - 90:25, 92:6, 94:19, 100:10, 102:3, 103:1, 103:3
**13** [2] - 34:12, 58:6
**1300** [1] - 2:2
**1368** [1] - 25:16
**14** [2] - 34:12, 58:7
**15** [19] - 1:8, 1:15, 32:17, 35:13, 51:14, 52:2, 52:8, 52:10, 52:16, 52:21, 52:22, 53:5, 54:17, 55:4, 57:15, 59:22, 59:23, 62:17, 63:20
**15th** [1] - 92:8
**16** [3] - 33:11, 35:14, 72:22
**167-1** [1] - 14:6
**1939** [1] - 2:6
**198** [1] - 12:9
**1983** [2] - 43:11, 43:13
**19th** [3] - 20:7, 42:25, 86:10
**1:20-CV-00323-LHR-FRS** [1] - 1:4
**1:21-CV-01349-LHR-BAM** [1] - 1:10
**1st** [1] - 38:21

## 2

**2** [14] - 11:19, 23:10, 23:15, 33:12, 34:5, 73:15, 75:8, 75:20, 76:5, 76:18, 76:25, 78:17, 80:15, 94:24
**2018-2019** [1] - 19:6
**2019** [5] - 37:7, 37:8, 41:25, 42:20, 43:5
**2020** [3] - 24:18, 24:21, 25:12
**2021** [2] - 23:7, 24:18
**2024** [1] - 28:12
**2025** [5] - 1:8, 1:15, 5:12, 18:21, 35:2
**2026** [1] - 93:23
**22nd** [2] - 34:21, 35:2
**24th** [3] - 13:2, 17:12, 101:11
**25th** [2] - 13:5, 13:6
**2910** [1] - 1:23
**29th** [1] - 66:15

## 3

**3** [19] - 32:17, 33:12, 34:5, 35:13, 35:17, 36:8, 36:14, 36:17, 38:24, 70:3, 71:21, 72:3, 75:8, 75:21, 76:18, 77:3, 80:15, 92:16, 92:23
**30** [2] - 8:16, 37:8
**307** [1] - 56:9
**3435** [1] - 1:22
**393** [1] - 56:9

## 4

**4** [12] - 32:17, 35:13, 35:17, 36:8, 38:24, 39:3, 75:8, 75:21, 76:6, 76:7, 77:3
**404** [2] - 43:16, 51:20

## 5

**5** [3] - 79:4, 81:5, 81:9
**515** [1] - 2:16

## 6

**6** [9] - 33:12, 34:5, 71:13, 71:21, 72:3, 72:12, 76:18, 79:4, 80:15
**60** [1] - 51:2
**612** [1] - 2:7

## 7

**7** [7] - 33:12, 34:5, 72:3, 76:18, 79:5, 80:15, 80:16
**77002** [1] - 2:17

**7th** [1] - 25:12

## 8

**8/14** [1] - 35:7
**8004** [1] - 2:16
**829** [1] - 90:10
**829(d** [1] - 84:10
**8th** [1] - 37:7

## 9

**9** [5] - 33:12, 34:5, 72:3, 76:18, 80:15
**90010** [1] - 1:23
**94612** [1] - 2:7
**95814** [1] - 2:3
**95827** [1] - 2:12

## A

**a** [275] - 3:6, 3:13, 3:14, 3:23, 4:1, 4:2, 4:3, 4:12, 4:15, 4:17, 5:6, 5:9, 6:8, 7:25, 8:1, 8:3, 8:5, 8:13, 8:14, 8:15, 8:16, 8:19, 8:20, 8:21, 8:23, 9:7, 9:8, 9:10, 10:7, 10:10, 10:15, 10:18, 10:20, 10:24, 11:1, 11:5, 11:8, 11:14, 11:22, 12:7, 13:8, 13:15, 14:2, 14:4, 14:12, 14:13, 14:16, 14:21, 15:20, 15:21, 17:18, 17:19, 17:20, 18:2, 18:8, 18:11, 19:2, 19:3, 19:9, 19:10, 20:23, 21:5, 21:25, 23:7, 23:24, 24:3, 24:10, 25:7, 25:12, 25:22, 26:6, 26:14, 26:24, 27:20, 28:9, 28:11, 28:23, 29:4, 29:20, 30:10, 30:15, 30:19, 31:13, 31:15, 32:16, 33:21, 34:8, 34:20, 34:24, 35:6, 36:12, 37:8, 37:10, 38:3, 38:9, 38:19, 38:20, 41:5, 42:9, 42:12, 43:3, 43:10, 43:12, 43:16, 44:11, 44:17, 44:20, 44:24, 44:25, 45:6, 45:9, 45:16, 45:21, 46:13, 48:4, 49:7, 49:19, 49:20, 50:13, 50:21, 51:24, 53:4, 53:12, 53:22, 54:2, 54:4, 54:8, 54:18, 54:25, 55:16, 55:25, 56:2, 56:3, 56:7, 56:17, 57:18, 57:22, 57:24, 58:22, 58:25, 59:12, 60:15, 60:25, 61:10, 61:17, 62:4, 62:24, 63:2, 63:7, 63:14, 64:7, 65:10, 65:18, 65:22, 66:3, 66:16, 66:17, 66:25, 67:8, 67:10, 67:11, 68:17, 68:19, 68:21, 69:1, 69:2, 69:9, 71:4, 71:5, 71:6, 72:6, 72:11, 73:5, 73:12, 73:16, 74:4, 74:6, 75:5, 75:16, 76:1, 76:7, 76:17, 77:1, 77:10, 77:11, 77:17, 78:7, 78:11, 78:22, 78:24, 79:22, 80:19, 81:19, 82:10, 83:12, 84:11, 84:15, 84:21, 85:17, 85:25, 86:3, 86:8, 86:13, 86:18, 86:20, 86:22, 87:13, 87:20, 87:21, 88:24, 89:2, 89:11, 89:14, 89:16, 90:3, 90:7, 90:24, 91:11, 91:16, 91:22, 92:5, 93:1, 93:4, 93:19, 93:20, 93:22, 93:25, 94:2, 94:11, 94:20, 94:21, 95:4, 95:11, 95:12, 95:16, 95:22, 96:12, 96:13, 96:15, 97:12, 98:18, 98:22, 99:1, 99:18, 99:19, 100:6, 100:12, 101:1, 103:4, 103:7, 104:9, 104:18, 104:19, 104:21, 105:6, 105:12
**ability** [4] - 18:2, 66:13, 101:4, 105:12
**able** [2] - 36:11, 45:17
**about** [65] - 7:12, 10:5, 12:23, 14:5, 14:6, 15:25, 16:13, 16:16, 17:17, 18:2, 19:20, 21:25, 24:13, 26:18, 29:16, 29:17, 38:18, 39:3, 39:5, 41:5, 42:13, 46:4, 48:25, 49:1, 49:3, 49:4, 49:10, 51:9, 51:16, 52:19, 55:14, 60:19, 62:19, 62:23, 64:14, 65:18, 66:18, 68:24, 74:23, 75:12, 76:10, 77:16, 79:12, 79:14, 80:16, 80:22, 82:15, 82:17, 83:16, 84:19, 88:20, 89:25, 90:15, 90:21, 91:4, 96:6, 96:24, 98:24, 99:2, 100:13, 101:16, 101:23, 102:23
**above** [1] - 105:13
**above-entitled** [1] - 105:13
**absence** [1] - 6:21
**absent** [2] - 48:11, 81:25
**absolutely** [2] - 10:18, 84:14
**acceptable** [1] - 104:4
**access** [9] - 31:17, 35:19, 35:20, 36:2, 85:23, 86:24, 87:4, 87:9, 87:17
**accidental** [1] - 57:7
**accompanying** [1] - 44:17
**accomplish** [2] - 78:5, 78:6
**account** [16] - 35:18, 36:3, 36:4, 38:8, 38:25, 39:1, 39:2, 39:5, 39:8, 39:9, 39:17,

39:20, 40:6

**accounts** [7] - 35:18, 36:2, 39:25, 40:13, 79:22, 79:25, 100:15

**accurate** [3] - 7:12, 98:22, 100:19

**accurately** [1] - 29:25

**accusations** [1] - 7:12

**accused** [2] - 7:4, 7:6

**acronyms** [1] - 61:13

**action** [35] - 31:8, 43:11, 45:6, 45:9, 51:12, 52:17, 52:21, 53:6, 53:7, 54:8, 54:18, 55:8, 55:13, 55:17, 55:18, 56:17, 58:18, 59:24, 60:11, 60:15, 60:19, 61:2, 61:3, 61:4, 61:15, 61:20, 62:9, 62:18, 64:17, 64:19, 77:12, 79:15, 79:16, 81:16

**actionable** [1] - 51:23

**actions** [3] - 18:1, 41:25, 51:16

**active** [1] - 16:14

**acts** [2] - 46:5, 48:22

**actually** [22] - 4:1, 4:2, 5:10, 20:6, 20:11, 25:10, 28:9, 38:19, 43:2, 43:3, 46:6, 49:12, 49:20, 67:1, 69:2, 76:12, 85:16, 92:9, 98:11, 101:2, 104:2

**add** [3] - 38:22, 49:15, 98:14

**additional** [6] - 47:2, 47:3, 66:7, 67:2, 88:5, 91:11

**address** [6] - 10:7, 12:8, 13:22, 19:5, 47:22, 98:19

**addressing** [2] - 19:4, 59:17

**adjourned** [1] - 105:8

**administrative** [30] - 41:5, 43:7, 43:15, 43:19, 45:22, 47:10, 48:7, 48:9, 48:12, 49:14, 52:18, 61:7, 62:6, 62:16, 63:15, 67:13, 67:17, 68:5, 68:23, 73:15, 75:6, 75:22, 77:3, 77:15, 78:17, 80:19, 80:20, 81:20, 82:3

**admission** [1] - 68:20

**admissions** [1] - 17:15

**admit** [1] - 17:9

**advance** [1] - 68:19

**advanced** [1] - 80:8

**adverse** [27] - 31:8, 51:11, 52:17, 53:6, 53:7, 54:8, 54:18, 55:8, 55:13, 55:17, 55:18, 56:17, 58:18, 59:23, 60:11, 60:15, 60:19, 61:2, 61:15, 61:20, 62:18, 64:17, 64:18, 77:12, 79:15, 79:16, 81:15

**advise** [1] - 25:16

**affected** [1] - 78:19

**affirmatively** [1] - 27:18

**after** [23] - 6:19, 6:21, 10:8, 11:9, 15:9, 15:15, 29:19, 38:2, 42:17, 47:2, 47:20, 51:6, 61:11, 68:20, 72:14, 81:15, 82:22, 82:25, 86:4, 90:10, 91:23, 101:13

**afternoon** [2] - 3:2, 3:4

**again** [18] - 7:18, 15:14, 23:17, 27:22, 52:20, 53:6, 57:15, 59:1, 63:3, 64:21, 75:13, 81:12, 83:13, 86:3, 86:21, 89:25, 102:5, 104:12

**against** [21] - 5:5, 5:19, 10:19, 11:7, 22:11, 23:6, 24:22, 31:6, 31:8, 43:14, 45:9, 46:15, 55:9, 55:15, 56:20, 59:8, 67:14, 79:16, 82:24, 84:1, 89:18

**ago** [4] - 18:22, 38:20, 51:5

**agree** [15] - 3:23, 6:11, 13:24, 47:2, 49:21, 49:22, 49:23, 64:25, 78:5, 88:19, 93:14, 93:15, 102:12, 102:22

**agreed** [2] - 18:10, 27:20

**agreement** [1] - 37:21

**agrees** [1] - 99:4

**ahead** [8] - 8:24, 22:5, 27:16, 41:18, 66:21, 75:15, 92:18, 102:13

**al** [2] - 1:7, 1:14

**AL** [1] - 2:1

**all** [82] - 3:13, 4:5, 4:14, 4:18, 6:4, 9:10, 10:8, 10:24, 12:6, 12:15, 12:21, 12:23, 13:12, 18:1, 18:23, 20:8, 22:21, 25:6, 28:21, 29:23, 30:11, 32:12, 33:8, 33:12, 34:17, 35:12, 36:14, 36:19, 37:2, 37:5, 37:21, 38:11, 39:8, 39:19, 39:22, 40:3, 43:25, 44:3, 50:4, 51:8, 58:8, 61:8, 62:19, 64:14, 65:4, 65:15, 66:17, 66:21, 67:10, 68:23, 71:8, 72:17, 72:20, 73:7, 74:12, 75:12, 76:17, 76:19, 76:20, 78:10, 78:13, 80:2, 80:5, 80:18, 81:3, 84:19, 87:7, 88:19, 90:5, 91:20, 91:22, 92:25, 94:6, 94:13, 95:25, 97:10, 99:10, 100:1, 100:6, 101:15, 102:14, 104:17

**allegation** [1] - 32:6

**alleged** [3] - 6:22, 31:14, 47:1

**allow** [3] - 9:20, 9:21, 12:17

**allowed** [1] - 98:9

**allowing** [1] - 7:9

**almost** [2] - 43:13, 97:12

**alone** [2] - 5:3, 48:16

**already** [29] - 21:1, 31:24, 32:4, 32:10, 32:21, 33:23, 39:15, 40:4, 40:12, 50:4, 50:14, 52:2, 59:4, 59:15, 62:12, 62:19, 71:12, 73:24, 75:8, 85:2, 95:9, 96:5, 96:22, 99:18, 99:20, 99:21, 100:6, 100:8, 104:11

**also** [17] - 6:11, 11:8, 14:6, 26:13, 30:1, 36:5, 43:8, 43:10, 43:24, 44:24, 46:9, 52:3, 55:1, 57:15, 83:4, 85:5, 93:20

**always** [1] - 5:10

**am** [12] - 9:3, 16:8, 17:18, 18:5, 26:6, 32:20, 49:1, 53:5, 58:16, 89:13, 90:22, 103:14

**amendment** [1] - 95:19

**Amendment** [11] - 5:2, 9:7, 9:10, 10:11, 10:15, 11:4, 12:2, 12:13, 95:11, 96:13, 97:5

**among** [1] - 71:15

**amount** [1] - 89:4

**ample** [1] - 48:18

**an** [65] - 4:18, 6:19, 6:21, 6:23, 8:18, 9:19, 10:8, 13:5, 13:16, 13:23, 14:12, 14:14, 16:6, 16:13, 17:25, 19:7, 20:24, 25:15, 28:5, 32:19, 38:3, 41:8, 42:1, 43:22, 46:12, 46:14, 47:17, 48:1, 48:19, 49:9, 50:1, 50:14, 51:6, 55:25, 57:7, 57:17, 59:1, 60:16, 63:6, 64:23, 65:24, 68:14, 71:14, 72:15, 75:22, 77:15, 81:8, 81:10, 83:2, 83:11, 83:21, 84:10, 84:24, 86:15, 88:11, 92:3, 93:23, 96:6, 97:10, 97:14, 98:11, 103:14, 104:8

**analysis** [2] - 6:11, 49:2

**and** [501] - 2:2, 2:6, 3:13, 3:15, 4:2, 4:3, 4:4, 4:10, 4:11, 4:15, 5:2, 5:4, 5:11, 5:15, 6:1, 6:7, 6:11, 6:19, 6:20, 6:22, 6:25, 7:4, 7:5, 7:7, 8:1, 8:4, 8:15, 8:17, 9:1, 9:15, 10:3, 10:4, 10:7, 10:14, 10:21, 10:24, 11:2, 11:3, 11:11, 11:17, 12:9, 12:12, 12:13, 12:14, 12:16, 13:4, 13:8, 13:9, 13:14, 13:15, 13:18, 13:19, 13:21, 14:6, 14:11, 14:13, 15:4, 15:20, 15:24, 16:2, 16:12, 16:18, 16:20, 16:22, 17:1, 17:2,

17:11, 17:14, 18:1, 18:10, 18:11, 18:14, 18:25, 19:3, 19:16, 19:25, 20:1, 20:11, 20:12, 20:13, 20:16, 20:23, 21:1, 21:14, 22:10, 22:11, 22:15, 22:17, 22:21, 23:3, 23:4, 23:5, 23:6, 23:8, 23:15, 23:25, 24:2, 24:4, 24:14, 24:16, 24:23, 25:4, 25:7, 25:8, 25:14, 25:16, 25:20, 25:23, 26:4, 26:6, 26:7, 26:8, 27:8, 27:19, 27:20, 28:5, 28:9, 29:3, 29:4, 29:9, 29:11, 29:14, 29:21, 30:2, 30:5, 30:8, 30:13, 30:16, 32:5, 32:7, 32:17, 32:20, 32:22, 32:25, 33:2, 33:5, 33:11, 33:12, 33:25, 34:1, 34:3, 34:5, 34:7, 34:8, 34:11, 34:12, 34:20, 34:25, 35:8, 35:10, 35:13, 35:16, 35:17, 35:18, 35:20, 36:4, 36:5, 36:8, 36:12, 36:20, 37:2, 37:7, 37:8, 37:20, 38:8, 38:9, 38:15, 38:16, 38:19, 38:20, 38:22, 38:24, 39:8, 39:12, 39:15, 40:5, 40:8, 40:17, 40:23, 41:2, 41:4, 41:9, 41:10, 42:10, 42:15, 42:18, 42:20, 43:2, 43:7, 43:14, 43:15, 43:16, 44:7, 44:8, 44:16, 44:17, 44:25, 45:6, 46:11, 46:16, 46:21, 46:24, 47:6, 47:16, 47:21, 48:3, 48:4, 48:20, 49:2, 49:15, 49:16, 49:17, 49:18, 49:19, 50:7, 50:16, 50:21, 51:13, 51:20, 51:22, 51:23, 51:25, 52:6, 52:9, 52:21, 53:12, 53:20, 53:21, 53:23, 53:24, 53:25, 54:1, 54:3, 54:11, 54:20, 55:8, 55:14, 55:18, 55:21, 56:2, 56:12, 56:18, 56:20, 57:11, 57:14, 57:16, 57:19, 58:4, 58:7, 58:9, 58:18, 58:19, 58:21, 59:1, 59:13, 59:16, 59:17, 60:9, 60:12, 60:23, 60:25, 61:10, 61:11, 61:13, 61:16, 61:17, 61:20, 62:5, 62:11, 62:17, 62:18, 62:20, 62:22, 63:2, 63:3, 63:4, 63:5, 63:20, 63:25, 64:1, 64:5, 64:11, 64:20, 64:21, 64:25, 65:7, 65:8, 65:9, 65:19, 65:25, 66:2, 66:4, 66:5, 66:6, 66:7, 66:16, 66:22, 66:25, 67:1, 67:3, 67:7, 67:11, 67:25, 68:13, 69:2, 69:13, 69:18, 70:6, 70:19, 70:25, 71:5, 71:6, 71:8, 71:21, 71:23,

72:18, 72:22, 74:4, 74:9, 74:18, 74:19, 74:21, 75:5, 75:7, 75:8, 75:14, 75:15, 75:17, 75:19, 75:21, 75:22, 75:23, 76:1, 77:3, 77:8, 77:21, 78:4, 78:7, 78:14, 79:4, 79:19, 79:20, 79:21, 80:11, 80:13, 80:14, 80:18, 80:22, 81:4, 81:7, 81:16, 81:17, 82:4, 82:10, 82:23, 82:24, 82:25, 83:3, 83:12, 83:17, 83:20, 84:9, 84:11, 84:12, 84:14, 85:1, 85:11, 85:16, 86:7, 86:8, 86:10, 86:13, 86:14, 86:17, 86:19, 86:25, 87:4, 87:8, 87:12, 87:13, 87:21, 87:24, 87:25, 88:1, 88:2, 88:3, 88:7, 88:23, 89:2, 89:12, 89:19, 89:22, 89:23, 89:25, 90:1, 90:9, 90:14, 90:17, 91:16, 91:25, 92:1, 93:3, 93:7, 93:14, 93:16, 93:19, 93:21, 94:25, 95:23, 96:2, 96:8, 97:12, 97:22, 97:24, 98:3, 98:5, 98:6, 98:7, 98:8, 98:11, 98:18, 98:23, 98:25, 99:6, 99:8, 99:16, 100:10, 100:13, 100:14, 100:18, 100:23, 100:25, 101:2, 101:7, 101:12, 101:13, 101:16, 101:22, 101:24, 102:1, 102:3, 102:6, 102:9, 102:10, 102:11, 102:12, 102:13, 102:20, 102:22, 102:23, 102:25, 103:5, 103:15, 103:21, 104:1, 104:19, 104:22, 104:24, 104:25, 105:3, 105:12, 105:12, 105:13

**AND** [1] - 2:3
**Andrada** [1] - 2:6
**Angeles** [1] - 1:23
**another** [7] - 9:2, 48:21, 49:18, 56:16, 72:25, 73:2, 84:12
**answer** [3] - 27:25, 34:4, 48:6
**answered** [1] - 9:9
**anticipate** [1] - 66:12
**anticipated** [1] - 66:4
**any** [74] - 3:20, 6:5, 9:16, 9:25, 10:11, 14:17, 16:4, 16:5, 21:17, 22:11, 27:2, 31:7, 31:12, 32:25, 36:24, 37:3, 39:4, 39:9, 39:24, 40:7, 41:21, 41:23, 42:16, 42:18, 43:24, 44:8, 44:15, 45:5, 45:13, 45:18, 46:4, 46:5, 46:8, 46:15, 47:9, 50:13,

50:22, 51:1, 51:3, 51:11, 52:1, 52:20, 53:6, 53:8, 55:12, 55:14, 57:3, 58:10, 58:15, 60:16, 60:17, 63:15, 64:2, 64:23, 66:8, 68:14, 70:7, 73:16, 73:22, 74:10, 75:17, 79:19, 79:24, 80:7, 82:18, 84:13, 85:21, 88:5, 95:1, 100:20, 100:21, 101:8, 103:10, 103:12
**anybody** [2] - 3:8, 12:8
**anyone's** [1] - 100:2
**anything** [21] - 5:6, 10:5, 11:14, 14:7, 18:12, 18:15, 18:17, 18:20, 38:10, 58:20, 60:14, 61:11, 65:17, 74:10, 80:23, 81:15, 83:22, 92:7, 98:14, 103:18, 104:2
**anyways** [2] - 38:17, 90:10
**AOK** [2] - 22:2
**apologize** [1] - 78:15
**apparent** [2] - 6:21, 6:22
**apparently** [3] - 3:20, 22:6, 71:9
**appeal** [2] - 55:17, 55:18
**appealed** [1] - 81:16
**appearances** [1] - 104:18
**APPEARANCES** [1] - 1:20
**appearing** [1] - 102:5
**appellate** [1] - 96:8
**applicable** [1] - 98:3
**applied** [1] - 16:22
**applies** [1] - 63:1
**appointed** [8] - 21:9, 21:13, 21:14, 23:3, 23:21, 23:23, 25:14, 26:2
**appointments** [5] - 15:25, 16:1, 16:14, 16:15, 16:16
**appreciate** [3] - 63:25, 72:16, 78:4
**appreciated** [1] - 66:14
**approach** [6] - 15:22, 15:23, 16:13, 62:5, 72:8, 76:17
**appropriate** [7] - 10:9, 13:17, 29:12, 47:23, 50:1, 61:10, 61:18
**appropriately** [2] - 73:11, 104:10
**Are** [1] - 39:4
**are** [144] - 4:8, 7:2, 7:6, 7:12, 7:25, 10:9, 10:25, 13:14, 13:17, 14:5, 20:13, 20:14, 21:19, 25:14, 25:20, 25:24, 26:16, 26:18, 31:6, 31:7, 31:9, 31:15, 31:17, 31:19, 32:17, 32:18, 33:2, 33:10, 33:11, 34:4, 34:5, 35:24, 36:1, 36:21, 36:22, 37:7, 38:9, 38:24, 40:4,

40:13, 40:14, 41:13, 41:15, 41:17, 42:11, 42:17, 44:12, 44:13, 44:16, 47:9, 49:9, 50:8, 51:2, 51:3, 51:4, 51:23, 52:1, 53:8, 53:16, 53:17, 53:18, 54:7, 54:8, 56:19, 57:21, 58:9, 59:14, 59:17, 60:13, 61:16, 64:2, 64:4, 65:5, 65:15, 66:6, 66:7, 67:25, 68:1, 68:18, 70:25, 72:10, 72:12, 75:6, 75:7, 76:3, 76:17, 76:20, 77:3, 77:16, 78:22, 79:11, 80:18, 81:24, 82:3, 82:8, 82:11, 82:12, 82:14, 82:15, 82:25, 83:10, 83:15, 83:16, 83:25, 84:13, 85:12, 87:3, 88:8, 88:23, 88:25, 89:6, 89:19, 89:25, 90:17, 91:25, 93:7, 93:16, 94:6, 95:21, 96:9, 97:20, 97:21, 98:2, 98:3, 98:15, 98:25, 99:1, 99:6, 99:15, 100:14, 100:15, 100:17, 101:5, 104:9, 104:19
**areas** [3] - 40:15, 41:16, 101:23
**arena** [1] - 51:3
**argue** [2] - 27:19, 47:3
**argued** [2] - 23:5, 23:8
**arguing** [3] - 8:22, 8:25, 89:4
**argument** [5] - 8:18, 48:25, 89:25, 95:12, 98:20
**arguments** [4] - 6:14, 47:3, 100:10, 102:4
**around** [2] - 84:12, 92:5
**arrangements** [1] - 3:8
**articulate** [2] - 46:7, 56:14
**articulated** [3] - 54:3, 57:18, 84:10
**as** [82] - 5:9, 8:1, 9:16, 10:10, 10:15, 14:3, 14:12, 14:24, 19:13, 22:19, 23:7, 25:17, 25:22, 26:14, 28:19, 29:11, 30:2, 30:5, 30:10, 32:15, 32:24, 33:3, 34:4, 34:5, 35:8, 35:16, 36:12, 37:9, 39:9, 39:17, 42:16, 43:7, 43:12, 44:10, 45:22, 46:11, 46:14, 46:15, 48:4, 48:8, 48:17, 50:15, 52:18, 53:15, 56:2, 56:3, 57:1, 58:6, 58:16, 58:22, 59:7, 59:21, 59:22, 61:18, 62:13, 63:7, 67:3, 68:15, 71:6, 75:8, 77:3, 79:13, 79:17, 84:15, 85:3, 85:25, 86:1, 87:4, 87:15, 87:18, 88:2, 89:17, 90:4, 90:6, 90:11, 92:19, 93:17, 100:10, 104:9, 104:19

**ask** [8] - 16:21, 29:20, 30:23, 50:22, 52:1, 86:15, 103:9
**asked** [5] - 64:14, 64:17, 85:16, 90:15, 104:18
**asking** [16] - 9:3, 9:4, 9:7, 9:23, 33:5, 34:15, 47:17, 49:22, 52:20, 54:17, 61:6, 61:19, 61:22, 61:25, 91:20, 96:24
**asks** [9] - 36:19, 37:1, 41:20, 41:24, 42:12, 50:13, 54:18, 60:19, 62:6
**aspect** [1] - 102:2
**aspects** [1] - 41:16
**assert** [15] - 5:2, 12:13, 12:17, 58:25, 60:8, 60:16, 64:23, 65:1, 67:8, 76:1, 77:10, 79:20, 85:15, 99:8, 99:15
**asserted** [17] - 10:14, 12:2, 30:14, 30:21, 31:17, 31:23, 35:11, 59:4, 59:6, 67:1, 67:7, 85:3, 98:15, 98:17, 98:25, 99:1, 101:3
**asserting** [8] - 5:13, 11:1, 18:18, 21:23, 24:4, 24:17, 30:18, 98:7
**assertion** [6] - 18:4, 44:21, 58:8, 73:5, 84:15, 99:5
**assertions** [1] - 66:8
**asserts** [1] - 6:7
**Associates** [1] - 2:6
**assume** [9] - 5:1, 5:16, 17:23, 45:4, 45:13, 45:15, 79:23, 93:12, 93:25
**assuming** [3] - 3:10, 58:17, 77:2
**at** [87] - 3:13, 4:12, 5:15, 6:14, 7:2, 9:2, 9:10, 10:21, 12:1, 13:19, 14:21, 16:12, 17:6, 17:17, 18:4, 19:4, 19:13, 19:16, 19:17, 19:18, 22:11, 22:16, 23:9, 23:18, 25:12, 27:9, 28:10, 28:21, 29:10, 29:11, 32:16, 32:20, 34:12, 34:17, 34:19, 36:17, 37:10, 37:13, 37:14, 37:15, 37:16, 37:21, 38:9, 41:15, 42:24, 43:16, 47:2, 48:20, 48:24, 49:5, 54:23, 56:20, 58:17, 59:17, 59:24, 60:18, 63:7, 64:11, 66:2, 69:19, 70:22, 71:13, 71:21, 72:1, 75:20, 76:9, 79:11, 80:13, 81:2, 82:13, 84:10, 86:13, 86:19, 88:16, 89:25, 91:10, 92:23, 93:24, 95:25, 100:4, 101:11, 102:18, 102:24, 103:4, 103:15

**attach** [1] - 38:13
**attached** [4] - 25:10, 25:23, 30:15, 71:5
**attachment** [3] - 35:8, 35:9
**attacking** [1] - 45:7
**attacks** [1] - 45:12
**attempted** [1] - 10:14
**attention** [1] - 95:13
**attenuated** [1] - 49:10
**Attorney** [3] - 2:1, 34:12, 97:19
**attorney** [21] - 13:25, 46:25, 57:21, 58:6, 58:9, 58:10, 58:15, 74:9, 76:4, 79:8, 81:8, 81:11, 81:22, 81:23, 98:7, 100:18, 102:9, 104:22
**attorney-client** [5] - 13:25, 57:21, 58:15, 98:7, 102:9
**attorney-client-privileged** [1] - 81:22
**attorney-work-product-protected** [1] - 81:23
**attorneys** [1] - 14:1
**attorneys'** [1] - 56:10
**audio** [1] - 50:14
**August** [2] - 66:15, 90:8
**AUGUST** [2] - 1:8, 1:15
**authority** [1] - 22:21
**available** [3] - 82:19, 87:18, 94:19
**avoid** [2] - 53:24, 75:17

## B

**back** [21] - 5:14, 7:18, 17:1, 26:7, 29:10, 36:5, 49:17, 63:2, 63:10, 67:11, 73:15, 78:21, 86:15, 89:12, 89:24, 89:25, 90:9, 90:10, 91:18, 100:9, 102:24
**background** [2] - 37:20, 41:17
**backup** [1] - 104:23
**barn** [1] - 5:15
**based** [15] - 4:7, 7:12, 19:1, 19:20, 19:25, 29:18, 47:20, 54:12, 58:21, 60:5, 67:14, 79:19, 87:1, 95:24, 95:25
**basically** [3] - 30:23, 38:11, 92:24
**basis** [12] - 8:19, 9:7, 10:10, 10:15, 11:5, 11:14, 11:19, 29:17, 95:11, 95:16, 95:22, 96:15
**Bates** [2] - 32:4, 57:6
**be** [120] - 4:10, 4:21, 5:2, 6:16, 8:9, 8:12, 8:21, 9:7, 9:15, 13:16, 13:22, 14:9, 14:11, 15:2, 15:5, 15:11, 15:17, 15:20, 17:14, 18:16,

19:2, 19:6, 20:6, 21:5, 21:12, 24:17, 26:8, 26:11, 26:24, 28:1, 29:5, 29:12, 29:13, 32:10, 33:25, 36:11, 36:25, 39:10, 41:13, 41:16, 41:23, 43:24, 44:17, 45:7, 45:15, 45:17, 46:8, 46:21, 46:25, 47:10, 47:11, 48:10, 49:12, 51:24, 52:2, 52:25, 53:9, 57:23, 57:24, 58:2, 58:10, 58:19, 58:22, 61:12, 62:12, 64:3, 64:6, 64:8, 65:25, 66:3, 67:24, 74:2, 75:9, 75:24, 76:14, 76:25, 77:2, 78:3, 78:14, 78:19, 81:3, 81:12, 82:12, 84:11, 85:23, 86:3, 87:17, 88:8, 88:9, 89:3, 89:15, 90:3, 90:25, 91:6, 91:10, 91:20, 91:25, 92:4, 92:19, 93:19, 94:3, 94:4, 94:19, 94:24, 95:10, 95:16, 95:24, 96:7, 96:10, 96:15, 98:18, 98:23, 100:9, 104:13
**BEAM** [1] - 2:6
**Beam** [67] - 30:5, 30:17, 30:22, 31:7, 31:8, 31:20, 31:22, 32:11, 33:3, 34:9, 35:13, 35:15, 35:20, 36:21, 37:3, 37:9, 37:15, 37:21, 38:19, 40:6, 43:20, 45:1, 45:10, 45:18, 46:23, 48:18, 49:2, 49:14, 51:14, 52:8, 52:10, 52:17, 54:3, 54:13, 55:9, 55:14, 55:17, 56:21, 57:15, 59:14, 59:16, 60:5, 60:6, 65:2, 66:25, 67:14, 67:16, 69:18, 70:6, 71:9, 73:23, 74:4, 74:5, 76:1, 79:17, 79:19, 80:25, 81:11, 81:16, 81:21, 82:24, 83:20, 84:6, 99:11
**Beam's** [17] - 30:2, 30:22, 31:16, 31:18, 32:23, 32:24, 36:1, 39:1, 39:24, 40:4, 41:17, 48:4, 53:23, 58:23, 58:24, 67:6, 81:7
**became** [1] - 82:19
**because** [74] - 3:22, 4:23, 5:17, 6:8, 6:22, 8:12, 8:14, 11:16, 13:13, 17:19, 18:20, 20:12, 20:25, 21:25, 22:6, 24:21, 28:15, 29:2, 29:16, 31:10, 31:11, 32:19, 33:1, 33:3, 38:11, 38:24, 39:7, 40:5, 42:25, 47:11, 47:16, 48:5, 48:10, 48:18, 48:23, 52:3, 52:7, 52:9, 53:7, 53:25, 54:13, 57:13, 59:21, 62:11, 65:10, 65:17, 67:19, 69:1, 69:21, 71:20, 72:12, 73:16,

75:6, 75:20, 76:16, 77:2, 80:10, 80:11, 80:14, 80:24, 83:5, 83:21, 84:22, 85:2, 86:2, 86:7, 88:18, 91:10, 96:7, 98:20, 103:24, 104:16
**becomes** [1] - 9:2
**been** [78] - 6:22, 10:1, 11:13, 13:8, 13:10, 20:2, 29:4, 29:23, 31:24, 32:5, 32:10, 32:21, 33:4, 38:15, 39:15, 39:21, 40:10, 40:12, 40:16, 40:22, 42:15, 45:5, 50:4, 50:14, 52:3, 52:5, 52:6, 52:12, 53:9, 53:22, 54:1, 54:5, 55:13, 56:22, 57:3, 57:7, 59:2, 59:4, 60:7, 60:8, 64:10, 64:11, 64:20, 64:21, 65:8, 65:24, 68:15, 70:1, 70:3, 71:7, 71:12, 71:17, 71:20, 71:22, 72:21, 75:1, 75:13, 75:14, 75:23, 76:21, 77:6, 78:10, 79:4, 82:25, 89:14, 92:25, 93:15, 96:22, 96:23, 97:2, 97:12, 97:21, 97:23, 99:20, 99:21, 100:13, 100:20, 105:2
**BEFORE** [1] - 1:18
**before** [18] - 3:7, 8:20, 10:7, 17:17, 27:2, 33:17, 37:5, 58:20, 68:14, 69:24, 76:13, 79:11, 79:18, 82:13, 84:4, 85:22, 89:3, 104:2
**began** [1] - 29:15
**begin** [1] - 47:16
**behalf** [6] - 3:12, 18:1, 20:16, 21:12, 69:18, 99:16
**behind** [1] - 14:20
**being** [20] - 14:14, 15:22, 15:23, 25:7, 26:16, 30:17, 31:13, 34:7, 34:10, 44:21, 55:22, 66:23, 66:24, 67:2, 67:7, 68:14, 73:10, 78:8, 82:3, 101:3
**believe** [18] - 3:6, 3:12, 4:2, 9:15, 9:25, 20:20, 23:22, 28:10, 28:13, 29:21, 56:14, 56:22, 58:24, 88:8, 88:9, 89:11, 95:22, 102:9
**believes** [2] - 26:11, 47:19
**belong** [1] - 100:25
**belongs** [1] - 101:2
**belt** [1] - 62:5
**belt-and-suspenders** [1] - 62:5
**benefit** [3] - 19:16, 101:19, 101:22
**benefitted** [1] - 18:14
**besides** [1] - 86:23
**best** [2] - 22:19, 105:12
**better** [3] - 56:15, 80:19,

