**TRANSCRIPT ORDER**

| FOR COURT USE ONLY |
| --- |
| DUE DATE: |

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME Erin Darling | 2. EMAIL Erin@ErinDarlingLaw.com | 3. PHONE NUMBER 323-736-2230 | 4. DATE 2/19/2026 |
| --- | --- | --- | --- |

| 5. MAILING ADDRESS 3435 Wilshire Blvd., Ste. 2910 | 6. CITY Los Angeles | 7. STATE CA | 8. ZIP CODE 90010 |
| --- | --- | --- | --- |

| 9. CASE NUMBER 1:20-cv-00323 | 10. JUDGE Lee Rosenthal | DATES OF PROCEEDINGS | |
| --- | --- | --- | --- |
| | | 11. FROM 8/15/25 & 9/12/25 | 12. TO 8/15/25 & 9/12/25 |

| 13. CASE NAME Dora Solares v. Ralph Diaz, et al. | LOCATION OF PROCEEDINGS | |
| --- | --- | --- |
| | 14. CITY remote | 15. STATE |

**16. ORDER FOR**

| [ ] APPEAL No. | [ ] CRIMINAL | [ ] CRIMINAL JUSTICE ACT | [ ] BANKRUPTCY |
| --- | --- | --- | --- |
| [ ] NON-APPEAL | [✔] CIVIL | [ ] IN FORMA PAUPERIS | [ ] OTHER (Specify) |

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
| --- | --- | --- | --- | --- | --- |
| [ ] ENTIRE TRIAL | | | [✔] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | | 8/15/2025 | ECRO |
| [ ] OPENING STATEMENTS | | | Zoom Discovery Hearing | 9/12/2025 | ECRO |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |
| | | | | | |
| | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
| --- | --- | --- | --- | --- | --- |
| 30-Day | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| 7-Day | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [✔] | NO. OF COPIES | | |
| Next Day | [ ] | [ ] | NO. OF COPIES | | |
| 2-HOUR | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).
/s/ Erin Darling

| ESTIMATE TOTAL |
| --- |

| 19. SIGNATURE /s/ Erin Darling | PROCESSED BY |
| --- | --- |
| 20. DATE 2/19/2026 | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
| --- | --- |

| | DATE | BY | |
| --- | --- | --- | --- |
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |