ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
DAVID E. KUCHINSKY, State Bar No. 292861
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7666
  Fax:  (916) 324-5205
  E-mail:  David.Kuchinsky@doj.ca.gov
*Attorneys for Defendants Burnes, Pena, Gamboa,
Garcia, Gallemore, Maytubby, and Munoz*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DORA SOLARES,**<br><br>                                     Plaintiff,<br><br>        v.<br><br>**RALPH DIAZ, et al.,**<br><br>                                     Defendants. | 1:20-CV-00323-LHR<br><br>**JOINT STIPULATION AND REQUEST TO EXTEND DEADLINE TO TAKE THE DEPOSITION OF JAIME OSUNA TO MARCH 16, 2026; [PROPOSED] ORDER** |

On February 13, 2026, the Court issued an order denying third-party inmate Osuna's motions to quash and motions for a protective order prohibiting his deposition and ordering that he appear for his duly noticed deposition. (ECF No. 233.)  The order required the deposition to take place by March 13, 2026.  (*Id.*)

The parties originally scheduled the deposition to take place on March 4, 2026.  However, due to scheduling and security clearance issues, the deposition could not go forward on March 4, 2026, and it was rescheduled at the agreement of the parties, to March 16, 2026, which is the first mutually available date that California State Prison, Corcoran, could accommodate.

1

The parties have exercised due diligence in securing a date and time for Osuna's deposition. However, multiple parties and the prison have had to coordinate dates and the first available date for deposition is March 16, 2026. Accordingly, the parties jointly stipulate and request that the deadline to take Osuna's deposition be extended three days to March 16, 2026.

Respectfully submitted,

Dated:  March 4, 2026

 /s/ **Erin Darling**
Erin Darling
*Attorney for Plaintiff*

Dated:  March 4, 2026

 /s/ **Lynne Stocker**
Lynne Stocker
*Attorney for Defendant Silva*

Dated:  March 4, 2026

 /s/ **David Kuchinsky**
David Kuchinsky
*Attorney for Defendants*
*Burnes, Pena, Gamboa, Garcia,*
*Gallemore, Maytubby, and Munoz*

2

# [PROPOSED] ORDER

The Court has reviewed the parties' stipulation to extend the time to take inmate Osuna's deposition to March 16, 2026 and finds that good cause exists to modify its February 13, 2026, order. The parties shall take the deposition of inmate Osuna no later than March 16, 2026

**IT IS SO ORDERED**

Dated: _____

_____

Hon. Lee H. Rosenthal
Senior United States District Court Judge

SA2019101902
95695210.docx

## DECLARATION OF SERVICE BY E-MAIL and U.S. MAIL

Case Name:    **Dora Solares v. Ralph Diaz, et al.**
Case No.:      **1:20-CV-00323-LHR-FRS**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  My business address is: 2550 Mariposa Mall, Room 5090, Fresno, CA  93721-2271.  My electronic service address is Josefina.Vinton@doj.ca.gov.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On <u>March 4, 2026,</u> I served the attached **JOINT STIPULATION AND REQUEST TO EXTEND DEADLINE TO TAKE THE DEPOSITION OF JAIME OSUNA TO MARCH 16, 2026; PROPOSED ORDER** by transmitting a true copy via electronic mail.  In addition, I placed a true copy thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, addressed as follows:


Erin R. Darling, Esq.
Law Offices of Erin Darling
3435 Wilshire Boulevard, Suite 2910
Los Angeles, CA 90010
**E-mail Address**:
Erin@erindarlinglaw.com
*Counsel for Plaintiff*
*(Served via U.S. Mail;*
*Served via E-Mail)*

Lynn G. Stocker, Esq.
Andrade & Associates
1939 Harrison Street, Suite 612
Oakland, CA 94612
**E-mail Address**:
lstocker@andradelaw.com
*Counsel for Defendant*
*(Served via U.S. Mail;*
*Served via E-Mail)*

Jaime Osuna
CDCR #BD0868
California State Prison – Corcoran
P.O. Box 8800
Corcoran, CA 93212-8309
*(Served via U.S. Mail)*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on March 4, 2026, at Fresno, California.

| J. Vinton | */s/ J. Vinton* |
|---|---|
| Declarant via E-Filing | Signature |

| J. Carlton | */s/ J. Carlton* |
|---|---|
| Declarant via U.S. Mail | Signature |

SA2019101902
95695212.docx