ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
  1300 I Street, Suite 125
  Sacramento, CA 95814
  Telephone:  (916) 210-6008
  Fax:  (916) 324-5205
  E-mail:  Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants*
*Burnes, Gallemore, Gamboa, Garcia. Loza,*
*Maytubby, Munoz, and Pena*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DORA SOLARES,** | 1:20-CV-00323-LHR-FRS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DEADLINES** |
| **v.** | |
| **RALPH DIAZ, et al.,** | Judge:    The Honorable Lee H. Rosenthal |
| Defendants. | |

1

The Court set a deadline for Plaintiff's expert disclosures in this matter for February 27, 2026.  Plaintiff identified two retained experts on that date but did not disclose one expert's report until March 2, 2026.  The parties therefore stipulate and agree that the deadline for Defendants to provide expert disclosures should be continued from March 27, 2026 to April 3, 2026, and the expert discovery cutoff should be continued from April 24, 2026 to May 1, 2026.  The remaining future deadlines from the Amended Scheduling and Docket Control Order (ECF No. 214) remain in full force and effect.

Dated:  March 6, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

*/s/Jeremy Duggan*
JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendants*
*Burnes, Gallemore, Gamboa, Garcia. Loza,*
*Maytubby, Munoz, and Pena*

Dated:  March 6, 2026

Law Offices of Erin Darling

*/s/Erin Darling* **(as authorized 3/6/26)**
ERIN DARLING
*Attorney for Plaintiff*
*Dora Solares*

Dated:  March 6, 2026

ANDRADA & ASSOCIATES

*/s/Lynne Stocker* **(as authorized 3/4/26)**
LYNNE G. STOCKER
*Attorneys for Defendant*
*Silva*

IT IS SO ORDERED.


Dated: _____        _____
                                    LEE H. ROSENTHAL
                                    UNITED STATES DISTRICT JUDGE

3

# CERTIFICATE OF SERVICE

Case Name: **Dora Solares v. Ralph Diaz, et al.**    No.    **1:20-CV-00323-LHR-FRS**

I hereby certify that on <u>March 6, 2026</u> I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

> ➤ **STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DEADLINES**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 6, 2026</u> at Sacramento, California.

|  |  |
| --- | --- |
| K. Vitalie | */s/ K. Vitalie* |
| Declarant | Signature |

SA2019101902
39606928.docx