PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a resident in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to the within action; my business address is 3435 Wilshire Boulevard, Suite 2910, Los Angeles, California 90010.  On July 8, 2025, I served the within: PLAINTIFF'S APPLICATION FOR RECONSIDERATION; MEMORANDUM OF POINTS & AUTHORITIES on the interested parties, addressed as follows:

Jamie Osuna
BD-0868
CALIFORNIA STATE PRISON, CORCORAN (3476)
P.O. BOX 3476
CORCORAN, CA 93212-3476

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 9, 2026, at Los Angeles, California.

                        ___*/s/ Erin Darling*___
                            Erin Darling