1   ROB BONTA, State Bar No. 202668
    Attorney General of California
2   JON S. ALLIN, State Bar No. 155069
    Supervising Deputy Attorney General
3   JEREMY DUGGAN, State Bar No. 229854
    Deputy Attorney General
4   DAVID E. KUCHINSKY, State Bar No. 292861
    Deputy Attorney General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone: (916) 210-7666
7    Fax: (916) 324-5205
     E-mail: David.Kuchinsky@doj.ca.gov
8   *Attorneys for Defendants Burnes, Pena, Gamboa,*
    *Garcia, Gallemore, Maytubby, and Munoz*

9

                IN THE UNITED STATES DISTRICT COURT
10
              FOR THE EASTERN DISTRICT OF CALIFORNIA
11
                         FRESNO DIVISION
12

13

| | |
|---|---|
| **DORA SOLARES,** | 1:20-CV-00323-LHR |
| Plaintiff, | **JOINT STIPULATION AND REQUEST TO EXTEND DEADLINE TO TAKE THE DEPOSITION OF JAIME OSUNA TO MARCH 16, 2026; ORDER** |
| v. | |
| **RALPH DIAZ, et al.,** | |
| Defendants. | |

        On February 13, 2026, the Court issued an order denying third-party inmate Osuna's

motions to quash and motions for a protective order prohibiting his deposition and ordering that

he appear for his duly noticed deposition. (ECF No. 233.) The order required the deposition to

take place by March 13, 2026. (*Id.*)

        The parties originally scheduled the deposition to take place on March 4, 2026. However,

due to scheduling and security clearance issues, the deposition could not go forward on March 4,

2026, and it was rescheduled at the agreement of the parties, to March 16, 2026, which is the first

mutually available date that California State Prison, Corcoran, could accommodate.

                                    1

The parties have exercised due diligence in securing a date and time for Osuna's deposition. However, multiple parties and the prison have had to coordinate dates and the first available date for deposition is March 16, 2026.  Accordingly, the parties jointly stipulate and request that the deadline to take Osuna's deposition be extended three days to March 16, 2026.

Respectfully submitted,

Dated:  March 4, 2026

/s/ **Erin Darling**
Erin Darling
*Attorney for Plaintiff*

Dated:  March 4, 2026

/s/ **Lynne Stocker**
Lynne Stocker
*Attorney for Defendant Silva*

Dated:  March 4, 2026

/s/ **David Kuchinsky**
David Kuchinsky
*Attorney for Defendants*
*Burnes, Pena, Gamboa, Garcia,*
*Gallemore, Maytubby, and Munoz*

2

**ORDER**

The Court has reviewed the parties' stipulation to extend the time to take inmate Osuna's deposition to March 16, 2026 and finds that good cause exists to modify its February 13, 2026, order.  The parties shall take the deposition of inmate Osuna no later than March 16, 2026

Dated: 3/6/2026

Hon. Lee H. Rosenthal
Senior United States District Court Judge

SA2019101902
95695210.docx