IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DORA SOLARES, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:20-CV-00323-LHR-BAM |
| RALPH DIAZ, *et al.*, | § § § | |
| Defendant. | § § § § | |

## ORDER

Jamie Osuna, an inmate incarcerated at California State Prison-Corcoran, and a non-party material witness in this case, has moved to proceed *in forma pauperis*. (Docket Entry No. 193). After reviewing Osuna's motion, the court grants it. Osuna may proceed *in forma pauperis*.

SIGNED on March 6, 2026, at Houston, Texas.



Lee H. Rosenthal
Senior United States District Judge