ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone: (916) 210-6008
 Fax: (916) 324-5205
 E-mail: Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants*
*Burnes, Gallemore, Gamboa, Garcia. Loza,*
*Maytubby, Munoz, and Pena*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DORA SOLARES,**<br><br>                           Plaintiff,<br><br>v.<br><br>**RALPH DIAZ, et al.,**<br><br>                           Defendants. | 1:20-CV-00323-LHR-FRS<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT DEADLINES**<br><br>Judge:   The Honorable Lee H. Rosenthal |

The Court set a deadline for Plaintiff's expert disclosures in this matter for February 27, 2026. Plaintiff identified two retained experts on that date but did not disclose one expert's report until March 2, 2026. The parties therefore stipulate and agree that the deadline for Defendants to provide expert disclosures should be continued from March 27, 2026 to April 3, 2026, and the expert discovery cutoff should be continued from April 24, 2026 to May 1, 2026. The remaining future deadlines from the Amended Scheduling and Docket Control Order (ECF No. 214) remain in full force and effect.

Dated: March 6, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General


*/s/Jeremy Duggan*
JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendants*
*Burnes, Gallemore, Gamboa, Garcia. Loza,*
*Maytubby, Munoz, and Pena*

Dated: March 6, 2026

Law Offices of Erin Darling

*/s/Erin Darling* (as authorized 3/6/26)
ERIN DARLING
*Attorney for Plaintiff*
*Dora Solares*

Dated: March 6, 2026

ANDRADA & ASSOCIATES

*/s/Lynne Stocker* (as authorized 3/4/26)
LYNNE G. STOCKER
*Attorneys for Defendant*
*Silva*

2

1    IT IS SO ORDERED.

2

3    Dated: March 6, 2026

                                                LEE H. ROSENTHAL
                                                SENIOR UNITED STATES
                                                DISTRICT JUDGE