Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
15760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230

Attorneys for Plaintiff Dora Solares

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA SOLARES, an individual, | Case No. 1:20-cv-00323-LHR |
| Plaintiff, | **PLAINTIFF'S DESIGNATION OF COUNSEL** |
| v. | |
| RALPH DIAZ, in his individual capacity, KENNETH CLARK, in his individual capacity, JOSEPH BURNS, in his individual, and DOES 1 TO 15, in their individual capacities | |
| Defendants. | |

Plaintiff Dora Solares, by and through her counsel of record, Erin Darling, hereby designates the following attorney, Colleen Flynn (Cal. Bar No. 234281), whose address is 3435 Wilshire Blvd., Suite 2910, Los Angeles, CA 90010, as counsel for service in this action.

Respectfully submitted,

DATED: March 13, 2026     By  */s/ Erin Darling*
ERIN DARLING
Attorney for Dora Solares