**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DORA SOLARES, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION 1:20-323-LHR-BAM |
| | § | |
| RALPH DIAZ, *et al.*, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The plaintiff has requested in accordance with local rules to file under seal parts of her motion for reconsideration of this court's ruling that the psychotherapist-patient privilege covers Jaime Osuna's mental-health records and "that Osuna did not waive his psychotherapist-patient privilege." (Docket Entry No. 213). The request is granted. The clerk is directed to docket under seal the notices of request to seal, the requests to seal, and the motions, briefs, and supporting documents that Solares requested to be sealed.

SIGNED on March 20, 2026, at Houston, Texas.

_____

Lee H. Rosenthal
Senior United States District Judge