**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**DORA SOLARES,**

vs.

**RALPH DIAZ**
**KENNETH CLARK**
**JOSEPH BURNS**
**LOZA**
**MUNOZ**
**GAMBOA**
**PENA**
**GARCIA**
**LUIS SILVA**
**BRYAN GALLEMORE**
**K. MAYTUBBY , ET AL.,**

CASE:  **1:20–CV–00323–LHR–FJS**

**ORDER OF REASSIGNMENT**

/

The court, having considered the appointment of **Magistrate Judge Frank J. Singer**, finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

**IT IS THEREFORE ORDERED** that the above captioned case shall be and is hereby reassigned from **Fresno Magistrate Judge (FRS)** to **Magistrate Judge Frank J. Singer** for all further proceedings.  The new case number for this action, which must be used on all documents filed with the court, is:  **1:20–CV–00323–LHR–FJS**

All dates currently set in this reassigned action shall remain pending subject to further order of the court.

DATED:   March 23, 2026

Troy L. Nunley
Chief United States District Judge