**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | | |
|---|---|---|
| DORA SOLARES, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 1:20-323 |
| | § | |
| RALPH DIAZ, *et al*., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

A motion hearing is set April 7, 2026, at 3:30 p.m. CT via Zoom.  The parties will argue Osuna's motion for a protective order, (Docket Entry No. 253), and the defendants' motion to hold Osuna in contempt to failing to answer questions at his duly noticed deposition.  Osuna must appear at the hearing.

SIGNED on March 25, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge