ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
DAVID E. KUCHINSKY, State Bar No. 292861
Deputy Attorney General
  1300 I Street, Suite 125
  Sacramento, CA 95814
  Telephone: (916) 210-7666
  Fax: (916) 324-5205
  E-mail: David.Kuchinsky@doj.ca.gov
*Attorneys for Defendants Burnes, Pena, Gamboa, Garcia, Gallemore, Maytubby, and Munoz*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DORA SOLARES,**<br><br>                                    Plaintiff,<br><br>            v.<br><br>**RALPH DIAZ, et al.,**<br><br>                                    Defendants. | 1:20-CV-00323-LHR-FRS<br><br>**DEFENDANTS' NOTICE OF APPLICATION AND APPLICATION FOR AN ORDER TO SHOW CAUSE WHY A CONTEMPT CITATION SHOULD NOT ISSUE AGAINST INMATE-WITNESS JAIME OSUNA FOR FAILURE TO COMPLY WITH A COURT ORDER AND PARTICIPATE IN HIS DEPOSITION**<br><br>Date:        April 7, 2026<br>Time:        1:30 p.m.<br>Judge:       Hon. Lee H. Rosenthal<br>Trial Date:  Not set<br>Action Filed: March 2, 2020 |

**TO JAIME OSUNA AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** under Federal Rule of Civil Procedure 45, on April 7, 2026, at 1:30 p.m.[1], or as soon thereafter as can be heard, Defendants will apply for an order to show cause why a civil contempt citation should not issue, and sanctions imposed, against

---

[1] Defense counsel has provided video connection information to the litigation coordinator at California State Prison, Corcoran, in order for inmate Osuna to appear at the hearing.

1

inmate-witness Jaime Osuna because of his refusal to participate in his deposition and failure to comply with his deposition subpoena and this Court's orders.

Osuna first refused to appear for his properly noticed and subpoenaed deposition on January 23, 2026, asserting a blanket Fifth Amendment privilege.  The Court denied his motions to quash and for a protective order and ordered Osuna to appear in person at his deposition and "assert his privilege with respect to specific questions."  (Order at 2, ECF No. 233; ECF No. 245 [setting deposition deadline of 3/16/2026].)  At his March 16, 2026, deposition, Osuna first refused to appear, and when he did appear, refused to be sworn in, asserted a blanket Fifth Amendment privilege as to any and all questions and indicated he would not answer any questions, whether they had the potential to incriminate him or not.  The deposition was suspended to seek further intervention from the Court.

Osuna is a necessary and material witness because he is the only witness with personal knowledge of the events and circumstances leading up to Osuna's placement in the housing unit, and the events and circumstances up to and including Romero's death, which include information that would not implicate his privilege against self-incrimination, and defense counsel cannot adequately represent Defendants without deposing Osuna.

This motion is based on this notice and motion, the supporting memorandum of points and authorities, the declaration of defense counsel and exhibits, the pleadings, records, and files in this action, and such other matters as may be properly before the Court.

/ / /

/ / /

/ / /

2

Dated:  March 26, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

/s/ David E. Kuchinsky

DAVID E. KUCHINSKY
Deputy Attorney General
*Attorneys for Defendants Burnes, Pena, Gamboa, Garcia, Gallemore, Maytubby, and Munoz*

SA2019101902
95701632.docx

3

## <u>DECLARATION OF SERVICE BY E-MAIL and U.S. MAIL</u>

Case Name:   **Dora Solares (H56733) v. Ralph Diaz, et al.**
Case No.:    **1:20-CV-00323-LHR-FRS**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  My business address is: 2550 Mariposa Mall, Room 5090, Fresno, CA  93721-2271.  My electronic service address is Josefina.Vinton@doj.ca.gov.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On <u>March 26, 2026</u>, I served the attached:

- **DEFENDANTS' NOTICE OF APPLICATION AND APPLICATION FOR AN ORDER TO SHOW CAUSE WHY A CONTEMPT CITATION SHOULD NOT ISSUE AGAINST INMATE-WITNESS JAIME OSUNA FOR FAILURE TO COMPLY WITH A COURT ORDER AND PARTICIPATE IN HIS DEPOSITION;**

- **DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR AN ORDER TO SHOW CAUSE WHY A CONTEMPT CITATION SHOULD NOT ISSUE;**

- **DECLARATION OF DAVID E. KUCHINSKY**

 by transmitting a true copy via electronic mail.  In addition, I placed a true copy thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, addressed as follows:

Erin R. Darling, Esq.
Law Offices of Erin Darling
3435 Wilshire Boulevard, Suite 2910
Los Angeles, CA 90010
**E-mail Address**:
Erin@erindarlinglaw.com
*Counsel for Plaintiff*
*(Served via U.S. Mail;*
*Served via E-Mail)*

Jaime Osuna
CDCR #BD0868
California State Prison – Corcoran
P.O. Box 8800
Corcoran, CA 93212-8309
*(Served via U.S. Mail)*

Lynn G. Stocker, Esq.
Andrade & Associates
1939 Harrison Street, Suite 612
Oakland, CA 94612
**E-mail Address**:
lstocker@andradelaw.com
*Counsel for Defendant*
***(Served via U.S. Mail;***
***Served via E-Mail)***

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on March 26, 2026, at Fresno, California.

| J. Vinton | */s/ J. Vinton* |
|:---:|:---:|
| Declarant | Signature |

SA2019101902  / 95701636.docx