UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: JAIME OSUNA.<br><br>——————————<br><br>JAIME OSUNA,<br><br>      Petitioner,<br><br>  v.<br><br>UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO,<br><br>      Respondent,<br><br>DORA SOLARES; et al.,<br><br>      Real Parties in Interest. | No. 26-2402<br><br>D.C. No.<br>1:20-cv-00323-LHR-FRS<br>Eastern District of California, Fresno<br><br>ORDER |

Before: SILVERMAN, BENNETT, and SANCHEZ, Circuit Judges.

Petitioner has not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). The petition is denied.

All pending motions are denied as moot.

**DENIED.**