## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | | |
|---|---|---|
| DORA SOLARES, *et al*., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:20-323-LHR |
| | § | |
| RALPH DIAZ, *et al*., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF SETTING

The parties are advised that there will be a pre-motion conference held before United States District Judge Lee H. Rosenthal. The hearing is set for **Monday, May 11, 2026, at 1:00 p.m., Central Standard Time.** The hearing will be held by Zoom. Counsel can find the Court's Zoom link on Judge Rosenthal's home page.

May 8, 2026

**Nathan Ochsner Clerk**

_____
Glenda Hassan
Case Manager to
Senior District Judge Lee H. Rosenthal