ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
DAVID E. KUCHINSKY, State Bar No. 292861
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7666
  Fax: (916) 324-5205
  E-mail: David.Kuchinsky@doj.ca.gov
*Attorneys for Defendants Burnes, Pena, Gamboa,*
*Garcia, Gallemore, Maytubby, and Munoz*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DORA SOLARES,**<br><br>                                   Plaintiff,<br><br>            **v.**<br><br>**RALPH DIAZ, et al.,**<br><br>                                   Defendants. | 1:20-CV-00323-LHR<br><br>**JOINT STIPULATION AND REQUEST TO EXTEND EXPERT DISCOVERY DEADLINES; ORDER** |

On April 13, 2026, the Court entered on the docket a Third Amended Scheduling Order, setting the close of expert discovery as May 8, 2026, and noting that "All expert discovery must be completed by this deadline." (Third Amended Scheduling Order at 1, ECF No. 271.)  The order also extended Defendants' deadline to disclose a mental health expert, and Defendants have timely served that disclosure.  The parties now stipulate and jointly seek to extend Plaintiff's deadline to serve any rebuttal report to Defendants' mental health expert under Federal Rule of Civil Procedure 26(a)(2)(D)(ii) to May 22, 2026.

1

In addition, Plaintiff has indicated that she may serve rebuttal reports to Defendants' other expert witnesses on or before May 8, 2026. Defense counsel cannot depose Plaintiff's expert witnesses before receiving all of their reports and opinions and needs adequate time to review and prepare for the experts' depositions once any rebuttal reports have been disclosed. Accordingly, the parties stipulate and jointly request that the deadline to conduct expert depositions be extended to June 1, 2026.

This request will not affect any other dates in the Third Amended Scheduling Order, including the June 12, 2026, dispositive motion deadline. This stipulation and request are made after the parties met and conferred, and in a good faith effort to efficiently proceed through expert discovery in this case.

The parties respectfully request that the Court grant their stipulation and joint request, and extend the deadlines as described above.

Respectfully submitted,

Dated: 4/30/2026

/s/ Justin Sterling
Justin Sterling
*Attorney for Plaintiff*

Dated: 4/30/2026

/s/ Lynne Stocker
Lynne Stocker
*Attorney for Defendant Silva*

Dated: 4/30/2026

/s/ David Kuchinsky
David Kuchinsky
*Attorney for Defendants*
*Burnes, Pena, Gamboa, Garcia,*
*Gallemore, Maytubby, and Munoz*

2

**ORDER**

The Court has reviewed the parties' stipulation to modify the Third Amended Scheduling Order to extend the expert discovery deadlines and finds that good cause exists to modify its April 13, 2026, order. Plaintiff must serve any rebuttal expert reports regarding Defendants' mental health expert on or before May 22, 2026. The deadline to complete all expert discovery is extended to June 1, 2026, so that the parties may depose expert witnesses after exchange of all reports. The dispositive motion deadline remains set at June 12, 2026.

Dated: May 11, 2026

Hon. Lee H. Rosenthal
Senior United States District Judge

SA2019101902
95708731.docx

3

[Proposed] Stip. re: Extending Expert Discovery Deadline; [Proposed] Order  (1:20-CV-00323-LHR)