DANIEL VERDUZCO # T-45537

7707 AUSTIN ROAD

STOCKTON, CALIFORNIA 95213

IN PRO SE

**FILED**

MAY 26 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

DORA SOLARES,                    CASE No. 1:20-CV-00323-LHR-FRS

          PLAINTIFF

Vs.                              MOTION FOR PROTECTIVE ORDER

RALPH DIAZ, ET AL.,

          DEFENDANTS           F.R.CIV.P. 26(c); 30(d)

PETITIONER DANIEL VERDUZCO RESPECTFULLY REQUESTS THAT THIS COURT ENTER A

PROTECTIVE ORDER PURSUANT TO F.R.C.P. 26(c) AND 30(d) AGAINST DEFENDANTS

BURNES, PENA, GAMBOA, GALLEMORE, LOZA, GARCIA, MUNOS, AND MAYTUBBY.

ON MAY 18, 2026 PETITIONER WAS SERVED DEFENDANTS NOTICE OF DEPOSITION OF

DANIEL VERDUZCO.

ARGUMENT I

PETITIONER IS IN A MENTAL HEALTH INSTITUTION

SUBJECTING PETITIONER TO A DEPOSITION WHILE

RECEIVING MENTAL HEALTH TREATMENT IS

DETRIMENTAL TO PETITIONERS PSYCHOLOGICAL CARE

1

ON MARCH 11, 2026 PETITIONER ATTEMPTED TO CUT OFF HIS OWN FINGER RESULTING IN A PARTIAL AMPUTATION OF THAT DIGIT. PETITIONER IS A PATIENT ADMITTED IN A MENTAL HEALTH FACILITY AT THE PSYCHIATRIC INPATIENT PROGRAM (PIP) LEVEL OF MENTAL HEALTH CARE. U.S. EX REL SCHUSTER VS. HEROD, 410 F. 2d 1070, 1084, (2ND CIR. 1969; " HOLDING THAT BEFORE A PRISONER MAY BE TRANSFERED TO A MENTAL HEALTH FACILITY, IT MUST BE SHOWN THAT HE SUFFERS FROM A MENTAL DISEASE THAT REQUIRES CARE AND TREATMENT". " JUST AS A SERIOUS MEDICAL NEED MAY EXIST FOR A PHYSICAL CONDITION, SO MAY A SERIOUS NEED EXIST FOR PSYCHOLOGICAL OR PSYCHIATRIC TREATMENT" DOMINO Vs. TEXAS DEPT. OF CRIM. JUSTICE, 239 F. 3d. 702 (5TH CIR. 2001).

PATIENTS ADMITTED INTO (PIP) ARE LEGALLY DEFINED AS DISABLED FOR MENTAL HEALTH REASONS, CAL. COD. OF REG. TIT. 15 § 3486 (b)(13). " STATE REGULATIONS, INCLUDING PRISON REGULATIONS HAVE THE FORCE OF LAW", MADRID Vs. GOMES, 889 F. SUPP. 1146, 1127 AT f.n. 219 (N.D. CAL. 1995). PETITIONERS ADMITANCE AT (PIP) IS FOR PSYCHOLOGICAL AND PSYCHIATRIC TREATMENT BECAUSE CURRENTLY PETITIONER CANNOT FUNCTION OUTSIDE A (PIP) ENVIORNMENT.

CONCLUSION

PETITIONER RESPECTFULLY REQUEST THAT THIS COURT ISSUE A PROTECTIVE ORDER ORDERING THAT NO DEPOSITION OF PETITIONER TAKE PLACE UNTIL PETITIONER IS DISCHARGED FROM THE (PIP) LEVEL OF MENTAL HEALTH CARE.

MAY 21, 2026

Daniel Vaughn

2