Rob Bonta, State Bar No. 202668
Attorney General of California
Jon S. Allin, State Bar No. 155069
Supervising Deputy Attorney General
Jeremy Duggan, State Bar No. 229854
Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone: (916) 210-6008
 Fax: (916) 324-5205
 E-mail: Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants*
*Burnes, Gallemore, Gamboa, Garcia, Loza,*
*Maytubby, Munoz, and Pena*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DORA SOLARES,** | 1:20-CV-00323-LHR-FRS (PC) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COMPLETION OF DEPOSITION OF EXPERT PARKER** |
| **v.** | |
| **RALPH DIAZ, et al.,** | Judge:        The Honorable Lee H. Rosenthal |
| Defendants. | |

The parties scheduled the deposition of Plaintiff's expert witness, Erin Parker for June 1, 2026. Ms. Parker has had a family emergency this week and has requested that the deposition be rescheduled. The witness and counsel are available for a rescheduled deposition on July 7, 2026.

/ / /

/ / /

/ / /

1

The parties therefore stipulate that the deadline for completion of Ms. Parker's deposition be continued from June 1, 2026 to July 7, 2026.  All other deadlines from the Amended Scheduling and Docket Control Order (ECF No. 282) remain in full force and effect.

Dated: May 28, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

*/s/Jeremy Duggan*
JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendants*
*Burnes, Gallemore, Gamboa, Garcia, Loza,*
*Maytubby, Munoz, and Pena*

Dated: May 28, 2026

Law Offices of Erin Darling

*/s/Erin Darling* **(as authorized 05/28/26)**
ERIN DARLING
*Attorney for Plaintiff*
*Dora Solares*

Dated: May 28, 2026

Andrada and Associates

*/s/Lynne Stocker* **(as authorized 05/28/26)**
LYNNE G. STOCKER
*Attorneys for Defendant*
*Silva*

IT IS SO ORDERED.

Dated: _____

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

Case Name:  **Dora Solares (H56733) v. Ralph**          No.    **1:20-CV-00323-LHR-FRS**
                 **Diaz, et al.**                                              **(PC)**

I hereby certify that on <u>May 28, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COMPLETION OF DEPOSITION OF EXPERT PARKER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>May 28, 2026</u>, at Sacramento, California.

|                        |                        |
| :--------------------: | :--------------------: |
| T. Farster             | */s/ T. Farster*       |
| Declarant              | Signature              |

SA2019101902