ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone: (916) 210-6008
 Fax: (916) 324-5205
 E-mail: Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants*
*Burnes, Gallemore, Gamboa, Garcia, Loza,*
*Maytubby, Munoz, and Pena*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DORA SOLARES,** | 1:20-CV-00323-LHR-FRS (PC) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COMPLETION OF DEPOSITION OF EXPERT PARKER** |
| **v.** | |
| **RALPH DIAZ, et al.,** | Judge:    The Honorable Lee H. Rosenthal |
| Defendants. | |

The parties scheduled the deposition of Plaintiff's expert witness, Erin Parker for June 1, 2026. Ms. Parker has had a family emergency this week and has requested that the deposition be rescheduled. The witness and counsel are available for a rescheduled deposition on July 7, 2026.

///

///

///

1

The parties therefore stipulate that the deadline for completion of Ms. Parker's deposition be continued from June 1, 2026 to July 7, 2026. All other deadlines from the Amended Scheduling and Docket Control Order (ECF No. 282) remain in full force and effect.

Dated: May 28, 2026                                      Respectfully submitted,

                                                        ROB BONTA
                                                        Attorney General of California
                                                        JON S. ALLIN
                                                        Supervising Deputy Attorney General


                                                        */s/Jeremy Duggan*
                                                        JEREMY DUGGAN
                                                        Deputy Attorney General
                                                        *Attorneys for Defendants*
                                                        *Burnes, Gallemore, Gamboa, Garcia, Loza,*
                                                        *Maytubby, Munoz, and Pena*


Dated: May 28, 2026                                      Law Offices of Erin Darling


                                                        */s/Erin Darling* (as authorized 05/28/26)
                                                        ERIN DARLING
                                                        *Attorney for Plaintiff*
                                                        *Dora Solares*


Dated: May 28, 2026                                      Andrada and Associates


                                                        */s/Lynne Stocker* (as authorized 05/28/26)
                                                        LYNNE G. STOCKER
                                                        *Attorneys for Defendant*
                                                        *Silva*


        IT IS SO ORDERED.


Dated: 5/29/2026                          _____
                                          LEE H. ROSENTHAL
                                          UNITED STATES DISTRICT JUDGE

2