IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DORA SOLARES,** | 1:20-CV-00323-LHR |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND PAGE LIMITATION FOR DEFENDANTS' POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **RALPH DIAZ, et al.,** | |
| Defendants. | |

The Court has reviewed Defendants' unopposed motion to extend the page limitation for Defendants' memorandum of points and authorities, and, good cause appearing, GRANTS Defendants' motion. Defendants may file points and authorities in support of their motion for summary judgment of up to thirty-five pages in length.

Dated: July 30, 2026

_____
Hon. Lee Rosenthal
Senior United States District Judge

1