**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| DORA SOLARES, | § § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. 1:20-CV-00323-LHR-BAM |
| RALPH DIAZ, *et al.*, | § § | |
| Defendant. | § § § § | |

**ORDER**

Daniel Verduzco has moved for a protective order to postpone his deposition until after he completes his mental-health treatment. (Docket Entry No. 283). Verduzco has not explained how a one-day deposition will substantially interfere with his treatment. In addition, delaying Verduzco's deposition would further extend the discovery schedule, as Verduzco has not explained when his mental-health treatment will be completed. For these reasons, Verduzco's motion for a protective order is denied.

SIGNED on July 30, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge