ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
DAVID E. KUCHINSKY, State Bar No. 292861
Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone:  (916) 210-7666
 Fax:  (916) 324-5205
 E-mail:  David.Kuchinsky@doj.ca.gov
*Attorneys for Defendants Burnes, Loza, Gamboa,*
*Garcia, Gallemore, Maytubby, Munoz and Pena*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DORA SOLARES,**<br><br>Plaintiff,<br><br>v.<br><br>**RALPH DIAZ, et al.,**<br><br>Defendants. | 1:20-CV-00323-LHR-FJS<br><br>**DEFENDANTS' NOTICE OF REQUEST TO SEAL DOCUMENTS (L.R. 141)**<br><br>Judge:        Hon.  Lee H. Rosenthal<br>Trial Date:    Not set<br>Action Filed:  March 2, 2020 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that, under Local Rule 141, Defendants Burnes, Loza, Gamboa, Garcia, Gallemore, Maytubby, Munoz and Pena are submitting a Request to Seal Documents in the above-captioned matter because the documents contain confidential and sensitive information that should not be disclosed to the public.  The documents sought to be sealed are:

1. an unredacted version of Defendants' Memorandum of Points and Authorities in Support of Motion for Summary Judgment;

2. an unredacted version of Defendants' Statement of Undisputed Facts in Support of Motion for Summary Judgment;

3. an unredacted version of the Burnes declaration in support of Defendants' motion for summary judgment;

4. an unredacted version of the Gamboa declaration in support of Defendants' motion for summary judgment;

5. an unredacted version of the Moreno declaration in support of Defendants' motion for summary judgment;

6. an unredacted version of the Munoz declaration in support of Defendants' motion for summary judgment;

7. an unredacted version of the Pena declaration in support of Defendants' motion for summary judgment;

8. an unredacted version of the Loza declaration in support of Defendants' motion for summary judgment;

9. an unredacted version of the Lynch declaration in support of Defendants' motion for summary judgment;

10. Exhibit A to the Gamboa declaration, which is an Institutional Classification Committee (ICC) chrono from Jaime Osuna's California Department of Corrections and Rehabilitation (CDCR) file;

11. Exhibit A to the Burnes declaration, which is an Initial Housing Review (IHR) document from Jaime Osuna's CDCR file;

12. Exhibit A to the Moreno declaration, which is a cellmate history from Jaime Osuna's CDCR file;

13. Exhibit B to the Moreno declaration, which is an Institutional Classification Committee (ICC) chrono from Jaime Osuna's CDCR file; and

14. Exhibit C to the Moreno declaration, which is an Institutional Classification Committee (ICC) chrono from Jaime Osuna's CDCR file.

The basis for sealing is that the documents include information from non-party Jaime Osuna's CDCR central file, which has been marked "Confidential – Attorneys Eyes Only" under the protective order in this matter. The contents of CDCR inmates' central files are "private and privileged information" under California Code of Regulations title 15, section 3402, and are not disclosed to unauthorized persons. In addition, the criminal matter against Jaime Osuna relating to the same incident as the instant matter (19CM-3928) remains pending so confidential information relating to that incident should not be made public.

2

The accompanying Request to Seal Documents, proposed order, and the documents themselves are being submitted to the Court at Judge Rosenthal's email address: Glenda_hassan@txs.uscourts.gov, and served on counsel for all parties by email.


Dated:  August 3, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General
DAVID E. KUCHINSKY,
Deputy Attorney General


*/s/ Jeremy Duggan*
JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendants Burnes,  Loza, Gamboa, Garcia, Gallemore, Maytubby, Munoz, and Pena*

SA2019101902
39702531

Defs.' Notice of Request to Seal  (1:20-CV-00323-LHR-FJS)

# CERTIFICATE OF SERVICE

Case Name:   **Dora Solares v. Ralph Diaz, et al.**      No.      **1:20-CV-00323-LHR-FRS**

I hereby certify that on <u>August 3, 2026</u> I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' NOTICE OF REQUEST TO SEAL DOCUMENTS (L.R. 141)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 3, 2026</u> at Los Angeles, California.

|  |  |
|---|---|
| J. Sissov | */s/ J. Sissov* |
| Declarant | Signature |

SA2019101902