ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
DAVID E. KUCHINSKY, State Bar No. 292861
Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone: (916) 210-7666
 Fax: (916) 324-5205
 E-mail: David.Kuchinsky@doj.ca.gov
*Attorneys for Defendants Burnes, Loza, Gamboa,*
*Garcia, Gallemore, Maytubby, Munoz and Pena*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DORA SOLARES,** | 1:20-CV-00323-LHR-FJS |
| Plaintiff, | **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **RALPH DIAZ, et al.,** | Date: September 11, 2026 |
| | Time: 11:00 a.m. Central |
| Defendants. | 9:00a.m. Pacific |
| | Courtroom: Zoom |
| | Judge: Hon. Lee H. Rosenthal |
| | Trial Date: Not set |
| | Action Filed: March 2, 2020 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on September 11, 2026, at 11:00 a.m. (Central Time), at

515 Rusk Street, Houston, Texas 77002, via Zoom, Defendants Burnes, Loza, Gamboa, Garcia,

Gallemore, Maytubby, Munoz, and Pena, and each of them, will move under Rule 56 of the

Federal Rules of Civil Procedure for summary judgment against Plaintiff and in favor of

Defendants Burnes, Loza, Gamboa, Garcia, Gallemore, Maytubby, Munoz, and Pena on the

grounds that there is no genuine issue as to any material fact and that the moving parties are

entitled to judgment as a matter of law.

1

This motion is based on this Notice of Motion and Motion; Defendants' Statement of Undisputed Facts; the Memorandum of Points and Authorities; the declarations and exhibits attached in support of the motion; the pleadings and records on file in this case; and such other matters as may properly come before this Court.  After multiple discussions with the parties, the Court set oral arguments on summary judgment for September 11, 2026, via Zoom.  (Fourth Amended Scheduling and Docket Control Order, ECF No. 282.)

Dated:  August 3, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General
JEREMY DUGGAN
Deputy Attorney General

**/s/ David E. Kuchinsky**

DAVID E. KUCHINSKY
Deputy Attorney General
*Attorneys for Defendants Burnes,
Loza, Gamboa, Garcia, Gallemore,
Maytubby, Munoz, and Pena*

SA2019101902
39702531

2

## CERTIFICATE OF SERVICE

Case Name:   **Dora Solares (H56733) v. Ralph Diaz, et al.**         No.   **1:20-CV-00323-LHR-FRS (PC)**

I hereby certify that on <u>August 3, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

- **DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

- **DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

- **NOTICE OF LODGING DEPOSITION TRANSCRIPTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

- **DECLARATION OF B. GALLEMORE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

- **DECLARATION OF J. GARCIA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

- **DECLARATION OF K. MAYTUBBY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

- **DECLARATION OF F. MUNOZ IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

- **DECLARATION OF A. LOZA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

- **DECLARATION OF J. BURNES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

- **DECLARATION OF M. GAMBOA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

- **DECLARATION OF L. PENA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

- **DECLARATION OF JEFFREY W. LYNCH**

- **DECLARATION OF E. MORENO IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

- **DECLARATION OF DR. ANDREA GRAY**

- **DECLARATION OF D. KUCHINSKY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

- **DECLARATION OF JEREMY DUGGAN IN SUPPORT OF DEFENDANTS'
  MOTION FOR SUMMARY JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 3, 2026</u>, at San Francisco, California.


| G. Guardado | */s/ G. Guardado* |
|:---:|:---:|
| Declarant | Signature |

SA2019101902
45168540