ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
DAVID E. KUCHINSKY, State Bar No. 292861
Deputy Attorney General
  1300 I Street, Suite 125
  Sacramento, CA 95814
  Telephone:  (916) 210-7666
  Fax:  (916) 324-5205
  E-mail:  David.Kuchinsky@doj.ca.gov
*Attorneys for Defendants Burnes, Loza, Gamboa, Garcia, Gallemore, Maytubby, Munoz and Pena*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DORA SOLARES,**<br><br>                                   Plaintiff,<br><br>          v.<br><br>**RALPH DIAZ, et al.,**<br><br>                                   Defendants. | 1:20-CV-00323-LHR-FJS<br><br>**NOTICE OF LODGING DEPOSITION TRANSCRIPTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:          September 11, 2026<br>Time:          11:00 a.m. Central<br>                   9:00 a.m. Pacific<br>Courtroom:  Zoom<br>Judge:         Hon.  Lee H. Rosenthal<br>Trial Date:   Not set<br>Action Filed:  March 2, 2020 |

**PLEASE TAKE NOTICE** that, in compliance with Local Rule 133(j), Defendants Burnes, Loza, Gamboa, Garcia, Gallemore, Maytubby, Munoz, and Pena have lodged with the Court a courtesy copy of the deposition transcript of Dr. Eugene Carpenter, taken on May 28, 2026, via videoconference.

Excerpts of relevant portions of this deposition transcript is attached as Exhibit A to the Declaration of David E. Kuchinsky in Support of Defendants' Motion for Summary Judgment.

1

Dated:  August 3, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General
JEREMY DUGGAN
Deputy Attorney General

**/s/ David E. Kuchinsky**

DAVID E. KUCHINSKY
Deputy Attorney General
*Attorneys for Defendants Burnes,*
*Loza, Gamboa, Garcia, Gallemore,*
*Maytubby, Munoz, and Pena*

SA2019101902
39702531

Not. of Lodging Dep. Transcript  (1:20-CV-00323-LHR-FJS)