

# EXPERT WITNESS REPORT

Solares v. Diaz et al. E.D. Cal. No. 1:20-cv-00323



**JEFFREY W. LYNCH**

**CORRECTIONAL INSIGHT CONSULTING**

**APRIL 3, 2026**

## CORRECTIONAL INSIGHT CONSULTING

**EXPERT WITNESS REPORT; Jeffrey Lynch**
**Solares v. Diaz, et al. E.D. Cal. No. 1:20-cv-00323**

April 3, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DORA SOLARES, an individual,
Plaintiff
v.
RALPH DIAZ, in his individual capacity,
KENNETH CLARK, in his individual
capacity, JOSEPH BURNS, in his
individual, and DOES 1 TO 15, in their
individual capacities
Defendants

Case No. 1:20-cv-00323-LHR-BAM

Rule 26 Report

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), I submit this report in the matter of Solares vs Diaz, Clark, Burns et al.

## QUALIFICATIONS and EXPERIENCE:

My name is Jeffrey W. Lynch. I am a retired Warden for the California Department of Corrections and Rehabilitation (CDCR), where I served for more than 30 years. I am a subject matter expert relative to inmate classification and prison administration.

In June of 1986, I graduated from Tehachapi High School, in Tehachapi, California. I subsequently attended the University of California, Santa Barbara, where I received a Bachelor of Arts degree in Law and Society with an emphasis in Criminal Justice in March of 1991.

I was originally hired by CDCR as a Correctional Officer (CO) in April of 1994 and was initially assigned to California State Prison, Corcoran (COR) upon completion of the Basic Correctional Officer Academy. I spent approximately 2 years at COR before transferring to California State Prison, Sacramento (SAC), where I remained as a CO working various assignments, programs, and units. After approximately 7 years as a CO, I was promoted to Correctional Counselor I (CCI) in 2001, where I performed the casework related duties related to inmate classification. I was assigned as a CCI for approximately 4 years, where the majority of my assignment was within the Administrative Segregation Unit (ASU)

**CORRECTIONAL INSIGHT CONSULTING**

**EXPERT WITNESS REPORT; Jeffrey Lynch**
**Solares v. Diaz, et al. E.D. Cal. No. 1:20-cv-00323**

population. In 2005, I was promoted to Correctional Counselor II (CCII), where I performed supervisory related casework duties related to inmate classification. I was assigned as a CCII for approximately 3 years, where the majority of my assignment was within the ASU population. In 2008 I was promoted to Captain, where I spent approximately 3 years. During my final year as Captain, I was assigned to CDCR Headquarters as the Captain over the ASU and Security Housing Unit (SHU) sections of the Classification Services Unit (CSU). During this time, I supervised approximately 16 Classification Staff Representatives (CSR), reviewed and updated classification policies, and directives, and provided clarification and direction to ensure ASU and SHU classification policies were being followed on a statewide basis. In 2011, I was promoted to Associate Warden (AW) at SAC, where I spent approximately 5 years administering and implementing programs in various areas of the institution to include Health Care, ASU, Psychiatric Services Unit (PSU), General Population (GP), and Business Services. In 2016 I was promoted to Chief Deputy Warden (CDW), where I spent approximately 2 years overseeing the day-to-day operations of the institution. In 2018, I was assigned as the acting Warden of SAC prior to being appointed by the Governor in 2020. I spent approximately 6 years as Warden and combined with my time as CDW and AW, I served as the chairperson for the Institution Classification Committee (ICC) on hundreds of occasions while taking classification actions on thousands of cases.

