Docusign Envelope ID: EA6B2A0C-C9DD-80A5-834D-5C09235D9A97

ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
DAVID E. KUCHINSKY, State Bar No. 292861
Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone:  (916) 210-7666
 Fax:  (916) 324-5205
 E-mail:  Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants Burnes, Gamboa,
Garcia, Gallemore, Maytubby, Munoz, and Pena*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DORA SOLARES,** | 1:20-CV-00323-LHR-FRS (PC) |
| Plaintiff, | **DECLARATION OF E. MORENO IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **RALPH DIAZ, et al.,** | Judge:        Hon. Lee H. Rosenthal |
| | Action Filed:  March 2, 2020 |
| Defendants. | |

I, E. Moreno, hereby declare:

1.    I have personal knowledge of the facts set forth in this declaration.  I am competent to testify to the matters set forth in this declaration, and if called upon by the Court, I would do so.

2.    I work for the California Department of Corrections and Rehabilitation (CDCR) as a Correctional Counselor III.  In January 2019, I worked as a Correctional Counselor II at California State Prison, Corcoran.

3.    Among my many responsibilities in that role was to serve as the recorder for Institutional Classification Committees (ICCs).  Classification of inmates in CDCR prisons is described in California Code of Regulations title 15, section 3375.  As stated therein, "Each

1

Docusign Envelope ID: EA6B2A0C-C9DD-80A5-834D-5C09235D9A97

determination affecting an inmate's placement within an institution/facility, transfer between facilities, program participation, privilege groups, or custody designation shall be made by a classification committee composed of staff knowledgeable in the classification process." (Cal. Code Regs. tit. 15, § 3375(c) (2019 version).) An ICC reviews an inmate's classification factors, such as custody level, disabilities, medical needs, restricted housing, and mental health participation, and makes determinations regarding where within the prison system that inmate can and should be housed.

4. I was the correctional counselor for inmate Jaime Osuna's January 22, 2019 ICC. An ICC consists of three members: (1) a correctional counselor; (2) a captain or acting captain; and (3) the warden or warden's designee, who acts as the chairperson. An ICC can also include additional participants, such as a correctional officer or sergeant and a mental health representative. When an ICC convenes at California State Prison, Corcoran, the committee will typically review about 20 to 30 inmates. The time for each inmate varies depending on what, if anything, is being changed. A rough estimate of the average time spent is 10–15 minutes.

5. In advance of the committee, the correctional counselor reviews the inmates' files and prepares a recommendation of any actions for the committee to take as to each inmate. In the case of Osuna's January 22, 2019 ICC, I reviewed Osuna's file and factors to confirm that he was properly housed.

6. In particular, I reviewed Osuna's disciplinary history (including his disciplinary history under an old CDCR number F38130), to confirm that Osuna was properly double-cell cleared. Under CDCR policy, inmates are presumed to be assigned to double-cell status unless they have certain factors that warrant consideration of single-cell status. Those factors are described in California Code of Regulations title 15, section 3269(d), as follows: "a history of in-cell abuse, significant in-cell violence towards a cell partner, verification of predatory behavior towards a cell partner, or who have been victimized in-cell by another inmate." (Cal. Code Regs. tit. 15, § 3269(d) (2019 version).) When single-cell status is granted, it is not permanent and can be reevaluated at the inmate's next committee.

2

7.    Osuna did not have a history of in-cell assaults or in-cell violence toward a cell partner, a history of in-cell sexual abuse, or any verification of predatory behavior toward a cell partner.  In addition, Osuna did not have a history of being victimized by cell partners, and did not have other factors, such as incontinence or gender dysphoria, which would increase the risk of victimization by a cell partner.

8.    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

9.    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

10.    All of Osuna's factors, taken together, did not warrant a further single-cell evaluation. During the January 22, 2019 committee, I presented my recommendation for Osuna's housing:  to change Osuna's status from double-cell general population (GP) to double-cell sensitive needs yard (SNY).

11.    I did not believe, before Luis Romero died in March 2019, that Jaime Osuna was a danger to a potential cellmate.  Had I believed, at any time between September 2018 (when Osuna arrived at Corcoran) and March 9, 2019, that Osuna was a danger to a potential cellmate, I would have convened a new ICC to review Osuna's double-cell status.

12.    Attached hereto as exhibit A is a true and correct copy of the cellmate history for Jaime Osuna for 2006-2011.

13.    Attached hereto as exhibit B is a true and correct copy of an Institutional Classification Committee Chrono for Jaime Osuna dated September 25, 2018.

3

Docusign Envelope ID: EA6B2A0C-C9DD-80A5-834D-5C09235D9A97

14.    Attached hereto as exhibit C is a true and correct copy of an Institutional Classification Committee Chrono for Jaime Osuna dated September 6, 2018.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed:  August 3, 2026, at Visalia, California.

DocuSigned by:

*Estevan Moreno*

B2334F4628794A5...

E. Moreno

Decl. of E. Moreno in Support of Mot. for Summ. J.  (1:20-CV-00323-LHR-FRS (PC))

# Placeholder

# Exhibit A to Declaration of E. Moreno dated 8/3/26

## Document Subject to Request to File Under Seal

# Placeholder

# Exhibit B to Declaration of E. Moreno dated 8/3/26

Document Subject to Request to File Under Seal

# Placeholder

# Exhibit C to Declaration of E. Moreno dated 8/3/26

## Document Subject to Request to File Under Seal