## EXPERT WITNESS REPORT

### Dr. Andrea Grey

### Solares v. Diaz et al.

### E.D. Cal. No. 1:20-cv-00323

### April 17, 2026

EXPERT WITNESS REPORT; Dr. Andrea Grey                                        page 2
Solares v. Diaz, et al.  E.D. Cal. No. 1:20-cv-00323

## QUALIFICATIONS and EXPERIENCE:

I earned my Doctor of Psychology (Psy.D.) in Clinical Psychology from the Arizona School of Professional Psychology in 2012, following a Master of Arts in the same field (2010) and a Bachelor of Arts in Psychology from CSU Northridge (2005). I completed my pre-doctoral internship with the CDCR at California Men's Colony (CMC), where I eventually launched my professional career.

I began my career as clinical psychologist with CMC in 2013 working primarily in the Restricted Housing Unit (RHU; formerly known as Administrative Segregation Unit) completing duties of a mental health primary clinician evaluating, diagnosing, and treating patients. Additional duties included attending weekly Institutional Classification Committees (ICC), attending to crisis calls, and performing duties as a Licensed Mental Health Professional during controlled use of force events. Moreover, I worked in the In-Service Training (IST) unit for institutional staff weekly and as needed for the mental health department as a trainer for staff in topics such as suicide prevention, employee burnout, and use of force training for mental health professionals. In 2019, I was promoted to Senior Psychologist Supervisor where I continued to work in the ASU supervising psychologists, social workers, and recreation therapists. Additional duties included tracking and maintaining court compliance through continuous tracking and auditing of treatment and committees. In 2022, I was promoted to Chief Psychologist. In this role, I supervise the program supervisors in the outpatient, inpatient, and restricted housing unit programs. I monitor program data helping to ensure the programs adhere to Mental Health Services and Delivery System Program Guidelines and institutional operating procedures.

In my role as a clinical psychologist, Senior Supervising Psychologist, and Chief Psychologist I have been in the role as both the mental health committee member and auditor to the mental health portion of the committee since 2013 sitting in numerous ICCs. It is because of my roles over the past 13 years that I would consider myself an expert in the role of mental health committee member and issues related to reporting potential threats.

A copy of my current curriculum vitae is attached as **Exhibit A**.

EXPERT WITNESS REPORT; Dr. Andrea Grey                                           page 3
Solares v. Diaz, et al.  E.D. Cal. No. 1:20-cv-00323

## EXPERT FEES and PRIOR TESTIMONY

I am not being paid for my time on this case other than my salary as a state employee. I have not testified by deposition or at trial as an expert in any case in the last four years.  I have not authored any publications in the last ten years.

## DOCUMENTS REVIEWED

This report and my opinions are based on my experience and knowledge of CDCR policies, and my review of the following documents:

1. Maytubby Deposition Transcript dated 1/3/26

2. Maytubby Deposition Transcript dated 5/15/26

3. Classification Committee Chrono for Jaime Osuna dated September 25, 2018 (DEF 006461-DEF 006467)

4. Classification Committee Chrono for Jaime Osuna dated January 22, 2019 (DEF 006454-DEF 006460)

5. Disciplinary Hearing Results for Rules Violation Log Number 3943025 (DEF 009812-DEF009818)

6. Fifth Amended Complaint in Eastern District of California Case Number 1:20-cv-00323

The CDCR records I reviewed are prepared at or near the time of the events recorded by people with personal knowledge of the events recorded. My opinions are subject to modification or augmentation at a later date should additional documents be made available for my review.

## SUMMARY OF OPINIONS

At the request of the Office of the Attorney General of California, I was asked to opine as to (1) the role of mental health in ICCs in CDCR prisons, including in the 2019 time frame; and (2) the process by which a mental health staff member would report that

a mental health patient poses a potential threat to another inmate in a CDCR prison in 2019.

