ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
DAVID E. KUCHINSKY, State Bar No. 292861
Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone:  (916) 210-7666
 Fax:  (916) 324-5205
 E-mail:  David.Kuchinsky@doj.ca.gov
*Attorneys for Defendants Burnes, Pena, Gamboa, Garcia, Gallemore, Maytubby, and Munoz*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DORA SOLARES,** | 1:20-cv-00323-LHR-FRS |
| Plaintiff, | **NOTICE OF ERRATA REGARDING ECF NO. 295 – DEPOSITION TRANSCRIPT** |
| v. | |
| **RALPH DIAZ, et al.,** | |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On August 4, 2026, Defendants inadvertently filed a non-confidential deposition transcript on the Court's docket.  (ECF No. 295.)  Defendants intended to lodge the deposition transcript with the Court in support of their August 3, 2026, motion for summary judgment.  The deposition transcript should not have been filed on the docket and Defendants hereby request that the docket entry be vacated and the deposition transcript removed.  Defendants will lodge the deposition transcript pursuant to local rule concurrently with the filing of this notice.

/ / /

/ / /

1

Dated:  August 4, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General
JEREMY DUGGAN
Deputy Attorney General


/s/ David E. Kuchinsky


DAVID E. KUCHINSKY
Deputy Attorney General
*Attorneys for Defendants Burnes,*
*Pena, Gamboa, Garcia, Gallemore,*
*Maytubby, and Munoz*

SA2019101902
95731846.docx

Not. of Errata re: Deposition Transcript  (1:20-cv-00323-LHR-FRS)

# CERTIFICATE OF SERVICE

Case Name: **Dora Solares (H56733) v. Ralph Diaz, et al.**   No.   **1:20-CV-00323-LHR-FRS (PC)**

I hereby certify that on <u>August 4, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **NOTICE OF ERRATA REGARDING ECF NO. 295 – DEPOSITION TRANSCRIPT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 4, 2026</u>, at Fresno, California.

|  |  |
|---|---|
| J. Vinton | */s/ J. Vinton* |
| Declarant | Signature |

SA2019101902
95731849.docx