IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DORA SOLARES,** | Case No. 1:20-CV-00323-LHR-FJS (PC) |
| Plaintiff, | **ORDER** |
| **v.** | |
| **RALPH DIAZ, et al.,** | |
| Defendants. | |

Having reviewed Defendants' Request to Seal Documents, and the documents submitted therewith, and good cause appearing, Defendants' Request to Seal Documents is GRANTED.

The Clerk of Court is directed to file under seal the following documents submitted by email by Defendants with their request:

1. Defendants' Memorandum of Points and Authorities in Support of Motion for Summary Judgment (unredacted);

2. Defendants' Statement of Undisputed Facts in Support of Motion for Summary Judgment (unredacted);

3. Declaration of Burnes in support of Defendants' motion for summary judgment (unredacted);

4. Declaration of Gamboa in support of Defendants' motion for summary judgment (unredacted);

1

5.  Declaration of Moreno in support of Defendants' motion for summary judgment (unredacted);

6.  Declaration of Munoz in support of Defendants' motion for summary judgment (unredacted);

7.  Declaration of Pena in support of Defendants' motion for summary judgment (unredacted);

8.  Declaration of Loza in support of Defendants' motion for summary judgment (unredacted);

9.  Declaration of Lynch declaration in support of Defendants' motion for summary judgment (unredacted);

10. Exhibit A to the Declaration of Gamboa in support of Defendants' motion for summary judgment;

11. Exhibit A to the Declaration of Burnes in support of Defendants' motion for summary judgment;

12. Exhibit A to the Declaration of Moreno in support of Defendants' motion for summary judgment;

13. Exhibit B to the Declaration of Moreno in support of Defendants' motion for summary judgment; and

14. Exhibit C to the Declaration of Moreno in support of Defendants' motion for summary judgment.

Dated:   August 7, 2026

Lee H. Rosenthal
Senior United States District Judge

2