86:13
**between** [11] - 6:20, 29:11, 37:2, 37:7, 65:19, 65:24, 74:9, 88:1, 100:18
**bias** [8] - 43:24, 46:9, 46:14, 46:15, 46:16, 46:21, 46:24, 48:8
**big** [1] - 21:25
**binding** [1] - 21:16
**bit** [1] - 67:8
**black** [2] - 70:19, 74:19
**black-and-white** [2] - 70:19, 74:19
**blanket** [1] - 9:10
**blessing** [1] - 102:13
**blink** [1] - 8:18
**blood** [2] - 8:15, 87:12
**Board** [6] - 55:2, 55:19, 56:18, 60:13, 81:15, 81:18
**body** [2] - 8:6, 68:5
**bonkers** [1] - 8:13
**booth** [1] - 7:3
**both** [8] - 7:2, 32:20, 33:24, 53:20, 53:25, 57:15, 66:5, 101:13
**Boulevard** [1] - 1:22
**bounds** [1] - 49:17
**Brandon** [1] - 25:14
**brief** [3] - 32:16, 33:13, 33:14
**briefed** [4] - 20:23, 99:22, 100:1, 100:8
**briefing** [2] - 20:24, 28:4
**briefings** [1] - 25:11
**briefs** [1] - 33:17
**bringing** [2] - 98:12, 99:6
**broad** [5] - 16:14, 47:16, 61:6, 62:11, 101:17
**broadly** [3] - 61:19, 62:2, 62:7
**broke** [1] - 49:6
**brought** [1] - 97:21
**built** [1] - 84:7
**bunch** [1] - 38:9
**burden** [1] - 47:15
**Burnes** [7] - 29:20, 65:5, 65:6, 65:7, 65:19, 66:11, 87:11
**BURNS** [2] - 1:14, 2:1
**but** [152] - 3:7, 3:14, 3:16, 4:17, 5:7, 5:10, 5:14, 7:16, 7:21, 8:13, 8:14, 9:14, 10:9, 10:19, 11:13, 13:16, 13:22, 14:2, 14:12, 15:21, 16:1, 16:13, 17:8, 17:10, 17:18, 17:25, 18:12, 18:16, 18:18, 18:21, 19:11, 19:24, 20:9, 21:24, 22:1, 22:3, 23:3, 23:18, 24:1, 25:12, 26:9, 26:13, 26:22, 27:1, 27:9,

27:10, 27:14, 27:15, 28:19, 30:14, 30:15, 32:18, 32:24, 33:21, 34:25, 35:25, 38:17, 38:24, 39:23, 41:12, 41:15, 41:18, 41:23, 43:6, 43:8, 45:4, 48:6, 48:16, 49:1, 49:11, 50:22, 52:6, 52:11, 53:12, 53:19, 56:11, 56:23, 57:12, 57:15, 57:23, 59:11, 61:13, 61:22, 63:3, 64:24, 67:10, 67:23, 68:9, 68:12, 68:21, 69:19, 69:22, 71:3, 71:5, 71:19, 71:20, 72:6, 74:6, 74:7, 75:3, 75:16, 76:16, 77:19, 79:10, 80:25, 82:10, 82:21, 83:6, 83:7, 84:5, 85:22, 86:1, 87:3, 87:10, 88:18, 89:4, 89:8, 89:13, 89:17, 90:22, 91:1, 91:20, 91:24, 93:2, 93:17, 93:19, 93:20, 93:23, 94:4, 94:9, 94:14, 94:18, 95:10, 95:18, 95:20, 96:21, 97:3, 97:7, 97:21, 98:13, 99:4, 100:1, 100:24, 101:4, 101:9, 101:19, 102:4, 103:15

**by** [48] - 1:24, 10:12, 11:16, 13:5, 13:11, 14:14, 16:7, 17:15, 20:2, 21:14, 22:15, 27:3, 27:18, 29:24, 30:17, 32:3, 32:4, 32:10, 34:9, 35:11, 38:3, 44:10, 46:11, 47:17, 52:6, 52:8, 54:3, 58:17, 59:7, 59:24, 62:15, 66:24, 68:15, 70:6, 73:23, 74:3, 76:19, 78:19, 81:21, 83:25, 84:11, 87:14, 87:16, 93:22, 97:22, 101:3

**bye** [1] - 105:7

**C**

**C** [2] - 2:9, 3:1
**CA** [2] - 1:23, 2:3
**calendar** [2] - 91:7, 102:18
**California** [10] - 2:7, 2:10, 2:12, 17:22, 24:7, 26:3, 27:3, 84:1, 89:22, 98:23
**CALIFORNIA** [3] - 1:1, 2:2, 2:10
**came** [3] - 11:21, 38:19, 48:10
**camera** [4] - 47:11, 47:18, 49:18, 88:8
**can** [78] - 4:22, 5:13, 6:1, 6:17, 7:11, 10:1, 10:20, 11:10, 12:2, 12:4, 14:19, 15:11, 16:1, 16:2, 16:20, 16:24, 19:9, 22:19, 22:20, 24:15, 24:16, 26:10, 36:1,

36:5, 36:15, 38:14, 39:11, 40:16, 41:10, 43:9, 47:22, 50:8, 51:24, 52:1, 54:4, 55:17, 56:14, 56:15, 57:23, 58:2, 58:10, 58:24, 60:21, 62:12, 64:3, 65:12, 65:22, 66:15, 67:21, 68:25, 69:20, 70:24, 72:17, 74:7, 75:18, 75:19, 76:19, 79:11, 79:18, 83:12, 86:13, 90:7, 93:3, 94:18, 97:5, 99:1, 99:24, 102:6, 102:13, 104:9, 104:11, 104:24

**can't** [4] - 21:16, 29:13, 37:3, 68:12
**candidate** [1] - 87:21
**cannot** [5] - 8:21, 11:8, 49:21, 53:11, 77:10
**capital** [5] - 4:9, 8:20, 96:12, 96:17, 97:4
**car** [1] - 49:6
**care** [6] - 39:3, 50:23, 52:11, 88:1, 88:6, 89:20
**careful** [2] - 13:22, 14:9
**case** [58] - 3:25, 4:16, 4:17, 4:22, 5:18, 5:19, 6:18, 7:5, 8:21, 9:4, 9:11, 10:4, 10:11, 10:13, 11:10, 11:16, 11:18, 11:19, 11:20, 18:25, 19:2, 19:7, 22:10, 22:16, 24:4, 24:7, 24:22, 26:3, 26:12, 26:19, 27:4, 28:2, 28:4, 38:10, 42:24, 43:13, 46:21, 51:24, 61:8, 64:13, 89:13, 89:14, 91:17, 93:3, 93:6, 94:3, 95:1, 95:17, 95:21, 95:22, 97:10, 97:14, 102:4, 104:23
**cases** [2] - 84:1, 93:24
**categories** [5] - 33:9, 54:12, 55:5, 76:15, 76:17
**Category** [3] - 70:3, 71:13, 79:21
**caught** [1] - 49:5
**caution** [2] - 14:6, 14:7
**CDCR** [117] - 13:9, 13:20, 14:25, 19:24, 19:25, 20:3, 20:14, 20:17, 20:20, 20:25, 21:5, 21:22, 21:25, 22:2, 22:10, 22:16, 22:21, 22:24, 23:4, 23:15, 23:24, 23:25, 24:1, 24:3, 26:23, 26:24, 27:18, 29:1, 29:11, 29:18, 29:20, 29:21, 29:24, 30:5, 30:13, 30:17, 30:18, 30:23, 31:12, 31:17, 31:21, 32:3, 32:10, 32:18, 34:1, 34:2, 34:3, 34:9, 35:9, 35:11, 35:25, 36:6, 36:23, 38:8, 38:16, 39:4, 39:7, 39:9,

39:18, 40:4, 40:7, 43:19, 50:6, 51:10, 52:6, 52:10, 52:23, 53:23, 54:5, 54:11, 54:23, 55:5, 57:17, 58:14, 58:25, 59:7, 59:10, 59:14, 59:24, 60:4, 63:4, 63:15, 64:12, 64:23, 66:19, 66:22, 66:24, 67:4, 67:13, 67:16, 68:1, 68:12, 68:15, 68:18, 70:5, 70:7, 71:16, 74:3, 74:24, 75:18, 76:15, 76:16, 77:1, 79:9, 79:13, 79:23, 79:25, 80:17, 81:5, 82:16, 86:18, 98:3, 101:17

**CDCR's** [8] - 53:20, 57:16, 71:14, 79:5, 79:17, 80:20, 82:17, 100:14
**CDCR/OIG** [1] - 64:9
**cell** [12] - 5:25, 6:2, 6:3, 6:5, 6:20, 6:24, 8:4, 14:14, 85:10, 87:6, 87:19, 88:21
**cellmates** [1] - 45:7
**certain** [3] - 3:15, 35:24, 56:10
**certainly** [14] - 3:21, 10:6, 10:20, 13:24, 26:10, 27:15, 33:21, 41:20, 42:5, 45:17, 47:4, 91:20, 100:3, 104:12
**CERTIFICATE** [1] - 105:10
**certify** [1] - 105:12
**challenge** [2] - 18:1, 96:9
**challenges** [1] - 3:18
**chance** [1] - 25:7
**change** [4] - 17:25, 18:12, 34:24, 95:23
**changed** [2] - 18:13, 36:4
**changes** [1] - 48:20
**charge** [1] - 87:19
**check** [3] - 8:16, 21:11, 35:1
**checks** [1] - 8:16
**choice** [1] - 12:18
**circle** [3] - 89:24, 90:9, 90:10
**circling** [1] - 89:24
**civil** [4] - 3:20, 8:19, 11:8, 96:16
**claimed** [2] - 59:3, 59:22
**clarification** [1] - 3:24
**clarify** [1] - 40:23
**classification** [1] - 94:7
**clause** [1] - 15:17
**clauses** [1] - 16:3
**clean** [1] - 66:16
**cleaner** [1] - 30:4
**clear** [8] - 30:9, 33:25, 50:12, 61:12, 66:16, 67:24, 84:9, 89:5
**clearly** [2] - 44:5, 90:2
**clerk** [1] - 105:4

**clerks** [1] - 104:19
**client** [22] - 7:6, 13:25, 57:21, 58:15, 58:16, 59:8, 59:12, 60:22, 64:9, 68:12, 71:2, 74:9, 77:13, 78:20, 81:22, 82:4, 82:5, 98:7, 99:8, 99:11, 100:18, 102:9
**close** [3] - 50:7, 65:9, 92:24
**CO's** [1] - 87:13
**Code** [1] - 25:16
**Codes** [1] - 84:1
**collateral** [1] - 96:8
**colleague** [1] - 104:21
**color** [5] - 70:20, 70:21, 70:24, 71:4, 74:21
**come** [9] - 17:1, 26:7, 39:24, 63:2, 67:3, 67:11, 91:18, 95:12, 102:24
**comes** [1] - 98:19
**coming** [1] - 49:17
**committee** [1] - 85:5
**committee's** [1] - 87:5
**communication** [2] - 14:16, 101:24
**communications** [19] - 13:25, 16:12, 16:19, 19:20, 21:15, 22:17, 24:6, 26:19, 36:19, 37:2, 57:22, 74:9, 81:23, 86:25, 88:1, 88:13, 88:14, 89:19, 100:17
**compel** [4] - 11:9, 12:16, 31:6, 37:3
**competency** [15] - 17:22, 17:24, 18:9, 18:14, 19:3, 19:4, 19:5, 19:18, 20:2, 23:1, 23:2, 24:25, 25:23, 86:19
**competent** [4] - 18:16, 24:25, 25:18, 27:19
**completed** [1] - 56:22
**completely** [6] - 4:22, 26:24, 30:6, 42:11, 43:11, 47:12
**compliance** [1] - 91:23
**computer** [1] - 1:25
**conceivable** [1] - 96:12
**conceivably** [1] - 31:19
**concern** [12] - 3:13, 3:15, 13:24, 15:20, 15:22, 16:8, 18:2, 21:18, 81:19, 82:2, 93:4, 101:23
**concerned** [2] - 16:13, 68:13
**concerns** [1] - 78:19
**concluded** [4] - 67:24, 69:2, 69:5, 82:5
**conference** [2] - 4:3, 25:13
**confident** [1] - 47:24
**confirmations** [1] - 81:2
**conflation** [1] - 26:14
**confused** [3] - 32:15,

71:20, 76:13

**confuses** [1] - 19:11
**confusing** [2] - 17:19, 17:20
**confusion** [1] - 29:10
**consider** [4] - 33:20, 33:22, 33:24, 34:2
**consideration** [1] - 33:19
**conspicuously** [1] - 55:23
**Constitution** [1] - 41:11
**constitutional** [1] - 31:13
**consult** [1] - 104:2
**contain** [4] - 68:11, 74:9, 78:1, 79:7
**contained** [2] - 31:16, 31:18
**content** [3] - 81:23, 87:25, 89:18
**contention** [1] - 65:24
**contested** [1] - 81:20
**continue** [4] - 13:13, 13:15, 97:24, 102:2
**continues** [2] - 29:5, 84:18
**continuing** [1] - 12:23
**control** [2] - 7:3, 36:22
**conversation** [1] - 4:8
**conversations** [2] - 50:22, 65:8
**convicted** [1] - 97:2
**copies** [1] - 70:5
**copy** [1] - 104:8
**Corcoran** [4] - 37:14, 37:16, 37:22, 38:9
**corollary** [1] - 100:24
**correct** [17] - 45:2, 50:19, 54:10, 60:20, 63:22, 63:23, 63:24, 65:3, 69:8, 73:18, 73:19, 74:22, 77:15, 77:22, 101:9, 102:1, 105:12
**CORRECTIONS** [1] - 2:3
**correctly** [1] - 54:14
**could** [29] - 15:5, 15:17, 26:6, 26:11, 27:19, 31:19, 35:1, 35:25, 40:11, 45:7, 46:25, 47:11, 48:10, 52:24, 54:2, 67:4, 86:3, 86:15, 86:18, 86:20, 89:15, 91:10, 93:21, 93:23, 93:25, 98:23, 102:19, 102:25
**couldn't** [1] - 102:23
**counsel** [12] - 13:4, 17:24, 17:25, 18:12, 18:13, 20:20, 58:17, 58:21, 58:24, 81:21, 82:6
**counsel's** [1] - 18:1
**County** [4] - 25:13, 86:16, 90:8, 91:14
**couple** [4] - 14:4, 24:10, 67:10, 86:22
**couplet** [1] - 15:5

**course** [12] - 5:9, 5:12, 18:16, 18:18, 18:21, 19:3, 19:9, 34:1, 47:23, 93:11, 93:24, 104:8
**Court** [62] - 2:14, 2:15, 2:15, 3:17, 9:3, 9:20, 10:2, 10:4, 13:2, 13:11, 14:7, 18:10, 25:11, 25:13, 25:16, 26:11, 27:20, 28:15, 32:24, 33:15, 33:17, 34:1, 34:15, 46:2, 46:11, 46:12, 47:11, 47:17, 47:19, 49:19, 51:19, 54:20, 54:23, 55:4, 62:12, 75:8, 76:22, 78:6, 78:15, 80:22, 81:4, 84:10, 84:25, 86:7, 86:11, 86:12, 86:13, 86:15, 86:17, 88:7, 91:15, 93:14, 93:15, 94:19, 95:9, 98:13, 100:10, 103:11, 105:11, 105:15
**court** [27] - 4:6, 17:22, 17:25, 18:5, 19:8, 19:9, 19:19, 20:6, 20:12, 21:9, 23:3, 23:21, 23:23, 25:22, 26:2, 28:5, 28:14, 28:24, 29:19, 46:16, 86:8, 86:16, 96:4, 96:9, 96:17
**COURT** [400] - 1:1, 3:2, 3:7, 3:10, 3:14, 3:23, 4:5, 4:14, 5:8, 5:16, 5:22, 6:3, 6:17, 7:8, 7:10, 7:14, 7:16, 7:18, 7:21, 7:23, 8:3, 8:10, 9:6, 9:12, 9:18, 9:21, 9:24, 10:6, 11:15, 11:23, 11:25, 12:3, 12:6, 12:15, 12:21, 12:23, 13:12, 14:8, 14:11, 14:20, 14:23, 15:3, 15:7, 15:9, 15:13, 15:19, 16:8, 16:21, 17:3, 17:6, 17:13, 17:16, 18:7, 19:14, 19:18, 19:23, 20:4, 20:8, 20:16, 20:21, 20:25, 21:7, 21:12, 21:21, 21:23, 22:4, 22:9, 22:14, 22:21, 23:1, 23:11, 23:14, 23:20, 24:1, 24:11, 24:15, 24:19, 24:21, 25:2, 25:9, 25:24, 26:2, 26:10, 26:17, 27:1, 27:6, 27:8, 27:13, 27:15, 27:22, 27:25, 28:4, 28:7, 28:12, 28:14, 28:17, 28:22, 29:2, 29:4, 29:23, 30:7, 30:11, 30:24, 31:2, 31:4, 31:10, 31:25, 32:2, 32:12, 33:8, 33:20, 33:24, 34:17, 35:2, 35:5, 35:7, 35:12, 35:23, 36:11, 36:14, 36:18, 37:5, 37:12, 37:18, 38:1, 38:4, 38:6, 38:12, 39:1, 39:11, 39:14, 39:17, 39:20, 39:22, 39:24, 40:2, 40:11, 40:20, 40:23, 41:7, 41:15,

41:22, 42:2, 42:4, 42:8, 43:1, 43:18, 44:1, 44:3, 44:5, 44:12, 44:15, 44:20, 44:24, 45:4, 45:11, 45:13, 45:17, 45:24, 46:13, 46:19, 46:22, 47:2, 47:7, 47:23, 48:9, 48:14, 48:25, 49:7, 49:22, 50:1, 50:4, 50:11, 50:20, 50:25, 51:8, 51:13, 52:1, 52:14, 53:2, 53:5, 53:14, 54:6, 54:11, 54:19, 54:22, 54:25, 55:7, 55:12, 55:20, 56:2, 56:7, 56:13, 56:20, 56:24, 57:3, 57:21, 58:4, 58:12, 59:5, 59:11, 59:19, 59:25, 60:2, 60:18, 60:21, 61:1, 61:8, 61:14, 61:19, 61:24, 62:2, 62:14, 62:19, 62:25, 63:8, 63:10, 63:12, 63:22, 63:24, 64:4, 64:6, 64:8, 64:25, 65:4, 65:12, 65:15, 66:4, 66:14, 66:21, 67:10, 67:21, 68:4, 68:8, 68:17, 68:23, 69:6, 69:9, 69:14, 69:16, 69:20, 70:1, 70:3, 70:5, 70:9, 70:11, 70:14, 70:16, 70:18, 70:21, 70:24, 71:8, 71:12, 71:18, 72:5, 72:8, 72:17, 72:20, 72:23, 72:25, 73:3, 73:5, 73:7, 73:10, 73:13, 73:15, 73:19, 73:22, 73:25, 74:2, 74:6, 74:12, 74:15, 74:18, 74:21, 74:23, 75:1, 75:10, 75:15, 76:3, 76:12, 76:20, 76:24, 77:7, 77:13, 77:15, 77:19, 77:25, 78:4, 78:10, 78:16, 78:24, 79:1, 79:3, 80:2, 80:5, 80:7, 80:16, 80:21, 81:19, 82:2, 83:8, 83:12, 83:18, 83:24, 84:2, 84:7, 84:13, 84:19, 84:23, 85:9, 85:12, 85:20, 86:6, 86:9, 86:21, 87:7, 87:15, 87:24, 88:12, 88:16, 88:22, 88:25, 89:2, 89:8, 89:10, 89:17, 89:22, 90:1, 90:7, 90:13, 90:16, 90:19, 90:21, 90:24, 91:4, 91:8, 91:13, 91:16, 92:3, 92:7, 92:9, 92:14, 92:16, 92:18, 92:21, 92:23, 93:1, 93:10, 93:12, 93:18, 94:2, 94:6, 94:13, 94:21, 94:23, 95:4, 95:14, 95:20, 96:3, 96:6, 96:14, 96:17, 96:19, 96:22, 96:24, 97:6, 97:9, 97:14, 97:17, 98:1, 98:14, 98:25, 99:7, 99:12, 99:15, 99:20, 99:23, 100:3, 100:6, 100:12, 100:17, 100:20, 101:4,

101:7, 101:15, 101:19, 101:22, 102:7, 102:16, 103:2, 103:7, 103:18, 104:8, 104:13, 104:15, 105:1, 105:4, 105:6, 105:10
**Court's** [11] - 13:9, 16:1, 17:11, 18:25, 26:8, 33:18, 34:4, 34:15, 47:20, 56:8, 95:13
**court-appointed** [4] - 21:9, 23:3, 23:21, 23:23
**Court-ordered** [1] - 3:17
**courts** [1] - 89:20
**coworkers** [1] - 39:10
**crack** [1] - 103:4
**created** [1] - 57:23
**credibility** [2] - 48:24, 49:1
**crime** [1] - 96:25
**criminal** [20] - 3:19, 3:25, 4:17, 5:19, 9:4, 10:13, 11:9, 11:20, 19:1, 21:5, 22:1, 22:9, 22:16, 23:6, 24:22, 26:3, 27:4, 95:16, 95:24, 96:11
**crook** [1] - 62:15
**CRR** [2] - 2:14, 105:11
**CSR** [2] - 2:14, 105:11
**curtailed** [1] - 87:2
**cushion** [1] - 93:20
**custodian** [2] - 56:25, 57:20
**custody** [2] - 23:24, 36:22
**cut** [3] - 8:14, 34:8, 90:22
**cut-and-paste** [1] - 34:8
**CYA** [1] - 72:8

**D**

**D** [1] - 3:1
**DA** [1] - 4:8
**dare** [1] - 8:18
**darling** [1] - 47:3
**DARLING** [234] - 1:21, 3:6, 3:11, 3:16, 4:1, 4:7, 4:20, 5:9, 5:21, 8:9, 8:11, 10:23, 12:20, 13:1, 16:5, 16:25, 17:4, 17:7, 17:14, 18:6, 18:8, 19:8, 19:15, 19:22, 19:24, 20:5, 20:9, 20:19, 20:23, 21:3, 21:9, 21:19, 21:22, 21:24, 22:8, 22:24, 23:2, 23:12, 23:15, 23:22, 24:8, 25:3, 25:10, 26:1, 26:4, 26:13, 26:22, 27:5, 27:7, 27:12, 27:14, 27:17, 27:24, 28:2, 28:5, 28:9, 28:13, 28:15, 28:18, 28:24, 29:3, 29:14, 30:4, 30:8, 30:12, 30:25, 32:14, 33:10, 33:16, 33:25, 34:22, 35:4, 35:6, 35:15, 35:22, 36:12, 37:20,

37:24, 38:2, 38:5, 38:7, 38:16, 39:2, 39:13, 39:23, 40:3, 41:2, 42:14, 42:19, 42:22, 43:2, 43:10, 43:23, 44:2, 44:10, 44:23, 45:2, 45:20, 45:25, 46:2, 46:14, 47:5, 47:8, 47:25, 48:13, 48:16, 49:11, 50:3, 50:6, 50:16, 51:5, 51:10, 51:15, 52:5, 53:19, 55:21, 56:3, 56:9, 56:14, 57:11, 57:25, 58:2, 58:5, 58:24, 59:9, 59:13, 59:21, 60:1, 60:3, 61:6, 62:4, 62:15, 62:22, 63:1, 64:11, 65:7, 65:13, 65:23, 66:19, 66:22, 67:22, 68:7, 69:15, 70:19, 71:1, 71:19, 72:1, 72:3, 72:16, 72:19, 72:21, 72:24, 73:2, 73:4, 73:6, 73:12, 73:14, 75:3, 75:16, 76:6, 76:8, 76:16, 76:22, 76:25, 80:6, 80:10, 80:13, 80:17, 80:22, 84:9, 84:18, 84:21, 84:24, 85:8, 85:10, 85:13, 85:19, 85:25, 86:7, 86:10, 87:1, 87:8, 87:23, 88:7, 88:15, 88:18, 88:23, 89:1, 89:7, 89:9, 89:11, 89:21, 89:23, 90:5, 90:8, 90:14, 90:17, 90:20, 90:23, 91:3, 91:9, 91:14, 92:2, 92:5, 92:8, 92:12, 92:15, 92:24, 93:9, 93:11, 93:13, 93:19, 94:3, 94:8, 94:11, 94:14, 95:3, 95:8, 95:18, 96:10, 96:15, 96:18, 96:20, 96:23, 97:1, 97:7, 97:11, 99:25, 100:4, 100:8, 104:16, 105:3, 105:5, 105:7

**Darling** [27] - 1:22, 3:11, 5:17, 10:20, 16:10, 18:24, 25:6, 32:13, 34:20, 40:2, 45:17, 47:19, 47:24, 50:2, 50:13, 57:4, 57:5, 60:2, 61:1, 62:8, 65:18, 65:22, 70:16, 81:5, 87:16, 94:25, 98:20

**Darling's** [1] - 13:13
**data** [1] - 89:5
**date** [6] - 34:24, 42:20, 66:3, 91:22, 93:23, 101:10
**dated** [1] - 34:21
**dates** [6] - 10:21, 43:4, 48:2, 84:19, 90:15, 91:25
**David** [5] - 2:14, 38:16, 55:22, 105:11, 105:15
**Day** [1] - 66:16
**days** [2] - 26:20, 48:3
**dead** [1] - 66:3
**deal** [1] - 21:25

**death** [3] - 4:10, 8:2, 96:18
**death-eligible** [1] - 96:18
**decapitated** [8] - 38:4, 38:13, 40:14, 43:1, 50:17, 63:16, 79:22, 82:18
**decapitation** [3] - 39:12, 63:16, 79:7
**decide** [2] - 27:2, 103:20
**deciding** [2] - 4:9, 4:11
**decision** [23] - 46:24, 75:5, 75:21, 75:23, 76:6, 77:3, 77:4, 77:10, 77:15, 77:17, 77:19, 77:20, 81:6, 81:17, 85:10, 87:5, 87:6, 87:19, 88:21, 88:24, 99:2, 101:1, 104:9
**decisions** [2] - 75:7, 94:7
**declines** [1] - 9:6
**deem** [1] - 10:9
**deemed** [1] - 27:20
**Defendant** [1] - 3:5
**defendant** [3] - 25:15, 25:17, 38:23
**defendant's** [1] - 43:12
**DEFENDANTS** [2] - 2:1, 2:5
**Defendants** [2] - 1:8, 1:15
**defendants** [14] - 5:5, 7:3, 7:25, 8:2, 10:25, 11:7, 11:8, 13:10, 28:21, 46:12, 95:11, 95:14, 95:20, 104:6
**defendants'** [1] - 5:24
**defense** [5] - 3:19, 8:1, 20:20, 23:4, 96:11
**defenses** [2] - 5:25, 6:9
**defined** [2] - 36:20, 37:1
**definitely** [1] - 93:13
**definitively** [1] - 53:11
**delay** [8] - 5:9, 11:2, 11:5, 95:12, 95:17, 95:22, 96:16
**delaying** [1] - 8:19
**deliberate** [2] - 7:5, 8:1
**demand** [9] - 31:23, 41:20, 41:24, 42:10, 42:12, 47:16, 53:4, 54:21, 60:14
**Demand** [1] - 54:17
**demands** [2] - 31:5, 63:6
**denied** [2] - 26:7, 28:3
**deny** [1] - 12:15
**DEPARTMENT** [1] - 2:2
**depends** [1] - 9:9
**deponents** [1] - 85:2
**depose** [1] - 4:25
**deposed** [2] - 45:1, 45:19
**deposition** [29] - 3:17, 6:7, 6:13, 6:15, 8:8, 9:1, 9:2, 9:15, 9:16, 9:18, 9:20, 9:22, 10:10, 10:14, 10:15, 10:19, 10:21, 11:16, 11:17, 12:8, 12:12, 12:16, 30:13, 48:4, 85:22, 86:1, 86:3, 87:2, 96:8

**depositions** [3] - 85:1, 88:20, 93:3
**describe** [1] - 38:13
**desire** [1] - 88:11
**despite** [1] - 13:13
**determine** [2] - 25:8, 58:15
**determines** [1] - 49:19
**determining** [1] - 60:24
**devices** [1] - 36:2
**diagram** [1] - 26:23
**DIAZ** [1] - 1:7
**did** [36] - 5:23, 7:16, 7:19, 7:20, 7:23, 18:12, 18:15, 19:22, 20:17, 21:14, 22:9, 22:17, 22:18, 22:22, 24:1, 27:10, 27:13, 34:24, 35:22, 37:15, 39:8, 50:22, 55:20, 57:8, 57:25, 60:16, 61:1, 62:25, 70:18, 72:5, 85:7, 85:18, 87:9, 92:15, 104:2
**didn't** [7] - 3:18, 22:11, 23:6, 54:6, 55:10, 80:16, 87:14
**difference** [1] - 6:6
**different** [5] - 7:25, 64:19, 68:21, 80:15, 93:25
**difficult** [1] - 13:15
**direct** [1] - 102:6
**directed** [3] - 28:21, 43:20, 49:14
**direction** [2] - 29:10, 95:15
**directly** [1] - 98:3
**disagree** [1] - 102:22
**disciplinary** [25] - 41:13, 41:25, 45:5, 45:9, 48:21, 48:22, 48:23, 52:20, 54:18, 55:8, 55:14, 56:16, 57:6, 57:9, 57:10, 57:14, 59:8, 59:19, 61:3, 61:4, 62:12, 72:14, 82:9, 82:23, 83:4
**discipline** [22] - 41:6, 43:7, 43:12, 43:15, 43:19, 45:23, 47:10, 48:7, 48:10, 48:12, 49:14, 52:18, 62:6, 62:7, 62:17, 63:15, 75:14, 83:7, 83:8, 83:13, 83:14, 83:16
**disclose** [1] - 69:1
**disclosures** [1] - 94:9
**discoverable** [2] - 43:25, 46:10
**discovered** [1] - 8:5
**discovery** [11] - 29:5, 43:17, 47:3, 47:15, 49:2, 51:20, 84:1, 91:1, 91:24, 93:7, 93:21
**DISCOVERY** [1] - 1:18
**discuss** [1] - 14:9
**discussed** [2] - 74:1, 105:2
**discussing** [3] - 34:3, 60:7, 60:8

**discussion** [5] - 97:25, 101:20, 101:22, 102:3, 102:25
**dishonest** [1] - 48:19
**dishonesty** [7] - 43:24, 46:5, 46:8, 48:17, 48:20, 48:22, 49:15
**dismembered** [1] - 8:5
**dismemberment** [1] - 45:8
**dispute** [1] - 84:15
**disputes** [1] - 12:24
**disputing** [1] - 38:1
**dissemination** [13] - 43:21, 46:3, 46:4, 46:8, 47:1, 49:15, 53:8, 54:9, 55:6, 62:20, 63:16, 63:21, 64:14
**distinct** [10] - 20:10, 30:6, 30:10, 32:18, 33:2, 36:13, 38:24, 41:5, 71:6, 80:18
**distinction** [2] - 57:11, 71:4
**distribution** [2] - 4:23, 74:24
**DISTRICT** [3] - 1:1, 1:1, 1:19
**District** [4] - 2:15, 2:16, 105:11
**district** [1] - 86:16
**DIVISION** [1] - 1:2
**do** [54] - 3:2, 3:12, 3:14, 4:23, 8:3, 10:5, 11:16, 16:24, 19:18, 19:24, 20:21, 23:21, 24:2, 33:16, 37:3, 39:24, 42:13, 50:19, 51:1, 51:25, 53:19, 53:22, 57:17, 62:4, 62:24, 63:2, 66:8, 66:9, 67:23, 70:21, 85:4, 86:22, 88:13, 92:3, 94:5, 94:17, 94:24, 96:2, 97:23, 98:12, 98:13, 98:14, 99:24, 100:12, 101:4, 101:8, 101:21, 102:16, 102:25, 103:3, 103:10, 104:14, 105:12
**docket** [1] - 28:10
**Docket** [1] - 12:9
**Document** [1] - 54:17
**document** [12] - 14:23, 31:5, 31:23, 35:11, 41:20, 42:10, 42:12, 47:16, 53:4, 60:14, 63:6, 74:8
**documentation** [1] - 61:17
**documents** [102] - 13:10, 13:20, 14:24, 25:20, 27:3, 30:14, 31:18, 31:20, 31:24, 32:9, 32:21, 32:22, 33:11, 36:21, 38:18, 38:21, 38:23, 41:12, 42:12, 42:16, 44:8, 44:13, 45:3, 46:9, 48:4, 51:11, 52:2, 52:24, 53:8, 53:16, 54:7, 54:12, 54:13, 55:1, 55:5, 56:10, 56:25,

57:1, 57:3, 57:8, 57:19, 58:14, 58:20, 59:2, 59:7, 59:24, 60:21, 60:24, 62:1, 63:13, 63:18, 64:1, 64:2, 64:3, 64:8, 64:14, 64:20, 65:8, 66:7, 67:20, 67:25, 68:1, 68:9, 68:10, 68:14, 68:15, 68:18, 71:13, 71:14, 71:18, 71:22, 72:10, 72:18, 74:23, 75:18, 78:6, 78:22, 79:3, 79:5, 79:15, 80:18, 81:13, 82:17, 82:24, 83:3, 83:7, 83:9, 83:10, 83:15, 84:4, 84:13, 100:14, 100:21, 101:5, 101:7, 101:25, 102:6, 102:8, 102:19

**does** [17] - 3:7, 12:8, 12:14, 16:13, 30:3, 31:12, 35:20, 54:14, 55:3, 67:13, 67:16, 70:5, 79:23, 81:22, 92:15, 96:11, 96:14

**doesn't** [12] - 6:23, 7:16, 19:5, 35:20, 36:23, 37:3, 37:4, 40:5, 41:12, 48:6, 59:6, 80:7

**doing** [4] - 21:21, 23:25, 43:4, 92:7

**DOM** [1] - 31:12

**don't** [114] - 3:5, 3:6, 3:7, 3:21, 4:13, 5:4, 5:11, 5:17, 6:18, 6:25, 8:12, 9:5, 9:14, 9:15, 9:25, 11:5, 11:6, 11:10, 11:13, 12:1, 14:7, 14:15, 14:17, 16:17, 17:2, 17:9, 18:6, 18:8, 18:12, 18:15, 18:17, 18:19, 19:10, 20:9, 21:10, 22:13, 24:12, 24:23, 26:23, 29:7, 30:23, 31:16, 32:8, 34:13, 36:25, 38:17, 39:23, 40:8, 40:9, 41:21, 44:24, 44:25, 45:16, 47:5, 47:6, 47:7, 47:8, 47:12, 47:14, 48:17, 49:8, 52:11, 54:1, 58:24, 59:20, 60:9, 62:23, 63:1, 65:10, 65:13, 67:3, 67:20, 67:23, 68:4, 68:10, 68:11, 68:17, 69:15, 72:5, 72:13, 74:8, 75:9, 77:9, 77:11, 77:17, 77:18, 78:14, 78:18, 78:21, 81:24, 85:15, 86:14, 88:7, 88:12, 89:3, 90:20, 90:21, 93:15, 94:18, 95:12, 95:23, 97:7, 99:4, 101:10, 103:12, 103:18, 103:19, 103:25