My experience and expertise in inmate classification and ICC has been a continuing evolution since my initial appointment as a CCI in 2001. As a CCI, I was mostly assigned to the research and case preparation/development for ASU cases to be presented at the ICC. Oftentimes, this meant the preparation of 20-50 cases each week. As the CCII Supervisor over the ASU ICC cases, I was responsible for presenting the cases prepared by the CCIs to the ICC and outlining the distinct options and actions to be considered by the ICC. During my time as the ASU CCII Supervisor, I was placed on a special assignment at CDCR Headquarters. Specifically, I was assigned to the CSU to create and provide structured training on the ASU and SHU classification policies to the correctional counseling staff throughout the state. This was accomplished by traveling to each institution and providing the training in person. During my time as an AW, I was placed on a part-time special assignment on behalf of CDCR headquarters to re-write the ASU and SHU regulations in the California Code of Regulation (CCR) Title 15. This project was completed and adopted into the Title 15 in 2015. Soon after being assigned as the acting Warden at SAC, I was again placed on special assignment by CDCR headquarters to travel to each institution to provide structured training for ICC chairpersons. This training was designed to recognize the many newly appointed chairpersons around the state, as well as to discuss ongoing operational challenges, policy changes, and various problematic cases.

**CORRECTIONAL INSIGHT CONSULTING**

**EXPERT WITNESS REPORT; Jeffrey Lynch**
**Solares v. Diaz, et al. E.D. Cal. No. 1:20-cv-00323**

As an AW, CDW and Warden, I have been the ICC chairperson on hundreds of occasions between 2011 and 2024. Within that time-frame, I have had the opportunity to review thousands of cases of differing complexity. Though many of the cases may be considered more common or ordinary, there were many that were difficult and even some that needed to be referred to the Departmental Review Board (DRB) for a higher-level decision. Consequently, I have had the opportunity to review a considerable number of ICC cases in my career and have been exposed to some of the most difficult and challenging cases requiring a decision.

During the 13 years I was a prison administrator at SAC, a High Security Prison, I was able to experience and understand the vast operational challenges and demands. From day-to-day operations, programmatic challenges, staffing/budget shortages, employee discipline, and training; there are several processes to monitor and oversee. Because I had been assigned as the AW over so many different institutional areas, had been the CDW over the day-to-day operations and the Warden of the institution over a period of 6 years, I am uniquely qualified in this matter.

## EXPERT FEES and PRIOR TESTIMONY

My fee schedule is as follows:
- Site Visit, Tour, In-person Meeting                    $200/hour
- Courtroom Appearance, Consultation                 $200/hour
- Conference Calls/Video Meetings                      $200/hour
- Documentation, File Review                             $225/hour
- Audio/Video Evidence Review                          $225/hour
- Research/Report Preparation & Correction           $250/hour
- Deposition/Trial Preparation                           $250/hour
- Deposition, Arbitration, and/or Trial Testimony      $300/hour

I have not testified in the previous four years as an expert either at trial or by deposition.

## PUBLICATIONS

I have had no publications authored in the last ten years.

## DOCUMENTS REVIEWED

This report and my opinions are based on my review of the following documents:
- United States District Court Eastern District of California Fourth Amended Complaint for Damages for Violations of Civil Rights. Solares v. Diaz et al. Case No. 1:20-cv-00323-LHR-BAM, dated 07/11/2024, **Document 97**