When a mental health clinician learns of a threat to the safety of an individual, they are mandated to notify custody personnel immediately.  In instances where a threat necessitates a specific type of housing, single-cell, double-cell, or dorm setting changes, the clinician shall consult with the Interdisciplinary Treatment Team (IDTT) and document the findings on a Form 128-C, which is then submitted to custody staff for appropriate action. Should the threat require more immediate attention, a Tarasoff procedure would be initiated which requires documentation to be provided to custodial staff on a 128-C immediately. The mental health clinician is required to notify custody staff of an imminent threat to safety immediately and would not wait for an ICC in order to make such a concern known.  The mental health clinician at an ICC would weigh in on single-cell or double-cell status only if, in the clinician's professional judgment, the incarcerated person's mental health condition warranted one status or the other.  Non-specific expressions of homicidal ideation by themselves would not constitute a reportable threat or warrant single-cell status.

## OPINIONS AND ANALYSIS

An ICC is a committee of at least three members formed at CDCR prisons to make decisions regarding an incarcerated person's housing within the prison system.  If the incarcerated person is a participant in CDCR's Mental Health Services Delivery System, a mental health clinician will participate in the committee as an additional member.

As a clinical psychologist in the RHU, work duties can include weekly attendance of ICC providing information to the committee which can, when pertinent, include patient information regarding treatment participation, medication compliance, risk for self-injurious or assaultive behavior and risk for decompensation, and status of activities of daily living (ADLs).  This expectation is documented in Title 15, section 3375(g)(3)-(4). To prepare for a committee, the mental health clinician does not typically review the incarcerated person's entire mental health file; instead, only the most recent suicide risk assessment and treatment plan are reviewed, as they are the most relevant to the incarcerated person's present condition.  Further information may be garnered through

previous contacts with the patient, if any, records reviewed, data regarding treatment attendance, and information shared by the primary clinician or interdisciplinary treatment team (IDTT) to the mental health committee member prior to the committee.

One of the decisions made by an ICC is whether an inmate should be double-cell cleared or have single-cell status.  Housing and custody assignments are determined by custodial staff and not mental health professionals.  Determinations as to whether past behavior, such as the incarcerated person's crime, rules violations, violence toward other inmates, and violence toward staff, warrants single-cell status, are made by custody staff. Regarding single-cell or double-cell living, the mental health committee member is speaking to any pertinent mental health information that would affect the patient's ability to house in either of those situations. The mental health representative would weigh in on single-cell or double-cell status only if the incarcerated person's mental health condition warrants one status or the other.  For example, some incarcerated people are more likely to attempt suicide or self-harm if left in a cell alone, and therefore mental health staff would consider recommending double-cell status.  Statements regarding generalized homicidal ideations, or a desire to commit violence against staff, would not typically warrant single-cell status.  Appearance of an incarcerated person, including facial tattoos or hairstyle, generally does not affect double or single-cell status, except where the appearance indicates that the incarcerated person is not participating in ADLs.

A mental health clinician not commenting on double-cell versus single-cell housing is normal and appropriate for a situation where the patient's mental health condition did not require either double-cell or single-cell housing.  If a mental health clinician were sharing information with a committee regarding a recommendation for single- or double-cell status, the information is generally vague to still maintain client confidentiality but sharing what would be relevant to the committee to make a fully informed decision.

Where a mental health clinician becomes aware of a threat to safety posed by one incarcerated person to another, or becomes aware of a safety concern that would, in the clinician's professional judgment, make a patient unsuitable for a specific housing arrangement, the clinician must inform custody staff, typically the sergeant in the building where the incarcerated person is located, who would then ensure the safety of those

involved while investigating the potential threat.  In the case that a patient would be better suited for a single cell, the primary clinician discusses this with the IDTT and then authors a 128-C informational chrono and provides this to the custody counselor.  The mental health clinician is required to notify custody staff of an imminent threat to safety immediately, and would not wait for an ICC in order to make such a concern known.

I reviewed the classification committee chrono for Jaime Osuna from September 25, 2018.  That committee was the initial committee at California State Prison, Corcoran, as Osuna had recently arrived there.  Osuna did not attend the committee, so the mental health clinician's main role was to inform the committee of Osuna's mental health status, level of care, and any likelihood of decompensation in restricted housing.  The chrono indicates that the clinician, K. Kyle (who I understand is now named Maytubby) provided the committee with that information.  The committee noted Osuna's security housing unit (SHU) term and mental health treatment level (CCCMS) and continued Osuna's double-cell, general population (GP) status.  The chrono does not show any recommendation or input from Maytubby with regard to Osuna's double-cell status.