**Don't** [1] - 29:19

**done** [11] - 8:17, 64:24, 71:12, 75:19, 76:19, 94:8, 94:9, 97:24, 99:20, 99:21, 102:21

**DORA** [2] - 1:4, 1:10

**double** [3] - 21:11, 24:3, 35:1

**double-check** [2] - 21:11, 35:1

**doubt** [2] - 18:8, 68:11

**down** [3] - 20:13, 49:6, 98:19

**drop** [1] - 66:3

**drop-dead** [1] - 66:3

**Drs** [1] - 25:14

**due** [1] - 99:10

**Duggan** [37] - 5:22, 10:1, 16:21, 17:9, 19:11, 20:21, 22:5, 33:15, 40:15, 55:22, 56:14, 56:24, 65:9, 65:14, 65:15, 65:25, 66:5, 67:22, 71:22, 72:6, 73:1, 75:10, 75:19, 77:22, 85:16, 85:20, 97:2, 97:22, 98:6, 99:5, 101:13, 101:16, 102:11, 102:20, 103:5, 103:10, 104:4

**DUGGAN** [119] - 2:1, 5:23, 6:4, 7:2, 7:9, 7:11, 7:15, 7:17, 7:19, 7:22, 7:24, 8:7, 8:23, 10:18, 11:21, 11:24, 12:1, 12:11, 12:22, 14:4, 14:10, 14:19, 14:21, 15:1, 15:4, 15:8, 15:11, 15:16, 15:23, 16:20, 16:24, 18:23, 20:22, 21:5, 22:3, 22:6, 22:13, 22:19, 24:10, 24:12, 24:16, 24:20, 24:23, 25:4, 35:8, 35:24, 50:24, 56:16, 56:22, 57:1, 57:5, 65:16, 66:10, 67:6, 67:18, 68:22, 68:25, 69:8, 69:11, 69:17, 69:24, 70:2, 70:4, 70:8, 70:10, 70:12, 70:15, 70:17, 70:22, 71:11, 71:17, 71:25, 72:2, 72:4, 72:7, 72:9, 73:8, 73:18, 73:21, 73:23, 74:1, 74:14, 74:17, 74:19, 74:22, 74:25, 75:2, 75:12, 77:23, 78:21, 78:25, 79:2, 79:24, 80:3, 80:9, 80:12, 82:20, 83:10, 83:15, 83:19, 83:25, 84:3, 85:7, 85:18, 85:21, 92:13, 92:19, 92:22, 94:9, 94:12, 94:16, 94:22, 95:2, 95:6, 96:1, 96:5, 96:25, 97:15, 104:6

**Duggan's** [3] - 6:11, 87:9, 103:8

**during** [3] - 18:19, 37:9, 82:6

**duty** [3] - 8:16, 10:7, 16:17

# E

**e** [2] - 36:3, 85:16
**E** [4] - 3:1, 30:17, 34:9
**e-mailed** [2] - 36:3, 85:16
**each** [4] - 32:20, 45:7, 45:12, 104:17
**earlier** [1] - 50:22
**early** [2] - 4:10, 93:23
**easier** [4] - 57:17, 76:14, 89:8, 89:10
**EASTERN** [1] - 1:1
**EB** [1] - 66:24
**effort** [2] - 17:25, 40:10
**eight** [1] - 80:15
**either** [10] - 17:23, 43:20, 46:6, 49:14, 52:11, 54:2, 64:9, 85:2, 86:11, 86:17
**eligible** [1] - 96:18
**elision** [1] - 75:17
**else** [4] - 32:8, 86:24, 100:25, 101:2
**email** [5] - 35:16, 70:6, 71:3, 79:21, 79:25
**emailing** [4] - 39:4, 39:10, 42:25, 50:17
**emails** [13] - 35:17, 37:7, 38:11, 38:13, 39:8, 39:11, 40:3, 40:7, 40:13, 40:18, 42:23, 70:12, 71:9
**embodied** [1] - 98:8
**employee** [1] - 70:7
**employees** [3] - 39:5, 40:7, 71:16
**enact** [1] - 101:14
**end** [1] - 94:17
**ends** [1] - 48:17
**enlighten** [1] - 10:1
**enough** [6] - 26:9, 47:25, 66:9, 66:11, 66:12, 103:24
**enter** [1] - 98:11
**entertain** [1] - 98:11
**enthusiastically** [1] - 16:22
**entire** [1] - 55:25
**entitled** [4] - 9:1, 9:16, 76:1, 105:13
**entity** [3] - 28:25, 29:12, 29:22
**entries** [1] - 33:11
**entry** [7] - 14:12, 15:9, 15:14, 25:13, 69:3, 75:19, 76:9
**Entry** [2] - 12:9, 58:6
**ERIK** [1] - 2:6
**ERIN** [1] - 1:21
**Erin** [2] - 1:22, 3:11
**errors** [1] - 89:12
**especially** [1] - 35:15
**essential** [1] - 89:6

**essentially** [4] - 23:3, 46:6, 86:8, 104:23
**established** [1] - 50:1
**estimation** [1] - 52:16
**et** [2] - 1:7, 1:14
**ET** [1] - 2:1
**even** [16] - 3:17, 4:11, 5:3, 5:6, 11:3, 11:9, 17:9, 20:12, 30:19, 36:4, 47:17, 47:18, 53:20, 54:1, 80:24, 95:24
**event** [1] - 16:4
**events** [1] - 55:13
**every** [2] - 8:16, 43:13
**everyone** [3] - 3:2, 40:25, 104:18
**everything** [4] - 3:21, 40:21, 56:11, 90:18
**evidence** [3] - 10:13, 48:18, 68:21
**evidenced** [1] - 87:16
**exact** [1] - 64:13
**exactly** [11] - 5:21, 24:8, 25:8, 28:7, 35:4, 38:5, 56:15, 68:7, 80:9, 96:6
**examination** [1] - 25:18
**examine** [3] - 25:15, 61:9, 63:13
**example** [5] - 7:15, 13:24, 14:2, 14:12, 81:5
**except** [2] - 33:18, 34:11
**excuse** [2] - 42:22, 97:18
**excused** [1] - 91:6
**exist** [3] - 42:16, 53:22, 66:7
**exists** [3] - 46:17, 54:1, 56:1
**expansive** [1] - 83:2
**expecting** [1] - 93:10
**experience** [1] - 41:17
**expert** [2] - 21:1, 93:21
**experts** [29] - 19:25, 20:16, 21:3, 21:7, 21:8, 21:10, 21:13, 21:15, 21:19, 22:18, 22:23, 23:11, 23:12, 23:19, 23:21, 23:23, 24:6, 24:13, 25:19, 25:20, 25:21, 25:25, 26:15, 27:4, 27:19, 94:6, 94:12
**expired** [1] - 96:9
**explanation** [4] - 9:16, 42:15, 42:18, 63:6
**exploration** [1] - 49:9
**explore** [1] - 45:18
**exposure** [4] - 95:24, 96:12, 96:17, 97:4
**extending** [1] - 93:22
**extensive** [1] - 41:8
**extent** [7] - 15:25, 18:25, 54:11, 57:21, 66:6, 95:9, 95:10

**extra** [2] - 53:24, 60:10
**eye** [1] - 8:18
**eyes** [1] - 56:10

## F

**face** [1] - 42:10
**faced** [3] - 42:9, 43:6, 45:19
**faces** [1] - 87:13
**facility** [2] - 37:10, 88:16
**facing** [1] - 97:3
**fact** [9] - 11:4, 33:2, 42:11, 67:1, 69:6, 71:2, 76:18, 88:2, 94:11
**facts** [1] - 15:25
**factual** [1] - 100:15
**factually** [1] - 17:19
**fail** [1] - 83:14
**fair** [8] - 10:17, 16:24, 26:9, 47:25, 93:25, 98:18, 99:3, 103:24
**fall** [1] - 55:3
**falls** [1] - 16:18
**far** [1] - 91:2
**fault** [1] - 89:4
**February** [1] - 25:12
**federal** [3] - 26:6, 86:16, 89:22
**feel** [2] - 78:8, 90:3
**few** [2] - 28:23, 67:11
**Fifth** [14] - 5:2, 6:7, 6:15, 9:7, 9:10, 10:11, 10:15, 11:4, 12:2, 12:13, 12:17, 95:11, 96:13, 97:5
**fight** [1] - 56:11
**figure** [3] - 48:3, 77:25, 87:13
**figuring** [1] - 93:5
**file** [13] - 31:16, 31:18, 33:21, 55:25, 70:23, 71:3, 74:7, 75:4, 81:24, 82:9, 83:23, 84:4
**filed** [8] - 8:20, 9:11, 33:23, 35:2, 35:7, 57:2, 99:18, 99:19
**files** [3] - 75:13, 75:14, 83:25
**fill** [1] - 8:7
**final** [5] - 13:9, 13:12, 65:11, 79:21, 85:1
**find** [19] - 11:17, 12:13, 13:13, 13:15, 18:2, 21:16, 22:4, 22:14, 24:15, 24:24, 27:25, 41:23, 43:11, 44:7, 67:21, 91:4, 98:15, 102:15, 104:1
**finding** [6] - 17:21, 18:19, 44:20, 66:6, 69:1, 69:21
**findings** [26] - 29:17, 31:8, 41:9, 56:1, 67:13, 67:17,

67:22, 67:24, 68:4, 68:6, 68:9, 68:11, 68:23, 68:24, 69:4, 69:5, 73:16, 75:6, 76:3, 76:4, 77:19, 77:25, 78:17, 78:20, 78:22, 81:1
**fine** [10] - 13:25, 14:1, 24:19, 33:21, 35:7, 45:4, 63:3, 84:8, 92:21, 96:3
**finer** [1] - 57:12
**finger** [6] - 29:4, 30:25, 53:24, 59:9, 59:11, 64:24
**finger-pointing** [3] - 59:9, 59:11, 64:24
**fingers** [2] - 32:20, 33:6
**first** [14] - 6:25, 15:5, 15:9, 15:12, 15:14, 15:16, 28:19, 29:15, 30:12, 35:9, 60:12, 61:16, 62:18, 65:20
**five** [1] - 89:15
**floor** [1] - 7:4
**flow** [1] - 93:8
**focus** [1] - 52:15
**focused** [1] - 40:15
**focusing** [1] - 12:24
**follow** [3] - 33:5, 65:22, 83:5
**follow-up** [2] - 33:5, 65:22
**for** [144] - 3:4, 4:21, 5:4, 5:10, 5:11, 7:15, 8:2, 8:19, 8:20, 9:3, 9:4, 9:8, 10:3, 10:15, 10:19, 10:21, 11:2, 11:5, 11:7, 11:12, 12:9, 12:11, 13:4, 13:8, 13:9, 14:2, 14:12, 16:15, 17:19, 18:11, 18:13, 24:3, 24:22, 25:1, 26:24, 27:20, 28:18, 29:1, 29:21, 29:24, 31:19, 31:21, 32:7, 32:11, 34:11, 35:13, 35:16, 35:17, 36:19, 37:1, 37:20, 38:17, 38:24, 41:20, 41:24, 41:25, 42:12, 43:6, 43:19, 44:22, 45:22, 46:15, 47:11, 47:17, 48:2, 48:12, 49:19, 50:13, 51:13, 52:16, 52:20, 52:21, 53:4, 53:5, 54:18, 54:21, 56:7, 59:5, 60:9, 60:24, 61:1, 61:2, 61:6, 61:19, 61:22, 61:25, 62:6, 63:7, 63:13, 64:14, 64:17, 65:18, 65:19, 66:11, 66:12, 66:22, 68:2, 69:9, 71:6, 72:18, 74:21, 75:25, 76:22, 77:7, 78:11, 80:7, 80:19, 81:5, 84:7, 85:4, 86:15, 87:3, 87:17, 87:23, 89:4, 89:15, 90:10, 90:24, 91:6, 91:9, 91:18, 91:23, 92:5, 92:11, 92:12, 92:13, 93:4, 93:7, 95:11, 95:16, 96:25, 97:11, 97:19, 97:25, 100:6, 102:11,

102:15, 102:25, 104:6
**FOR** [4] - 1:21, 2:1, 2:5, 2:9
**foreclosing** [1] - 47:4
**foregoing** [1] - 105:12
**form** [1] - 34:24
**formal** [1] - 9:25
**forward** [7] - 4:9, 11:12, 12:2, 12:3, 12:14, 23:16, 97:8
**found** [3] - 17:22, 18:16, 40:5
**four** [1] - 33:13
**frame** [2] - 24:17, 37:8
**frank** [1] - 9:15
**frequency** [1] - 88:3
**fresh** [1] - 100:1
**FRESNO** [1] - 1:2
**from** [50] - 3:21, 5:5, 9:14, 9:20, 12:14, 18:14, 19:6, 19:16, 20:10, 24:17, 24:18, 28:5, 28:25, 29:25, 30:6, 32:18, 34:24, 38:7, 38:8, 39:5, 39:9, 39:17, 39:24, 40:4, 40:6, 40:13, 42:15, 47:4, 49:10, 53:25, 56:17, 57:6, 57:8, 57:23, 65:13, 65:17, 66:15, 76:14, 76:15, 77:1, 82:24, 83:15, 84:24, 86:8, 86:16, 97:8, 102:8, 105:13
**front** [1] - 58:4
**frontal** [1] - 29:20
**fruit** [1] - 5:10
**frustrate** [1] - 16:10
**frustrating** [1] - 93:2
**frustrations** [1] - 13:14
**full** [1] - 29:20
**fully** [1] - 99:21
**funny** [1] - 21:24
**further** [5] - 47:19, 53:13, 78:7, 97:25, 102:25
**future** [1] - 47:22

## G

**G** [2] - 2:5, 3:1
**Gamboa** [3] - 85:5, 85:15, 85:23
**Gamboa's** [1] - 86:1
**gang** [1] - 46:16
**gather** [1] - 75:15
**gave** [3] - 23:11, 24:6, 64:13
**General** [4] - 2:1, 2:11, 97:19, 104:22
**general** [3] - 48:25, 91:9, 100:12
**GENERAL** [1] - 2:10
**generally** [1] - 41:16
**generating** [1] - 63:14

**gentleman** [1] - 81:10
**germane** [1] - 29:18
**get** [32] - 3:24, 5:3, 6:7, 20:1, 20:5, 36:5, 37:5, 43:14, 45:2, 47:18, 52:23, 53:1, 62:16, 63:6, 64:22, 76:13, 76:19, 79:18, 84:24, 86:8, 86:10, 86:12, 86:15, 86:18, 86:20, 91:1, 91:7, 93:6, 95:21, 97:24, 102:13, 104:8
**gets** [3] - 28:3, 74:2, 86:13
**getting** [3] - 17:10, 49:1, 93:2
**give** [10] - 4:18, 9:15, 10:15, 13:23, 21:14, 28:6, 64:22, 90:25, 92:3, 95:1
**given** [14] - 16:18, 17:11, 17:14, 58:19, 67:2, 77:6, 81:12, 82:7, 82:11, 83:10, 93:20, 98:10, 99:7
**giving** [2] - 10:8, 96:7
**globally** [1] - 94:3
**go** [25] - 3:18, 4:9, 6:23, 8:24, 16:21, 22:5, 27:15, 30:22, 32:22, 33:8, 36:5, 41:16, 41:18, 61:2, 66:15, 66:21, 73:15, 75:15, 76:15, 86:15, 90:8, 90:9, 99:23, 102:6, 102:13
**goes** [8] - 26:5, 37:5, 38:11, 38:25, 55:18, 56:17, 83:19, 90:20
**going** [36] - 3:21, 6:15, 10:3, 10:4, 10:9, 11:15, 12:13, 18:25, 20:6, 33:6, 33:20, 33:22, 33:24, 44:1, 48:2, 52:25, 63:10, 65:1, 67:11, 74:21, 76:19, 78:16, 78:18, 78:21, 80:13, 85:15, 85:21, 85:23, 86:10, 89:14, 90:17, 93:6, 93:8, 99:15, 102:7, 103:19
**Goldberg** [2] - 104:19, 105:3
**gone** [3] - 12:12, 56:23, 76:20
**good** [7] - 3:2, 3:4, 92:23, 104:13, 104:15, 105:6, 105:7
**good-bye** [1] - 105:7
**got** [16] - 9:19, 29:7, 29:13, 31:4, 38:6, 49:5, 58:4, 59:12, 64:6, 65:17, 65:20, 66:2, 74:14, 90:3, 90:14
**gotcha** [1] - 62:9
**gotten** [3] - 65:10, 65:23, 85:17
**great** [1] - 89:20
**guard** [1] - 37:10
**guards** [2] - 16:16, 88:14
**guess** [10] - 4:12, 17:1,

27:22, 47:5, 47:25, 49:11, 50:7, 57:13, 72:19, 72:21

**gun** [1] - 89:16
**guy** [1] - 38:21
**guys** [1] - 78:11

## H

**H** [1] - 1:18
**had** [24] - 4:8, 8:14, 13:19, 21:1, 22:6, 23:5, 29:9, 36:23, 45:13, 46:13, 49:7, 59:16, 60:7, 77:6, 82:5, 85:23, 87:4, 88:11, 98:9, 98:10, 100:22, 101:9, 101:11
**hadn't** [1] - 65:17
**half** [2] - 38:20, 97:12
**hand** [3] - 5:1, 20:10, 26:5
**handling** [2] - 3:20
**hang** [6] - 17:16, 21:10, 34:18, 43:18, 73:13, 78:16
**happen** [2] - 7:9, 10:3
**happened** [10] - 6:1, 6:3, 6:5, 19:13, 20:11, 25:8, 42:23, 61:11, 69:24, 81:15
**happening** [2] - 26:14, 75:17
**happens** [1] - 9:2
**happy** [6] - 40:21, 58:22, 84:16, 98:19, 103:15, 103:22
**hard** [2] - 16:12, 88:19
**Harrison** [1] - 2:6
**has** [93] - 3:8, 4:1, 4:23, 5:15, 9:11, 9:12, 10:1, 10:6, 10:14, 10:18, 10:20, 10:24, 11:16, 12:7, 13:8, 13:23, 26:23, 28:25, 31:17, 32:8, 33:4, 35:10, 35:19, 36:2, 38:18, 40:7, 40:10, 40:12, 40:21, 42:13, 42:15, 45:4, 45:13, 45:18, 46:11, 46:16, 47:14, 50:4, 50:6, 51:19, 52:11, 53:25, 54:5, 54:20, 57:16, 57:17, 57:24, 58:14, 59:4, 59:14, 59:16, 60:7, 60:22, 61:9, 62:12, 64:9, 64:11, 65:2, 65:7, 65:23, 67:1, 67:8, 67:16, 69:17, 70:1, 70:3, 71:7, 75:8, 75:18, 76:22, 79:13, 79:19, 80:17, 80:22, 84:10, 85:14, 86:7, 86:18, 88:8, 93:15, 95:9, 96:5, 96:12, 97:4, 97:23, 100:20, 100:23, 104:11
**hasn't** [2] - 12:1, 96:23
**Hassan** [1] - 34:25
**hat** [1] - 96:11
**hate** [1] - 92:7
**Have** [1] - 85:16
**have** [167] - 3:2, 3:5, 3:7,

5:5, 6:5, 6:13, 8:3, 8:16, 9:18, 9:19, 9:21, 10:7, 10:14, 11:6, 13:10, 13:12, 13:22, 14:21, 19:12, 20:5, 20:24, 21:17, 24:1, 28:15, 29:7, 30:14, 30:23, 31:17, 31:19, 31:20, 31:24, 32:4, 32:8, 32:9, 32:21, 35:20, 36:24, 37:3, 37:4, 38:15, 39:21, 39:24, 40:4, 40:16, 42:11, 45:1, 45:16, 45:21, 46:4, 47:3, 48:2, 50:1, 50:14, 51:1, 52:2, 52:5, 52:6, 53:9, 53:20, 53:21, 54:2, 54:4, 55:15, 55:24, 56:9, 56:10, 57:1, 57:3, 57:7, 57:13, 58:13, 59:2, 60:2, 60:16, 60:22, 63:6, 64:6, 64:8, 64:10, 64:20, 64:21, 64:24, 67:10, 67:13, 67:16, 67:19, 68:1, 68:5, 68:8, 68:14, 68:15, 68:17, 70:5, 70:9, 70:10, 70:14, 70:21, 71:8, 71:18, 71:22, 72:21, 73:20, 74:20, 75:13, 75:14, 75:19, 75:23, 76:21, 79:4, 79:23, 80:24, 82:16, 83:21, 84:3, 84:6, 85:2, 85:23, 86:4, 86:24, 87:9, 87:17, 87:20, 88:2, 88:7, 88:9, 88:12, 88:13, 88:14, 89:3, 89:17, 90:5, 90:10, 90:18, 92:25, 93:23, 93:24, 94:10, 94:12, 94:16, 96:12, 97:21, 98:1, 98:14, 98:15, 98:16, 98:24, 99:2, 99:9, 99:18, 99:19, 100:6, 100:12, 100:24, 101:1, 101:4, 101:16, 101:19, 102:19, 102:22, 103:9, 103:10, 104:17, 105:2, 105:6
**haven't** [11] - 11:12, 16:22, 40:8, 42:18, 56:5, 56:11, 65:10, 77:24, 94:8, 94:9, 96:21
**having** [5] - 46:2, 49:18, 69:4, 82:2, 102:3
**he** [110] - 3:7, 4:1, 5:1, 5:15, 6:1, 6:7, 6:14, 7:16, 7:17, 7:19, 7:20, 7:23, 9:9, 9:10, 9:12, 10:6, 10:14, 10:18, 11:4, 11:10, 11:11, 11:16, 12:1, 12:7, 12:13, 12:14, 17:23, 18:12, 18:13, 18:14, 18:15, 18:16, 18:17, 18:20, 18:22, 19:4, 19:15, 19:22, 21:14, 21:16, 21:17, 21:19, 23:6, 23:8, 27:13, 27:14, 27:15, 27:19, 27:20, 35:18, 35:20, 36:2, 36:3, 36:4, 36:5, 36:23, 37:3, 37:4, 37:18, 37:22, 38:2, 38:7, 38:11,

38:17, 38:21, 39:8, 39:10, 40:7, 43:4, 43:6, 45:4, 45:13, 45:19, 48:10, 48:11, 48:19, 48:20, 49:3, 49:4, 58:17, 75:10, 76:1, 79:20, 84:3, 87:12, 87:14, 88:4, 88:11, 91:20, 96:5, 96:7, 96:11, 96:12, 96:14, 96:23, 97:3, 97:4, 103:18, 104:24
**he's** [25] - 3:6, 3:13, 3:14, 3:15, 3:20, 4:17, 6:15, 9:13, 18:18, 29:7, 38:1, 38:17, 75:20, 80:25, 85:17, 96:6, 96:18, 96:22, 97:1, 97:2, 103:19, 104:22, 105:4
**head** [10] - 8:14, 38:4, 38:13, 40:14, 43:1, 50:17, 63:16, 66:16, 79:22, 82:19
**health** [50] - 5:12, 12:25, 14:16, 15:24, 16:11, 16:15, 17:10, 17:11, 18:9, 19:6, 19:15, 19:21, 20:14, 21:15, 22:1, 22:10, 22:17, 23:8, 24:5, 26:20, 26:22, 27:9, 27:18, 28:18, 29:18, 30:6, 50:23, 66:18, 84:25, 85:3, 85:6, 85:7, 85:12, 85:13, 85:14, 85:24, 86:4, 86:14, 86:19, 86:20, 86:23, 87:2, 87:3, 87:10, 87:22, 88:1, 88:11, 88:23, 89:18, 93:17
**health-professional-patient** [1] - 24:5
**hear** [6] - 54:6, 65:13, 84:16, 92:8, 100:10
**HEARD** [1] - 1:18
**heard** [7] - 8:9, 11:12, 32:24, 58:2, 65:17, 91:21, 95:14
**hearing** [25] - 4:1, 4:2, 23:1, 33:17, 47:24, 55:2, 56:18, 59:17, 60:12, 61:4, 61:12, 63:7, 81:11, 81:17, 81:18, 84:12, 86:19, 90:24, 92:5, 94:20, 94:21, 97:25, 100:5, 100:6, 101:11
**HEARING** [1] - 1:18
**hearings** [4] - 19:19, 46:13, 60:13, 82:6
**hearsay** [2] - 19:11, 25:7
**held** [2] - 19:19, 87:12
**hell** [1] - 78:11
**help** [4] - 6:18, 67:19, 68:25, 93:5
**helped** [2] - 20:1, 67:20
**helpful** [7] - 21:12, 28:1, 34:21, 50:20, 50:25, 78:3, 104:13
**her** [4] - 47:15, 59:8, 60:7, 99:8

**here** [30] - 5:11, 25:8, 26:25, 29:3, 31:14, 31:19, 34:8, 38:17, 42:13, 49:10, 50:2, 51:25, 53:4, 55:22, 56:11, 59:17, 62:5, 63:2, 67:5, 67:19, 72:22, 81:2, 82:2, 89:10, 89:25, 94:17, 97:12, 98:12, 103:10, 104:17
**here's** [2] - 32:18, 81:19
**hereby** [1] - 105:12
**Hey** [6] - 30:23, 36:6, 52:7, 59:13, 60:4, 62:8
**highly** [1] - 5:24
**him** [17] - 3:13, 3:15, 3:20, 4:25, 5:20, 12:17, 17:22, 20:1, 22:11, 23:6, 24:22, 27:20, 37:3, 38:17, 38:22, 55:15, 104:23
**himself** [4] - 17:21, 23:17, 38:7, 67:1
**his** [91] - 3:8, 3:19, 3:25, 4:16, 5:2, 5:18, 6:7, 6:16, 8:8, 9:13, 9:14, 9:18, 9:20, 9:21, 10:12, 10:14, 10:19, 10:21, 11:4, 11:6, 11:9, 11:17, 11:20, 12:9, 12:12, 12:15, 12:16, 12:17, 14:14, 17:24, 18:3, 18:4, 18:9, 19:5, 19:15, 19:17, 19:20, 20:14, 21:15, 21:20, 21:25, 22:10, 22:17, 23:5, 23:8, 23:11, 27:9, 27:17, 35:17, 35:18, 36:2, 36:3, 36:4, 36:5, 36:21, 36:24, 38:8, 38:25, 39:2, 39:7, 39:8, 39:9, 40:6, 48:19, 48:20, 48:23, 49:5, 51:16, 59:16, 59:19, 81:9, 83:22, 84:4, 86:19, 87:12, 88:1, 88:10, 95:23, 95:24, 96:3, 96:7, 96:8, 96:25, 97:5
**Hispanic** [1] - 46:15
**hold** [3] - 91:19, 94:14, 102:4
**holding** [1] - 103:14
**homicidal** [1] - 17:15
**homicide** [1] - 67:16
**honestly** [1] - 67:18
**honesty** [1] - 43:12
**Honor** [135] - 3:11, 4:20, 5:21, 6:10, 8:9, 8:25, 10:17, 11:4, 12:5, 12:19, 12:20, 12:22, 13:1, 14:4, 16:5, 16:24, 16:25, 17:8, 18:6, 18:23, 19:8, 20:19, 20:22, 20:24, 22:13, 22:20, 23:24, 24:9, 25:10, 26:4, 26:7, 26:14, 26:22, 28:2, 28:9, 28:20, 28:24, 30:5, 30:12, 31:1, 32:19, 33:23, 33:25, 34:14, 35:4, 36:8, 36:13,

36:16, 37:14, 37:19, 37:20, 38:15, 39:21, 41:1, 41:2, 41:14, 41:19, 42:6, 42:19, 43:8, 43:10, 43:23, 44:4, 44:7, 44:19, 44:23, 45:2, 45:15, 45:20, 46:18, 47:6, 47:25, 48:1, 48:16, 48:18, 49:21, 49:24, 50:24, 51:15, 52:13, 53:12, 53:19, 54:16, 55:10, 58:1, 58:3, 58:11, 59:9, 60:11, 62:5, 62:10, 65:3, 66:20, 68:12, 71:19, 73:14, 74:11, 75:16, 76:5, 76:16, 77:5, 78:2, 81:9, 84:10, 84:17, 84:22, 87:23, 89:12, 89:21, 89:23, 90:15, 91:6, 91:10, 92:2, 92:11, 92:17, 95:8, 96:11, 97:3, 97:11, 97:15, 97:16, 97:18, 98:9, 99:4, 99:10, 99:25, 100:9, 100:23, 101:9, 102:5, 102:15, 102:25, 104:11, 105:5

**HONORABLE** [1] - 1:18
**hook** [1] - 62:15
**hope** [3] - 93:1, 93:2
**hopefully** [3] - 26:5, 86:11, 92:24
**hoping** [2] - 45:2, 84:24
**horse** [1] - 5:15
**hours** [5] - 15:10, 15:15, 78:11, 92:18, 97:12
**housing** [1] - 46:24
**Houston** [1] - 2:17
**how** [25] - 11:5, 13:22, 14:15, 14:18, 15:11, 20:7, 38:19, 41:25, 63:1, 64:22, 66:8, 68:4, 68:5, 74:8, 77:20, 77:25, 79:25, 81:8, 82:18, 84:16, 84:20, 90:20, 90:21, 102:16
**huh** [2] - 46:22, 101:18
**hundreds** [1] - 23:16

---

**I**

**i** [3] - 34:13, 34:24, 84:21
**I** [566] - 2:2, 3:1, 3:6, 3:7, 3:12, 3:14, 3:18, 3:21, 3:23, 3:24, 4:1, 4:8, 4:12, 4:17, 4:20, 4:21, 4:22, 4:25, 5:1, 5:3, 5:4, 5:7, 5:9, 5:10, 5:16, 6:3, 6:11, 6:12, 6:13, 6:18, 6:22, 6:25, 8:9, 8:12, 8:18, 9:3, 9:4, 9:11, 9:13, 9:14, 9:15, 9:23, 9:25, 10:2, 10:6, 10:7, 10:13, 10:18, 10:20, 10:23, 11:1, 11:5, 11:6, 11:10, 11:12, 11:13, 11:17, 11:25, 13:6, 13:12, 13:13,

13:14, 13:18, 13:21, 13:22, 13:23, 13:24, 14:4, 14:5, 14:8, 14:9, 14:11, 14:15, 14:16, 15:4, 15:11, 15:17, 15:19, 15:20, 15:23, 16:1, 16:5, 16:8, 16:17, 16:21, 17:1, 17:2, 17:3, 17:6, 17:18, 17:21, 17:23, 18:5, 18:6, 18:8, 18:11, 18:12, 18:14, 18:17, 18:19, 18:23, 19:10, 19:11, 19:22, 20:5, 20:9, 20:10, 20:19, 20:23, 21:3, 21:9, 21:10, 21:13, 21:17, 21:20, 21:22, 22:13, 22:14, 23:17, 23:22, 23:23, 25:5, 25:24, 26:5, 26:7, 26:9, 26:13, 26:23, 27:1, 27:8, 27:22, 27:25, 28:6, 28:10, 28:11, 28:13, 28:15, 29:7, 29:14, 29:16, 29:19, 29:21, 29:25, 30:9, 30:19, 30:23, 31:1, 31:16, 32:3, 32:8, 32:14, 32:16, 32:18, 32:20, 33:1, 33:18, 33:23, 34:13, 34:14, 34:15, 34:22, 34:24, 36:10, 36:25, 37:6, 37:23, 37:24, 38:17, 39:3, 39:5, 39:23, 40:4, 40:8, 40:9, 40:14, 40:15, 40:23, 41:10, 41:15, 41:21, 41:22, 42:10, 42:18, 43:2, 43:5, 43:8, 43:10, 43:13, 43:14, 43:17, 43:23, 44:7, 44:8, 44:12, 44:23, 44:24, 44:25, 45:4, 45:13, 45:15, 45:20, 45:25, 46:6, 46:7, 46:9, 46:18, 46:21, 47:2, 47:5, 47:6, 47:9, 47:12, 47:14, 47:20, 47:23, 47:25, 48:1, 48:16, 48:25, 49:1, 49:8, 49:11, 49:12, 49:21, 49:24, 50:1, 50:7, 50:9, 50:10, 50:21, 51:17, 51:19, 52:11, 52:13, 53:5, 53:11, 53:12, 53:15, 53:16, 53:17, 53:24, 54:2, 54:6, 54:12, 54:14, 55:10, 56:4, 56:14, 56:15, 56:22, 57:6, 57:12, 57:13, 57:16, 57:22, 58:2, 58:9, 58:11, 58:13, 58:16, 58:19, 58:22, 58:24, 58:25, 59:5, 59:11, 59:20, 59:25, 60:2, 60:9, 60:16, 60:23, 60:25, 61:6, 61:8, 61:12, 61:17, 62:1, 62:4, 62:15, 62:16, 62:23, 63:1, 63:4, 63:12, 63:18, 63:25, 64:1, 64:12, 64:13, 64:14, 64:17, 64:22, 64:24, 64:25, 65:4, 65:10, 65:13, 65:16, 65:17, 65:19, 65:20, 65:22, 65:24, 66:12, 67:3, 67:6,

67:7, 67:10, 67:18, 67:20, 68:1, 68:4, 68:10, 68:11, 68:12, 68:14, 68:17, 68:25, 69:3, 69:6, 69:17, 69:21, 70:4, 71:4, 72:4, 72:5, 72:11, 72:14, 72:16, 72:19, 72:21, 72:25, 73:8, 74:7, 74:8, 74:10, 75:4, 75:9, 75:10, 75:15, 75:16, 75:17, 76:12, 76:14, 76:18, 77:6, 77:9, 77:10, 77:11, 77:17, 77:18, 77:23, 78:2, 78:4, 78:5, 78:6, 78:12, 78:14, 78:18, 78:21, 79:18, 79:22, 79:24, 80:23, 81:6, 81:7, 81:10, 81:12, 82:10, 82:11, 82:12, 83:1, 83:8, 83:14, 83:20, 83:24, 84:5, 84:21, 84:24, 85:1, 85:2, 85:15, 85:18, 85:22, 85:25, 86:1, 86:4, 86:8, 86:9, 86:12, 86:14, 86:21, 88:7, 88:8, 88:9, 88:12, 88:18, 88:19, 89:2, 89:3, 89:11, 89:13, 89:15, 89:17, 89:21, 89:23, 89:24, 90:3, 90:5, 90:9, 90:14, 90:20, 90:21, 90:22, 90:25, 91:6, 91:9, 91:18, 92:6, 92:7, 92:8, 92:9, 93:1, 93:2, 93:5, 93:9, 93:12, 93:14, 93:15, 93:17, 93:20, 93:21, 93:24, 94:2, 94:3, 94:16, 94:18, 94:21, 94:24, 95:8, 95:12, 95:15, 95:20, 95:21, 95:23, 96:8, 96:10, 96:24, 97:7, 97:9, 97:20, 98:1, 98:3, 98:5, 98:13, 98:23, 99:1, 99:3, 99:4, 99:12, 99:18, 99:19, 99:25, 100:1, 100:4, 100:12, 100:19, 101:10, 101:12, 101:13, 101:16, 101:21, 102:6, 102:9, 102:10, 102:12, 102:13, 102:18, 102:19, 103:2, 103:9, 103:10, 103:12, 103:14, 103:18, 103:19, 103:21, 103:24, 103:25, 104:1, 104:8, 104:9, 104:11, 104:16, 104:17, 104:18, 104:23, 105:11