**CORRECTIONAL INSIGHT CONSULTING**

**EXPERT WITNESS REPORT; Jeffrey Lynch**
**Solares v. Diaz, et al. E.D. Cal. No. 1:20-cv-00323**

- California Code of Regulations, Title 2, section 172, General Qualifications, **DEF 005792**
- California Code of Regulations, Title 15, **DEF 000113-000197**
- California Code of Regulations, Title 15, **DEF 005799-005805, 005984-006000**
- Department Operations Manual, updated thru 01-01-2019, **DEF 000033-000111**
- Department Operations Manual, updated thru 01-01-2020, **DEF 005793-005798**
- Department Operations Manual, updated thru 01-01-2019, **DEF 006001-006027**
- COR Operational Procedure 226 titled, "Security/Welfare Check Procedure," dated 10-16-2020, **DEF 000198-000205**
- COR Operational Procedure 220 Addendum titled, "Addendum to Operational Procedure 220 Administrative Segregation Units," dated 05-13-2020, authored by Ken Clark, **DEF 004268-004316**
- COR Operational Procedure 226 titled, "Security/Welfare Check Procedure," dated 06-22-2018, **DEF 004903-004909**
- COR DOM Supplement 52020 titled, "Inmate Count and Movement," dated 10-2017, authored by Michael Sexton, **DEF 004911-004920**
- CDCR Vision, Mission, Values and Goals, **DEF 005806**
- Memorandum titled, "Double-cell Housing Policy," dated 04-25-2003, authored by W.A. Duncan, **DEF 000012-000015**
- Memorandum titled, "Housing Criteria for Single-cell Status," dated 08-21-1998, authored by David Tristan, **DEF 000016-000018**
- Memorandum titled, "Clarification of Staff Responsibilities Relative to Inmate Double-Celling," dated 01-06-2006, by D.L. Runnels, **DEF 000019-000020**
- Memorandum titled, "Inmate Housing Assignment Considerations During the Screening and Housing Process," dated 01-19-2016, authored by Scott Kernan, **DEF 000021-000023**
- Memorandum titled, "S Suffix Review Proceeding a Classification Services Representative Transfer Endorsement from a Segregated Program Housing Unit to General Population," dated 06-02-2000, authored by David Tristan, **DEF 000024-000025**
- Memorandum titled, "Inmate Count Expectations," dated March 30, 2018, authored by Kathleen Allison, **DEF 004898-004899**
- Memorandum titled, "Cell Inspections and Removal of Window Coverings and/or Privacy Screens," dated March 30, 2018, authored by Kathleen Allison, **DEF 004901**
- Memorandum titled, "Review of In-Cell Assault at California State Prison-Corcoran (CSP-COR) Incident Log# COR-04A-19-03-0315A1," dated 03-21-2019, authored by Ken Clark, **DEF 005368-005395**
- Internal Affairs Investigation Report, Case Number C-COR-124-19-A, dated 11-21-2019, authored by Mark Miller, **DEF 004319-004362**
- Log Book Photographs, **DEF 009200-009211**
- Kern County Probation Officers Report, dated 05-08-2017, **DEF 009960-009979**
- Kern County Sheriff Report, dated 01-03-2012, **DEF 008741-008752**

## CORRECTIONAL INSIGHT CONSULTING

**EXPERT WITNESS REPORT; Jeffrey Lynch**
**Solares v. Diaz, et al. E.D. Cal. No. 1:20-cv-00323**

- Central File for Jaime Osuna (BD-0868), **DEF 006036-007706, 008754-009076, 009907-009112, 009139-009199, 009221-009436**
- Disciplinary History for Jaime Osuna (BD-0868), **DEF 007707-008731, 009077-009096, 009113-009138, 009782-009825**
- Disciplinary Mental Health Assessment for Jaime Osuna (BD-0868), **DEF 009783-009784, 009792-009794, 009797-009800, 009806-009811, 009813-009815, 009820-009821**
- CDCR 128B, General Chrono, Archive Review, for Jaime Osuna (BD-0868), dated 05-18-2017, **DEF 008818-008819**
- Confidential Folder for Jaime Osuna (BD-0868), **DEF 009943-009450, 009826-009828**
- CDC 112, Chronological History for Jaime Osuna (BD-0868), **DEF 005486-005488**
- Legal Status Summary for Jaime Osuna (BD-0868), dated 01-10-2007, **DEF 005490**
- Institutional Staff Recommendation Summary for Jaime Osuna (BD-0868), dated 09-29-2006, authored by V. Waters, **DEF 005491-005493**
- CDC 262, Custody Classification – Assignments for Jaime Osuna (BD-0868), **DEF 5507, 005524-005526**
- CDC 128G, Classification Chrono for Jaime Osuna (BD-0868), dated 01-22-2019, 09-25-2018, 09-10-2018, 09-06-2018, 09-22-2011, 12-01-2010, 05-05-2009, 03-20-2009, 01-08-2009, 06-12-2007, 02-06-2007, 01-02-2007, 10-17-2006, **DEF 006092-006094, 006095-006097, 006098-006100, 006101-006105 005538, 005540, 005543, 005546, 005549, 005552, 005553, 005555, 005557**
- CDC 804, Notice of Pending CDC 115, for Jaime Osuna (BD-0868), dated 09-17-2011, **DEF 005559**
- CDC 115, Rules Violation Reports for Jaime Osuna (BD-0868) dated 10-12-2006, 10-14-2011, 09-17-2011, **DEF 005562-005610**, **005612-005618, 005620-005644,**
- Central File for Luis Romero (H-56733), **DEF 000206-004054**
- Classification Committee Chronos for Luis Romero (H-56733), **DEF 005878-005983**
- CDC 1882, Initial Housing Review for Jaime Osuna (BD-0868), 08-29-2011, 11-24-2010, 09-20-2010, 03-10-2009, 08-15-2006, 12-29-2008, **DEF 005512, 005513, 005649-005650, 005653-005654, 005655-005656, 005660-005661, 005666, 005759-005760**
- CDC 1882-B, Administrative Segregation Unit/Security Housing Unit Double-cell Reviews for Jaime Osuna (BD-0868) dated 03-20-2007, 01-29-2007, 11-29-2006, 10-12-2006, 12-30-2008, 01-19-2007, 12-07-2006, 03-07-2019, **DEF 005662-005565, 005755, 005775, 005776, 008753**
- CDCR 1882B, Administrative Segregation Unit/Security Housing Unit Double-cell Review, dated 03-07-2019, **DEF 000112**
- CDCR 1882B, Administrative Segregation Unit/Security Housing Unit Double-cell Review for Luis Romero (H-56733) and Jaime Osuna (BD-0868) dated 03-07-2019, **DEF 004946**
- Initial Inmate Death Record, dated 03-09-2019, authored by John Pierce, **DEF 004055-004057**