I reviewed the classification committee chrono for Jaime Osuna from January 22, 2019.  That committee changed Osuna's status from double-cell GP to double-cell SNY (sensitive needs yard).  Again, Osuna did not attend the committee. As the mental health clinician, Maytubby's role was to inform the committee of Osuna's mental health status, level of care, and any likelihood of decompensation in restricted housing.  The chrono indicates that the clinician Maytubby did so.  The chrono does not show any recommendation or input from Maytubby with regard to Osuna's double-cell status.

EXPERT WITNESS REPORT; Dr. Andrea Grey                                      page 7

Solares v. Diaz, et al.  E.D. Cal. No. 1:20-cv-00323

## CONCLUSION

I base my opinions on my review of Plaintiff's complaint, the relevant records, and my training and experience.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on:  April 17, 2026


_____, BmD

Dr. Andrea Grey

# EXHIBIT A

# Curriculum Vitae
## Andrea Marie Grey, Psy.D.
## California License Number: PSY27981

██████████
█████████████

• Bilingual: English & American Sign Language •

## EDUCATION

**Licensed Clinical Psychologist, 1/2016**
California Board of Psychology- Psy27981

**Doctor of Psychology, Clinical Psychology, 08/2012**
Arizona School of Professional Psychology, Phoenix, Arizona
Program Accredited by the American Psychological Association
Clinical Research Project (Dissertation equivalent): *An Analysis of Reintegration Programs for Male Adult Prisoners: A Critical Review of the Literature*. 12/2010
Successfully Defended

**Master of Arts, Clinical Psychology, 06/2010**
Arizona School of Professional Psychology, Phoenix, Arizona

**Graduate Student, Clinical Psychology**
Phillips Graduate Institute, Encino, CA
Clinical Psychology (09/2005-05/2007)

**Bachelor of Arts, Psychology, 06/2005**
California State University, Northridge

## CLINICAL WORK EXPERIENCE

**Clinical Psychologist**                                            **03/01/2022-Present**
**Private Practice: Arroyo Grande**                    **Hours working per week: 10**

Providing outpatient therapy to first responders in the community. Using a person-centered approach with the three core conditions that enable a therapeutic relationship which include congruence, unconditional positive regard, and empathy. For patients who are experiencing PTSD, treatment also includes the use of Prolonged Exposure Therapy and EMDR which helps to gradually approach trauma related memories, feelings, and situations that clients enduring PTSD often have been avoiding.

**Chief Psychologist**                                              **03/31/2022-Present**
**CDCR: California Men's Colony**                    **Hours working per week: 40**
**San Luis Obispo, California**
**Supervisors: T. Macias, CEO**

Chief Psychologist over the outpatient mental health programs at CMC to include the Enhanced Outpatient (EOP), the Correctional Clinical Case Management System (CCCMS), and General Population (GP) programs as well as the Restricted Housing Unit (RHU) and Mental Health Crisis Bed (MHCB). Monitoring program data and helping to ensure the programs adhere program guidelines. Supervise mental health psychologist supervisors and Psychiatric Social Work Supervisor.

1

**Senior Supervising Psychologist**                                    **11/2019-03/2022**
**CDCR: California Men's Colony**                              **Hours working per week: 40**
     **San Luis Obispo, California**
     **Supervisors: M. Comperini, PsyD, CMH (current) & E. Alicea-Samaniego, PsyD, Chief Psychologist**

ASU Mental health program for 1-year and moved to the Enhanced Outpatient Program to supervise in a 500 patient program 1/2021. Supervising psychologists, social workers, and recreational therapists. Supervising duties have included daily assignment of patients and tracking of performance reports to ensure monthly court mandated treatment compliance for the mental health programs. Duties also include working closely with both custody and medical to ensure program requirements are met. Continued work in supervising a large mental health outpatient program ensuring compliance with all quarterly audits, restarting a group treatment program which was stagnant for over a year due to COVID-19, and ongoing close work with custody and mental health to ensure overall compliance. Additional duties not particular to supervising a specific program include monitoring of PREA mental health mandates and tracking, IEX tracking, working with outside advocate group "RISE". Specialized training with the EHRS system as a trainer and ongoing support for all staff. Headquarters training in case conceptualization, Use of Force for Mental Health, and RVR MHA tracking and monitoring. Teaching duties for all institutional staff during new employee and yearly IST training for Inmate Suicide Prevention, MILO, Corrections Fatigue, True Grit, Custody Partnership, Armstrong trainings and Implicit Bias.