**I'd** [5] - 53:3, 62:10, 90:11, 95:4, 98:18
**I'll** [7] - 20:6, 84:11, 90:8, 90:9, 94:14, 102:4, 103:4
**i'm** [1] - 98:12
**I'm** [82] - 5:13, 6:17, 8:22, 8:25, 9:1, 9:4, 9:16, 14:8, 16:9, 16:12, 16:13, 28:10, 28:20, 30:16, 32:8, 32:9, 33:2, 33:5, 33:6, 33:20, 33:21, 33:24, 34:3, 34:17,

35:6, 35:22, 36:18, 37:24, 40:21, 41:20, 42:9, 44:1, 44:10, 44:11, 44:20, 45:2, 45:20, 46:7, 47:4, 47:24, 48:7, 49:8, 49:12, 49:22, 50:12, 50:19, 55:10, 57:12, 65:9, 67:11, 67:19, 68:13, 71:19, 71:20, 73:8, 75:12, 77:1, 77:20, 77:25, 78:2, 78:8, 81:2, 81:8, 82:2, 84:9, 84:16, 85:9, 85:21, 86:10, 89:10, 91:11, 91:22, 92:18, 95:14, 96:15, 97:1, 97:3, 98:6, 102:7, 102:22, 103:15, 103:22

**I've** [23] - 3:19, 20:2, 25:10, 26:4, 30:15, 32:21, 43:3, 48:14, 51:2, 58:4, 65:10, 65:23, 67:12, 77:21, 78:10, 82:6, 85:16, 90:3, 95:14, 99:7, 101:15, 102:21, 103:11
**I..** [1] - 40:10
**IA** [1] - 71:14
**ICC** [2] - 85:5, 85:13
**idea** [6] - 8:17, 11:11, 43:16, 86:13, 87:13, 92:3
**ideations** [1] - 17:15
**identification** [1] - 72:7
**identified** [25] - 14:24, 32:4, 33:11, 38:21, 40:13, 52:6, 53:22, 54:1, 54:5, 56:6, 57:16, 57:18, 58:14, 59:2, 59:24, 64:20, 64:21, 68:15, 72:21, 75:7, 75:18, 80:17, 82:12, 82:13, 91:24
**identify** [4] - 52:24, 55:1, 91:22, 101:7
**identifying** [2] - 32:9, 68:2
**if** [124] - 3:8, 6:7, 7:22, 7:24, 9:6, 10:9, 11:4, 11:15, 11:17, 11:21, 12:14, 12:17, 15:21, 16:25, 17:8, 18:23, 19:13, 19:18, 19:19, 20:12, 20:25, 21:13, 21:14, 21:19, 21:20, 22:17, 22:18, 22:22, 24:2, 24:6, 26:15, 26:22, 27:8, 27:9, 28:19, 29:25, 33:20, 35:24, 36:4, 36:17, 36:24, 38:10, 39:15, 40:5, 40:8, 40:9, 40:11, 40:15, 40:16, 40:18, 42:2, 42:4, 42:16, 43:18, 43:21, 44:6, 44:12, 44:16, 46:12, 46:17, 46:20, 47:2, 47:9, 47:19, 48:21, 48:22, 49:13, 49:15, 50:7, 50:8, 52:23, 53:6, 53:16, 53:17, 54:2, 54:14, 54:23, 57:6, 58:2, 61:10, 61:23, 62:2, 62:3, 62:8, 62:11, 63:2, 63:6, 64:2, 66:7, 67:21,

70:24, 71:8, 71:12, 72:17, 77:11, 78:12, 79:19, 80:23, 83:22, 84:14, 84:25, 85:15, 85:17, 86:14, 88:3, 89:13, 90:7, 90:24, 92:5, 93:22, 94:18, 95:20, 97:20, 102:3, 102:5, 102:13, 102:15, 102:23, 103:1

**ll** [4] - 4:22, 30:8, 38:10, 90:10

**image** [2] - 38:3, 82:18
**images** [2] - 36:4, 46:6
**imbued** [1] - 100:17
**imperative** [1] - 58:18
**important** [4] - 26:11, 27:1, 82:21, 87:17
**importantly** [2] - 36:20, 87:25
**impose** [1] - 13:5
**imposed** [1] - 48:10
**improper** [1] - 59:1
**in** [225] - 3:16, 4:5, 4:18, 5:12, 5:18, 5:25, 6:1, 6:3, 6:5, 6:12, 6:18, 6:20, 6:24, 7:5, 8:4, 8:5, 8:7, 8:15, 8:17, 9:3, 9:11, 10:4, 10:8, 11:4, 11:8, 11:13, 11:15, 12:25, 13:23, 14:2, 14:9, 14:17, 14:23, 15:5, 16:1, 16:3, 16:5, 17:24, 18:3, 18:4, 18:5, 18:9, 18:24, 19:2, 19:7, 19:20, 22:1, 22:9, 22:16, 23:1, 23:2, 23:7, 23:24, 24:4, 24:6, 24:21, 24:22, 24:25, 25:13, 25:17, 26:2, 26:11, 26:19, 26:20, 27:4, 27:11, 28:3, 28:4, 28:12, 29:5, 30:2, 30:8, 31:18, 31:23, 31:24, 33:1, 33:2, 33:10, 33:11, 33:13, 34:6, 34:7, 36:1, 36:21, 36:24, 37:1, 37:18, 37:21, 38:12, 38:19, 40:6, 40:8, 40:11, 40:16, 42:18, 42:21, 42:24, 43:10, 43:13, 44:10, 45:5, 46:23, 46:24, 47:10, 47:11, 47:17, 47:22, 48:10, 48:11, 48:19, 48:22, 49:18, 51:3, 52:6, 52:9, 52:15, 52:17, 52:21, 52:24, 52:25, 55:2, 57:1, 57:22, 58:4, 58:6, 58:14, 59:8, 59:19, 59:24, 61:4, 61:8, 63:2, 63:19, 64:12, 65:16, 67:1, 68:1, 68:18, 68:19, 68:20, 69:3, 69:11, 70:19, 70:20, 70:22, 71:2, 72:22, 75:7, 76:18, 77:9, 77:11, 77:18, 77:24, 78:6, 78:18, 79:5, 79:15, 79:17, 80:10, 80:13, 80:17, 80:20, 81:2, 81:9, 81:11,

81:19, 81:20, 82:4, 82:9, 83:1, 83:13, 84:1, 84:4, 84:7, 85:1, 86:19, 86:22, 87:19, 88:8, 89:4, 89:12, 90:8, 93:5, 93:6, 93:8, 93:20, 94:6, 94:20, 95:1, 95:10, 95:15, 95:17, 95:21, 95:22, 95:23, 96:3, 96:7, 96:9, 96:17, 97:2, 98:3, 98:8, 98:10, 98:22, 99:7, 100:1, 100:14, 100:22, 101:5, 101:24, 102:1, 102:4, 102:5, 102:18, 102:24, 103:4, 105:13

**in-camera** [1] - 47:11
**inadvertently** [1] - 103:25
**inappropriately** [1] - 32:6
**incident** [9] - 37:16, 40:19, 42:2, 42:4, 42:17, 45:7, 45:14, 45:18, 80:4
**incidents** [1] - 45:6
**included** [1] - 26:19
**includes** [4] - 35:17, 62:17, 75:4, 85:13
**including** [4] - 27:17, 67:15, 71:14, 88:16
**incompetency** [3] - 18:19, 23:8, 24:18
**incompetent** [2] - 17:23, 27:20
**inconsistent** [1] - 20:2
**incorrect** [1] - 72:15
**increase** [1] - 96:7
**indeed** [4] - 51:25, 59:21, 87:23, 89:3
**independent** [10] - 21:3, 23:3, 23:12, 23:16, 23:21, 24:13, 25:15, 25:21, 30:18, 87:22
**indicate** [4] - 18:13, 18:17, 18:20, 40:21
**indicated** [3] - 55:4, 57:1, 95:10
**indicative** [1] - 20:11
**indifference** [2] - 7:5, 8:1
**individual** [7] - 5:5, 11:7, 14:15, 36:2, 43:14, 81:21, 87:4
**individually** [1] - 94:4
**individuals** [1] - 87:19
**information** [12] - 5:7, 7:12, 14:16, 16:16, 43:11, 67:15, 78:1, 79:13, 79:23, 87:17, 88:2, 89:2
**initiated** [1] - 10:1
**inmate** [1] - 50:17
**inmate's** [1] - 45:10
**input** [1] - 103:25
**inquiry** [1] - 48:17
**insists** [1] - 98:20
**INSPECTOR** [1] - 2:10

**Inspector** [2] - 2:11, 104:22
**instance** [4] - 29:1, 43:24, 46:15, 85:4
**instances** [4] - 13:21, 13:22, 46:20, 88:10
**instead** [5] - 43:5, 44:18, 46:2, 49:17, 57:19
**institute** [1] - 17:24
**instituted** [1] - 17:21
**institutions** [1] - 37:13
**intend** [6] - 5:18, 5:23, 6:12, 14:11, 61:1
**intending** [1] - 16:3
**intent** [1] - 16:6
**interested** [2] - 38:12, 94:20
**interesting** [2] - 97:10, 97:14
**internal** [2] - 41:11, 82:9
**intervene** [2] - 6:19, 6:23
**intervention** [2] - 6:5, 47:20
**interview** [2] - 48:19, 51:6
**into** [16] - 22:19, 32:5, 41:16, 49:1, 52:23, 53:12, 54:7, 71:15, 74:24, 79:6, 79:25, 80:3, 81:22, 82:18, 83:19, 96:1
**introduce** [1] - 87:21
**investigated** [1] - 39:7
**investigating** [1] - 66:6
**investigation** [39] - 32:5, 38:18, 39:6, 40:4, 41:9, 41:13, 50:15, 55:25, 57:9, 57:14, 64:13, 64:15, 64:16, 69:22, 69:24, 70:1, 71:5, 71:14, 71:15, 72:13, 72:14, 74:15, 74:24, 75:12, 75:13, 79:6, 79:7, 79:9, 79:10, 79:25, 80:1, 80:3, 82:10, 82:18, 82:22, 82:25, 83:4, 83:5, 83:6
**investigations** [1] - 82:21
**investigative** [1] - 70:23
**investigatory** [1] - 32:7
**invocation** [1] - 5:3
**invoke** [1] - 97:5
**invoked** [1] - 22:21
**involved** [4] - 14:1, 45:5, 46:23, 80:24
**involvement** [2] - 47:17, 80:24
**involving** [2] - 37:16, 74:5
**irrelevant** [1] - 41:13
**is** [294] - 3:11, 3:24, 4:2, 4:3, 4:5, 4:10, 4:11, 5:10, 5:17, 5:24, 5:25, 6:6, 6:8, 6:18, 7:6, 8:12, 8:13, 8:19, 8:21, 8:23, 10:4, 10:12, 10:24, 11:6, 11:11, 11:12, 11:14, 11:15, 11:17, 12:13,

13:15, 14:12, 14:13, 14:18, 15:21, 16:7, 16:8, 16:14, 17:1, 17:17, 17:18, 17:23, 18:21, 18:23, 18:24, 19:3, 19:8, 19:10, 19:12, 19:15, 20:2, 20:10, 20:11, 21:2, 21:4, 21:24, 21:25, 22:8, 23:15, 23:24, 24:8, 24:17, 24:25, 25:5, 25:6, 25:11, 25:15, 25:17, 25:20, 25:23, 26:14, 26:17, 27:9, 27:10, 27:22, 28:3, 28:21, 29:12, 29:15, 30:5, 30:12, 30:13, 30:16, 30:18, 30:20, 30:22, 30:25, 31:7, 31:13, 31:15, 31:23, 32:14, 32:16, 32:19, 32:22, 33:5, 33:12, 33:25, 34:14, 34:15, 34:22, 35:6, 35:9, 35:11, 35:20, 36:20, 36:25, 38:3, 38:7, 38:11, 38:12, 38:18, 38:25, 39:3, 39:14, 40:3, 40:5, 40:6, 40:15, 40:18, 40:25, 41:3, 41:4, 41:5, 41:25, 42:10, 42:12, 42:19, 42:20, 42:23, 42:24, 42:25, 43:6, 43:11, 43:16, 43:22, 44:7, 44:12, 45:19, 45:22, 46:25, 47:17, 47:20, 47:24, 48:2, 48:9, 48:14, 48:17, 48:20, 48:23, 48:24, 49:13, 49:16, 49:17, 49:19, 49:20, 51:11, 51:16, 51:18, 51:20, 51:22, 52:16, 52:17, 52:20, 52:22, 53:6, 53:21, 53:22, 53:23, 54:4, 54:11, 55:2, 55:16, 55:21, 55:22, 56:7, 56:11, 56:13, 56:15, 56:20, 56:24, 57:8, 57:13, 57:14, 57:17, 58:8, 58:20, 59:3, 59:5, 59:14, 59:22, 60:4, 60:5, 60:6, 60:12, 61:10, 61:15, 61:19, 61:21, 62:11, 62:17, 62:18, 63:7, 64:14, 65:1, 65:23, 66:5, 66:9, 66:11, 66:12, 66:19, 66:23, 67:2, 67:18, 68:12, 68:24, 69:6, 71:6, 71:19, 73:10, 73:11, 73:22, 75:22, 76:1, 76:6, 76:7, 77:1, 77:3, 77:11, 78:8, 78:11, 78:12, 78:18, 79:21, 81:6, 81:8, 81:10, 81:21, 82:3, 82:10, 83:22, 84:5, 84:15, 84:20, 84:21, 84:23, 85:15, 87:1, 87:8, 87:9, 87:11, 87:24, 88:4, 88:20, 89:13, 90:2, 91:16, 91:20, 91:23, 93:1, 93:4, 93:14, 94:2, 94:19, 95:1, 95:9, 96:3, 97:3, 98:22, 99:10, 100:20, 101:2, 102:10, 104:4, 104:21,

105:12
**isn't** [4] - 26:14, 46:3, 69:1
**issuance** [1] - 61:20
**issue** [49] - 3:13, 3:16, 5:15, 6:25, 7:1, 7:2, 8:13, 12:4, 12:16, 13:8, 13:15, 13:16, 17:10, 17:18, 19:7, 19:11, 22:7, 23:9, 23:18, 26:17, 27:9, 30:5, 30:10, 32:15, 32:17, 32:22, 42:24, 43:7, 43:17, 46:12, 46:14, 48:1, 48:17, 48:19, 48:20, 58:3, 59:24, 60:18, 65:23, 68:21, 86:2, 86:19, 87:11, 91:14, 100:24, 101:8, 103:11, 103:12
**issued** [6] - 13:12, 41:9, 55:14, 81:16, 97:23, 98:2
**issues** [20] - 4:14, 10:23, 11:18, 14:5, 16:12, 17:8, 17:16, 18:9, 19:16, 30:1, 30:3, 33:2, 49:9, 77:8, 82:15, 90:11, 92:25, 98:19, 100:8, 104:24
**it** [161] - 3:10, 4:2, 4:10, 5:15, 5:24, 6:24, 8:23, 10:25, 11:2, 11:23, 11:25, 12:4, 13:15, 14:13, 15:11, 15:17, 18:18, 18:22, 20:11, 21:4, 21:12, 21:16, 22:17, 22:18, 22:22, 23:18, 24:1, 24:2, 24:6, 24:21, 25:19, 26:14, 26:24, 27:8, 27:9, 28:3, 29:13, 29:16, 30:3, 30:4, 30:9, 31:15, 33:20, 33:22, 34:8, 34:12, 34:22, 35:7, 35:10, 35:16, 35:17, 36:1, 36:12, 36:19, 36:25, 37:1, 38:2, 38:3, 38:6, 38:7, 38:8, 38:11, 41:24, 42:14, 43:2, 43:4, 43:11, 43:12, 43:24, 46:3, 46:8, 46:17, 47:10, 47:11, 47:16, 48:14, 48:15, 49:25, 51:15, 51:17, 53:12, 54:1, 54:4, 55:4, 56:2, 56:3, 56:6, 56:9, 56:15, 56:17, 57:6, 58:4, 58:5, 58:16, 59:21, 59:22, 62:2, 62:3, 62:12, 63:1, 64:18, 65:18, 67:4, 67:18, 69:1, 69:11, 69:15, 69:16, 69:19, 72:3, 72:24, 74:7, 74:14, 75:5, 76:14, 77:5, 77:15, 77:18, 77:21, 77:22, 79:24, 81:2, 81:6, 83:19, 84:16, 84:23, 84:25, 86:2, 86:12, 87:1, 87:8, 87:16, 89:8, 89:25, 90:7, 90:17, 93:19, 94:4, 94:5, 94:14, 96:20, 96:21, 98:19, 98:22, 98:23, 102:23,

102:24, 103:1, 103:15, 104:12, 104:16
**it's** [93] - 4:2, 4:3, 4:7, 4:10, 5:7, 5:11, 8:2, 11:1, 11:13, 11:25, 13:7, 14:15, 14:20, 15:2, 15:25, 16:3, 16:6, 18:24, 19:13, 19:14, 21:16, 21:23, 26:16, 27:1, 28:19, 29:12, 29:14, 32:17, 34:8, 35:19, 35:25, 37:8, 39:4, 42:2, 42:4, 42:7, 43:22, 44:5, 44:6, 44:24, 47:12, 51:6, 52:9, 52:10, 54:1, 56:16, 56:22, 57:14, 58:5, 58:18, 61:22, 61:24, 61:25, 62:9, 62:20, 63:19, 64:18, 64:19, 64:22, 66:2, 67:6, 68:13, 68:23, 71:12, 71:20, 74:4, 77:2, 78:22, 78:24, 80:1, 80:3, 80:14, 80:19, 80:23, 82:21, 83:22, 85:22, 86:3, 86:11, 88:19, 89:5, 93:16, 93:25, 97:10, 97:14, 99:21, 100:25
**item** [1] - 66:17
**Item** [1] - 81:9
**items** [11] - 52:25, 65:4, 72:20, 76:4, 77:7, 77:24, 79:8, 82:7, 82:12, 82:13, 102:9
**its** [4] - 21:1, 21:23, 42:10, 58:14
**itself** [3] - 20:12, 66:25, 83:14

**J**

**JAMES** [1] - 2:9
**James** [1] - 97:18
**JARED** [1] - 2:10
**Jared** [1] - 104:19
**JEREMY** [1] - 2:1
**job** [4] - 34:8, 37:12, 89:8, 89:10
**Jonathan** [2] - 104:19, 105:3
**JOSEPH** [2] - 1:14, 2:1
**JPEG** [2] - 71:3, 71:8
**judge** [1] - 26:6
**JUDGE** [1] - 1:19
**judgment** [1] - 93:7
**judicial** [2] - 19:9, 25:12
**July** [1] - 64:12
**June** [12] - 13:2, 13:5, 13:6, 17:12, 18:5, 37:8, 41:25, 42:20, 42:23, 42:25, 43:5, 101:11
**jury** [1] - 8:18
**just** [68] - 5:1, 6:22, 12:12, 14:6, 15:12, 15:16, 15:17,

18:22, 20:24, 23:18, 24:12, 24:17, 26:15, 28:22, 29:19, 30:8, 32:24, 34:8, 37:20, 40:9, 40:11, 44:11, 47:12, 49:12, 49:17, 49:18, 50:7, 50:12, 51:15, 52:1, 52:18, 53:3, 54:2, 54:3, 54:4, 55:4, 57:5, 57:17, 57:19, 61:4, 61:6, 62:16, 62:22, 63:4, 64:22, 64:24, 65:10, 67:3, 67:7, 68:11, 68:22, 75:10, 75:18, 77:20, 84:9, 85:15, 88:18, 88:24, 89:24, 91:6, 96:15, 100:4, 103:2, 103:11, 104:16
**justice** [1] - 4:21

**K**

**keep** [1] - 78:16
**Kevin** [1] - 25:14
**key** [5] - 30:20, 88:24, 89:3, 90:1
**Kick** [1] - 11:10
**kid** [1] - 49:7
**kill** [1] - 88:11
**killing** [1] - 26:21
**kind** [12] - 8:13, 10:2, 22:11, 45:5, 45:7, 45:14, 56:2, 59:25, 68:10, 77:16, 88:5, 99:15
**kinds** [1] - 45:6
**Kings** [4] - 25:13, 86:16, 90:8, 91:14
**knew** [2] - 87:20
**know** [104] - 3:8, 3:17, 4:13, 5:6, 6:3, 6:15, 7:16, 7:19, 7:24, 8:3, 8:5, 9:5, 9:11, 15:21, 17:2, 18:22, 19:6, 19:18, 19:22, 19:24, 20:9, 20:13, 20:21, 21:12, 22:9, 22:13, 24:12, 24:23, 24:24, 25:5, 29:17, 36:3, 36:25, 37:24, 39:5, 40:8, 40:9, 43:6, 43:14, 46:5, 46:9, 47:5, 47:6, 47:7, 47:8, 47:13, 48:3, 48:5, 48:8, 48:9, 49:4, 49:8, 51:6, 53:19, 53:22, 54:1, 56:1, 59:6, 59:11, 60:9, 61:12, 62:15, 63:1, 63:3, 64:12, 65:13, 67:18, 67:20, 67:22, 67:23, 68:10, 68:12, 71:1, 71:2, 72:5, 75:9, 77:9, 77:11, 77:17, 77:18, 81:7, 81:10, 82:21, 82:22, 83:19, 84:16, 85:15, 86:22, 87:13, 87:14, 89:11, 90:20, 93:1, 94:18, 96:8, 96:11, 99:4, 103:19
**known** [3] - 9:14, 16:16, 87:20

**knows** [3] - 7:17, 7:19, 7:20
**Kuchinsky** [3] - 55:22, 67:19, 77:23

**L**

**Labor** [1] - 66:15
**lack** [1] - 80:19
**language** [1] - 61:13
**large** [1] - 89:4
**last** [14] - 15:17, 28:11, 28:18, 33:13, 33:15, 34:20, 47:24, 51:10, 51:22, 58:5, 65:17, 87:16, 95:8, 104:16
**late** [4] - 48:10, 49:3, 49:19, 90:20
**later** [2] - 18:16, 82:24
**law** [2] - 98:23, 105:4
**Law** [1] - 1:22
**lawyer** [4] - 3:19, 38:16, 85:25, 100:18
**lawyers** [1] - 81:24
**leading** [1] - 26:20
**learn** [2] - 38:19, 104:24
**learned** [2] - 43:3, 89:17
**least** [3] - 17:6, 29:11, 41:15
**leave** [1] - 77:6
**led** [1] - 81:17
**LEE** [1] - 1:18
**left** [1] - 5:15
**length** [1] - 17:17
**less** [5] - 29:17, 46:7, 49:3, 80:24, 89:5
**let** [18] - 12:16, 14:21, 20:19, 21:10, 27:24, 28:10, 28:13, 28:19, 28:22, 32:21, 49:24, 50:12, 53:5, 54:16, 76:13, 78:16, 81:4, 102:1
**let's** [11] - 12:23, 13:18, 33:8, 35:12, 35:14, 36:14, 67:24, 73:15, 84:19, 99:23, 103:3
**letter** [10] - 32:16, 33:13, 33:14, 33:16, 34:17, 34:18, 34:19, 34:21, 35:2, 65:17
**letters** [1] - 34:19
**level** [3] - 13:17, 31:13, 47:19
**liability** [5] - 5:4, 11:7, 88:20, 89:12, 93:16
**licensed** [1] - 85:3
**lies** [1] - 63:5
**lieu** [1] - 102:5
**Lieutenant** [41] - 30:2, 31:7, 31:8, 31:16, 31:18, 31:20, 31:22, 36:21, 37:9, 37:14, 37:15, 37:21, 41:17, 43:20, 45:1, 45:10, 45:18, 46:23, 49:2, 51:14, 52:17, 55:9,

55:14, 55:17, 56:21, 65:2, 67:14, 70:6, 71:9, 73:23, 74:4, 74:5, 76:1, 79:17, 79:19, 81:7, 81:11, 81:16, 81:21, 99:11

**lieutenant** [2] - 37:2, 98:2

**life** [1] - 96:5

**light** [4] - 7:1, 18:3, 49:20, 102:2

**lighter** [1] - 103:7

**lights** [1] - 49:5

**like** [23] - 4:25, 11:1, 11:6, 12:12, 18:18, 25:5, 25:7, 29:20, 39:4, 40:8, 46:9, 47:5, 54:2, 63:18, 65:13, 66:2, 72:6, 78:8, 89:15, 94:4, 95:4, 97:24, 104:17

**likely** [5] - 84:5, 85:4, 85:22, 96:20

**limit** [2] - 39:11, 82:10

**limitation** [3] - 39:14, 52:21, 53:13

**limitations** [1] - 47:21

**limited** [8] - 42:2, 42:4, 43:22, 48:14, 53:7, 54:20, 63:20, 104:10

**linchpin** [1] - 11:11

**line** [4] - 15:9, 15:14, 15:16, 50:2

**link** [1] - 20:23

**links** [1] - 71:8

**listed** [1] - 83:1

**listing** [1] - 72:15

**literally** [1] - 40:6

**litigate** [1] - 43:13

**litigated** [4] - 11:13, 13:7, 19:12, 94:4

**litigating** [1] - 89:14

**little** [5] - 23:24, 44:11, 67:8, 75:16, 90:7

**lodged** [1] - 55:9

**log** [55] - 13:19, 13:20, 14:5, 14:25, 30:15, 30:19, 33:10, 34:2, 34:3, 34:4, 35:11, 44:17, 52:7, 52:23, 53:21, 54:24, 57:2, 57:23, 57:24, 58:2, 58:3, 58:14, 58:22, 58:25, 60:25, 61:10, 61:18, 62:24, 63:14, 64:7, 67:3, 69:3, 69:10, 69:12, 71:21, 72:2, 72:6, 72:15, 72:22, 73:9, 75:8, 76:9, 76:10, 76:14, 77:24, 78:7, 80:14, 81:6, 81:10, 83:1, 83:2, 83:13, 84:11, 84:14, 99:19

**long** [7] - 13:8, 34:20, 51:5, 64:11, 91:4, 101:22, 102:16

**look** [20] - 4:25, 6:18, 13:19, 14:21, 22:19, 28:10,

---

34:19, 36:17, 53:12, 54:7, 54:23, 64:11, 70:24, 71:13, 72:1, 74:21, 79:11, 82:13, 96:1, 103:15

**looking** [13] - 10:21, 16:12, 28:22, 34:17, 36:18, 63:7, 65:21, 66:1, 71:21, 76:9, 80:13, 81:2, 102:18

**looks** [2] - 38:3, 72:6

**loop** [3] - 50:7, 65:9, 92:25

**Los** [1] - 1:23

**lost** [2] - 57:11, 59:25

**lot** [8] - 5:7, 15:21, 29:4, 46:13, 54:25, 66:17, 89:2, 104:25

**lots** [1] - 3:18

**Luis** [1] - 50:18

**LUIS** [1] - 2:6

**Lynn** [3] - 3:4, 6:10, 8:24

**LYNNE** [1] - 2:5

## M

**ma'am** [2] - 63:9, 63:11

**made** [24] - 3:8, 6:5, 10:12, 16:15, 25:22, 26:19, 27:15, 28:11, 30:17, 34:9, 40:10, 43:2, 52:8, 52:12, 54:3, 59:15, 66:23, 67:23, 67:24, 77:17, 84:14, 88:14, 104:18

**mailed** [2] - 36:3, 85:16

**majority** [1] - 59:2

**make** [26] - 8:15, 8:18, 9:13, 16:22, 26:13, 28:23, 30:3, 40:5, 50:12, 59:16, 59:19, 66:8, 72:25, 81:1, 89:8, 89:10, 94:18, 94:20, 94:25, 95:11, 99:1, 101:1, 104:9

**makes** [5] - 86:21, 92:2, 93:4, 93:5, 99:23

**making** [6] - 21:25, 59:14, 60:4, 60:6, 87:19, 98:20

**man** [1] - 8:14

**management** [1] - 93:6

**manner** [1] - 28:3

**many** [5] - 48:12, 79:25, 85:2, 89:12, 93:16

**march** [1] - 75:18

**March** [3] - 37:7, 42:21, 42:22

**marching** [2] - 76:10, 90:6

**massive** [1] - 19:11

**material** [1] - 58:16

**materials** [7] - 14:24, 15:21, 31:15, 32:8, 61:10, 79:9, 79:10

**matter** [4] - 11:8, 31:15, 102:15, 105:13

**matters** [4] - 3:12, 3:20, 7:2, 102:10

---

**Matthews** [1] - 25:14

**may** [24] - 4:10, 15:20, 24:16, 31:1, 36:10, 41:13, 41:16, 46:18, 46:21, 52:13, 55:15, 57:7, 58:11, 58:13, 64:23, 68:20, 79:7, 79:20, 82:16, 88:14, 90:25, 91:6, 99:9, 103:9

**May** [4] - 34:21, 35:2, 43:3, 43:5

**maybe** [13] - 26:8, 30:4, 30:8, 43:4, 47:9, 47:12, 52:1, 57:17, 67:23, 83:1, 92:6, 93:21, 99:6

**Maytubby** [5] - 85:4, 85:14, 87:2, 87:4

**me** [59] - 3:7, 6:18, 10:7, 12:15, 14:19, 14:21, 17:14, 17:19, 20:19, 21:10, 26:7, 27:24, 28:10, 28:13, 28:14, 28:19, 28:22, 34:19, 36:6, 40:5, 42:22, 48:4, 49:25, 50:12, 50:21, 53:6, 53:20, 54:16, 57:11, 58:4, 66:5, 72:4, 72:11, 72:24, 75:5, 76:13, 77:14, 78:16, 81:3, 81:4, 84:16, 86:2, 87:16, 89:5, 89:16, 90:17, 91:9, 92:3, 92:11, 92:12, 92:13, 97:18, 98:9, 101:10, 101:11, 102:1, 102:6, 102:12, 102:22

**mean** [28] - 3:18, 4:21, 6:25, 8:12, 10:6, 10:18, 14:4, 17:21, 18:18, 23:21, 34:15, 41:12, 44:23, 45:9, 46:6, 69:17, 69:21, 72:11, 74:7, 78:14, 79:24, 84:21, 90:9, 90:22, 92:6, 93:9, 96:10, 103:19

**means** [2] - 83:3, 98:21

**meant** [1] - 50:21

**meantime** [2] - 102:4, 103:4

**mechanical** [1] - 1:24

**mechanism** [1] - 22:15

**mediations** [1] - 10:8

**medical** [4] - 23:16, 27:17, 88:6, 88:17

**medication** [1] - 88:5

**meet** [1] - 95:4

**meetings** [1] - 86:25

**members** [1] - 46:16

**mental** [51] - 5:12, 12:24, 14:16, 15:24, 16:11, 16:15, 17:10, 17:11, 18:9, 19:6, 19:15, 19:21, 20:14, 21:15, 22:1, 22:10, 22:17, 23:8, 24:5, 26:20, 26:22, 27:9, 27:17, 28:18, 29:18, 30:6, 50:23, 66:18, 84:25, 85:3, 85:6, 85:7, 85:12, 85:13,

---

85:14, 85:24, 86:4, 86:14, 86:19, 86:20, 86:23, 87:2, 87:3, 87:10, 87:22, 88:1, 88:10, 88:23, 89:18, 93:16

**mental-health-related** [1] - 21:15

**mentally** [1] - 25:17

**mentioned** [2] - 57:5, 94:17

**mere** [3] - 48:16, 51:22, 98:21

**merit** [2] - 42:11, 42:12

**mess** [2] - 17:18, 17:19

**messages** [3] - 35:16, 37:7, 65:19

**met** [2] - 47:14, 86:24

**MHSDS** [1] - 28:25

**might** [7] - 21:17, 39:10, 51:24, 55:4, 68:8, 89:3, 89:8

**mind** [4] - 52:17, 75:22, 95:23, 100:2

**mine** [2] - 100:3, 104:21

**minutes** [1] - 8:16

**Minutes** [1] - 51:2

**misapprehends** [1] - 43:17

**missed** [1] - 102:12

**misstated** [1] - 34:23

**mistake** [2] - 34:24, 35:6

**misunderstood** [1] - 99:12

**MO** [1] - 43:13

**monitoring** [2] - 6:21, 7:7

**month** [1] - 40:7

**months** [2] - 42:17, 93:23

**moot** [2] - 10:12, 85:23

**more** [19] - 4:13, 5:6, 5:7, 9:16, 10:2, 17:1, 29:16, 33:21, 36:20, 36:24, 47:17, 84:20, 87:25, 94:16, 96:1, 98:5, 98:24, 99:2, 104:24

**morning** [1] - 6:21

**most** [3] - 30:3, 93:5, 99:24

**motion** [8] - 10:19, 11:22, 12:9, 12:11, 12:15, 29:25, 31:6, 99:18

**motions** [9] - 3:7, 10:3, 10:7, 29:23, 93:7, 97:21, 97:22, 98:11, 98:12

**move** [7] - 12:2, 12:3, 12:14, 48:2, 65:12, 90:18, 93:3

**moved** [3] - 12:7, 17:24, 30:1

**moving** [4] - 11:12, 84:21, 95:15, 97:8

**Mr** [139] - 3:5, 4:15, 5:17, 5:22, 5:23, 5:25, 6:6, 6:11, 6:12, 6:13, 6:19, 6:20, 7:1, 7:6, 7:11, 9:1, 9:6, 9:11, 9:17, 10:1, 10:3, 10:10, 10:12, 10:20, 10:21, 11:15, 13:13, 14:14, 16:10, 16:21,

17:9, 17:17, 17:21, 18:1, 18:3, 18:9, 18:24, 19:1, 19:4, 19:11, 19:19, 20:21, 21:14, 22:5, 22:6, 22:9, 22:16, 23:20, 24:2, 24:4, 24:17, 24:25, 25:6, 32:13, 33:15, 34:20, 37:12, 39:24, 39:25, 40:15, 45:17, 45:18, 47:3, 47:19, 47:24, 50:2, 50:13, 51:2, 51:4, 54:13, 55:22, 56:14, 56:24, 57:4, 57:5, 60:2, 61:1, 62:8, 65:2, 65:5, 65:9, 65:14, 65:15, 65:18, 65:22, 65:25, 66:5, 66:11, 66:18, 67:6, 67:19, 67:22, 69:18, 70:16, 71:22, 72:6, 73:1, 75:10, 75:19, 77:22, 77:23, 81:5, 82:18, 83:20, 84:6, 85:16, 85:20, 87:9, 87:12, 87:16, 87:20, 88:1, 88:14, 89:5, 91:16, 94:17, 94:18, 94:25, 95:16, 95:21, 95:23, 97:2, 97:22, 98:6, 98:20, 99:5, 101:13, 101:16, 102:11, 102:20, 103:5, 103:8, 103:10, 104:4, 104:7, 104:21

**MR** [383] - 1:21, 2:1, 2:9, 2:10, 3:6, 3:11, 3:16, 4:1, 4:7, 4:20, 5:9, 5:21, 5:23, 6:4, 7:2, 7:9, 7:11, 7:15, 7:17, 7:19, 7:22, 7:24, 8:7, 8:9, 8:11, 8:23, 10:18, 10:23, 11:21, 11:24, 12:1, 12:11, 12:20, 12:22, 13:1, 14:4, 14:10, 14:19, 14:21, 15:1, 15:4, 15:8, 15:11, 15:16, 15:23, 16:5, 16:20, 16:24, 16:25, 17:4, 17:7, 17:14, 18:6, 18:8, 18:23, 19:8, 19:15, 19:22, 19:24, 20:5, 20:9, 20:19, 20:22, 20:23, 21:3, 21:5, 21:9, 21:19, 21:22, 21:24, 22:3, 22:6, 22:8, 22:13, 22:19, 22:24, 23:2, 23:12, 23:15, 23:22, 24:8, 24:10, 24:12, 24:16, 24:20, 24:23, 25:3, 25:4, 25:10, 26:1, 26:4, 26:13, 26:22, 27:5, 27:7, 27:12, 27:14, 27:17, 27:24, 28:2, 28:5, 28:9, 28:13, 28:15, 28:18, 28:24, 29:3, 29:14, 30:4, 30:8, 30:12, 30:25, 32:14, 33:10, 33:16, 33:25, 34:22, 35:4, 35:6, 35:8, 35:15, 35:22, 35:24, 36:12, 36:19, 37:20, 37:24, 38:2, 38:5, 38:7, 38:16, 39:2, 39:13, 39:23, 40:3, 41:2, 42:14, 42:19, 42:22, 43:2,