**CORRECTIONAL INSIGHT CONSULTING**

**EXPERT WITNESS REPORT; Jeffrey Lynch**
**Solares v. Diaz, et al. E.D. Cal. No. 1:20-cv-00323**

- CDCR 7219, Medical Report of Injury or Unusual Occurrence for Jaime Osuna (BD-0868), dated 03-09-2019, **DEF 004058**
- CDCR 7219, Medical Report of Injury or Unusual Occurrence Jaime Osuna (BD-0868), dated 03-13-2019, authored by V. Hernandez, **DEF 004059**
- CDCR Report No. IPTR151-05, Daily Movement Recap, dated 03-07-2019, **DEF 004130-004137**
- CDCR Report No. IPTR150-74, Internal Transfers, dated 03-07-2019, **DEF 004138-004144**
- CDCR Report No. IPTR151-05, Daily Movement Recap, dated 03-09-2019, **DEF 004145-004147**
- CDCR IPTT105, Initial Housing Review for Jaime Osuna (BD-0868), dated 01-31-2019, authored by J. Burnes, **DEF 004363-004364**
- CDCR IPTT105, Initial Housing Review for Jaime Osuna (BD-0868), dated 09-13-2018, authored by J. Burnes, **DEF 004923-004926**
- CDCR IPTT105, Initial Housing Review for Luis Romero (H-56733), dated 03-07-2018, **DEF 004930-004931**
- CDCR IPTS002, Inmate Record Summary for Luis Romero (H-56733), dated 05-13-2019, **DEF 004935-004944**
- CDCR IPTS002, Inmate Record Summary for Jaime Osuna (BD-0868), dated 04-26-2019, **DEF 005466-005485**
- CDCR IPTS028B Temp Single Cell Status Request for Jaime Osuna (BD-0868) dated 09-10-2018, by C. Martincek, **DEF 006669**
- CDCR IPTR127-AD, Offender Cellmate History for Jaime Osuna (BD-0868), dated 09-17-2024, **DEF 009212-009220**
- CDCR 135, Transfer Record, dated 03-07-2019, authored by T. Haeseker, **DEF 004157**
- GA 154, Inmate Transfer/Housing Assignment Change, Luis Romero (H-56733), dated 03-09-2019, authored by H. Gamboa, **DEF 004171**
- CDCR 837, Crime/Incident Report, COR-04A-19-03-0315A1, dated 03-09-2019, authored by A. Randolph, **DEF 005396-005452**
- Kings County Sheriff–Coroner Report, Coroner Case Number 2019-00077, dated 03-21-2019, authored by Wayne Brabant, **DEF 004162-004169**
- Death in Custody Worksheet, Luis Romero (H-56733), dated 03-19-2019, authored by R. Rubio, **DEF 004170**
- Sketch of Cell, dated 03-09-2019, **DEF 004060**
- Worksheet for Reporting Inmate Serious Injury, Death, Suicide, Attempted Suicide, Sexual Assault (PREA) for Luis Romero (H-56733) and Jaime Osuna (BD-0868) dated 03-09-2019, authored by J. Perez, **DEF 005453-005456**
- CDCR 114-A, Inmate Segregation Record for Jaime Osuna (BD-0868), dated 03-11-2019, **DEF 005028**
- CDCR 114-A, Inmate Segregation Record for Luis Romero (H-56733), dated 03-09-2019, **DEF 005030**