**Licensed Clinical Psychologist**                                    **01/2016- 11/2019**
**CDCR: California Men's Colony**                              **Hours working per week: 40**
     **San Luis Obispo, California**
     **Supervisor: H. Switzer, PsyD**

*Description of Site:* California Men's Colony is a California Department of Corrections and Rehabilitation state prison that houses minimum and medium level inmates. The prison houses general population inmates as well as those with medical, psychiatric and behavioral concerns. The prison houses inmates in various stages of the psychiatric treatment process, ranging from intake evaluation to 24-hour lockdown monitoring.

*Responsibilities:* Duties have included working with IPs at all LOCs in both mainline and administration segregation unit (ASU). Work has included working in ASU completing 1:1 sessions, crisis intervention, group treatment and all LOC consultations. Treatment with individual patients includes treatment planning, diagnosing, goal setting, providing intervention, and parole/probation planning. Group treatment focuses on high-risk IPs returning from or pending placement into higher LOC. Daily duties also include completion of Rules Violation Mental Health Assessments requiring IP interview, consultation, and records review. Also complete Use of Force Licensed Mental Health Professional intervention, working closely w/ other professionals, both medical and custody staff during regular business hours and on voluntary on call times. Work also includes supervising Pre-doctoral psychology interns as primary supervisor during ASU rotation and assessment rotations. Specialized training with the EHRS system as a trainer and ongoing support for all staff. Headquarters training in case conceptualization with teaching duties with mental health staff. Teaching duties for all institution staff during new employee and yearly IST training for Inmate Suicide Prevention, MILO, Corrections Fatigue and True Grit.

**Post-Doctoral Psychologist**                              **10/2013- 01/2016**
**CDCR: California Men's Colony**                **Hours working per week: 40**
       San Luis Obispo, California
       Supervisor: Elizabeth Butler-Greene, Psy.D.

***Description of Site:*** California Men's Colony is a California Department of Corrections and Rehabilitation state prison that houses minimum and medium level inmates. The prison houses general population inmates as well as those with medical, psychiatric and behavioral concerns. The prison houses inmates in various stages of the psychiatric treatment process, ranging from intake evaluation to 24-hour lockdown monitoring.

***Responsibilities:*** Duties have included working with IPs at all LOCs in both mainline and administration segregation unit (ASU). Current work includes working in ASU completing 1:1 sessions, crisis intervention, group treatment, and all LOC consultations. Treatment with individual patients includes treatment planning, diagnosing, goal setting, providing intervention, and parole/probation planning. Group treatment focuses on high-risk IPs returning from or pending placement into higher LOC. Daily duties also include completion of Rules Violation Mental Health Assessments requiring IP interview, consultation, and records review. Also complete Use of Force Licensed Mental Health Professional intervention, working closely with other professionals, both medical and custody staff during regular business hours and on voluntary on call times. Work also includes supervising Pre-doctoral psychology interns as primary supervisor during ASU rotation and assessment rotations. Specialized training with the EHRS system as a trainer and ongoing support for all staff. Additional headquarters training in case conceptualization with teaching duties with mental health staff. Ongoing teaching duties for all institution staff during new employee and yearly IST training for Inmate Suicide Prevention.

**Pre-Doctoral Intern**                                    **08/2011-07/2012**
**CDCR: California Men's Colony**              **Hours worked per week: 40**
       San Luis Obispo, California          **Supervised Hours Completed: 1897**
       Supervisor: Amy Liston, Ph.D.

***Description of Site:*** California Men's Colony is a California Department of Corrections and Rehabilitation state prison that houses minimum and medium level inmates. The prison houses general population inmates as well as those with medical, psychiatric and behavioral concerns. The prison houses inmates in various stages of the psychiatric treatment process, ranging from intake evaluation to 24-hour lockdown monitoring.