43:10, 43:23, 44:2, 44:10, 44:23, 45:2, 45:20, 45:25, 46:2, 46:14, 47:5, 47:8, 47:25, 48:13, 48:16, 49:11, 50:3, 50:6, 50:16, 50:24, 51:5, 51:10, 51:15, 52:5, 53:19, 55:21, 56:3, 56:9, 56:14, 56:16, 56:22, 57:1, 57:5, 57:11, 57:25, 58:2, 58:5, 58:24, 59:9, 59:13, 59:21, 60:1, 60:3, 61:6, 62:4, 62:15, 62:22, 63:1, 64:11, 65:7, 65:13, 65:16, 65:23, 66:10, 66:19, 66:22, 67:6, 67:18, 67:22, 68:7, 68:22, 68:25, 69:8, 69:11, 69:15, 69:17, 69:24, 70:2, 70:4, 70:8, 70:10, 70:12, 70:15, 70:17, 70:19, 70:22, 71:1, 71:11, 71:17, 71:19, 71:25, 72:1, 72:2, 72:3, 72:4, 72:7, 72:9, 72:16, 72:19, 72:21, 72:24, 73:2, 73:4, 73:6, 73:8, 73:12, 73:14, 73:18, 73:21, 73:23, 74:1, 74:14, 74:17, 74:19, 74:22, 74:25, 75:2, 75:3, 75:12, 75:16, 76:6, 76:8, 76:16, 76:22, 76:25, 77:23, 78:21, 78:25, 79:2, 79:24, 80:3, 80:6, 80:9, 80:10, 80:12, 80:13, 80:17, 80:22, 82:20, 83:10, 83:15, 83:19, 83:25, 84:3, 84:9, 84:18, 84:21, 84:24, 85:7, 85:8, 85:10, 85:13, 85:18, 85:19, 85:21, 85:25, 86:7, 86:10, 87:1, 87:8, 87:23, 88:7, 88:15, 88:18, 88:23, 89:1, 89:7, 89:9, 89:11, 89:21, 89:23, 90:5, 90:8, 90:14, 90:17, 90:20, 90:23, 91:3, 91:9, 91:14, 92:2, 92:5, 92:8, 92:12, 92:13, 92:15, 92:19, 92:22, 92:24, 93:9, 93:11, 93:13, 93:19, 94:3, 94:8, 94:9, 94:11, 94:12, 94:14, 94:16, 94:22, 95:2, 95:3, 95:6, 95:8, 95:18, 96:1, 96:5, 96:10, 96:15, 96:18, 96:20, 96:23, 96:25, 97:1, 97:7, 97:11, 97:15, 97:18, 98:5, 98:18, 99:3, 99:14, 99:25, 100:4, 100:8, 100:9, 100:16, 100:19, 100:22, 101:6, 101:9, 101:18, 101:21, 102:1, 102:8, 102:18, 103:4, 103:9, 103:13, 103:17, 103:21, 103:24, 104:4, 104:6, 104:11, 104:14, 104:16, 104:21, 105:2, 105:3, 105:5,

105:7

**MS** [127] - 2:5, 3:4, 3:9, 6:10, 8:22, 8:25, 9:9, 9:13, 9:19, 9:23, 9:25, 10:17, 12:5, 12:19, 31:1, 31:3, 31:5, 31:11, 32:1, 32:3, 33:14, 33:18, 33:23, 35:21, 36:10, 36:16, 37:11, 37:13, 37:19, 37:23, 38:15, 39:16, 39:19, 39:21, 40:1, 40:18, 40:21, 41:1, 41:14, 41:19, 41:23, 42:3, 42:6, 42:9, 42:15, 42:21, 43:9, 44:4, 44:6, 44:14, 44:19, 45:9, 45:12, 45:15, 46:1, 46:18, 46:20, 46:23, 47:14, 49:6, 49:21, 49:24, 50:12, 50:19, 52:13, 52:15, 53:3, 53:11, 53:15, 54:10, 54:16, 54:20, 54:23, 55:1, 55:10, 55:16, 56:5, 58:1, 58:11, 58:13, 60:11, 60:20, 60:23, 61:11, 61:15, 61:22, 61:25, 63:5, 63:9, 63:11, 63:18, 63:23, 63:25, 64:5, 64:7, 65:3, 66:12, 67:25, 68:10, 74:4, 74:10, 75:25, 76:5, 76:7, 77:5, 77:9, 77:14, 77:17, 78:2, 78:5, 78:14, 81:4, 82:1, 84:17, 91:6, 92:11, 92:17, 95:7, 97:16, 99:10, 99:18, 99:21, 103:12, 103:14, 103:19, 103:22, 104:3

**Ms** [53] - 7:6, 31:4, 32:14, 33:20, 34:25, 35:19, 36:15, 39:14, 40:11, 41:10, 48:5, 49:16, 50:8, 50:11, 53:20, 54:3, 54:6, 54:14, 59:5, 60:7, 61:9, 62:23, 63:8, 64:22, 65:1, 66:5, 67:2, 67:8, 69:17, 75:15, 76:8, 76:11, 78:12, 79:10, 79:18, 80:8, 82:3, 83:11, 83:21, 84:11, 91:18, 97:22, 98:6, 99:5, 99:7, 99:17, 101:13, 101:23, 102:11, 102:19, 103:6, 103:10

**much** [9] - 4:13, 5:1, 38:2, 48:20, 66:8, 66:14, 80:14, 84:20, 97:13

**multiple** [2] - 28:16, 43:4

**murder** [23] - 7:9, 7:22, 7:24, 8:21, 19:13, 24:22, 38:2, 39:12, 40:14, 42:20, 42:21, 43:20, 43:21, 45:8, 49:15, 51:7, 53:7, 54:9, 55:6, 62:20, 63:20, 79:6, 97:4

**murk** [1] - 90:7

**murky** [1] - 90:3

**must** [2] - 13:4, 28:25

**my** [59] - 4:7, 5:13, 13:7, 15:22, 16:8, 16:9, 17:4, 18:2, 18:5, 21:18, 22:8, 26:7, 29:11, 29:14, 31:5, 33:23, 34:11, 34:22, 34:23, 35:19, 35:25, 36:6, 40:3, 41:21, 42:11, 52:15, 52:17, 55:2, 55:16, 57:7, 58:16, 66:4, 66:13, 68:12, 71:2, 75:21, 75:25, 76:14, 77:5, 81:19, 86:11, 87:1, 87:8, 91:7, 92:16, 93:4, 93:15, 94:14, 96:10, 99:11, 102:4, 102:10, 102:18, 103:14, 104:6, 104:23, 105:4, 105:12

**myriad** [1] - 88:9

**myself** [2] - 65:9, 65:25

**mystery** [1] - 53:23

## N

**N** [1] - 3:1

**name** [1] - 81:9

**narrow** [7] - 16:11, 37:8, 43:18, 62:9, 62:10, 73:10, 93:21

**narrowed** [8] - 44:5, 44:6, 49:13, 53:10, 54:15, 62:13, 98:1

**narrowing** [2] - 46:3, 47:21

**narrowly** [2] - 17:1, 62:3

**nature** [4] - 17:19, 29:25, 67:23, 82:11

**necessarily** [1] - 19:5

**necessary** [5] - 5:7, 5:11, 6:6, 11:18, 103:1

**necklace** [1] - 8:15

**need** [33] - 3:3, 5:6, 5:18, 6:8, 9:15, 10:10, 10:13, 10:25, 11:2, 11:6, 13:16, 14:8, 22:4, 22:14, 25:24, 27:8, 33:21, 36:24, 57:19, 62:1, 62:16, 62:24, 63:13, 66:9, 69:9, 72:25, 80:7, 83:8, 93:5, 94:24, 102:20

**needed** [3] - 3:10, 60:10, 84:20

**negligence** [1] - 7:5

**negligent** [1] - 6:24

**never** [1] - 27:14

**new** [1] - 48:5

**next** [13] - 4:1, 6:20, 8:4, 15:2, 15:9, 15:14, 17:4, 65:4, 66:4, 66:17, 79:3, 95:5, 100:5

**night** [6] - 6:1, 16:17, 33:15, 34:20, 37:18, 65:17

**No** [2] - 20:13, 32:23

**no** [63] - 4:3, 5:18, 11:19, 14:8, 14:16, 19:14, 20:22,

23:12, 27:12, 29:8, 32:23, 35:21, 36:20, 36:21, 36:25, 37:11, 37:19, 38:20, 40:7, 42:15, 47:18, 49:16, 50:9, 50:24, 51:18, 52:11, 52:21, 57:25, 58:8, 59:3, 59:20, 59:21, 59:22, 60:10, 61:24, 62:3, 62:11, 69:5, 69:9, 69:20, 69:21, 69:24, 73:21, 76:6, 76:8, 80:24, 84:5, 85:13, 88:12, 92:10, 95:20, 95:21, 96:23, 97:9, 98:5, 101:1, 103:19

**NOAA** [5] - 60:17, 60:24, 63:19, 81:13

**nobody** [1] - 29:13

**non** [4] - 16:15, 23:4, 23:19, 33:3

**non-CDCR** [1] - 23:4

**non-mental-health** [1] - 16:15

**non-Osuna** [1] - 23:19

**non-responses** [1] - 33:3

**none** [3] - 36:22, 53:17, 53:18

**nonprivileged** [2] - 64:3, 64:8

**not** [160] - 3:12, 3:13, 3:14, 3:20, 4:12, 4:17, 4:21, 5:7, 7:7, 7:25, 8:14, 8:19, 8:21, 8:22, 8:25, 9:3, 9:4, 11:15, 11:17, 13:12, 13:16, 14:8, 14:16, 16:3, 16:6, 16:9, 16:13, 17:2, 18:21, 18:24, 19:10, 19:13, 19:14, 19:22, 20:20, 21:14, 21:19, 21:23, 22:9, 23:17, 23:18, 24:2, 25:17, 25:19, 25:20, 26:6, 27:10, 27:13, 27:19, 28:21, 30:18, 30:20, 31:11, 31:12, 32:8, 32:16, 32:20, 32:25, 34:24, 36:11, 37:16, 37:22, 38:1, 38:9, 38:17, 39:17, 41:13, 41:17, 41:21, 42:7, 42:10, 44:15, 44:20, 44:21, 45:5, 45:13, 46:23, 46:25, 47:1, 47:4, 47:12, 47:24, 49:22, 50:22, 51:16, 51:20, 51:23, 52:2, 52:5, 53:9, 53:22, 54:4, 54:14, 55:2, 55:3, 55:22, 57:8, 57:18, 60:16, 61:22, 61:24, 62:9, 62:25, 64:10, 64:18, 64:23, 66:25, 67:1, 67:16, 67:19, 68:9, 68:12, 69:6, 69:13, 70:22, 71:7, 71:12, 72:12, 72:18, 73:8, 73:22, 75:14, 75:23, 75:25, 76:3, 76:9, 77:21, 79:9, 81:8, 81:22, 83:7, 84:13, 85:7, 85:17,

85:21, 87:9, 87:20, 88:9, 88:24, 89:10, 91:1, 91:16, 93:16, 95:14, 96:6, 96:9, 97:7, 98:22, 99:4, 99:11, 100:1, 100:3, 100:17, 101:8, 102:12, 102:21, 104:18

**note** [2] - 37:6, 82:21

**notes** [4] - 75:5, 75:21, 77:4, 77:9

**nothing** [2] - 42:13, 48:6

**notice** [35] - 10:20, 12:8, 19:9, 25:12, 31:7, 37:6, 51:11, 52:17, 53:6, 54:8, 54:18, 55:7, 55:13, 55:16, 56:17, 58:18, 59:23, 60:11, 60:15, 60:19, 61:5, 61:15, 61:20, 61:21, 62:9, 62:18, 64:17, 64:18, 77:12, 79:15, 79:16, 81:15, 85:1, 86:1, 88:10

**novel** [1] - 11:12

**now** [28] - 4:12, 5:5, 5:9, 10:24, 11:2, 18:18, 21:25, 25:1, 25:6, 30:2, 33:1, 34:2, 36:15, 38:21, 41:16, 52:15, 54:3, 60:9, 64:18, 67:2, 68:19, 76:20, 79:7, 96:11, 96:21, 100:2, 101:15, 101:19

**number** [5] - 55:25, 62:6, 64:13, 75:19, 76:9

**Number** [49] - 11:17, 11:19, 12:9, 14:20, 14:21, 23:9, 23:10, 32:11, 32:16, 34:14, 35:17, 36:17, 39:3, 50:18, 52:8, 52:16, 52:19, 52:21, 52:22, 54:17, 55:4, 57:15, 59:22, 62:10, 62:13, 62:17, 62:23, 63:19, 63:20, 69:3, 71:21, 75:20, 76:5, 76:6, 76:7, 76:22, 76:25, 78:13, 78:17, 78:20, 80:23, 81:5, 81:9, 87:21, 94:23, 94:24

**numbered** [1] - 105:13

**numbers** [2] - 32:4, 57:6

**Numbers** [5] - 32:17, 34:12, 35:13, 36:8, 58:6

## O

**O** [1] - 3:1

**o'clock** [2] - 92:16, 92:23

**Oakland** [1] - 2:7

**object** [4] - 49:24, 54:6, 54:14, 68:20

**objected** [2] - 33:18, 69:18

**objection** [17] - 10:11, 31:7, 43:16, 43:22, 51:16, 51:21, 51:22, 52:11, 54:3, 57:18, 59:22, 66:23, 74:10, 79:19, 100:20, 100:21, 103:14

**objectionable** [4] - 31:9, 52:22, 52:23, 104:1

**objections** [27] - 3:15, 10:3, 30:16, 30:19, 31:5, 31:22, 32:23, 32:24, 32:25, 34:9, 41:21, 42:11, 52:8, 53:23, 59:14, 59:17, 59:18, 59:19, 60:4, 60:6, 60:8, 60:17, 68:6, 68:8, 73:23, 85:21, 100:22

**obligations** [1] - 91:24

**obtain** [1] - 10:10

**obtaining** [1] - 22:10

**obviously** [6] - 41:8, 65:1, 77:21, 91:17, 97:1, 102:20

**occur** [2] - 55:20, 84:7

**occurred** [2] - 13:23, 42:17

**OF** [4] - 1:1, 1:18, 2:3, 2:10

**of** [317] - 1:22, 2:1, 2:10, 2:16, 3:12, 3:17, 3:18, 3:22, 3:24, 4:11, 4:14, 4:16, 4:23, 5:4, 5:9, 5:11, 5:12, 5:14, 5:19, 6:4, 6:14, 6:21, 7:4, 7:5, 7:6, 8:5, 8:7, 8:13, 8:15, 8:18, 8:20, 9:7, 9:17, 10:2, 10:12, 10:23, 11:9, 11:20, 12:24, 13:16, 13:17, 13:18, 13:19, 13:24, 13:25, 14:3, 14:4, 14:13, 15:9, 15:21, 16:2, 16:9, 16:11, 17:8, 17:10, 17:15, 17:16, 17:19, 17:20, 17:21, 18:1, 18:2, 18:3, 18:4, 18:16, 18:18, 18:19, 18:20, 18:23, 19:3, 19:9, 19:13, 20:11, 21:10, 21:14, 21:25, 22:11, 23:16, 23:18, 24:3, 24:5, 24:10, 25:12, 25:13, 25:18, 26:17, 26:24, 27:2, 29:4, 29:5, 29:17, 29:24, 29:25, 31:6, 31:7, 31:12, 31:13, 31:15, 31:20, 31:22, 33:11, 33:13, 34:1, 34:13, 36:22, 37:7, 37:16, 38:9, 38:10, 38:19, 39:5, 39:19, 40:14, 40:18, 41:16, 41:21, 41:23, 41:25, 42:11, 43:5, 43:21, 43:24, 44:21, 45:5, 45:6, 45:7, 45:14, 46:2, 46:5, 46:6, 46:8, 46:13, 46:20, 47:1, 47:15, 47:21, 48:7, 48:21, 48:22, 49:2, 49:9, 49:17, 49:18, 50:15, 50:17, 50:21, 50:22, 51:4, 51:11, 51:18, 51:23, 52:7, 52:17, 53:6, 53:7, 53:8, 53:13, 54:9, 54:18, 54:25, 55:3, 55:6, 55:7, 55:12, 55:13, 55:17, 56:2, 56:16, 56:17, 56:25, 57:3, 57:15, 57:20, 58:4, 58:8, 58:10, 58:18, 59:2, 59:23, 59:25,

60:11, 60:15, 60:19, 60:24, 61:15, 61:20, 62:9, 62:18, 62:20, 63:14, 63:16, 64:13, 64:17, 64:18, 64:21, 65:24, 66:17, 67:8, 67:10, 67:15, 67:23, 68:2, 68:10, 68:18, 68:19, 69:6, 69:18, 69:21, 69:22, 70:5, 71:9, 71:15, 72:9, 72:20, 73:5, 74:24, 75:6, 77:12, 77:16, 78:8, 78:11, 78:20, 78:22, 79:15, 79:16, 79:22, 80:19, 80:24, 80:25, 81:15, 82:8, 82:11, 82:18, 83:2, 84:13, 84:14, 84:15, 85:2, 85:5, 86:13, 86:18, 86:22, 86:23, 86:25, 87:2, 87:5, 87:19, 87:22, 87:24, 87:25, 88:2, 88:3, 88:4, 88:5, 88:10, 88:13, 88:20, 89:2, 89:5, 89:15, 89:18, 91:1, 92:18, 93:6, 93:11, 93:16, 93:24, 95:12, 97:4, 97:19, 98:9, 98:16, 98:21, 98:23, 99:5, 99:15, 99:16, 100:12, 100:14, 100:21, 101:7, 101:15, 101:16, 101:17, 101:19, 101:22, 101:23, 101:24, 102:2, 102:5, 104:8, 104:21, 104:22, 104:24, 104:25, 105:12, 105:12, 105:13

**off** [5] - 4:11, 8:14, 66:15, 85:1, 90:22

**offered** [2] - 19:19, 19:25

**offering** [2] - 25:6, 27:10

**office** [1] - 56:24

**Office** [4] - 2:1, 2:10, 97:19, 104:22

**OFFICE** [1] - 2:10

**Officer** [2] - 99:11, 99:16

**officer** [1] - 55:17

**officers** [7] - 7:4, 8:5, 37:2, 43:14, 46:21, 65:20

**Offices** [1] - 1:22

**Official** [4] - 2:14, 2:15, 105:11, 105:15

**officials** [1] - 27:4

**Oh** [3] - 5:13, 10:25, 65:25

**oh** [5] - 9:23, 28:24, 62:12, 70:4, 72:2

**OIG** [16] - 13:21, 14:25, 29:12, 29:15, 29:25, 97:23, 98:4, 98:8, 98:10, 98:21, 100:22, 100:24, 101:12, 102:6, 102:8, 102:14

**OIG's** [3] - 98:22, 100:15, 100:25

**Okay** [3] - 33:6, 64:18, 83:3

**okay** [63] - 14:10, 14:21, 15:1, 15:11, 15:16, 16:20,

17:4, 19:22, 19:23, 21:22, 22:24, 23:14, 25:3, 28:5, 31:3, 32:6, 35:5, 35:15, 35:23, 41:3, 41:4, 44:2, 45:20, 46:14, 48:1, 49:11, 50:3, 50:25, 51:9, 52:15, 53:14, 55:12, 56:24, 62:4, 65:4, 66:2, 70:18, 71:19, 72:4, 72:5, 74:6, 75:3, 78:14, 78:21, 79:2, 82:1, 83:15, 85:25, 89:7, 90:5, 92:24, 94:22, 97:1, 99:3, 99:12, 100:1, 103:6, 103:13, 103:17, 104:3, 104:14

**Old** [1] - 2:11

**old** [1] - 20:24

**on** [140] - 3:11, 3:12, 3:24, 4:7, 4:9, 4:18, 4:25, 6:1, 6:17, 7:1, 7:13, 8:11, 8:15, 8:16, 9:6, 9:9, 10:10, 10:11, 11:4, 12:24, 13:2, 13:6, 13:8, 15:22, 16:11, 16:17, 17:12, 17:16, 18:1, 18:2, 18:7, 18:12, 18:24, 19:1, 19:16, 19:20, 19:25, 20:6, 20:7, 20:9, 20:16, 20:24, 21:10, 21:12, 22:22, 23:4, 24:10, 25:12, 25:22, 26:5, 29:11, 29:19, 30:20, 32:23, 32:25, 33:7, 34:3, 34:16, 34:18, 36:6, 37:6, 37:18, 37:21, 37:24, 38:10, 38:20, 39:7, 39:8, 40:15, 42:10, 43:18, 45:12, 47:15, 47:20, 50:8, 51:2, 53:23, 57:11, 57:12, 58:2, 58:21, 59:25, 60:5, 62:10, 65:9, 65:12, 65:15, 67:4, 67:14, 69:18, 72:15, 73:13, 76:12, 77:4, 78:10, 78:16, 78:19, 79:19, 81:5, 81:9, 84:9, 84:25, 85:14, 86:10, 86:14, 86:20, 87:1, 87:5, 87:12, 88:10, 88:24, 89:14, 91:19, 92:7, 92:25, 93:25, 94:25, 95:4, 95:8, 95:24, 96:11, 96:13, 97:25, 98:20, 99:2, 99:16, 99:23, 99:24, 100:8, 100:10, 100:12, 100:23, 102:25, 103:3, 103:14, 103:16, 103:22, 104:23

**once** [2] - 27:25, 55:16

**one** [42] - 4:14, 4:22, 7:5, 10:21, 10:23, 13:24, 14:12, 14:13, 17:16, 19:8, 23:25, 26:9, 27:10, 28:19, 31:11, 31:22, 34:18, 34:25, 36:1, 38:24, 43:18, 50:8, 50:10, 51:5, 51:10, 59:25, 61:10, 65:10, 65:16, 67:19, 77:23,

78:25, 79:21, 85:13, 87:4, 88:20, 91:6, 93:25, 94:2, 94:16

**ones** [7] - 32:18, 32:22, 58:8, 67:11, 74:19, 76:21, 79:4

**ongoing** [4] - 17:15, 65:8, 65:24, 88:11

**only** [13] - 5:25, 8:14, 34:7, 38:9, 56:6, 56:10, 57:9, 58:6, 60:19, 65:1, 76:5, 78:25, 93:16

**opinion** [2] - 55:3, 103:14

**opinions** [1] - 19:25

**opportunity** [20] - 4:18, 6:19, 6:23, 10:8, 12:17, 13:19, 58:20, 59:16, 60:8, 60:16, 60:23, 63:25, 64:23, 68:14, 81:13, 82:7, 83:11, 83:21, 84:3, 84:6

**oppose** [1] - 12:11

**opposed** [2] - 39:9, 104:20

**or** [96] - 4:9, 6:16, 9:10, 17:20, 17:24, 20:17, 22:22, 24:1, 24:18, 25:17, 27:10, 28:14, 30:19, 31:8, 31:12, 32:2, 36:2, 36:22, 36:23, 37:1, 38:13, 38:20, 42:17, 43:20, 43:24, 44:15, 44:16, 45:8, 46:5, 46:6, 46:9, 47:12, 48:10, 49:15, 49:20, 49:22, 50:15, 52:10, 53:7, 54:9, 55:4, 55:6, 55:8, 57:22, 58:15, 59:6, 60:22, 61:4, 62:15, 63:16, 63:19, 64:9, 66:8, 67:14, 71:3, 72:11, 73:2, 76:3, 77:10, 78:1, 78:19, 79:6, 79:8, 79:13, 81:20, 81:23, 81:24, 84:15, 85:4, 86:14, 87:20, 88:5, 88:24, 93:22, 94:20, 95:24, 97:24, 98:15, 99:4, 99:5, 100:18, 100:20, 101:1, 101:8, 102:4, 102:12, 102:14, 102:21, 102:22, 103:10, 103:25

**order** [22] - 9:19, 9:20, 10:19, 12:9, 13:5, 13:6, 13:9, 13:13, 25:18, 28:5, 29:19, 30:3, 53:17, 54:13, 55:5, 84:24, 86:15, 91:11, 98:9, 98:10, 98:11, 99:8

**ordered** [7] - 3:17, 46:16, 55:4, 77:2, 96:1, 101:10, 101:11

**orders** [2] - 10:4, 90:6

**organs** [1] - 8:15

**Osuna** [53] - 3:5, 4:15, 4:23, 5:13, 5:25, 6:19, 9:6, 9:11, 9:17, 10:12, 10:21, 11:15,

14:14, 17:15, 17:21, 18:1, 18:3, 18:9, 19:1, 19:19, 21:14, 22:6, 22:9, 23:11, 23:17, 23:19, 23:20, 24:17, 24:25, 26:19, 27:9, 27:11, 37:17, 40:19, 46:24, 51:2, 51:4, 86:18, 86:24, 87:6, 87:12, 87:14, 87:20, 88:1, 88:10, 88:14, 89:5, 91:16, 94:17, 94:18, 94:25, 95:16

**Osuna's** [21] - 5:23, 6:6, 6:12, 6:13, 7:1, 7:11, 9:1, 10:3, 10:10, 17:17, 19:4, 21:8, 22:16, 23:4, 24:2, 24:4, 25:20, 50:22, 66:18, 95:21, 95:23

**other** [49] - 3:16, 5:1, 15:21, 18:15, 20:10, 26:5, 28:23, 29:10, 32:20, 34:25, 38:16, 39:4, 41:17, 43:12, 43:13, 45:7, 45:12, 45:18, 46:4, 46:5, 46:12, 46:20, 47:9, 50:9, 51:1, 51:2, 51:3, 52:3, 52:24, 58:8, 59:3, 62:12, 64:19, 65:19, 68:9, 80:25, 87:9, 87:10, 88:16, 88:17, 89:2, 94:1, 97:4, 99:11, 104:17

**others** [1] - 94:25

**otherwise** [2] - 19:21, 25:16

**our** [5] - 6:9, 20:13, 26:5, 47:24, 65:20

**out** [30] - 3:19, 8:15, 11:3, 12:13, 21:10, 22:4, 22:14, 24:15, 24:24, 27:25, 34:13, 38:25, 43:1, 43:2, 43:4, 43:11, 44:7, 48:3, 49:17, 50:9, 51:3, 66:7, 67:21, 68:25, 71:10, 81:4, 90:18, 91:4, 93:5, 98:15

**outcome** [2] - 5:19, 11:20

**outside** [7] - 14:14, 17:8, 39:5, 58:10, 82:8, 84:13, 87:24

**over** [14] - 12:12, 13:23, 15:19, 16:3, 16:6, 18:11, 27:18, 27:20, 29:21, 67:7, 97:24, 99:23, 104:17

**over-redact** [2] - 16:3, 16:6

**over-redaction** [3] - 13:23, 15:19, 16:6

**overaggressive** [1] - 16:7

**overbroad** [3] - 47:21, 48:14, 63:6

**overenthusiastic** [1] - 72:6

**overlap** [8] - 26:24, 32:19, 51:25, 52:9, 53:21, 59:21, 80:11, 80:14

**overlaps** [3] - 51:10, 59:23, 63:3

**overly** [5] - 16:11, 16:14, 16:22, 47:16, 101:17

**overnight** [1] - 6:21

**overruled** [1] - 73:25

**overslept** [1] - 49:4

**Oviedo** [2] - 81:8, 81:10

**own** [9] - 16:9, 17:17, 19:5, 21:1, 21:23, 23:11, 30:18, 36:1, 87:12

# P

**P** [1] - 3:1

**p.m** [1] - 92:19

**Pacific** [1] - 92:20

**package** [10] - 55:24, 56:2, 56:3, 56:5, 56:7, 56:13, 56:25, 57:22, 59:8, 61:9

**page** [2] - 37:25, 58:5

**pages** [1] - 33:13

**Pages** [1] - 56:9

**pandemic** [1] - 8:20

**paperwork** [1] - 77:18

**parameters** [7] - 44:6, 44:9, 53:13, 53:18, 54:21, 55:3, 63:20

**pardon** [3] - 32:1, 42:3, 77:14

**parole** [1] - 96:5

**parse** [1] - 30:4

**parsing** [1] - 64:18

**part** [14] - 10:12, 14:3, 15:22, 18:2, 19:20, 26:17, 29:11, 50:15, 56:16, 69:22, 71:9, 75:6, 78:19, 85:5

**participate** [2] - 6:12, 104:24

**particular** [4] - 12:25, 41:24, 44:25, 66:10

**particularly** [1] - 18:3

**parties** [5] - 12:15, 46:17, 88:19, 101:3, 102:15

**parts** [1] - 100:21

**party** [7] - 3:6, 3:13, 3:14, 4:17, 21:5, 22:22, 91:16

**pass** [3] - 11:21, 72:25, 73:2

**past** [1] - 91:2

**paste** [1] - 34:8

**patient** [1] - 24:5

**pause** [1] - 98:9

**PDF** [1] - 71:3

**Penal** [2] - 25:16, 84:1

**penalty** [1] - 4:10

**pencil** [1] - 103:7

**pending** [13] - 3:12, 4:16, 5:19, 9:4, 10:19, 11:19, 12:7, 30:16, 34:9, 66:23, 95:16, 95:24, 97:21

**people** [5] - 23:12, 25:18,

38:9, 38:11, 87:5

**per** [1] - 42:19

**perhaps** [7] - 6:17, 16:10, 26:7, 40:23, 92:5, 101:11, 102:5

**period** [9] - 18:19, 18:21, 37:9, 40:7, 40:12, 42:13, 47:10, 78:8, 102:23

**periods** [1] - 96:9

**peripheral** [1] - 54:24

**permission** [2] - 24:2, 58:13

**Perry** [1] - 25:14

**person** [2] - 5:25, 29:9

**personal** [6] - 35:17, 35:18, 36:3, 39:2, 39:9, 39:25

**personnel** [7] - 31:8, 31:16, 31:18, 55:8, 81:20, 83:22, 84:4

**Personnel** [6] - 55:2, 55:19, 56:18, 60:12, 81:14, 81:18

**perspective** [2] - 5:6, 76:14

**persuasive** [1] - 44:20

**pertain** [8] - 17:9, 39:12, 50:16, 51:11, 72:13, 79:24, 83:4

**pertained** [2] - 64:15, 83:3

**pertaining** [1] - 34:1

**phone** [4] - 35:18, 36:4, 36:5, 78:10

**photo** [2] - 38:22, 50:17

**photocopy** [1] - 71:4

**photograph** [2] - 76:7, 79:22

**photographs** [19] - 32:6, 43:21, 47:1, 53:8, 54:9, 55:6, 62:21, 63:17, 67:15, 70:6, 70:21, 70:25, 71:15, 74:18, 74:24, 79:12, 79:13, 79:14, 82:16

**photos** [3] - 4:24, 43:1, 71:6

**picking** [1] - 5:10

**pictures** [1] - 40:14

**place** [5] - 6:25, 7:24, 55:15, 82:9, 85:22

**Placerville** [1] - 2:11

**Plaintiff** [2] - 1:5, 1:11

**plaintiff** [13] - 3:12, 10:24, 11:6, 13:4, 32:3, 34:15, 42:16, 47:14, 47:17, 52:20, 53:25, 63:7, 102:14

**PLAINTIFF** [1] - 1:21

**plaintiff's** [6] - 5:5, 24:8, 31:6, 34:6, 46:25, 58:21

**plan** [1] - 96:2

**play** [2] - 64:11, 86:13

**players** [1] - 104:25

**playing** [1] - 11:3

**pleadings** [1] - 9:11

**please** [7] - 8:10, 31:2, 36:15, 46:19, 52:14, 58:12, 58:13

**point** [33] - 5:14, 10:22, 12:1, 16:1, 18:4, 18:21, 19:15, 22:8, 22:12, 23:9, 23:10, 25:5, 30:20, 32:19, 33:5, 38:7, 42:6, 43:6, 47:2, 57:12, 65:24, 66:2, 69:19, 70:22, 81:4, 84:10, 87:24, 90:14, 91:10, 93:2, 93:4, 93:24, 102:24

**Point** [2] - 12:7, 23:15

**pointing** [8] - 29:4, 30:25, 32:20, 33:6, 53:24, 59:9, 59:11, 64:24

**points** [5] - 24:10, 29:10, 86:22, 87:15

**policies** [1] - 41:11

**portions** [1] - 101:7

**posed** [1] - 87:14

**position** [11] - 6:14, 6:16, 8:21, 8:23, 9:13, 13:7, 24:8, 35:20, 87:9, 93:15, 101:1

**possession** [11] - 36:22, 36:24, 67:14, 68:1, 68:18, 79:5, 79:17, 83:13, 100:14, 100:15, 101:5

**possibly** [1] - 42:1

**post** [6] - 58:18, 60:17, 60:24, 63:19, 77:12, 81:13

**post-NOAA** [4] - 60:17, 60:24, 63:19, 81:13

**post-notice-of-adverse-action** [2] - 58:18, 77:12

**potential** [2] - 77:7, 101:24

**potentially** [3] - 52:24, 68:16, 86:3

**Pound** [1] - 26:6

**preceded** [1] - 57:9

**precisely** [1] - 16:8

**preclude** [1] - 97:8

**precludes** [1] - 9:14

**prefer** [2] - 53:3, 104:1

**preliminary** [2] - 4:2, 4:3

**prepare** [1] - 25:18

**prescribed** [1] - 88:5

**presence** [4] - 3:8, 16:11, 98:21, 101:24

**present** [4] - 11:22, 11:23, 11:25, 37:18

**presented** [4] - 10:6, 13:20, 14:3, 27:3

**presents** [2] - 11:18, 19:10

**preserved** [1] - 58:19

**presumably** [2] - 81:16, 81:19

**pretrial** [1] - 25:12

**pretty** [2] - 4:15, 29:15

**previous** [1] - 96:25

**prior** [7] - 16:9, 30:17, 34:9, 45:3, 48:4, 66:24, 77:4

**prison** [2] - 86:23, 97:2

**prisons** [1] - 94:7

**privacy** [4] - 24:4, 44:21, 46:6, 51:18

**privilege** [81] - 5:13, 9:7, 13:3, 13:19, 13:20, 14:5, 14:25, 16:18, 18:3, 18:4, 21:17, 21:23, 22:11, 30:15, 30:19, 30:21, 33:10, 34:2, 34:3, 34:4, 35:11, 52:6, 52:23, 53:21, 57:2, 58:14, 58:22, 58:25, 59:3, 60:25, 61:10, 61:17, 62:24, 63:14, 64:7, 66:8, 66:25, 67:1, 67:3, 67:6, 68:3, 68:5, 68:8, 69:3, 69:10, 69:11, 71:21, 72:2, 72:5, 72:15, 72:22, 73:5, 73:9, 74:6, 75:8, 75:25, 76:2, 76:9, 76:10, 76:14, 77:8, 77:10, 77:11, 77:24, 78:7, 78:19, 80:14, 81:5, 81:10, 83:1, 83:2, 84:5, 84:11, 84:15, 85:3, 85:15, 98:7, 99:19, 101:2, 101:8

**privileged** [19] - 14:15, 14:18, 15:24, 16:11, 16:12, 17:9, 17:11, 19:20, 19:21, 69:6, 69:13, 72:18, 73:11, 76:3, 78:1, 79:8, 81:22, 81:24, 101:24