**CORRECTIONAL INSIGHT CONSULTING**

**EXPERT WITNESS REPORT; Jeffrey Lynch**
**Solares v. Diaz, et al. E.D. Cal. No. 1:20-cv-00323**

- CDC 114A-1, Inmate Segregation Profile for Jaime Osuna (BD-0868), dated 09-13-2018, authored by A. Baraona, **DEF 004922**
- CDC 114A-1, Inmate Segregation Profile for Luis Romero (H-56733), dated 03-07-2019, authored by J. Burnes, **DEF 004929**
- CDC 114A-1, Inmate Segregation Profile for Jaime Osuna (BD-0868) dated 09-18-2011, 12-29-2008, 10-12-2006, **DEF 005511, 005749, 005773**
- CDC 114D, Administrative Segregation Placement Notice for Jaime Osuna (BD-0868) dated 09-18-2011, 12-29-2008, 06-07-2007, 10-12-2006, 12-29-2008 **DEF 005510, 005534-005536, 005751**
- Transcript of Recorded interview with Jaime Osuna (BD-0868), dated 04-08-2019, transcribed by Patricia Poswell, **DEF 005130-005181**
- Transcript of Recorded interview with Jaime Osuna (BD-0868), dated 05-21-2019, transcribed by Joy Tilley, **DEF 005185-005253**
- CDC 816, Reception Center Readmission Summary for Jaime Osuna (BD-0868), dated 03-04-2009, authored by T. Mosley, **DEF 005494-005495**
- Adult COMPAS Risk Assessment for Jaime Osuna (BD-0868), dated 03-03-2009, authored by T. Mosley, **DEF 005496**
- Abstract of Judgement and Minute Order for Jaime Osuna (BD-0868), dated 07-19-2006, Superior Court, San Bernardino County, **DEF 005497-005508**
- CDCR 7219, Medical Report of Injury or Unusual Occurrence for Jaime Osuna (BD-0868), dated 09-18-2011, **DEF 005514,**
- CDCR 840, CDCR Classification Score Sheets for Jaime Osuna (BD-0868) **DEF 005516-005523**
- CDC 816, Reception Center Readmission Summary for Jaime Osuna (BD-0868), dated 11-09-2010, authored by T Mosley, **DEF 005527-005528**
- CDC 812 & 812C Notice of Critical Case Information – Safety of Persons (Non-Confidential and Confidential Enemies for Jaime Osuna (BD-0868), **DEF 005530-005532**
- CDC 128B, General Chrono for Jaime Osuna (BD-0868) dated 08-29-2011, authored by C. Villanueva, **DEF 005651**
- CDC 128B, Informative Chrono for Jaime Osuna (BD-0868) dated 09-22-2011, authored by T. Drew, **DEF 005658**
- CDC 128B, General Chrono for Jaime Osuna (BD-0868) dated 10-03-2006, 09-20-2011, 10-18-2011, 05-18-2017, 05-18-2017 **DEF 005669, 005659, 005619, 008818-008819, 009002**
- CDCR 128B6, Renunciation of STG Affiliation, Association, and Illicit Behavior, for Jaime Osuna (BD-0868), dated 01-18-2019, **DEF 008825-008826**
- CDC 850 Detainer Summary and related documents on Jaime Osuna (BD-0868), **DEF 005673-005697**
- BPH Summary of Revocation Hearing and Decision on Jaime Osuna (BD-0868), **DEF 005698-005702, 005706-005709, 005713-005728, 005732-005741, 005745-005747**