***Responsibilities:*** Yearlong APPIC member internship supervised by a variety of licensed psychologists in individual, group, and in vivo settings. Provided direct long-term clinical services to individual therapy inmate/patients with a variety of axis I and II diagnoses. To enhance the training experience, several individual therapy sessions were "in vivo" in which supervisors listened to the live sessions and provided supervision immediately following the session. Co-facilitated process oriented group therapy treatment with licensed psychologists addressing issues regarding ethnic identity and transgender life in prison. Also independently developed and implemented a structured time limited group therapy treatment where issues regarding victim empathy were discussed and processed. Along with yearlong duties, three mini-rotations were also completed. The initial rotation included psychological testing where skills in administering, scoring and interpreting assessments as well as report writing were refined through supervision and didactic trainings. Assessments administered included the WAIS-IV, WMS-IV, WASI, MMPI-2, MCMI-III, PAI, The Rorschach, House-Tree-Person (HTP), The Bender (Koppitz-2 interpretation), Rey-15, SIRS-2, TOMM, M-FAST, and the ASRS-v1.1.

3

Additional information gathered for the report included a clinical interview, mental status examination, a thorough review of historical records and collateral interviews with staff that had contact with the inmate/patient. Treatment rotations were also completed which included intake evaluations, suicide risk evaluations, and weekly follow-up sessions with a variety of level of care patients (enhanced outpatient, correctional clinical case management, inpatient crisis bed discharges). Included in the treatment rotations were participation in interdisciplinary treatment teams where patient treatment plans were introduced and/or updated and patient level of care were discussed. Rotation was also completed in the inpatient crisis bed. This included weekly participation in treatment team and follow-up sessions with assigned patients. Additionally, received weekly didactic trainings that included assessment, multiculturalism, treatment interventions, understanding and treatment if childhood sexual abuse, mental health in the court system, law and ethics, and psychopharmacology.

| | |
|---|---|
| **Practicum Level Clinician** | **07/ 2010- 06/2011** |
| **Arizona State Hospital** | **Hours worked per week: 20** |
| **Phoenix, Arizona** | **Supervised Hours Completed: 603.25** |
| **Supervisor: June Stapleton, Ph.D.** | |

***Description of Site:*** Arizona State Hospital is a long-term stay psychiatric hospital in Phoenix, Arizona providing treatment and rehabilitative services. The hospital serves severely mentally ill persons with court ordered civil commitment and persons determined criminally incompetent or insane.

***Responsibilities:*** Provided individual therapy as well as comprehensive evaluations and risk assessments for dually diagnosed, seriously mentally ill, the Guilty Except Insane population, those not yet competent to stand trial, and sexually violent persons working 20 hours per week. Collaborating with multidisciplinary treatment teams in developing and implementing treatment and intervention programs. Supervised by several licensed psychologists on an ongoing consulting basis. Received basic training in Dialectical Behavior Therapy. Attended various continuing education courses on psychopharmacology, psychopathology, and psychotic disorders. Received close supervision for individual therapy and received feedback on testing and report writing by supervising psychologists. Administered, scored, and interpreted psychological risk assessments, competency to stand trial evaluations, and psychological testing. Further developed competency in administering the following assessments: Minnesota Multiphasic Personality Inventory- Second Edition (MMPI-2); The Rorschach (Exner scoring); Wechsler Adult Intelligence Scale- Fourth Edition (WAIS-IV); Woodcock Johnson- Third Edition (WJ-III); CTU; CEST; The Achenbach Adult Self-Report (ASR); Achenbach Adult Behavior Checklist (ABCL); Inventory of Offender Risk, Needs, and Strengths (IORNS); Hare Psychopathy Checklist-Revised (PCL-R); HCR-20 Violence Risk Assessment Scheme; Beck Depression Inventory; Beck Anxiety Inventory; Test of Memory Malingering (TOMM); and Structured Interview of Reported Symptoms (SIRS).

| | |
|---|---|
| **Practicum Level Clinician** | **06/2009- 07/2010** |
| **Psychological & Consulting Services** | **Hours worked per week: 20** |
| **Mesa, Arizona** | **Supervised Hours Completed: 846.5** |
| **Supervisors: Steven Gray, Ed.D. &** | |
| **Holly Salisbury, Psy.D.** | |

***Description of Site:*** Psychological and Consulting Services is a private practice facility that provides comprehensive assessments and risk assessments, individual, and group therapy for sex offenders both pre- and post-adjudication and incarceration.