**privileges** [19] - 44:15, 44:16, 58:19, 58:23, 59:6, 60:25, 64:23, 65:1, 67:9, 79:20, 98:8, 98:16, 98:21, 98:25, 99:6, 99:8, 99:16, 100:13, 100:25

**probably** [4] - 10:1, 48:2, 90:11, 100:14

**problem** [5] - 48:1, 48:9, 59:5, 63:5, 101:13

**procedural** [1] - 22:15

**procedurally** [2] - 16:25, 28:2

**procedure** [1] - 69:2

**proceed** [4] - 3:3, 4:22, 89:14, 93:17

**proceeding** [27] - 4:6, 19:1, 19:3, 19:10, 22:1, 24:25, 41:9, 48:23, 55:8, 55:15, 55:19, 56:17, 56:20, 57:7, 57:9, 57:10, 59:8, 59:20, 61:3, 72:14, 77:12, 81:20, 82:23, 82:25, 83:16, 83:19

**proceedings** [17] - 17:20, 17:22, 17:24, 18:10, 23:6, 24:21, 58:18, 60:17, 61:7, 81:14, 82:4, 82:5, 82:6, 82:11, 83:4, 105:8, 105:13

**PROCEEDINGS** [1] - 1:18

**Proceedings** [1] - 1:24

**process** [15] - 4:11, 9:3, 9:25, 12:3, 48:19, 75:22, 77:4, 80:20, 82:9, 82:10, 84:9, 93:2, 93:20, 102:16, 103:23

**produce** [27] - 13:10, 30:2, 35:25, 36:1, 46:17, 53:16, 54:13, 55:5, 57:8, 57:19, 60:21, 64:2, 69:15, 69:16, 70:18, 71:10, 72:17, 74:13, 74:15, 75:11, 83:8, 83:12, 84:25, 101:10, 101:11, 102:13, 103:25

**Produce** [1] - 69:19

**produced** [69] - 1:25, 13:16, 15:7, 15:21, 31:24, 32:2, 32:3, 32:5, 32:10, 32:21, 38:15, 38:18, 38:21, 39:15, 39:21, 40:12, 40:16, 40:22, 50:14, 51:5, 52:3, 52:5, 53:9, 55:24, 56:5, 56:9, 56:10, 56:11, 57:3, 57:13, 58:3, 58:10, 58:21, 64:3, 64:9, 64:10, 64:15, 65:7, 68:14, 70:1, 70:3, 70:11, 70:14, 70:19, 70:20, 71:7, 71:17, 73:20, 74:2, 74:18, 75:1, 75:4, 75:9, 75:14, 75:20, 75:23, 76:21, 77:2, 79:4, 79:11, 79:18, 81:3, 82:12, 82:14, 82:20, 83:6, 84:4, 86:18

**producible** [1] - 78:18

**producing** [9] - 24:3, 26:25, 38:23, 44:10, 44:12, 73:2, 73:3, 78:7, 100:21

**product** [14] - 14:1, 14:17, 34:12, 57:22, 58:6, 58:9, 58:10, 58:16, 76:4, 79:8, 81:23, 98:7, 100:18, 102:10

**Production** [3] - 32:11, 51:13, 52:16

**production** [21] - 12:24, 29:24, 30:16, 31:20, 33:4, 34:9, 35:13, 38:20, 41:24, 43:19, 50:10, 53:5, 57:7, 57:23, 60:18, 61:2, 66:23, 68:19, 84:14, 98:9

**productions** [1] - 103:5

**professional** [1] - 24:5

**professionals** [1] - 26:20

**promptly** [1] - 12:4

**pronoun** [1] - 81:9

**proof** [2] - 47:15, 87:18

**properly** [1] - 7:7

**propose** [3] - 30:9, 47:9, 102:10

**proposed** [2] - 13:6, 91:11

**prosecution** [1] - 21:6
**prosecution's** [1] - 21:8
**protect** [1] - 77:10
**protected** [8] - 76:4, 78:1, 79:8, 81:23, 81:24, 83:25, 90:2, 101:24
**protection** [8] - 16:18, 16:23, 66:8, 77:8, 78:19, 84:16, 90:3, 101:8
**protections** [11] - 13:3, 44:16, 44:17, 59:6, 79:20, 89:18, 98:16, 99:1, 99:8, 99:16, 100:13
**protective** [4] - 10:4, 10:19, 12:9, 53:17
**provide** [9] - 6:1, 7:11, 36:6, 53:12, 54:5, 58:22, 60:25, 61:10, 61:17
**provided** [9] - 14:24, 21:16, 24:13, 25:25, 30:14, 44:18, 50:5, 50:6, 84:11
**provider** [2] - 85:14, 88:2
**providers** [6] - 16:15, 50:23, 85:12, 86:23, 87:3, 88:11
**provides** [1] - 48:5
**psychiatrists** [2] - 22:25, 23:5
**public** [1] - 51:3
**publicly** [1] - 82:19
**pull** [5] - 4:9, 20:19, 20:24, 96:20, 96:21
**punishment** [1] - 96:7
**purpose** [1] - 63:13
**purposes** [5] - 5:4, 5:11, 26:24, 60:24, 68:2
**pursuant** [2] - 25:16, 59:14
**pursue** [1] - 28:25
**push** [2] - 97:23, 99:24
**put** [10] - 5:15, 6:24, 8:4, 19:15, 23:8, 27:9, 40:16, 81:22, 86:19, 88:10
**puts** [1] - 57:12
**putting** [3] - 11:3, 23:18, 96:10

## Q

**quash** [7] - 12:7, 12:10, 12:16, 29:24, 30:1, 97:22, 99:18
**question** [17] - 3:23, 6:18, 17:4, 21:1, 27:22, 34:4, 37:18, 40:24, 45:21, 48:6, 50:21, 55:11, 66:4, 90:2, 95:15, 98:18, 100:12
**questioned** [1] - 49:3
**questioning** [3] - 16:9, 18:5
**questions** [2] - 9:10, 67:11
**quite** [4] - 18:11, 65:18,

87:13, 93:20
**quote** [3] - 17:10, 66:23, 75:4

## R

**R** [2] - 1:21, 3:1
**R-2** [1] - 34:12
**races** [1] - 85:1
**racial** [1] - 46:15
**railroad** [1] - 78:11
**railroaded** [1] - 78:9
**raise** [8] - 10:24, 18:2, 22:11, 77:7, 77:20, 80:7, 94:16, 101:8
**raised** [11] - 3:15, 4:15, 13:24, 18:9, 22:6, 34:6, 73:23, 86:3, 92:25, 100:22
**raises** [3] - 3:23, 15:22, 19:4
**raising** [4] - 33:3, 47:4, 48:7, 62:23
**RALPH** [1] - 1:7
**ran** [1] - 87:11
**Randolph** [2] - 35:16, 37:14
**Randolph's** [1] - 37:12
**rather** [6] - 11:23, 15:12, 15:25, 24:20, 27:10, 99:25
**reach** [1] - 84:16
**reached** [1] - 68:5
**reaching** [1] - 3:19
**read** [2] - 29:19, 61:19
**reading** [3] - 30:16, 62:2, 62:3
**realistic** [2] - 91:25, 92:1
**realize** [1] - 34:22
**really** [12] - 6:17, 10:25, 13:15, 15:2, 30:20, 32:25, 38:12, 49:9, 53:24, 68:13, 93:20
**rearranging** [1] - 47:15
**reason** [8] - 30:15, 34:7, 47:18, 52:22, 54:4, 66:22, 73:22, 96:13
**reasons** [2] - 12:11, 48:12
**reassess** [1] - 91:25
**recall** [2] - 44:24, 62:23
**recalls** [1] - 46:12
**received** [5] - 37:22, 53:20, 79:22, 80:1, 88:5
**receives** [1] - 38:3
**receiving** [1] - 39:7
**recent** [2] - 38:19, 50:9
**recently** [1] - 4:15
**recommendation** [5] - 72:12, 75:5, 75:20, 77:1
**recommendations** [3] - 75:7, 81:1, 83:17
**record** [10] - 18:13, 18:24, 19:2, 19:16, 23:9, 81:22,

90:4, 94:25, 105:13
**recorded** [2] - 1:24, 50:23
**recordings** [3] - 50:7, 51:1, 51:3
**records** [80] - 5:12, 12:25, 13:16, 13:21, 14:3, 14:25, 15:24, 17:10, 17:11, 19:6, 19:25, 20:1, 20:4, 20:6, 20:14, 20:15, 20:17, 20:25, 21:14, 22:1, 22:2, 22:11, 22:16, 22:22, 22:25, 23:5, 23:11, 23:16, 23:20, 23:24, 24:4, 24:6, 24:12, 24:24, 25:25, 26:11, 26:15, 26:18, 26:23, 27:6, 27:10, 27:17, 27:18, 27:23, 28:18, 28:25, 29:18, 29:24, 30:5, 30:23, 31:4, 31:21, 35:24, 35:25, 36:6, 66:18, 84:25, 85:24, 86:5, 86:14, 86:15, 86:17, 86:20, 86:25, 87:2, 87:10, 87:22, 87:25, 88:23, 89:19, 98:8, 98:10, 100:24, 101:12, 101:17, 102:14
**red** [2] - 49:5, 49:19
**redact** [3] - 16:3, 16:6, 102:8
**redacted** [3] - 15:4, 17:1, 102:14
**redaction** [6] - 13:23, 15:19, 16:2, 16:6, 16:14, 101:12
**redactions** [6] - 13:17, 13:25, 14:13, 101:17, 102:11, 104:9
**redactor** [1] - 16:7
**redo** [1] - 73:9
**reexamination** [1] - 73:5
**refer** [4] - 14:19, 38:13, 56:2, 56:3
**referring** [1] - 15:1
**refers** [1] - 14:14
**reflect** [1] - 102:9
**reflected** [1] - 98:8
**refusal** [1] - 95:23
**refusals** [1] - 30:2
**refused** [1] - 11:16
**refusing** [1] - 10:15
**regard** [1] - 42:18
**regarding** [3] - 13:21, 14:25, 66:10
**regardless** [1] - 36:22
**regulation** [1] - 51:24
**regulations** [2] - 31:12, 51:23
**REHABILITATION** [1] - 2:3
**relate** [3] - 40:13, 59:7, 76:1
**related** [21] - 21:15, 32:5, 40:18, 45:10, 46:1, 46:21, 46:25, 48:7, 49:14, 54:8,

55:1, 55:6, 55:13, 59:3, 60:14, 63:19, 77:13, 81:13, 95:18, 99:11
**relates** [9] - 35:16, 36:12, 43:12, 58:16, 59:22, 59:23, 65:18, 67:4, 81:6
**relating** [20] - 13:20, 14:24, 41:12, 43:20, 43:21, 45:6, 60:21, 62:20, 63:15, 65:5, 67:15, 71:14, 74:23, 79:3, 79:5, 79:6, 79:16, 82:17, 89:5, 89:19
**relationship** [2] - 55:7, 55:12
**relatively** [1] - 15:20
**release** [1] - 86:17
**relevant** [23] - 5:24, 6:9, 8:2, 18:21, 31:11, 41:15, 41:18, 41:23, 42:1, 42:5, 42:10, 42:18, 43:8, 43:11, 43:16, 44:5, 46:3, 47:1, 48:23, 51:4, 51:16, 51:17, 88:25
**relied** [2] - 22:22, 23:4
**relinquished** [1] - 23:20
**relinquishing** [2] - 23:23, 23:25
**rely** [2] - 10:9, 62:10
**relying** [1] - 32:23
**remaining** [1] - 82:15
**remember** [1] - 101:10
**remembering** [1] - 69:4
**reminds** [1] - 50:21
**remotely** [1] - 42:17
**remove** [3] - 15:24, 16:2
**Renfro** [2] - 104:19, 104:21
**RENFRO** [1] - 2:10
**renowned** [1] - 87:13
**repeating** [1] - 38:1
**report** [6] - 23:17, 25:22, 69:23, 70:1, 74:16, 95:4
**Reporter** [4] - 2:14, 2:15, 105:11, 105:15
**REPORTER'S** [1] - 105:10
**reporting** [1] - 48:11
**represent** [3] - 26:10, 50:8, 59:12
**representation** [1] - 50:13
**representative** [2] - 81:7, 81:8
**represented** [4] - 58:17, 81:11, 81:21, 82:4
**request** [38] - 4:16, 4:19, 18:15, 20:13, 26:8, 28:11, 29:21, 31:19, 32:7, 32:11, 35:12, 35:15, 36:6, 37:1, 39:11, 43:19, 44:25, 45:22, 47:21, 49:13, 50:6, 52:16, 53:5, 53:10, 54:15, 60:18, 60:23, 61:2, 63:12, 65:19,

65:20, 66:10, 68:19, 71:6, 81:12, 84:12, 98:4

**Request** [6] - 32:11, 32:17, 35:13, 51:13, 55:3, 57:15

**requested** [3] - 64:12, 68:2, 82:3

**requests** [12] - 16:15, 28:16, 29:6, 43:3, 44:22, 52:4, 64:2, 65:5, 72:10, 82:7, 82:8, 98:2

**require** [1] - 49:9

**required** [1] - 47:20

**resist** [1] - 24:3

**resolution** [6] - 4:16, 8:20, 10:12, 11:9, 98:16, 102:23

**resolve** [3] - 11:18, 12:4, 102:24

**resolving** [1] - 86:2

**respect** [12] - 32:7, 41:24, 52:19, 78:13, 85:25, 98:10, 98:12, 99:5, 99:10, 100:23, 100:24

**respected** [1] - 26:8

**respectfully** [1] - 81:12

**respond** [12] - 10:8, 36:10, 36:15, 44:8, 46:18, 47:20, 53:11, 53:15, 54:16, 64:1, 85:18, 85:19

**responded** [1] - 49:3

**RESPONDENT** [2] - 2:2, 2:9

**responding** [3] - 29:12, 42:9, 44:10

**response** [21] - 31:23, 32:13, 33:12, 33:21, 33:23, 34:7, 39:15, 39:22, 40:11, 52:10, 53:13, 57:16, 65:11, 65:20, 65:22, 65:25, 71:7, 80:10, 85:17, 85:20, 86:1

**responses** [5] - 29:5, 30:22, 33:3, 48:5, 78:7

**responsive** [19] - 32:10, 44:8, 44:13, 52:2, 52:3, 52:25, 53:9, 54:12, 63:13, 65:8, 66:7, 68:16, 71:23, 72:10, 72:12, 72:18, 75:23, 76:18, 82:8

**rest** [1] - 8:7

**restored** [1] - 20:1

**result** [4] - 23:7, 61:20, 77:20, 95:22

**resulted** [1] - 61:4

**results** [2] - 64:21, 88:4

**retained** [1] - 20:18

**reveal** [1] - 14:7

**review** [32] - 44:7, 47:11, 47:18, 58:13, 58:20, 58:22, 60:24, 61:17, 62:1, 62:16, 63:18, 64:1, 66:13, 67:20, 68:2, 68:15, 68:18, 68:20,

75:25, 79:18, 80:8, 81:13, 82:7, 83:11, 83:21, 84:3, 84:6, 85:7, 99:7, 101:4, 102:11, 102:21

**reviewed** [10] - 13:11, 23:5, 77:23, 77:24, 83:12, 85:6, 85:8, 85:10, 88:8, 101:15

**reviewer** [1] - 103:8

**reviewing** [2] - 78:6, 89:4

**RFP** [3] - 52:10, 59:23, 60:6

**RFPs** [3] - 33:3, 76:10, 76:12

**right** [110] - 4:5, 4:14, 5:2, 6:4, 7:8, 7:10, 11:24, 12:6, 12:21, 12:23, 13:12, 17:4, 17:13, 20:8, 22:21, 25:1, 25:2, 25:6, 27:15, 29:23, 30:7, 30:11, 30:24, 32:12, 33:8, 34:2, 34:17, 35:12, 36:14, 37:5, 39:2, 39:3, 39:22, 41:2, 41:7, 42:20, 44:3, 44:14, 44:21, 45:4, 46:2, 46:14, 50:4, 51:6, 51:8, 51:18, 52:15, 54:19, 54:22, 60:7, 61:8, 61:9, 62:14, 62:19, 64:7, 65:4, 65:15, 66:17, 66:21, 67:2, 67:10, 68:2, 68:17, 71:8, 72:17, 72:21, 73:7, 74:12, 75:13, 76:16, 76:20, 78:10, 80:2, 80:5, 80:12, 80:21, 83:18, 84:2, 84:19, 86:6, 87:7, 88:15, 88:18, 88:22, 89:1, 90:5, 90:13, 91:13, 91:20, 91:22, 93:18, 94:6, 94:13, 95:2, 95:3, 95:18, 96:11, 96:13, 96:19, 96:21, 97:6, 97:10, 98:19, 100:2, 100:6, 101:1, 101:15, 103:2

**rights** [3] - 11:4, 24:4, 95:11

**rise** [1] - 31:12

**Road** [1] - 2:11

**rocks** [1] - 11:10

**Romero** [4] - 6:20, 40:19, 46:24, 50:18

**Romero's** [1] - 82:18

**Romero-Osuna** [1] - 40:19

**Room** [1] - 2:16

**roommate** [1] - 87:21

**ROSENTHAL** [1] - 1:18

**round** [2] - 12:24, 49:18

**routinely** [1] - 43:14

**RPR** [2] - 2:14, 105:11

**rule** [4] - 18:25, 20:7, 34:16, 86:14

**ruled** [5] - 13:2, 13:8, 51:19, 86:7, 100:23

**ruling** [6] - 17:11, 18:5, 25:22, 54:2, 73:8, 86:20

**rulings** [1] - 16:10

**run** [1] - 78:11

**Rusk** [1] - 2:16

---

**S**

---

**s** [1] - 54:23

**S** [4] - 2:14, 3:1, 105:11, 105:15

**Sacramento** [2] - 2:3, 2:12

**saga** [1] - 84:18

**said** [16] - 13:4, 14:8, 16:1, 25:7, 29:19, 37:23, 54:7, 71:22, 73:16, 74:15, 75:10, 76:22, 78:22, 80:22, 89:13, 103:18

**Salinas** [3] - 37:15, 37:22, 37:23

**same** [13] - 6:20, 6:24, 26:18, 37:24, 52:18, 52:22, 63:2, 77:16, 80:1, 80:3, 92:19, 99:15

**sanctity** [2] - 21:25, 24:5

**sand** [1] - 26:6

**satisfactory** [1] - 40:25

**satisfy** [1] - 50:10

**saw** [2] - 71:2, 101:13

**say** [24] - 4:20, 5:13, 6:22, 11:10, 16:5, 26:6, 26:7, 35:22, 36:6, 43:5, 43:10, 45:25, 46:4, 48:7, 57:17, 60:2, 69:20, 71:20, 72:15, 75:19, 95:9, 98:24, 99:2, 103:15

**saying** [30] - 5:16, 9:1, 10:25, 11:2, 11:6, 18:18, 18:24, 20:2, 30:23, 32:8, 32:23, 33:6, 37:24, 40:6, 48:6, 49:16, 59:13, 60:4, 60:5, 62:8, 62:11, 69:13, 69:19, 71:23, 71:25, 83:3, 84:5, 88:10, 96:15, 97:3

**says** [18] - 20:13, 25:14, 28:24, 34:8, 34:12, 36:21, 36:23, 37:3, 51:15, 52:7, 58:5, 60:14, 66:22, 69:11, 72:3, 79:24, 81:6

**schedule** [2] - 86:4, 88:19

**school** [1] - 49:7

**scope** [2] - 27:2, 37:6

**SDT** [12] - 30:13, 30:17, 32:22, 33:1, 33:12, 34:10, 51:10, 52:10, 57:16, 63:3, 66:24

**seal** [1] - 74:7

**second** [16] - 11:1, 15:12, 17:16, 19:11, 25:4, 25:5, 28:9, 34:18, 35:11, 38:23, 43:18, 53:4, 58:5, 73:12, 87:24, 91:7

**second-to-last** [1] - 58:5

**secondly** [1] - 31:15

**secure** [1] - 3:8

**see** [24] - 6:13, 9:23, 10:2, 11:5, 13:21, 14:17, 15:11, 16:1, 20:7, 27:24, 28:13, 28:19, 42:6, 63:1, 65:16, 68:4, 70:24, 79:19, 90:7, 94:15, 95:21, 102:12, 102:21, 104:18

**seek** [8] - 5:18, 5:23, 6:8, 24:1, 28:5, 43:14, 95:16

**seeking** [4] - 32:21, 46:25, 49:12, 57:12

**seeks** [1] - 32:22

**seem** [3] - 3:5, 86:2, 90:17

**seems** [7] - 17:14, 24:2, 48:4, 72:24, 75:5, 81:2, 87:16

**seen** [7] - 14:14, 40:8, 42:18, 51:2, 77:21, 77:22, 88:9

**send** [1] - 33:17

**sending** [2] - 43:1, 43:3

**sense** [7] - 40:5, 86:18, 86:21, 92:2, 93:4, 93:6, 99:24

**sent** [5] - 10:20, 33:14, 34:18, 34:20, 71:10

**sentence** [8] - 15:1, 15:2, 15:5, 15:12, 30:3, 96:3

**sentenced** [2] - 96:22, 96:23

**separate** [3] - 37:13, 94:20, 94:21

**September** [15] - 90:25, 92:6, 92:7, 92:8, 92:9, 92:10, 92:23, 94:19, 97:25, 100:7, 100:10, 102:3, 103:1, 103:3

**Sergeant** [2] - 65:5, 87:11

**serious** [4] - 8:13, 8:19, 8:21, 8:23

**served** [4] - 4:21, 30:17, 34:10, 66:24

**set** [5] - 16:7, 34:24, 90:24, 91:25, 92:5

**setting** [1] - 4:4

**settled** [1] - 94:4

**settlement** [22] - 69:2, 69:5, 69:6, 69:12, 69:21, 69:22, 72:11, 73:17, 73:20, 74:2, 74:3, 74:4, 74:7, 74:8, 74:13, 76:23, 78:23, 78:24, 79:10, 80:23, 82:5

**several** [6] - 5:24, 7:3, 9:11, 13:21, 13:22, 94:12

**share** [3] - 20:17, 22:22

**shared** [14] - 19:24, 20:4, 21:1, 22:17, 22:25, 23:15, 25:21, 26:15, 32:6, 70:6,

71:3, 71:5, 71:20, 71:22

**shares** [4] - 21:19, 26:23, 38:7, 38:8

**sharing** [6] - 20:1, 21:21, 22:2, 23:18, 42:24, 71:15

**she** [8] - 49:18, 54:6, 54:7, 59:6, 62:25, 83:12, 87:4

**she's** [1] - 59:11

**shed** [1] - 7:1

**shifting** [1] - 99:13

**short** [2] - 18:5, 78:8

**shorter** [1] - 49:13

**shotgun** [1] - 76:17

**should** [18] - 15:2, 19:2, 25:11, 30:1, 43:24, 47:18, 71:10, 73:9, 75:24, 76:25, 77:2, 81:3, 83:21, 84:3, 84:6, 87:20, 97:7, 104:17

**shouldn't** [2] - 95:10, 96:15

**show** [1] - 30:9

**showing** [1] - 19:2

**shuts** [1] - 20:12

**sidetracked** [1] - 37:6

**significant** [1] - 15:19

**signs** [1] - 87:18

**silence** [1] - 5:2

**silent** [2] - 5:2, 55:23

**SILVA** [1] - 2:6

**Silva** [4] - 3:5, 7:6, 99:11, 99:16

**Silva's** [1] - 30:1

**similar** [6] - 28:11, 31:21, 45:5, 45:6, 45:13

**simply** [4] - 16:14, 37:1, 38:14, 98:15

**since** [6] - 41:25, 43:2, 50:6, 60:18, 85:23, 104:18

**single** [4] - 85:10, 87:6, 87:19, 88:21

**single-cell** [4] - 85:10, 87:6, 87:19, 88:21

**sir** [1] - 104:5

**sit** [1] - 87:5

**sits** [1] - 4:6

**Skelly** [27] - 55:24, 56:3, 56:7, 56:13, 56:18, 56:25, 59:7, 60:12, 61:3, 61:9, 61:12, 72:12, 75:4, 75:20, 75:21, 76:6, 76:25, 77:9, 77:10, 81:6, 81:11, 81:14, 81:17, 82:8, 82:22, 82:23

**skip** [1] - 67:11

**skipped** [1] - 67:12

**slate** [1] - 66:16

**slow** [1] - 93:19

**smiling** [1] - 8:12

**Smith** [3] - 2:14, 105:11, 105:15

**smoking** [1] - 89:16

**so** [206] - 3:21, 4:10, 4:11,

4:12, 5:4, 5:8, 6:1, 6:6, 7:11, 8:2, 8:6, 10:24, 11:11, 11:16, 11:21, 12:4, 12:15, 13:2, 13:7, 13:18, 15:24, 16:20, 17:16, 18:5, 18:25, 19:5, 19:10, 20:9, 21:7, 22:9, 22:24, 23:3, 23:7, 23:17, 23:20, 23:25, 24:16, 24:23, 25:3, 25:4, 25:15, 25:19, 25:23, 25:24, 26:4, 26:6, 26:9, 27:19, 27:22, 28:8, 28:13, 29:10, 29:23, 30:1, 30:8, 30:12, 30:18, 30:20, 30:25, 32:20, 32:25, 33:6, 33:10, 34:2, 34:3, 34:11, 34:13, 34:17, 34:19, 34:23, 35:6, 35:12, 35:15, 35:18, 35:24, 36:8, 37:5, 38:2, 38:9, 38:12, 38:16, 38:22, 38:23, 40:3, 40:5, 42:7, 42:19, 42:23, 43:4, 43:18, 44:5, 45:4, 45:20, 46:8, 46:16, 47:9, 48:11, 48:14, 48:21, 50:6, 50:7, 50:18, 51:15, 51:16, 53:2, 53:5, 53:6, 53:22, 54:1, 54:6, 55:4, 55:12, 56:12, 56:17, 56:22, 57:16, 58:9, 59:16, 59:17, 59:20, 60:4, 60:18, 61:19, 62:4, 62:8, 62:15, 62:19, 62:22, 63:1, 63:4, 64:15, 64:17, 64:20, 64:21, 65:4, 65:7, 65:8, 65:12, 66:14, 66:15, 66:17, 66:22, 67:3, 67:20, 68:22, 68:25, 69:3, 69:13, 70:3, 72:14, 72:19, 72:22, 73:7, 74:13, 75:3, 75:8, 75:13, 75:17, 75:18, 76:18, 76:22, 78:17, 79:3, 79:8, 79:24, 80:6, 80:10, 80:14, 80:15, 80:17, 80:22, 82:2, 82:6, 82:11, 82:20, 83:6, 83:20, 84:9, 85:25, 86:21, 87:1, 89:12, 89:13, 90:5, 90:11, 91:2, 91:22, 92:3, 92:24, 93:1, 94:2, 94:5, 96:12, 97:4, 98:23, 101:3, 101:15, 102:1, 102:5, 104:9, 104:24

**social** [1] - 85:4

**SOLARES** [2] - 1:4, 1:10

**Solares** [8] - 4:22, 4:25, 28:25, 30:8, 38:10, 46:21, 85:2, 90:10

**solely** [1] - 95:24

**solve** [1] - 40:24

**some** [24] - 3:24, 10:13, 13:18, 13:19, 16:9, 29:5, 29:10, 30:14, 31:17, 33:4, 57:5, 60:9, 65:18, 66:2, 67:3,

80:24, 82:13, 86:12, 100:13, 101:15, 101:16, 102:21, 102:22, 102:23

**somebody** [3] - 29:13, 32:8, 100:25

**somebody's** [1] - 44:21

**somehow** [3] - 8:17, 11:11, 87:14

**someone** [1] - 101:2

**something** [9] - 25:11, 36:24, 37:4, 47:12, 49:16, 94:19, 98:24, 102:12, 104:1

**somewhat** [2] - 24:3, 103:7

**soon** [1] - 90:25

**sorry** [16] - 28:10, 28:20, 28:24, 35:6, 35:22, 44:11, 45:20, 46:7, 55:10, 60:1, 60:3, 73:14, 85:9, 97:1, 98:6

**sort** [1] - 100:12

**sought** [9] - 9:18, 9:21, 10:24, 20:5, 20:17, 26:4, 26:16, 37:7, 53:25

**sounds** [3] - 92:21, 94:4, 104:16

**Southern** [1] - 105:11

**southern** [2] - 2:16, 46:15

**speak** [5] - 5:22, 21:10, 34:13, 38:17, 68:13

**specific** [6] - 33:8, 36:25, 44:25, 64:13, 98:21, 101:23

**specifically** [2] - 32:9, 98:5

**specifics** [1] - 13:18

**speculated** [1] - 89:3

**spent** [1] - 66:17

**spraying** [1] - 87:12

**Spurling** [2] - 97:18, 104:7

**SPURLING** [29] - 2:9, 36:19, 97:18, 98:5, 98:18, 99:3, 99:14, 100:9, 100:16, 100:19, 100:22, 101:6, 101:9, 101:18, 101:21, 102:1, 102:8, 102:18, 103:4, 103:9, 103:13, 103:17, 103:21, 103:24, 104:4, 104:11, 104:14, 104:21, 105:2

**staff** [3] - 86:23, 88:16, 88:17

**stage** [5] - 4:5, 43:17, 56:20, 57:14

**stages** [3] - 36:1, 56:19, 64:19

**stake** [1] - 48:24

**stamp** [1] - 32:4

**stand** [3] - 17:23, 67:4, 96:13

**standard** [4] - 16:7, 19:12, 24:3, 42:19

**standing** [3] - 30:20, 32:25, 53:23

**stands** [1] - 11:4

**start** [4] - 35:14, 44:1, 93:3, 93:25

**starting** [2] - 5:22, 30:9

**State** [6] - 55:2, 55:18, 56:18, 60:12, 81:14, 81:17

**state** [17] - 4:6, 4:16, 17:25, 19:9, 19:19, 19:24, 20:12, 22:15, 28:14, 40:12, 49:25, 53:17, 84:1, 86:8, 96:4, 96:9, 96:17

**stated** [3] - 13:4, 29:25, 67:5

**statement** [3] - 14:13, 50:15, 87:16

**statements** [2] - 50:9, 50:14

**States** [2] - 2:15, 105:11

**STATES** [2] - 1:1, 1:19

**status** [3] - 3:24, 4:3, 17:20

**stay** [8] - 4:16, 5:19, 6:8, 9:3, 9:8, 10:11, 11:19, 11:22

**stenography** [1] - 1:24

**step** [10] - 9:2, 48:5, 53:24, 59:1, 60:10, 60:12, 61:16, 62:18, 89:11, 91:11

**steps** [1] - 61:16

**stick** [1] - 53:3

**still** [8] - 4:8, 11:5, 20:13, 51:24, 65:21, 86:9, 93:23, 97:21

**stipulate** [1] - 38:22

**stipulated** [10] - 69:12, 72:11, 73:17, 73:20, 74:13, 76:23, 78:23, 78:24, 79:9, 80:23

**STOCK** [1] - 103:19

**STOCKER** [126] - 2:5, 3:4, 3:9, 6:10, 8:22, 8:25, 9:9, 9:13, 9:19, 9:23, 9:25, 10:17, 12:5, 12:19, 31:1, 31:3, 31:5, 31:11, 32:1, 32:3, 33:14, 33:18, 33:23, 35:21, 36:10, 36:16, 37:11, 37:13, 37:19, 37:23, 38:15, 39:16, 39:19, 39:21, 40:1, 40:18, 40:21, 41:1, 41:14, 41:19, 41:23, 42:3, 42:6, 42:9, 42:15, 42:21, 43:9, 44:4, 44:6, 44:14, 44:19, 45:9, 45:12, 45:15, 46:1, 46:18, 46:20, 46:23, 47:14, 49:6, 49:21, 49:24, 50:12, 50:19, 52:13, 52:15, 53:3, 53:11, 53:15, 54:10, 54:16, 54:20, 54:23, 55:1, 55:10, 55:16, 56:5, 58:1, 58:11, 58:13, 60:11, 60:20, 60:23, 61:11, 61:15, 61:22, 61:25, 63:5, 63:9, 63:11, 63:18, 63:23, 63:25,

64:5, 64:7, 65:3, 66:12, 67:25, 68:10, 74:4, 74:10, 75:25, 76:5, 76:7, 77:5, 77:9, 77:14, 77:17, 78:2, 78:5, 78:14, 81:4, 82:1, 84:17, 91:6, 92:11, 92:17, 95:7, 97:16, 99:10, 99:18, 99:21, 103:12, 103:14, 103:22, 104:3

**Stocker** [51] - 3:4, 6:10, 31:4, 32:14, 33:20, 36:15, 39:14, 40:11, 41:10, 48:5, 49:16, 50:8, 50:11, 53:20, 54:3, 54:6, 54:14, 59:5, 60:7, 61:9, 62:23, 63:8, 64:22, 65:1, 66:5, 67:2, 67:8, 69:17, 76:8, 76:11, 78:12, 79:10, 79:18, 82:3, 83:11, 83:21, 84:11, 91:18, 97:22, 98:6, 99:5, 99:7, 99:17, 101:13, 101:23, 102:11, 102:19, 103:6, 103:10

**Stocker's** [3] - 7:6, 35:19, 80:8

**stood** [1] - 85:14

**stop** [4] - 3:21, 11:14, 32:12, 64:24

**story** [1] - 48:20

**Street** [3] - 2:2, 2:6, 2:16

**strength** [1] - 89:15

**strong** [1] - 89:13

**stronger** [1] - 19:2

**stuff** [5] - 38:25, 46:17, 54:5, 58:9, 86:12

**subject** [9] - 31:6, 37:1, 40:18, 44:15, 44:16, 53:16, 68:18, 80:25, 84:14

**subjects** [1] - 99:13

**submit** [6] - 43:23, 65:22, 86:12, 102:10, 103:5, 104:12

**submits** [1] - 49:18

**submitted** [6] - 13:6, 28:15, 32:16, 34:23, 34:25, 47:11

**submitting** [1] - 91:11

**subpoena** [11] - 29:24, 31:21, 34:1, 34:6, 35:9, 52:25, 58:25, 66:19, 67:4, 76:15, 97:22

**subsequent** [3] - 60:13, 61:16, 62:1

**substance** [1] - 88:13

**such** [7] - 8:13, 36:21, 50:13, 51:18, 76:17, 84:21, 85:3

**sucked** [1] - 49:1

**sudden** [1] - 10:24

**sufficient** [3] - 13:3, 48:11, 91:1

**sufficiently** [2] - 91:23, 98:1

**suggest** [1] - 100:4

**suggested** [1] - 103:11

**suggestion** [1] - 103:12

**suitable** [2] - 44:17, 87:21

**Suite** [4] - 1:23, 2:2, 2:7, 2:12

**summary** [1] - 93:7

**summer** [1] - 28:11

**Superior** [3] - 25:13, 86:16, 91:14

**supplement** [1] - 28:4

**supplemental** [1] - 29:15

**supply** [1] - 64:5

**suppose** [1] - 15:4

**supposedly** [1] - 29:9

**sure** [17] - 16:22, 17:7, 26:13, 43:6, 48:13, 50:12, 59:13, 73:8, 81:8, 87:23, 89:9, 90:23, 91:8, 93:9, 95:14, 100:16, 102:22

**surprised** [1] - 65:16

**surrounding** [1] - 17:20

**suspended** [3] - 18:11, 23:7, 64:12

**suspenders** [1] - 62:5

**T**

**Tab** [1] - 14:20

**table** [1] - 4:11

**tactic** [1] - 5:9

**take** [21] - 6:12, 6:15, 9:1, 9:18, 9:20, 9:21, 10:14, 11:20, 12:12, 13:18, 19:9, 25:11, 30:1, 30:3, 35:12, 36:14, 49:7, 89:11, 100:4, 102:17, 103:4