**CORRECTIONAL INSIGHT CONSULTING**

**EXPERT WITNESS REPORT; Jeffrey Lynch**
**Solares v. Diaz, et al. E.D. Cal. No. 1:20-cv-00323**

- CDCR OTRS043A (CDCR Holds), OTRS043B (CDCR Hold), OTRS044A (Detainers/Notifications), OTRS044B (Detainers/Notifications), OTRS044C (Detainers/Notifications Charge), **DEF 006031-006035**
- Deposition, Martin Gamboa, dated 02-25-2026
- Deposition, Kristin Maytubby, dated 05-15-2025
- Deposition, Joseph Burnes, dated 02-05-2026
- Deposition, Estevan Moreno, dated 02-03-2024
- Memorandum titled, "Possible Misconduct by Staff Regarding the Housing of Inmate Luis Romero (H-56733) and Jaime Osuna (BD-0868), dated 11-25-2019, authored by K. Aronsen
- Memorandum titled, "File Review of Osuna, Jaime BD0868," dated 01-22-2020 authored by K. Santoro
- Memorandum titled, "Insufficient Direct-Action C-COR-129-19-A, (Silva) Request for Further Investigation," dated 02-10-20, authored by K. Clark
- Memorandum titled, "Possible Staff Misconduct Regarding C-COR-129-19-A AI Inmate Osuna BD0868," dated 01-27-2020, authored by S. Sherman
- Memorandum, Expert Witness Report, authored by Erin Parker, dated 03-02-2026

The records I reviewed were prepared at or near the time of the events recorded by staff with personal knowledge of the events recorded. My opinions are subject to modification or augmentation at a later date should additional documents be made available for my review.

## STATEMENT of FACTS

On Saturday, March 09, 2019, at approximately 0730 hours, it was discovered that inmate Luis Romero (H-56733) was the victim of an in-cell homicide by his assigned cellmate, inmate Jaime Osuna (BD-0868), while in custody of the CDCR and housed at California State Prison – Corcoran (COR) in housing unit 4A1R, cell 46 (4A1R-46).

Specifically, following the change of shifts from first watch to second watch, CO L. Pena was passing out breakfast trays during the morning feeding at COR housing unit 4A1R at approximately 0710 hours. As CO Pena approached cell 46, which was occupied by inmates Romero and Osuna, a blanket was obstructing his view inside the cell, to which he verbally gave an order to both inmates to remove the obstruction so he could verify their well-being. Osuna declined breakfast and responded that both he and Romero were fine and that they would remove the obstruction during medication pass. At approximately 0715 hours, CO Pena asked Psychiatric Technician (PT) M. Tamayo to proceed to cell 46 and issue their medication, to which PT Tamayo proceeded to cell 46, but was unable to issue the medication due to the obstruction, while indicating he could hear both inmates inside the cell. CO Pena then returned to cell 46 and again ordered both inmates to remove the obstruction so he could verify their well-being, but Osuna refused. At approximately 0730 hours, CO Pena notified Sergeant (SGT) J. Martinez of the situation, to which they returned to cell 46 and ordered Osuna to remove the obstruction. Osuna

# Placeholder

# Intervening pages redacted

# Unredacted Document Subject to Request to File Under Seal

## CORRECTIONAL INSIGHT CONSULTING

**EXPERT WITNESS REPORT; Jeffrey Lynch**
**Solares v. Diaz, et al. E.D. Cal. No. 1:20-cv-00323**



I base my opinions on my review of Plaintiff's complaints, the relevant records, and my training and experience.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on: April 3, 2026

Jeffrey W. Lynch
Expert Witness
Warden, retired

CONFIDENTIAL – ATTORNEYS' EYES ONLY