*Responsibilities:* Trained as a practicum level therapist providing individual and group therapy to mandated sex offender clients. Also completed weekly individual intakes. Provided treatment correspondence with probation teams to report treatment provided to probationers. Additionally, assessments were administered to clients for treatment purposes and court ordered requests. Developed competency in administering and interpreting the Multiphasic Sex Inventory-Second Edition (MSI-II); Abel Assessment for Sexual Interest, Shipley-2, Personality Assessment Inventory (PAI), Millon Clinical Multiaxial Inventory-Third Edition (MCMI-III), Minnesota Multiphasic Personality Inventory- Second Edition (MMPI-2), Abel and Becker Sexual Interest Card Sort, Wechsler Abbreviated Scale of Intelligence (WASI), Wechsler Adult Intelligence Scale- Fourth Edition (WAIS-IV), Wechsler Memory Scale- Fourth Edition (WMS-IV), the Bender Gestalt II- Koppitz interpretation, and The Rorschach (Exner scoring).

| | |
|---|---|
| **Practicum Level Clinician** | **08/2008- 06/2009** |
| **Arizona Department of Juvenile Corrections:** | **Hours worked per week: 20** |
| **Adobe Mountain** | **Supervised Hours Completed: 727** |
| **Phoenix, Arizona** | |
| **Supervisor: Christine Grubb, Ph.D.** | |

*Description of Site:* Arizona Department of Juvenile Corrections is a secure state facility for adjudicated juveniles. Juveniles are provided rehabilitative services to ensure safety for the community upon juvenile release to the community.

*Responsibilities:* Trained as a practicum level therapist at a state corrections facility, working approximately 20 hours per week. Duties included intake evaluations as well as psychodiagnostic evaluations of newly committed juveniles. Approximately 3-4 comprehensive evaluation reports written per week to establish suitable program placement and treatment goals for adjudicated adolescent male (substance abuse, sex offender, or general population treatment). Duties also included individual therapy, treatment planning, as well as crisis intervention and risk assessment. Weekly supervision provided by a licensed clinical psychologist as well as minor supervision provided weekly by a licensed masters level clinician. Assessments administered and interpreted included Behavior Assessment System for Children- Second Edition (BASC-2), Massachusetts Youth Screening Instrument- Second Edition (MAYSI-2), Minnesota Multiphasic Personality Inventory- Adolescent (MMPI-A), Millon Adolescent Clinical Inventory (MACI), Mental Status Exam (MSE), Wechsler Adult Intelligence Scale- Fourth Edition (WAIS-IV), Wechsler Intelligence Scale for Children- Fourth Edition (WISC-IV), Substance Abuse Subtle Screening Inventory (SASSI) and The Rorschach (Exner scoring).

| | |
|---|---|
| **Practicum Level Clinician** | **11/2006- 05/2007** |
| **California Family Counseling Center** | **Hours worked per week: 15** |
| **(CalFam) & Camp Fred Miller** | **Supervised Hours Completed: 283** |
| **Encino & Malibu, California** | |
| **Supervisor: Anne Elkin, Ph.D.** | |

*Description of Site:* California Family Counseling Center is a community mental health facility that provides individual, group, couples, and family therapy to adolescents and adults. Additional services provided to Camp Fred Miller, a secure juvenile detention center within Los Angeles County.

*Responsibilities:* Trained as a practicum level therapist to fulfill school required clinical training hours, worked approximately 15 hours per week. Duties included initial assessment and

individual counseling for adult and adolescents. Population included a variety of diagnostic categories such as Mood Disorders, Anxiety Disorders, Post Traumatic Stress Disorder, and Partner Relational Problems. Duties also included clinical work in individual and group settings with adolescent boys at Camp Fred Miller, Juvenile Detention Center. Population at detention center included Mood Disorders, Anxiety Disorders, Conduct Disorder and Substance Related Disorders. Training at CalFam included weekly individual and group supervision as well as a variety of didactic trainings by professionals in the mental health community.

**Practicum Level Clinician**                                        **08/2006- 10/2006**
    **Head Start**                                           **Hours worked per week: 20**
    **Los Angeles, California**                    **Supervised Hours Completed: 91.5**
    **Supervisor: Zelda Nash, Ph.D.**

*Description of Site:* Head Start is a comprehensive child development program which services children from birth to age 5, pregnant women, and their families.