**taken** [6] - 4:11, 15:22, 15:23, 46:11, 46:16, 55:15

**takes** [3] - 6:14, 7:24, 85:22

**taking** [1] - 93:3

**talk** [5] - 11:10, 12:23, 80:16, 84:19, 102:23

**talked** [7] - 17:17, 52:18, 62:19, 79:12, 79:14, 82:15, 101:16

**talking** [16] - 14:5, 14:6, 24:13, 49:10, 55:14, 62:23, 63:20, 66:18, 68:24, 75:12, 76:9, 77:16, 83:2, 83:16, 100:13, 104:17

**tank** [1] - 9:14

**target** [1] - 84:22

**team** [1] - 23:4

**tee** [1] - 12:3

**teed** [1] - 33:1

**temporarily** [1] - 18:10

**terms** [5] - 3:17, 5:12, 8:5, 86:22, 93:6

**testified** [3] - 23:1, 23:2, 27:14

**testify** [4] - 9:6, 11:15, 19:22, 27:11

**testifying** [1] - 25:25

**testimony** [16] - 5:18, 5:24, 6:1, 6:6, 6:8, 7:1, 7:11, 10:10, 10:16, 11:7, 11:9, 11:17, 19:20, 95:1, 95:21, 96:8

**Texas** [3] - 2:16, 2:17, 105:12

**text** [4] - 35:16, 37:7, 38:3, 65:19

**than** [17] - 4:13, 15:12, 15:25, 18:16, 24:20, 36:25, 41:5, 46:7, 49:3, 51:1, 51:2, 56:15, 59:3, 64:19, 80:25, 94:1, 103:7

**thank** [18] - 13:1, 17:5, 24:11, 36:16, 41:19, 50:20, 51:8, 66:14, 73:4, 74:12, 97:11, 97:12, 97:15, 97:16, 97:17, 104:6, 105:1, 105:5

**that** [595] - 3:17, 3:23, 4:2, 4:8, 4:9, 4:10, 4:11, 4:12, 4:13, 4:14, 4:15, 4:18, 4:20, 4:21, 4:22, 4:23, 5:1, 5:3, 5:10, 5:15, 5:16, 5:17, 5:25, 6:8, 6:20, 7:1, 8:7, 8:17, 8:18, 8:19, 8:21, 9:2, 9:4, 9:9, 9:14, 9:15, 9:25, 10:5, 10:13, 11:11, 11:13, 11:17, 11:18, 11:21, 12:2, 12:3, 12:8, 12:11, 13:2, 13:3, 13:4, 13:6, 13:7, 13:10, 13:20, 13:24, 13:25, 14:2, 14:7, 14:14, 14:17, 14:18, 14:22, 14:23, 14:24, 15:1, 15:2, 15:5, 15:22, 15:25, 16:6, 16:8, 16:10, 16:13, 16:14, 16:16, 16:17, 16:18, 16:24, 16:25, 17:4, 17:8, 17:17, 17:23, 18:3, 18:8, 18:10, 18:13, 18:15, 18:17, 18:20, 18:23, 18:24, 18:25, 19:1, 19:2, 19:5, 19:10, 19:12, 19:16, 19:19, 19:24, 20:1, 20:2, 20:7, 20:9, 20:10, 20:11, 20:13, 20:14, 20:19, 20:25, 21:16, 21:19, 21:20, 22:10, 22:12, 22:14, 22:19, 23:5, 23:17, 23:18, 24:2, 24:8, 24:10, 24:13, 24:17, 25:6, 25:11, 25:14, 25:20, 25:23, 25:25, 26:2, 26:4, 26:5, 26:10, 26:11, 26:15, 26:16, 26:18, 26:19, 26:23, 27:1, 27:3, 27:19, 27:25, 28:1, 28:6, 28:22, 28:25, 29:17, 29:19, 29:20, 30:9, 30:13, 30:20, 31:6, 31:7, 31:15, 31:17, 31:18, 31:22, 31:23, 32:4, 32:6, 32:18, 32:21, 32:22, 33:1, 33:2, 33:11, 33:14, 34:3, 34:7, 34:14, 34:15, 34:18, 34:19, 34:22, 34:23, 34:25, 35:6, 35:7, 35:8, 35:10, 35:19, 35:20, 36:1, 36:21, 36:25, 37:1, 37:4, 37:6, 37:9, 38:3, 38:13, 38:18, 38:21, 38:25, 39:11, 39:14, 39:15, 39:24, 40:3, 40:8, 40:9, 40:12, 40:13, 40:15, 40:16, 40:21, 40:23, 40:25, 41:2, 41:3, 41:4, 41:5, 41:10, 41:12, 41:16, 41:17, 41:25, 42:10, 42:12, 42:13, 42:16, 42:18, 43:3, 43:6, 43:10, 43:16, 43:23, 44:7, 44:12, 44:13, 45:3, 45:13, 45:15, 45:18, 46:21, 47:10, 47:14, 47:18, 47:19, 47:22, 48:2, 48:6, 48:14, 48:16, 48:18, 48:19, 48:20, 48:23, 49:8, 49:9, 49:19, 49:21, 49:24, 49:25, 50:4, 50:8, 50:10, 50:13, 50:16, 50:19, 50:21, 51:2, 51:4, 51:5, 51:11, 51:22, 51:23, 52:2, 52:18, 52:22, 52:24, 53:8, 53:9, 53:11, 53:13, 53:17, 53:19, 53:22, 54:2, 54:5, 54:7, 54:8, 54:11, 54:13, 54:14, 54:16, 54:21, 55:9, 55:15, 55:18, 55:20, 56:1, 57:2, 57:7, 57:8, 57:9, 57:11, 57:12, 57:13, 57:22, 58:2, 58:3, 58:10, 58:14, 58:19, 58:21, 58:24, 59:5, 59:7, 59:25, 60:6, 60:22, 61:3, 61:4, 61:8, 61:11, 61:17, 61:20, 61:21, 62:2, 62:17, 63:13, 64:3, 64:9, 64:10, 64:14, 64:15, 64:23, 64:25, 65:2, 65:7, 65:10, 65:11, 66:7, 66:9, 66:12, 66:22, 67:4, 67:24, 68:1, 68:4, 68:11, 68:13, 68:15, 68:17, 68:18, 68:19, 69:1, 69:20, 69:21, 69:25, 70:6, 71:3, 71:4, 71:5, 71:6, 71:7, 71:9, 72:2, 72:10, 72:16, 72:19, 73:1, 74:19, 75:5, 75:19, 76:21, 77:2, 77:6, 77:7, 77:20, 78:4, 78:5, 78:12, 78:22, 79:13, 79:20, 79:22, 79:23, 79:24, 80:7, 80:20, 81:3, 81:5, 81:7, 81:10, 81:12, 81:15, 81:16, 81:24, 82:5, 82:8, 82:9, 82:10, 82:12, 82:13, 82:16,

| | | | |
|---|---|---|---|
| 82:21, 82:24, 83:1, 83:10, 83:15, 83:16, 83:20, 83:22, 83:25, 84:7, 84:13, 85:4, 85:5, 85:16, 85:25, 86:4, 86:7, 86:12, 86:21, 86:24, 87:2, 87:3, 87:8, 87:9, 87:14, 87:17, 87:18, 87:19, 87:20, 87:24, 88:4, 88:10, 88:11, 88:14, 88:19, 88:23, 88:24, 89:3, 89:4, 89:5, 89:13, 89:14, 89:21, 89:23, 90:2, 90:4, 90:6, 90:12, 90:20, 90:25, 91:2, 91:9, 91:10, 91:22, 91:24, 91:25, 92:2, 92:3, 92:11, 92:19, 92:21, 92:25, 93:4, 93:10, 93:17, 93:21, 93:23, 93:25, 94:8, 94:19, 94:20, 95:4, 95:8, 95:9, 95:12, 95:15, 95:22, 96:1, 96:8, 96:15, 97:7, 97:21, 97:23, 98:2, 98:3, 98:8, 98:10, 98:12, 98:16, 98:20, 98:22, 98:23, 98:24, 99:2, 99:3, 99:6, 99:8, 99:12, 99:24, 100:13, 100:14, 100:23, 100:25, 101:1, 101:2, 101:5, 101:8, 101:10, 101:13, 101:19, 102:2, 102:9, 102:15, 102:16, 102:19, 102:24, 102:25, 103:3, 103:9, 103:16, 103:22, 104:4, 104:6, 104:11, 104:13, 104:25, 105:12<br><br>   **that's** [103] - 4:12, 6:22, 6:25, 8:22, 8:25, 10:17, 10:18, 10:23, 11:5, 12:8, 12:17, 14:8, 14:15, 15:14, 15:20, 16:24, 21:4, 21:17, 24:19, 29:2, 29:3, 29:21, 32:5, 32:7, 32:11, 33:16, 34:11, 34:23, 36:8, 36:12, 38:4, 38:10, 39:3, 39:22, 42:6, 42:20, 43:7, 43:15, 43:24, 45:4, 46:7, 46:9, 47:23, 49:12, 50:14, 50:20, 50:25, 51:13, 59:1, 61:22, 61:25, 63:12, 66:14, 66:25, 67:6, 67:25, 68:21, 69:2, 69:3, 69:9, 69:13, 69:18, 70:22, 71:17, 72:15, 74:6, 75:1, 76:5, 78:12, 78:25, 80:13, 81:14, 82:2, 84:8, 87:22, 90:1, 94:11, 94:14, 94:21, 95:18, 96:2, 96:3, 96:25, 98:18, 99:3, 99:20, 99:21, 100:19, 101:9, 101:12, 102:1, 102:3, 102:7, 103:2, 103:21, 103:24, 104:1<br>   **The** [1] - 105:8<br>   **the** [1022] - 2:1, 2:10, 3:12, | 3:16, 3:17, 3:18, 3:24, 4:5, 4:7, 4:8, 4:9, 4:10, 4:11, 4:14, 4:16, 4:23, 4:24, 5:1, 5:5, 5:10, 5:12, 5:14, 5:15, 5:19, 5:25, 6:1, 6:3, 6:4, 6:5, 6:7, 6:14, 6:15, 6:18, 6:19, 6:20, 6:24, 6:25, 7:3, 7:4, 7:9, 7:22, 7:24, 8:4, 8:5, 8:7, 8:15, 8:16, 8:17, 8:18, 8:20, 9:3, 9:4, 9:6, 9:16, 9:20, 10:1, 10:4, 10:11, 10:12, 10:15, 10:23, 11:5, 11:9, 11:11, 11:13, 11:18, 11:19, 12:2, 12:3, 12:11, 12:13, 12:16, 12:17, 12:23, 12:24, 13:2, 13:8, 13:9, 13:10, 13:11, 13:12, 13:18, 13:19, 13:20, 13:21, 14:3, 14:7, 14:9, 14:13, 14:19, 14:23, 14:25, 15:1, 15:2, 15:4, 15:9, 15:12, 15:14, 15:16, 15:17, 15:21, 15:23, 15:24, 16:1, 16:7, 16:11, 16:16, 16:18, 16:19, 16:22, 17:10, 17:11, 17:14, 17:16, 17:18, 17:19, 17:20, 17:22, 17:24, 17:25, 18:4, 18:9, 18:10, 18:13, 18:14, 18:19, 18:21, 18:24, 18:25, 19:1, 19:3, 19:4, 19:8, 19:12, 19:13, 19:15, 19:16, 19:18, 19:19, 19:24, 20:6, 20:9, 20:11, 20:12, 20:16, 20:17, 21:1, 21:5, 21:8, 21:9, 21:13, 21:14, 21:15, 21:21, 21:25, 22:1, 22:7, 22:9, 22:15, 22:16, 23:1, 23:2, 23:6, 23:11, 23:12, 23:15, 23:17, 23:18, 23:20, 23:23, 23:24, 23:25, 24:3, 24:5, 24:6, 24:8, 24:21, 24:22, 24:25, 25:4, 25:11, 25:13, 25:15, 25:16, 25:17, 25:18, 25:20, 25:22, 25:23, 25:24, 25:25, 26:2, 26:5, 26:8, 26:11, 26:16, 26:17, 26:18, 26:19, 26:20, 27:2, 27:3, 27:4, 27:10, 27:11, 27:19, 27:22, 27:25, 28:3, 28:5, 28:10, 28:14, 28:18, 28:19, 28:24, 28:25, 29:5, 29:9, 29:10, 29:12, 29:17, 29:18, 29:19, 29:21, 29:24, 29:25, 30:5, 30:12, 30:15, 30:19, 30:20, 30:25, 31:4, 31:5, 31:6, 31:7, 31:12, 31:13, 31:17, 31:19, 31:20, 31:21, 31:22, 31:23, 32:3, 32:4, 32:5, 32:7, 32:10, 32:11, 32:15, 32:18, 32:19, 32:22, 32:24, 32:25, 33:1, 33:2, 33:3, 33:5, 33:8, 33:10, | 33:12, 33:13, 33:14, 33:17, 33:18, 34:1, 34:2, 34:3, 34:4, 34:5, 34:6, 34:7, 34:14, 34:15, 34:17, 34:18, 34:19, 34:24, 35:8, 35:9, 35:10, 35:11, 35:12, 35:15, 36:23, 37:6, 37:10, 37:16, 37:18, 37:24, 38:2, 38:4, 38:7, 38:10, 38:12, 38:13, 38:16, 38:18, 38:20, 38:21, 38:22, 39:8, 39:12, 39:17, 39:18, 39:22, 40:3, 40:4, 40:13, 40:14, 40:15, 40:18, 40:19, 41:11, 41:12, 42:6, 42:11, 42:16, 42:17, 42:19, 42:20, 42:21, 42:23, 42:24, 43:1, 43:6, 43:16, 43:17, 43:20, 43:21, 45:22, 46:2, 46:3, 46:6, 46:11, 46:12, 46:16, 46:21, 46:23, 46:24, 47:1, 47:11, 47:14, 47:15, 47:20, 47:21, 47:22, 47:23, 48:1, 48:6, 48:9, 48:17, 48:21, 48:22, 48:25, 49:13, 49:19, 50:9, 50:15, 50:16, 50:17, 51:3, 51:6, 51:10, 51:15, 51:18, 51:19, 51:20, 51:22, 51:24, 52:6, 52:15, 52:16, 52:17, 52:18, 52:21, 52:23, 52:25, 53:3, 53:7, 53:8, 53:13, 53:17, 53:21, 54:5, 54:8, 54:9, 54:11, 54:20, 54:23, 55:2, 55:3, 55:4, 55:5, 55:6, 55:7, 55:8, 55:12, 55:13, 55:17, 55:18, 56:5, 56:7, 56:11, 56:13, 56:16, 56:18, 56:19, 56:20, 56:24, 56:25, 57:2, 57:6, 57:8, 57:9, 57:10, 57:12, 57:13, 57:14, 57:15, 57:18, 57:20, 57:21, 58:2, 58:3, 58:5, 58:8, 58:14, 58:17, 58:19, 59:2, 59:5, 59:7, 59:8, 59:9, 59:19, 59:23, 59:24, 60:11, 60:12, 60:18, 60:19, 60:21, 60:23, 60:24, 61:1, 61:2, 61:3, 61:4, 61:6, 61:9, 61:11, 61:15, 61:19, 61:20, 62:1, 62:12, 62:13, 62:16, 62:17, 62:18, 62:20, 62:24, 63:2, 63:3, 63:5, 63:7, 63:12, 63:13, 63:16, 63:18, 63:19, 63:20, 63:21, 63:25, 64:1, 64:9, 64:12, 64:13, 64:14, 64:15, 64:21, 64:23, 64:24, 65:1, 65:4, 65:5, 65:9, 65:16, 65:20, 65:23, 65:25, 66:6, 66:17, 66:19, 66:22, 67:1, 67:4, 67:11, 67:13, 67:14, 67:15, 67:16, 67:19, 67:23, 67:25, 68:1, 68:2, 68:4, 68:9, | 68:11, 68:12, 68:15, 68:18, 68:24, 69:1, 69:3, 69:5, 69:6, 69:11, 69:21, 69:22, 69:24, 70:1, 70:5, 70:12, 70:18, 70:22, 71:3, 71:4, 71:5, 71:6, 71:8, 71:9, 71:13, 71:15, 71:21, 72:2, 72:13, 72:14, 72:15, 72:22, 73:5, 73:8, 73:9, 73:15, 73:20, 73:23, 74:2, 74:8, 74:13, 74:15, 74:18, 74:19, 74:21, 74:23, 74:24, 75:4, 75:7, 75:8, 75:12, 75:18, 75:20, 75:21, 76:6, 76:9, 76:10, 76:12, 76:13, 76:15, 76:21, 76:22, 76:25, 77:3, 77:4, 77:9, 77:10, 77:16, 77:18, 77:19, 77:20, 77:24, 77:25, 78:6, 78:10, 78:15, 78:17, 78:19, 78:20, 78:25, 79:3, 79:5, 79:6, 79:7, 79:9, 79:10, 79:12, 79:13, 79:15, 79:16, 79:17, 79:19, 79:21, 79:22, 80:1, 80:3, 80:13, 80:18, 80:22, 80:23, 80:25, 81:2, 81:4, 81:5, 81:6, 81:7, 81:9, 81:11, 81:12, 81:13, 81:14, 81:15, 81:17, 81:20, 81:22, 82:2, 82:4, 82:7, 82:8, 82:9, 82:11, 82:12, 82:13, 82:15, 82:16, 82:17, 82:22, 82:23, 82:24, 82:25, 83:1, 83:2, 83:3, 83:4, 83:5, 83:6, 83:7, 83:8, 83:10, 83:13, 83:16, 83:19, 84:3, 84:6, 84:9, 84:10, 84:14, 84:15, 84:18, 84:24, 84:25, 85:1, 85:2, 85:3, 85:5, 85:6, 85:7, 85:10, 85:13, 85:14, 85:20, 85:22, 85:23, 85:25, 86:7, 86:10, 86:11, 86:12, 86:13, 86:14, 86:15, 86:16, 86:17, 86:19, 86:20, 86:23, 86:25, 87:1, 87:2, 87:3, 87:4, 87:5, 87:9, 87:10, 87:11, 87:13, 87:14, 87:18, 87:19, 87:22, 87:24, 87:25, 88:2, 88:3, 88:4, 88:7, 88:9, 88:12, 88:13, 88:16, 88:19, 88:20, 88:23, 89:4, 89:12, 89:15, 89:17, 89:18, 89:19, 89:20, 89:24, 90:1, 90:2, 90:10, 90:11, 90:15, 91:4, 91:23, 92:19, 92:25, 93:2, 93:3, 93:5, 93:7, 93:14, 93:15, 93:16, 93:21, 94:1, 94:6, 94:9, 94:17, 94:19, 94:25, 95:8, 95:9, 95:10, 95:12, 95:14, 95:15, 95:18, 95:20, 96:3, 96:9, 96:16, 96:17, 97:19, 97:22, 97:23, 97:25, 98:2, 98:3, 98:4, 98:8, |

98:9, 98:10, 98:12, 98:13, 98:15, 98:16, 98:20, 98:21, 98:22, 98:25, 99:1, 99:5, 99:15, 99:23, 100:5, 100:10, 100:12, 100:14, 100:21, 100:22, 100:23, 100:25, 101:4, 101:11, 101:12, 101:14, 101:16, 101:17, 101:19, 101:22, 101:23, 101:25, 102:2, 102:3, 102:4, 102:6, 102:8, 102:14, 102:19, 103:4, 103:11, 104:9, 104:19, 104:22, 104:24, 104:25, 105:12, 105:12, 105:13

**THE** [404] - 1:18, 1:21, 2:1, 2:5, 2:9, 2:10, 3:2, 3:7, 3:10, 3:14, 3:23, 4:5, 4:14, 5:8, 5:16, 5:22, 6:3, 6:17, 7:8, 7:10, 7:14, 7:16, 7:18, 7:21, 7:23, 8:3, 8:10, 9:6, 9:12, 9:18, 9:21, 9:24, 10:6, 11:15, 11:23, 11:25, 12:3, 12:6, 12:15, 12:21, 12:23, 13:12, 14:8, 14:11, 14:20, 14:23, 15:3, 15:7, 15:9, 15:13, 15:19, 16:8, 16:21, 17:3, 17:6, 17:13, 17:16, 18:7, 19:14, 19:18, 19:23, 20:4, 20:8, 20:16, 20:21, 20:25, 21:7, 21:12, 21:21, 21:23, 22:4, 22:9, 22:14, 22:21, 23:1, 23:11, 23:14, 23:20, 24:1, 24:11, 24:15, 24:19, 24:21, 25:2, 25:9, 25:24, 26:2, 26:10, 26:17, 27:1, 27:6, 27:8, 27:13, 27:15, 27:22, 27:25, 28:4, 28:7, 28:12, 28:14, 28:17, 28:22, 29:2, 29:4, 29:23, 30:7, 30:11, 30:24, 31:2, 31:4, 31:10, 31:25, 32:2, 32:12, 33:8, 33:20, 33:24, 34:17, 35:2, 35:5, 35:7, 35:12, 35:23, 36:11, 36:14, 36:18, 37:5, 37:12, 37:18, 38:1, 38:4, 38:6, 38:12, 39:1, 39:11, 39:14, 39:17, 39:20, 39:22, 39:24, 40:2, 40:11, 40:20, 40:23, 41:7, 41:15, 41:22, 42:2, 42:4, 42:8, 43:1, 43:18, 44:1, 44:3, 44:5, 44:12, 44:15, 44:20, 44:24, 45:4, 45:11, 45:13, 45:17, 45:24, 46:13, 46:19, 46:22, 47:2, 47:7, 47:23, 48:9, 48:14, 48:25, 49:7, 49:22, 50:1, 50:4, 50:11, 50:20, 50:25, 51:8, 51:13, 52:1, 52:14, 53:2, 53:5, 53:14, 54:6, 54:11, 54:19, 54:22,

54:25, 55:7, 55:12, 55:20, 56:2, 56:7, 56:13, 56:20, 56:24, 57:3, 57:21, 58:4, 58:12, 59:5, 59:11, 59:19, 59:25, 60:2, 60:18, 60:21, 61:1, 61:8, 61:14, 61:19, 61:24, 62:2, 62:14, 62:19, 62:25, 63:8, 63:10, 63:12, 63:22, 63:24, 64:4, 64:6, 64:8, 64:25, 65:4, 65:12, 65:15, 66:4, 66:14, 66:21, 67:10, 67:21, 68:4, 68:8, 68:17, 68:23, 69:6, 69:9, 69:14, 69:16, 69:20, 70:1, 70:3, 70:5, 70:9, 70:11, 70:14, 70:16, 70:18, 70:21, 70:24, 71:8, 71:12, 71:18, 72:5, 72:8, 72:17, 72:20, 72:23, 72:25, 73:3, 73:5, 73:7, 73:10, 73:13, 73:15, 73:19, 73:22, 73:25, 74:2, 74:6, 74:12, 74:15, 74:18, 74:21, 74:23, 75:1, 75:10, 75:15, 76:3, 76:12, 76:20, 76:24, 77:7, 77:13, 77:15, 77:19, 77:25, 78:4, 78:10, 78:16, 78:24, 79:1, 79:3, 80:2, 80:5, 80:7, 80:16, 80:21, 81:19, 82:2, 83:8, 83:12, 83:18, 83:24, 84:2, 84:7, 84:13, 84:19, 84:23, 85:9, 85:12, 85:20, 86:6, 86:9, 86:21, 87:7, 87:15, 87:24, 88:12, 88:16, 88:22, 88:25, 89:2, 89:8, 89:10, 89:17, 89:22, 90:1, 90:7, 90:13, 90:16, 90:19, 90:21, 90:24, 91:4, 91:8, 91:13, 91:16, 92:3, 92:7, 92:9, 92:14, 92:16, 92:18, 92:21, 92:23, 93:1, 93:10, 93:12, 93:18, 94:2, 94:6, 94:13, 94:21, 94:23, 95:4, 95:14, 95:20, 96:3, 96:6, 96:14, 96:17, 96:19, 96:22, 96:24, 97:6, 97:9, 97:14, 97:17, 98:1, 98:14, 98:25, 99:7, 99:12, 99:15, 99:20, 99:23, 100:3, 100:6, 100:12, 100:17, 100:20, 101:4, 101:7, 101:15, 101:19, 101:22, 102:7, 102:16, 103:2, 103:7, 103:18, 104:8, 104:13, 104:15, 105:1, 105:4, 105:6

**their** [10] - 29:16, 29:17, 30:18, 32:20, 59:3, 64:12, 68:20, 76:3, 98:11, 102:13

**them** [39] - 6:24, 8:18, 26:10, 26:25, 29:1, 29:7, 29:9, 32:4, 32:8, 32:9, 33:17,

36:23, 39:19, 44:17, 47:4, 52:7, 53:16, 57:20, 59:2, 67:23, 68:20, 70:14, 71:2, 71:24, 73:2, 73:3, 75:11, 76:19, 80:25, 83:12, 83:21, 84:6, 86:8, 86:10, 87:4, 102:11, 103:10

**themselves** [8] - 16:19, 64:2, 71:6, 78:1, 78:18, 79:14, 86:24, 87:25

**then** [93] - 5:14, 6:7, 7:25, 9:2, 9:7, 10:13, 11:3, 11:19, 13:4, 13:9, 13:10, 14:6, 16:25, 17:3, 17:25, 18:11, 19:14, 21:1, 21:15, 21:16, 22:1, 23:4, 23:5, 23:7, 23:15, 25:21, 25:22, 29:3, 29:9, 29:20, 30:2, 30:13, 30:14, 30:22, 31:20, 33:24, 35:10, 35:17, 36:9, 36:12, 36:14, 38:8, 38:19, 38:22, 39:8, 39:22, 42:20, 45:22, 49:9, 49:15, 51:18, 51:20, 51:22, 52:25, 54:4, 56:18, 61:16, 62:2, 62:10, 62:18, 64:17, 69:15, 71:10, 71:20, 79:3, 80:10, 80:17, 84:11, 86:11, 86:13, 86:17, 86:20, 87:8, 87:10, 90:9, 90:11, 90:14, 91:11, 93:7, 93:19, 99:1, 102:4, 102:10, 102:13, 102:22, 102:24

**theoretically** [1] - 97:5
**theories** [2] - 88:20, 93:16
**theory** [1] - 38:10
**there** [91] - 5:10, 6:19, 6:23, 8:17, 12:14, 13:3, 14:12, 17:25, 19:1, 19:2, 20:13, 20:23, 20:25, 31:17, 32:12, 32:19, 33:4, 33:10, 35:14, 35:24, 36:20, 36:21, 36:22, 36:25, 41:8, 41:16, 42:15, 43:3, 43:4, 43:22, 44:7, 44:12, 44:17, 46:12, 46:20, 47:9, 48:21, 48:22, 49:16, 49:20, 50:8, 50:9, 51:3, 51:18, 52:1, 53:8, 53:16, 53:17, 53:18, 54:7, 57:21, 57:23, 58:8, 58:9, 59:3, 59:22, 61:16, 64:2, 64:4, 64:6, 64:8, 67:22, 69:1, 69:4, 69:9, 69:20, 69:21, 70:24, 71:1, 71:2, 73:8, 73:16, 73:22, 74:11, 77:11, 77:17, 78:18, 82:10, 83:22, 84:5, 84:15, 87:11, 91:10, 97:21, 100:20

**there's** [48] - 3:18, 5:6, 5:18, 7:2, 7:3, 7:25, 8:1, 11:19, 14:16, 15:19, 16:6,

18:8, 18:12, 18:17, 18:20, 21:20, 22:24, 29:4, 29:10, 29:23, 34:20, 41:8, 47:18, 48:6, 48:11, 48:18, 49:20, 51:5, 54:25, 55:16, 55:24, 55:25, 58:15, 60:9, 61:12, 65:8, 66:2, 68:11, 75:13, 75:16, 80:14, 82:22, 82:23, 87:10, 89:2, 93:24

**therein** [1] - 63:5
**these** [44] - 11:7, 11:8, 17:8, 20:14, 25:19, 25:21, 26:15, 27:10, 30:3, 30:23, 36:4, 38:11, 42:16, 44:22, 45:3, 51:25, 52:7, 57:19, 59:1, 59:17, 64:19, 64:20, 64:21, 67:20, 71:23, 72:10, 72:20, 75:6, 76:17, 77:3, 78:6, 78:22, 80:10, 80:18, 80:24, 82:7, 83:15, 83:25, 84:4, 86:4, 88:9, 93:3, 100:8

**they** [91] - 3:14, 4:8, 7:16, 8:4, 8:16, 13:14, 20:7, 20:20, 21:7, 21:8, 21:9, 21:13, 23:2, 23:4, 23:7, 23:22, 24:16, 26:6, 26:7, 26:18, 27:6, 30:14, 34:5, 35:24, 36:1, 37:13, 40:16, 41:13, 41:15, 44:16, 52:5, 52:6, 52:9, 52:24, 53:25, 54:13, 55:1, 55:24, 56:3, 56:5, 56:9, 56:10, 56:11, 57:13, 57:19, 57:25, 59:21, 62:16, 67:4, 69:15, 70:20, 71:1, 71:20, 71:22, 72:12, 72:13, 72:21, 75:3, 75:6, 75:19, 75:24, 76:1, 79:11, 79:18, 80:11, 81:1, 82:14, 83:5, 84:25, 85:7, 85:10, 85:12, 87:20, 88:25, 89:3, 89:5, 95:10, 96:20, 96:21, 98:14, 98:16, 99:6, 100:17, 102:12, 102:20, 102:21

**They** [1] - 85:8
**they're** [30] - 4:12, 17:2, 21:3, 24:24, 26:22, 30:20, 31:11, 32:19, 32:23, 32:25, 33:6, 33:11, 38:23, 52:3, 53:23, 59:9, 59:11, 59:13, 64:18, 69:18, 70:19, 71:23, 76:4, 80:20, 80:25, 83:13, 84:4, 90:2, 98:12

**they've** [9] - 30:13, 30:14, 39:15, 56:6, 57:18, 58:3, 64:15, 67:5, 75:3

**thing** [11] - 8:4, 30:12, 34:14, 40:3, 51:19, 52:18, 63:2, 77:16, 94:16, 95:8, 104:16

**things** [7] - 19:8, 21:20,

81:24, 88:10, 93:22, 97:20, 104:25

**think** [157] - 3:14, 3:21, 4:22, 5:4, 5:7, 5:9, 5:11, 5:17, 6:3, 6:13, 6:18, 9:13, 9:14, 10:2, 10:7, 10:20, 11:12, 11:13, 11:25, 13:23, 14:5, 15:17, 15:19, 15:23, 16:8, 16:17, 18:8, 18:11, 18:12, 18:14, 18:15, 18:17, 18:19, 18:23, 19:10, 19:11, 20:10, 21:3, 21:9, 21:13, 21:17, 21:20, 21:22, 22:14, 23:17, 23:23, 25:5, 26:23, 27:1, 28:1, 28:10, 30:20, 32:14, 32:18, 33:1, 34:13, 34:14, 40:14, 40:15, 40:23, 41:15, 42:10, 43:17, 44:12, 44:24, 44:25, 46:9, 47:14, 47:23, 48:1, 48:17, 49:12, 50:1, 50:8, 50:9, 50:10, 51:17, 51:19, 52:11, 54:2, 57:6, 57:12, 57:17, 57:22, 58:9, 58:25, 59:5, 59:20, 60:9, 61:8, 62:16, 63:12, 65:5, 65:10, 65:19, 65:20, 65:24, 67:3, 67:6, 67:7, 68:17, 68:25, 69:7, 69:17, 71:4, 72:25, 75:4, 75:10, 75:16, 76:14, 76:18, 77:21, 78:2, 78:12, 78:18, 78:21, 79:18, 80:23, 81:6, 82:10, 82:11, 82:12, 83:1, 83:8, 83:20, 84:21, 85:22, 86:21, 88:8, 88:18, 88:19, 89:24, 90:14, 91:9, 92:3, 92:9, 93:20, 93:21, 93:24, 94:2, 94:21, 94:24, 95:15, 98:1, 98:3, 98:5, 98:23, 99:1, 99:25, 100:19, 101:12, 102:16, 102:18, 103:18

**think's** [1] - 100:1
**thinking** [1] - 103:2
**third** [2] - 22:22, 66:19
**third-party** [1] - 22:22
**this** [180] - 3:11, 3:13, 4:16, 4:17, 5:18, 5:19, 6:18, 7:5, 8:11, 8:12, 8:13, 8:14, 8:17, 8:19, 9:3, 9:11, 10:4, 10:11, 11:2, 11:3, 11:12, 11:13, 11:16, 11:18, 11:19, 12:1, 13:7, 13:13, 13:15, 13:22, 14:9, 15:20, 15:21, 17:18, 18:4, 18:24, 19:2, 19:7, 19:10, 20:23, 20:24, 21:24, 24:4, 24:22, 25:1, 25:10, 25:11, 25:15, 25:23, 26:12, 26:19, 28:4, 28:15, 28:19, 28:21, 29:15, 29:16, 29:21, 30:13, 30:16, 30:25, 33:1,

33:12, 33:25, 35:2, 36:6, 37:5, 37:21, 38:24, 39:6, 39:11, 40:3, 40:5, 40:6, 40:12, 40:24, 41:20, 41:23, 41:24, 42:2, 42:4, 42:12, 42:19, 42:24, 43:7, 43:18, 44:1, 46:11, 47:2, 47:10, 47:24, 48:1, 48:4, 49:16, 49:18, 49:19, 49:20, 50:6, 50:7, 50:8, 51:16, 52:10, 53:6, 53:21, 53:22, 53:24, 53:25, 54:2, 54:17, 55:21, 55:24, 56:1, 57:16, 57:17, 59:17, 60:6, 60:9, 60:14, 61:1, 61:19, 62:16, 62:22, 63:3, 64:11, 65:16, 65:18, 65:23, 66:10, 67:7, 67:18, 67:24, 69:19, 70:22, 71:19, 72:6, 76:19, 77:11, 77:23, 78:8, 78:11, 81:3, 82:22, 84:21, 86:2, 86:15, 87:10, 89:13, 90:14, 90:21, 91:1, 91:10, 91:16, 92:15, 93:1, 93:5, 93:14, 93:24, 94:3, 94:5, 95:1, 95:17, 95:21, 95:22, 97:4, 98:20, 99:10, 100:1, 100:4, 100:24, 101:16, 102:2, 104:23

**thoroughly** [1] - 64:1
**those** [75] - 7:6, 7:12, 8:2, 10:7, 16:2, 16:12, 18:2, 19:25, 20:5, 21:13, 22:2, 25:20, 26:11, 26:15, 26:17, 30:1, 32:17, 32:22, 34:11, 36:5, 38:15, 40:14, 43:22, 44:6, 44:8, 53:18, 53:21, 53:22, 54:12, 54:13, 56:18, 57:1, 57:3, 57:23, 58:19, 58:20, 60:8, 61:16, 64:1, 67:8, 67:25, 68:6, 70:11, 71:10, 71:18, 72:24, 75:7, 75:9, 75:23, 79:11, 79:14, 79:17, 79:18, 80:17, 82:5, 82:6, 82:20, 82:24, 83:10, 89:19, 95:11, 97:24, 98:19, 98:21, 99:23, 100:21, 100:23, 101:3, 101:7, 102:8, 103:5, 104:19

**though** [6] - 7:19, 51:23, 53:19, 78:21, 88:8, 96:22
**thought** [3] - 86:9, 94:3, 96:24
**threat** [1] - 87:14
**three** [4] - 40:7, 42:17, 56:19, 87:5
**three-month** [1] - 40:7
**through** [20] - 3:18, 16:21, 33:8, 35:10, 55:18, 56:23, 58:25, 72:1, 72:22, 73:1, 75:18, 76:10, 76:15, 76:19,