*Responsibilities:* Completed 20 classroom observations, recording individual child behaviors; child/child, child/teacher, teacher/teacher, and teacher/parent interactions; and the overall facility environment. Identified children with possible mental health service needs. Consulted with on-site and community professionals. Began treating 10-15 families with children experiencing socialization issues, ADHD, developmental disabilities, and trauma.

**WORK EXPERIENCE**

**Sign Language Interpreter**                      **08/1999-08/2008 & 12/2012-7/2013**
                                             **Hours worked per week: 30**
    **San Luis Obispo Office of Education**              **San Luis Obispo, CA**
    **LA County Office of Education**                            **Los Angeles, CA**
    **Sulphur Spring School District**                          **Santa Clarita, CA**
    **Antelope Valley Community College**                      **Phoenix, AZ**
    **To U I Sign**
    **South-East Asian Interpreters**
    **Deer Valley Unified School District**

Working as a sign language interpreter in elementary, junior high and high schools, as well as colleges and various psychological and medical appointments for private companies. Working on average 30 hours per week.

**Substitute Teacher**                              **06/2006-08/2006 & 12/2012-7/2013**
                                             **Hours worked per week: 35**
  **San Luis Obispo Office of Education**                **San Luis Obispo, CA**
  **Sulphur Spring School District**                        **Santa Clarita, CA**

Substitute teaching various special education classes.

**Psychometrician**                                                  **08/2009- 06/2011**
    **Michael Rabara, Ph.D.**                        **Hours worked per week: 16-30**
    **Phoenix, Arizona**                                **Hours Completed: 1304.00**

Working 16-30 hours per week as a psychometrician assistant administering and scoring assessments for a licensed clinical psychologists contracted by the Social Security

6

Administration. Working with populations that include the hearing impaired by administering test batteries in American Sign Language. Clientele served at the site include individuals between the ages of 6 and 64, typically, but not always of lower socioeconomic status, with a large range of presenting problems including learning disabilities, ADHD, disruptive behaviors, depression, anxiety, as well as traumatic brain injury, stroke, seizure and dementia. Assessments administered include the Wechsler Adult Intelligence Scale- Fourth Edition (WAIS-IV), Wechsler Intelligence Scale for Children- Fourth Edition (WISC-IV), Wechsler Memory Scale- Fourth Edition (WMS-IV), Woodcock Johnson- Third Edition (WJ-III), Bender Gestalt II, Trails A & B, Rey 15-item test, and The Comprehensive Test of Nonverbal Intelligence- Second Edition (CTONI-2).

**SPECIALIZED TRAININGS**

- Training for Trainers certified
- T4T trained in In-service Training Suicide Prevention
- T4T trained in In-service Training Mobile Situational Awareness Training (MILO)
- T4T In-service Training Desert Waters-Correctional Fatigue
- T4T In-service Training Desert Waters-True Grit
- T4T In-service Training Implicit Bias
- T4T Case Formulation for Mental Health staff
- T4T Rules Violation Report Mental Health Assessment for Mental Health staff
- T4T Mental Health Use of Force for Mental Health staff
- CDCR Leadership 101-Cohort 41 Sponsored by California State University, Sacramento 2022
- CDCR Executive Leadership-Cohort 31 Sponsored by California State University, Chico 2022

**SPECIALIZED SKILLS**

- Educational Sign Skills Interpreter (ESSE) Certified Level III Interpreter
- Trained and able to interpret in American Sign Language (ASL) as well as Signed Exact English (SEE sign).

**PROFESSIONAL AFFILIATIONS & LEADERSHIP**

- Student Government Committee Member                    **09/2008-08/2009**
- Student Government Member and Elected Representative:    **09/2005-08/2007**
  Chair of Social Committee

**CLINICAL RESEARCH PROJECT**

Arizona School of Profession Psychology dissertation equivalent work completed 12/2010.
*An Analysis of Reintegration Programs for Male Adult Prisoners: A Critical Review of the Literature.*
Clinical Research Project Chair: Louise Baca, Ph.D.; Secondary Chair: Gregory Shrader, Ph.D.