76:21, 77:21, 91:1, 93:6, 97:23, 102:6

**time** [36] - 6:14, 6:20, 7:15, 8:14, 8:17, 11:25, 13:8, 18:21, 19:4, 19:13, 23:25, 24:17, 33:21, 37:8, 37:16, 47:10, 48:11, 60:9, 65:18, 66:8, 66:18, 67:8, 78:8, 82:13, 84:7, 84:20, 91:1, 91:9, 92:14, 92:15, 92:16, 93:22, 97:11, 99:7, 102:21, 102:24

**timeline** [6] - 8:3, 8:8, 14:2, 14:13, 90:11, 94:1
**times** [1] - 91:23
**timetable** [1] - 91:5
**timing** [2] - 6:2, 6:4
**to** [712] - 3:3, 3:5, 3:8, 3:19, 3:24, 4:9, 4:16, 4:17, 4:18, 4:23, 4:25, 5:2, 5:3, 5:18, 5:22, 5:23, 5:24, 6:6, 6:9, 6:12, 6:13, 6:15, 6:19, 6:23, 6:24, 7:9, 7:16, 8:1, 8:7, 8:9, 8:12, 8:14, 8:16, 8:18, 9:1, 9:3, 9:6, 9:13, 9:15, 9:16, 9:18, 9:20, 9:21, 10:2, 10:3, 10:5, 10:7, 10:8, 10:9, 10:10, 10:11, 10:13, 10:14, 10:15, 10:20, 10:24, 11:10, 11:14, 11:15, 11:16, 11:18, 11:19, 11:21, 11:22, 11:25, 12:3, 12:7, 12:8, 12:9, 12:12, 12:13, 12:15, 12:16, 12:17, 13:10, 13:13, 13:15, 13:16, 13:19, 13:20, 13:22, 14:6, 14:7, 14:8, 14:11, 14:14, 14:19, 14:25, 15:2, 15:23, 15:24, 16:3, 16:6, 16:13, 16:15, 16:16, 16:19, 16:21, 17:6, 17:9, 17:10, 17:14, 17:23, 17:24, 17:25, 18:1, 18:2, 18:13, 18:15, 18:16, 18:17, 18:20, 18:25, 19:16, 20:1, 20:5, 20:6, 20:7, 20:17, 20:24, 21:5, 21:10, 21:12, 21:15, 22:4, 22:14, 22:15, 22:22, 23:11, 23:17, 23:20, 24:1, 24:2, 24:3, 24:6, 24:12, 24:13, 24:24, 25:5, 25:7, 25:11, 25:15, 25:16, 25:17, 25:18, 25:22, 25:24, 25:25, 26:6, 26:10, 26:13, 26:20, 26:23, 26:24, 27:4, 27:8, 27:18, 27:25, 28:6, 28:14, 28:15, 28:20, 29:5, 29:12, 29:13, 29:16, 29:18, 29:21, 29:24, 30:1, 30:2, 30:3, 30:4, 30:5, 30:9, 30:13, 30:16, 30:17, 30:22, 31:5, 31:6, 31:12, 31:17, 31:20, 31:21,

31:23, 31:25, 32:2, 32:3, 32:5, 32:7, 32:10, 32:11, 32:15, 33:3, 33:12, 33:14, 33:17, 33:18, 33:20, 33:21, 33:22, 33:24, 33:25, 34:1, 34:2, 34:4, 34:5, 34:7, 34:9, 34:13, 34:15, 34:19, 35:8, 35:9, 35:13, 35:15, 35:16, 35:19, 35:20, 36:2, 36:6, 36:11, 36:12, 37:3, 38:8, 38:13, 38:17, 38:19, 38:22, 38:25, 39:9, 39:11, 39:12, 40:5, 40:7, 40:13, 40:19, 40:21, 40:25, 41:12, 41:23, 41:24, 42:1, 42:2, 42:4, 42:9, 42:13, 42:16, 43:7, 43:11, 43:12, 43:19, 43:20, 43:21, 43:22, 44:1, 44:6, 44:15, 44:16, 44:21, 45:2, 45:3, 45:6, 45:10, 45:15, 45:17, 46:1, 46:3, 46:11, 46:14, 46:15, 46:17, 46:21, 47:1, 47:3, 47:11, 47:16, 47:18, 48:2, 48:3, 48:4, 48:7, 48:8, 48:17, 49:7, 49:13, 49:14, 49:21, 49:22, 49:24, 50:7, 50:16, 50:19, 50:21, 51:11, 51:13, 52:2, 52:3, 52:8, 52:10, 52:16, 52:19, 52:23, 52:25, 53:3, 53:7, 53:9, 53:11, 53:15, 53:17, 53:24, 54:4, 54:8, 54:11, 54:12, 54:14, 54:16, 54:23, 55:1, 55:5, 55:6, 55:13, 55:14, 56:2, 56:3, 56:9, 56:17, 56:18, 57:4, 57:13, 57:15, 57:16, 57:17, 57:19, 57:21, 57:23, 57:24, 58:3, 58:5, 58:6, 58:13, 58:15, 58:16, 58:20, 58:21, 58:22, 58:25, 59:3, 59:7, 59:12, 59:14, 59:16, 59:22, 59:23, 60:2, 60:6, 60:8, 60:14, 60:16, 60:17, 60:22, 60:23, 61:2, 61:9, 61:10, 61:12, 62:1, 62:4, 62:13, 62:16, 62:20, 62:24, 63:2, 63:6, 63:7, 63:10, 63:13, 63:15, 63:18, 63:19, 63:20, 63:25, 64:1, 64:6, 64:8, 64:15, 64:22, 64:23, 64:24, 65:1, 65:5, 65:9, 65:11, 65:13, 65:16, 65:18, 65:22, 66:2, 66:5, 66:6, 66:7, 66:9, 66:13, 66:15, 66:23, 66:24, 67:2, 67:4, 67:8, 67:11, 67:15, 67:19, 68:2, 68:6, 68:8, 68:9, 68:13, 68:14, 68:17, 68:19, 68:20, 68:22, 68:25, 70:16, 70:24, 71:5, 71:7, 71:23, 72:4, 72:10, 72:11, 72:12,

72:13, 72:24, 72:25, 73:9, 73:10, 73:15, 73:22, 74:2, 74:21, 74:23, 75:5, 75:17, 75:21, 76:1, 76:13, 76:15, 76:18, 77:2, 77:4, 77:13, 77:21, 77:25, 78:3, 78:11, 78:14, 78:15, 78:19, 79:6, 79:13, 79:16, 79:17, 79:24, 80:10, 81:2, 81:4, 81:6, 81:9, 81:13, 81:17, 82:7, 82:8, 82:12, 82:13, 82:17, 82:21, 83:3, 83:4, 83:8, 83:11, 83:21, 84:3, 84:6, 84:7, 84:15, 84:16, 84:24, 85:1, 85:10, 85:15, 85:19, 85:21, 85:23, 86:1, 86:2, 86:4, 86:8, 86:10, 86:12, 86:15, 86:16, 86:17, 86:24, 87:4, 87:5, 87:6, 87:10, 87:16, 87:17, 87:18, 87:21, 88:2, 88:8, 88:9, 88:11, 88:14, 88:19, 88:21, 89:5, 89:10, 89:11, 89:14, 89:15, 89:19, 89:24, 90:3, 90:4, 90:6, 90:8, 90:10, 90:11, 90:14, 90:17, 90:18, 90:22, 90:25, 91:1, 91:4, 91:7, 91:11, 91:14, 91:16, 91:18, 91:20, 91:22, 91:25, 93:2, 93:6, 93:8, 93:17, 93:25, 94:16, 94:17, 94:18, 94:24, 94:25, 95:1, 95:9, 95:10, 95:12, 95:16, 95:18, 95:21, 95:22, 95:24, 96:1, 96:2, 96:10, 96:13, 96:16, 97:22, 97:23, 97:24, 98:2, 98:3, 98:4, 98:9, 98:10, 98:11, 98:12, 98:13, 98:14, 98:15, 98:19, 98:24, 99:2, 99:5, 99:7, 99:8, 99:11, 99:15, 99:18, 99:24, 100:10, 100:21, 100:23, 100:24, 100:25, 101:1, 101:2, 101:4, 101:10, 101:11, 101:23, 102:2, 102:10, 102:11, 102:14, 102:19, 102:21, 102:23, 102:24, 103:5, 103:11, 103:15, 103:19, 103:22, 103:25, 104:2, 104:4, 104:9, 104:20, 104:23, 105:12

**today** [9] - 5:12, 66:15, 78:9, 92:15, 92:19, 92:25, 97:20, 99:24, 104:24

**together** [1] - 8:4

**told** [1] - 78:6

**tongue** [1] - 94:14

**too** [7] - 7:23, 43:4, 49:9, 62:9, 62:11, 90:25, 91:4

**took** [5] - 9:10, 22:16, 38:21, 76:17, 82:9

**topic** [9] - 36:7, 36:13, 36:20, 37:1, 41:5, 48:16, 48:21, 57:15, 66:19

**Topic** [1] - 39:3

**topics** [5] - 33:1, 34:5, 34:6, 35:10, 58:6

**Topics** [2] - 34:5, 35:10

**totally** [2] - 43:15, 46:25

**toward** [2] - 83:20, 94:17

**towards** [2] - 83:20, 93:4

**TRANSCRIPT** [1] - 1:18

**transcript** [2] - 1:25, 105:12

**transmission** [1] - 67:14

**treated** [1] - 89:19

**treatment** [4] - 88:3, 88:4, 89:18

**trial** [13] - 8:19, 17:22, 17:23, 25:1, 84:19, 89:14, 90:15, 93:4, 93:17, 93:23, 95:16, 96:16, 97:4

**tried** [3] - 3:19, 19:16, 86:8

**trouble** [1] - 69:4

**true** [5] - 3:16, 18:24, 45:15, 105:12

**truthfully** [1] - 49:4

**try** [3] - 17:6, 24:16, 94:17

**trying** [9] - 9:13, 24:24, 62:4, 65:9, 77:20, 77:25, 78:3, 86:9, 91:22

**Tuesday** [3] - 20:6, 26:5, 28:3

**turn** [5] - 21:10, 29:21, 34:13, 76:13, 84:12

**turned** [1] - 27:18

**turns** [1] - 43:2

**two** [35] - 7:3, 7:4, 10:23, 15:5, 19:8, 19:25, 21:20, 22:25, 25:21, 26:15, 27:18, 36:1, 37:2, 37:13, 38:20, 40:15, 42:17, 54:12, 54:13, 66:9, 66:11, 66:12, 66:15, 67:2, 78:11, 87:9, 87:15, 92:18, 93:22, 93:24, 97:12, 97:21, 102:20

**two-sentence** [1] - 15:5

# U

**uh** [2] - 46:22, 101:18

**uh-huh** [2] - 46:22, 101:18

**ultimately** [1] - 79:25

**un** [1] - 90:7

**un-murk** [1] - 90:7

**unable** [1] - 95:21

**unclear** [2] - 6:17, 44:11

**under** [1] - 74:7

**understand** [27] - 6:25, 14:15, 22:15, 23:6, 25:24, 27:2, 27:8, 41:10, 41:22, 48:25, 49:11, 55:11, 74:8,

83:24, 84:5, 88:12, 89:17, 89:21, 89:23, 90:11, 95:20, 95:23, 97:9, 97:20, 99:3, 103:9

**understandable** [2] - 13:14

**understanding** [11] - 4:7, 29:15, 35:19, 35:25, 55:16, 57:8, 77:6, 86:12, 87:1, 87:8, 105:13

**understood** [5] - 27:5, 27:7, 54:14, 89:7, 100:9

**unfair** [2] - 78:12, 78:14

**unimportant** [1] - 15:20

**unit** [1] - 87:11

**United** [2] - 2:15, 105:11

**UNITED** [2] - 1:1, 1:19

**unless** [1] - 102:2

**unnecessary** [1] - 59:1

**unredacted** [3] - 15:6, 15:18, 104:8

**unrelated** [1] - 47:12

**unseal** [1] - 20:5

**until** [3] - 10:11, 102:3, 102:4

**up** [20] - 7:18, 12:4, 13:18, 20:19, 20:24, 26:20, 28:22, 30:1, 30:3, 33:1, 33:5, 35:12, 36:14, 46:11, 46:16, 65:22, 67:3, 82:13, 97:20, 100:4

**upon** [1] - 58:21

**us** [11] - 9:14, 9:20, 48:2, 57:13, 58:3, 66:11, 94:17, 96:1, 97:8, 98:13, 102:5

**using** [1] - 22:10

# V

**vague** [1] - 44:20

**vagueness** [1] - 75:17

**valid** [4] - 43:16, 52:11, 54:4, 57:18

**Valley** [1] - 37:15

**various** [3] - 29:23, 34:19, 91:24

**vast** [1] - 59:2

**Venn** [1] - 26:23

**verify** [1] - 25:7

**very** [18] - 4:10, 4:12, 5:1, 6:8, 8:2, 13:15, 34:20, 37:8, 48:20, 52:7, 60:6, 72:6, 78:8, 89:20, 92:23, 97:12, 104:13, 104:15

**via** [2] - 1:25, 70:6

**view** [2] - 83:2, 98:22

**vigorous** [1] - 18:4

**vigorously** [1] - 23:8

**violated** [1] - 44:21

**violates** [1] - 41:11

**violating** [1] - 41:11

**violation** [5] - 31:12, 31:13,

51:24, 51:25, 98:23

**violations** [2] - 46:5, 51:23

**violence** [1] - 45:11

**viral** [1] - 38:11

**VS** [2] - 1:6, 1:13

# W

**wait** [9] - 6:13, 11:1, 28:9, 73:12, 73:13, 91:18, 92:10

**waiting** [4] - 10:2, 13:9, 91:2, 98:15

**waive** [3] - 85:21, 101:1, 103:25

**waived** [8] - 13:3, 18:3, 18:22, 19:1, 21:17, 21:22, 90:3, 98:22

**waiver** [16] - 5:14, 17:18, 17:21, 18:7, 19:3, 19:12, 19:13, 20:11, 23:18, 26:16, 26:24, 27:2, 81:25, 86:14, 89:25

**waiving** [1] - 41:21

**wall** [1] - 8:15

**want** [39] - 5:3, 6:6, 8:7, 8:9, 10:23, 11:10, 12:8, 12:15, 21:10, 26:13, 34:2, 34:13, 34:19, 38:17, 38:22, 46:7, 48:3, 49:8, 50:13, 52:23, 53:24, 61:12, 63:2, 64:22, 64:24, 75:17, 86:4, 90:25, 91:18, 93:17, 94:17, 95:12, 97:23, 99:24, 102:2, 103:21, 103:24, 103:25

**wanted** [3] - 3:24, 4:18, 104:23

**wanting** [1] - 29:16

**warning** [1] - 87:18

**was** [121] - 3:10, 4:15, 5:14, 6:18, 6:23, 6:24, 8:5, 8:17, 8:20, 10:2, 10:21, 11:1, 13:3, 13:24, 14:2, 14:23, 15:23, 15:25, 17:4, 17:17, 17:25, 18:16, 19:2, 20:10, 20:23, 22:2, 22:10, 23:8, 23:17, 23:25, 24:21, 25:19, 25:23, 26:16, 27:8, 27:19, 27:20, 28:19, 29:16, 29:17, 29:20, 34:20, 34:22, 34:23, 34:25, 35:2, 35:7, 37:9, 37:12, 37:18, 41:8, 42:21, 43:3, 43:4, 46:12, 46:23, 47:16, 47:21, 48:1, 48:11, 48:18, 48:19, 48:21, 48:22, 49:3, 51:5, 51:17, 52:22, 53:7, 55:9, 57:6, 57:11, 58:17, 61:3, 61:6, 62:4, 62:22, 65:16, 65:21, 67:24, 69:1, 69:2, 69:3, 69:9, 69:20, 69:21, 69:22, 70:22, 71:3,

71:4, 71:5, 73:8, 73:16, 76:12, 77:5, 77:15, 77:17, 78:2, 81:16, 82:4, 84:24, 85:5, 85:20, 87:4, 87:12, 87:20, 88:4, 88:24, 90:3, 95:15, 96:24, 101:10, 103:2

**wasn't** [2] - 8:17, 38:2

**wave** [1] - 91:1

**way** [10] - 10:9, 14:9, 26:5, 46:11, 49:25, 52:11, 57:17, 78:11, 86:18, 95:10

**ways** [1] - 98:3

**we** [159] - 3:2, 3:5, 3:21, 5:5, 5:6, 5:23, 6:6, 6:7, 6:8, 6:13, 6:15, 7:21, 8:3, 8:4, 8:7, 9:19, 10:2, 10:20, 10:25, 11:12, 11:21, 12:1, 12:2, 12:4, 12:11, 12:12, 14:5, 16:2, 16:20, 16:24, 17:17, 18:25, 19:12, 19:18, 19:24, 20:13, 22:4, 22:14, 22:19, 24:12, 24:16, 24:23, 25:5, 25:6, 25:7, 26:18, 27:1, 27:2, 27:25, 30:1, 31:19, 31:20, 33:16, 33:17, 36:3, 37:5, 38:14, 38:19, 38:22, 39:11, 43:6, 43:9, 43:18, 47:5, 47:7, 47:8, 47:18, 47:22, 48:3, 49:17, 50:1, 51:1, 52:1, 52:18, 52:23, 53:19, 53:20, 53:22, 53:25, 54:1, 54:2, 54:4, 56:1, 57:1, 57:2, 57:8, 59:13, 59:17, 62:22, 63:6, 64:22, 65:12, 65:15, 65:17, 65:20, 66:17, 67:7, 67:22, 70:10, 71:1, 71:2, 74:19, 75:18, 76:13, 76:18, 76:20, 77:16, 80:16, 82:11, 83:1, 83:2, 86:4, 86:8, 86:12, 86:18, 86:20, 86:22, 88:7, 89:25, 90:9, 90:14, 90:17, 90:24, 92:5, 92:15, 93:9, 93:21, 93:23, 93:24, 94:8, 94:9, 94:18, 95:4, 96:2, 97:20, 98:1, 98:23, 99:12, 99:24, 100:4, 100:6, 100:9, 100:24, 101:1, 102:22, 102:23, 102:25, 104:2

**we'll** [4] - 92:24, 94:10, 94:12, 94:15

**We're** [1] - 65:21

**we're** [37] - 5:11, 9:1, 13:8, 14:6, 16:3, 24:13, 29:3, 30:9, 32:23, 37:21, 37:24, 42:13, 47:15, 48:2, 49:10, 52:7, 52:25, 54:17, 60:4, 62:2, 62:3, 62:11, 63:20, 65:25, 68:23, 69:13, 71:25, 76:8, 76:9, 76:10, 84:25, 89:24, 93:2, 93:22, 102:3, 104:17

**we've** [27] - 9:19, 12:12, 13:7, 33:1, 46:13, 55:13, 60:7, 60:8, 62:19, 73:24, 76:20, 77:5, 79:12, 79:14, 82:12, 82:13, 82:15, 82:20, 83:6, 84:7, 89:14, 91:24, 93:20, 97:12, 100:1, 100:8, 100:13

**week** [4] - 4:1, 38:20, 63:2, 93:22

**weekend** [1] - 105:6

**weeks** [8] - 38:20, 66:9, 66:11, 66:12, 66:15, 67:2, 93:22, 102:20

**weigh** [1] - 4:18

**well** [38] - 7:14, 10:6, 10:23, 12:1, 19:18, 21:20, 21:21, 21:24, 25:9, 29:2, 30:2, 30:4, 36:14, 39:17, 42:6, 42:8, 42:14, 49:22, 52:1, 52:5, 57:5, 69:11, 69:14, 69:17, 69:20, 69:24, 72:7, 75:3, 78:2, 79:7, 87:15, 93:17, 95:9, 96:10, 98:1, 98:25, 100:11, 100:22

**Well** [1] - 49:16

**went** [1] - 67:7

**were** [73] - 5:22, 7:3, 7:4, 8:4, 10:2, 13:3, 14:1, 14:24, 15:21, 16:10, 16:16, 16:17, 17:9, 20:4, 20:16, 20:20, 20:25, 21:7, 21:8, 21:9, 21:13, 22:25, 23:3, 23:4, 23:7, 23:22, 23:24, 24:13, 25:19, 25:21, 25:25, 26:15, 26:17, 27:3, 27:6, 27:18, 32:6, 41:9, 43:4, 46:20, 50:22, 54:23, 59:6, 62:8, 62:9, 62:22, 67:22, 67:24, 69:4, 69:5, 70:6, 70:24, 71:1, 71:2, 71:9, 75:6, 83:2, 86:9, 87:18, 89:12, 98:2, 98:6, 98:8, 98:21, 99:12, 101:17, 103:1, 105:8

**weren't** [3] - 21:13, 70:20, 73:16

**what** [120] - 3:24, 4:5, 5:3, 5:16, 6:1, 6:3, 6:4, 6:13, 6:14, 6:16, 7:16, 7:17, 7:19, 7:20, 7:23, 8:5, 8:22, 8:25, 9:5, 9:23, 10:2, 13:16, 15:25, 17:2, 17:14, 20:2, 20:4, 20:10, 21:4, 22:21, 24:12, 24:24, 25:6, 25:8, 25:24, 26:17, 27:3, 27:6, 27:22, 28:3, 29:17, 31:13, 31:19, 32:2, 33:16, 34:4, 34:14, 36:25, 37:12, 38:12, 39:3, 39:5, 40:4, 40:5, 40:12, 42:13, 47:7, 47:8, 48:3, 48:7,

49:10, 49:12, 49:19, 50:12, 51:2, 51:9, 56:7, 56:13, 56:14, 56:20, 57:12, 59:4, 59:6, 59:7, 59:14, 60:5, 61:22, 61:25, 63:7, 67:4, 67:16, 68:10, 70:22, 73:8, 73:10, 74:23, 78:5, 78:12, 80:22, 81:6, 82:3, 82:17, 83:2, 85:20, 86:18, 88:7, 88:8, 88:9, 89:15, 90:3, 90:24, 92:14, 92:15, 93:5, 96:2, 96:3, 97:3, 98:13, 98:14, 99:23, 101:10, 102:10, 102:21, 103:2, 103:11, 103:15, 103:19

**what's** [16] - 6:22, 21:24, 25:7, 33:6, 55:7, 55:12, 72:9, 72:17, 77:9, 77:11, 77:18, 78:18, 82:25, 86:13

**whatever** [5] - 9:2, 10:9, 46:24, 48:21, 49:7

**whatsoever** [1] - 52:21

**when** [24] - 7:24, 8:4, 8:16, 11:1, 11:5, 14:1, 18:22, 19:4, 24:17, 29:15, 30:22, 33:5, 42:23, 42:25, 45:19, 49:2, 65:20, 83:1, 86:18, 88:20, 92:3, 95:4, 98:19, 98:25

**where** [17] - 4:12, 22:2, 34:12, 53:21, 55:21, 55:22, 65:15, 67:18, 76:20, 77:4, 82:11, 87:11, 87:12, 91:11, 93:3, 93:14, 102:7

**whereas** [1] - 29:18

**whether** [42] - 4:9, 6:5, 6:15, 6:23, 6:24, 7:12, 9:9, 9:10, 10:4, 12:13, 13:16, 24:25, 25:17, 27:2, 36:23, 44:7, 49:2, 49:4, 49:5, 50:14, 52:9, 52:10, 53:15, 53:16, 54:7, 58:15, 63:19, 69:4, 75:19, 85:19, 86:1, 88:4, 88:24, 90:2, 94:25, 95:15, 99:2, 99:4, 102:12, 102:21, 104:9

**which** [52] - 3:23, 4:5, 11:20, 13:23, 14:5, 16:10, 19:6, 19:12, 22:8, 22:15, 22:16, 26:14, 28:3, 29:12, 30:3, 30:15, 31:13, 32:9, 32:10, 36:2, 36:3, 38:10, 39:3, 41:5, 47:21, 51:11, 51:16, 51:18, 51:20, 52:24, 55:2, 56:4, 56:11, 57:6, 57:14, 59:23, 62:17, 62:18, 71:21, 72:9, 73:24, 75:4, 75:13, 75:14, 75:21, 77:1, 81:17, 81:20, 82:4, 84:10, 87:11, 97:4

**while** [3] - 18:11, 28:22,

103:9

**white** [2] - 70:19, 74:19

**who** [23] - 7:3, 7:4, 7:6, 16:17, 22:25, 23:1, 23:2, 23:5, 23:13, 23:16, 25:21, 25:22, 29:9, 38:9, 38:21, 67:20, 72:5, 81:8, 81:11, 85:5, 86:22, 86:24, 87:11

**who's** [1] - 21:21

**whole** [1] - 23:24

**whom** [2] - 20:17, 32:2

**whose** [3] - 20:16, 21:7, 21:12

**why** [19] - 5:11, 7:1, 9:16, 14:8, 29:3, 42:16, 46:3, 49:3, 49:12, 62:1, 69:3, 69:9, 69:15, 69:18, 71:19, 75:9, 80:13, 103:21, 104:1

**wielded** [1] - 103:8

**will** [40] - 6:16, 13:23, 16:10, 17:3, 17:6, 28:1, 40:23, 44:7, 44:8, 44:17, 45:17, 49:9, 53:12, 53:15, 53:16, 53:17, 61:17, 64:1, 65:25, 76:14, 85:4, 87:17, 88:3, 90:9, 91:25, 92:4, 93:19, 94:4, 94:5, 95:11, 95:22, 96:20, 96:21, 100:9, 102:6, 102:16, 104:8, 104:14

**willing** [2] - 50:19, 95:1

**Wilshire** [1] - 1:22

**wishes** [1] - 98:13

**with** [78] - 3:23, 4:8, 4:23, 6:11, 8:8, 10:3, 12:2, 12:3, 17:1, 18:10, 20:16, 21:1, 21:19, 22:2, 22:17, 22:22, 22:25, 25:21, 26:15, 27:20, 30:9, 30:17, 32:7, 33:16, 34:10, 35:9, 35:16, 38:9, 39:14, 41:24, 42:9, 42:13, 44:1, 47:16, 50:23, 51:10, 52:19, 53:3, 53:13, 59:23, 63:3, 63:5, 64:25, 65:9, 66:16, 66:24, 67:3, 69:2, 69:5, 78:10, 78:13, 80:25, 86:24, 89:13, 89:20, 91:23, 93:14, 93:15, 93:17, 94:24, 98:10, 98:11, 99:4, 99:5, 99:10, 100:17, 100:18, 100:24, 102:12, 102:22, 103:7, 103:11, 103:12, 103:15, 103:22, 104:2, 104:22

**withdraw** [2] - 18:15, 74:10

**withdrew** [1] - 18:20

**withheld** [5] - 30:15, 34:8, 66:23, 73:10, 82:25

**withhold** [2] - 54:4, 57:23

**withholding** [4] - 52:7, 54:11, 69:19, 71:23

**withholding..** [1] - 71:25
**within** [13] - 16:18, 30:19, 31:16, 40:12, 44:8, 53:18, 55:3, 55:5, 78:7, 89:20, 94:7, 102:20
**without** [8] - 4:23, 41:11, 45:8, 48:11, 75:25, 86:2, 96:5, 101:12
**won't** [1] - 6:15
**word** [1] - 80:19
**words** [1] - 81:2
**work** [19] - 14:1, 14:17, 34:12, 36:3, 37:16, 57:22, 58:6, 58:9, 58:10, 58:16, 76:4, 79:8, 81:23, 92:9, 98:7, 100:18, 102:9, 103:15, 103:22
**workable** [1] - 91:25
**worked** [3] - 37:13, 37:14, 37:15
**worker** [1] - 85:4
**working** [3] - 7:25, 37:9, 94:24
**works** [7] - 37:21, 91:9, 92:10, 92:11, 92:12, 92:13, 104:6
**worried** [3] - 49:1, 49:8, 96:6
**worrying** [1] - 26:18
**worst** [1] - 28:2
**would** [91] - 4:20, 4:21, 4:25, 5:1, 5:3, 6:5, 6:7, 7:1, 9:7, 11:20, 11:21, 11:22, 12:12, 14:7, 15:11, 15:17, 16:5, 16:21, 19:6, 21:12, 25:5, 25:7, 26:8, 26:9, 26:13, 30:9, 32:10, 34:2, 36:25, 39:12, 43:5, 43:8, 43:10, 43:23, 45:25, 46:8, 47:9, 49:12, 49:24, 50:10, 52:2, 53:9, 54:7, 54:12, 58:22, 60:23, 60:25, 63:18, 65:13, 67:19, 68:5, 72:4, 72:15, 74:9, 75:10, 77:7, 77:20, 78:1, 78:5, 78:6, 79:23, 84:11, 86:2, 86:4, 86:11, 86:24, 89:15, 89:24, 90:17, 92:9, 92:19, 93:14, 94:3, 94:19, 95:9, 95:16, 96:7, 97:24, 98:24, 99:25, 100:4, 102:5, 102:10, 102:15, 102:20, 102:22, 102:24, 104:1, 104:13
**wouldn't** [6] - 21:5, 21:17, 69:7, 74:8, 75:9, 85:23
**wrapping** [1] - 97:20
**write** [1] - 8:15
**writing** [3] - 25:17, 40:8, 40:16
**written** [2] - 37:2, 50:15

**wrongdoing** [4] - 42:24, 43:13, 43:15, 46:4
**wrongful** [1] - 8:1
**wrote** [1] - 83:1

## Y

**Yahoo** [11] - 35:18, 36:3, 38:8, 38:25, 39:1, 39:2, 39:5, 39:8, 39:9, 39:17, 40:6
**yeah** [49] - 3:9, 4:4, 4:20, 14:4, 15:2, 15:4, 15:8, 15:11, 15:12, 15:17, 22:19, 24:16, 24:23, 25:3, 25:4, 25:5, 26:1, 29:14, 32:14, 33:16, 40:9, 40:10, 41:4, 50:16, 51:7, 54:25, 56:23, 58:9, 62:22, 63:4, 64:22, 65:7, 68:25, 72:3, 72:4, 72:11, 72:14, 72:19, 72:23, 72:24, 78:25, 83:6, 89:9, 90:19, 90:23, 91:3, 93:9, 96:18, 97:1
**year** [3] - 18:11, 27:21, 28:19
**years** [5] - 11:13, 11:20, 18:22, 89:15
**yes** [84] - 4:20, 5:23, 7:21, 9:24, 12:5, 12:19, 12:20, 12:22, 14:20, 15:3, 15:13, 23:22, 24:9, 24:16, 24:23, 26:13, 27:7, 28:17, 33:10, 39:13, 39:16, 40:1, 40:20, 41:1, 41:2, 41:3, 41:4, 41:10, 44:19, 45:20, 45:24, 51:15, 52:5, 54:25, 55:21, 57:2, 61:14, 62:2, 63:9, 63:11, 65:3, 66:11, 70:2, 70:4, 70:8, 70:13, 70:15, 70:17, 71:11, 73:6, 74:17, 74:19, 74:25, 75:2, 76:24, 79:1, 79:8, 79:10, 82:6, 82:20, 84:17, 88:15, 90:8, 90:9, 90:16, 91:16, 92:10, 92:17, 92:22, 93:9, 93:19, 94:8, 95:2, 95:6, 95:7, 98:5, 98:18, 99:14, 100:19, 101:6, 101:9, 103:24
**yesterday** [3] - 34:23, 34:25, 35:3
**yet** [3] - 36:11, 45:1, 94:9
**you** [176] - 3:17, 4:18, 5:6, 5:17, 5:22, 6:3, 6:17, 7:24, 9:7, 9:18, 9:21, 10:8, 10:9, 10:13, 10:14, 11:2, 11:10, 12:16, 13:1, 14:19, 16:21, 16:22, 17:5, 18:22, 19:6, 20:21, 23:21, 24:11, 24:15, 24:23, 24:24, 25:5, 26:10, 30:22, 33:14, 33:21, 34:18, 34:19, 35:22, 36:15, 36:16, 36:17, 36:24, 37:3, 39:4,

39:24, 40:11, 40:15, 40:16, 41:10, 41:19, 43:14, 45:1, 45:9, 46:5, 46:9, 47:3, 47:4, 47:6, 48:3, 48:5, 48:8, 48:9, 49:4, 49:8, 49:15, 49:22, 50:13, 50:20, 51:6, 51:8, 56:2, 59:25, 60:21, 60:22, 61:1, 62:8, 62:9, 62:15, 63:1, 63:2, 63:3, 63:13, 64:12, 66:4, 66:6, 66:9, 66:14, 66:15, 67:18, 67:21, 67:23, 68:5, 68:8, 68:17, 68:20, 69:20, 70:9, 70:14, 70:18, 70:21, 70:24, 71:8, 71:10, 71:18, 72:17, 72:25, 73:4, 73:16, 73:20, 74:7, 74:12, 74:15, 78:10, 78:22, 79:11, 82:7, 82:21, 82:22, 83:8, 83:19, 84:16, 85:16, 86:9, 87:13, 87:17, 88:2, 88:3, 88:12, 88:13, 89:4, 90:7, 90:22, 90:25, 91:12, 92:3, 92:8, 92:18, 93:3, 94:16, 94:17, 94:24, 96:10, 97:11, 97:12, 97:15, 97:16, 97:17, 97:23, 97:24, 98:10, 98:14, 98:15, 99:1, 99:2, 99:15, 99:24, 101:4, 101:19, 102:2, 102:16, 103:10, 103:15, 103:22, 104:1, 104:2, 104:4, 104:6, 105:1, 105:5
**You** [1] - 11:6
**you'd** [2] - 11:23, 74:15
**you'll** [1] - 36:11
**you're** [12] - 5:16, 9:23, 11:2, 15:1, 28:22, 38:12, 69:19, 74:21, 84:5, 91:2, 93:6, 93:10
**you've** [6] - 31:4, 44:25, 74:18, 77:22, 83:10, 96:1
**Your** [135] - 3:11, 4:20, 5:21, 6:10, 8:9, 8:25, 10:17, 11:4, 12:5, 12:19, 12:20, 12:22, 13:1, 14:4, 16:5, 16:24, 16:25, 17:8, 18:6, 18:23, 19:8, 20:19, 20:22, 20:24, 22:13, 22:20, 23:23, 24:9, 25:10, 26:4, 26:7, 26:14, 26:22, 28:2, 28:9, 28:20, 28:24, 30:4, 30:12, 31:1, 32:19, 33:23, 33:25, 34:13, 35:4, 36:8, 36:13, 36:16, 37:14, 37:19, 37:20, 38:15, 39:21, 41:1, 41:2, 41:14, 41:19, 42:6, 42:19, 43:8, 43:10, 43:23, 44:4, 44:7, 44:19, 44:23, 45:2, 45:15, 45:20, 46:18, 47:6, 47:25, 48:1, 48:16, 48:18, 49:21, 49:24, 50:24, 51:15,

52:13, 53:12, 53:19, 54:16, 55:10, 58:1, 58:3, 58:11, 59:9, 60:11, 62:5, 62:10, 65:3, 66:20, 68:12, 71:19, 73:14, 74:11, 75:16, 76:5, 76:16, 77:5, 78:2, 81:9, 84:10, 84:17, 84:22, 87:23, 89:12, 89:21, 89:23, 90:15, 91:6, 91:10, 92:2, 92:11, 92:17, 95:8, 96:11, 97:3, 97:11, 97:15, 97:16, 97:18, 98:9, 99:4, 99:10, 99:25, 100:9, 100:23, 101:9, 102:5, 102:15, 102:25, 104:11, 105:5
**your** [24] - 28:4, 39:5, 39:14, 55:11, 56:24, 60:22, 61:21, 64:9, 72:5, 77:13, 78:20, 82:4, 82:5, 83:13, 87:16, 87:18, 89:8, 89:10, 91:23, 93:5, 97:11, 101:5, 103:12, 103:25

## Z

**ZOOM** [1] - 1:18