**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DORA SOLARES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RALPH DIAZ, in his individual capacity, KENNETH CLARK, in his individual capacity, JOSEPH BURNS, in his individual, and DOES 1 TO 15, in their individual capacities<br><br>Defendants. | Case No. 1:20-cv-00323-LHR<br><br>**ORDER** |

Plaintiff's Request to Seal Documents, and the documents submitted therewith, is granted. The Clerk of Court is directed to file under seal the following documents submitted by email by Plaintiff with her request:

1. An Unredacted version of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Exclude Plaintiff's Expert Witnesses and attached Declaration of Counsel;
2. An Unredacted version of the Declaration of Dr. Morgan Deal, and Dr. Deal's report, which is attached as Exhibit A, and highlighted in key parts.
3. An Unredacted version of the Declaration of Dorothy L. Smith and Ms. Smith's report, which is attached as Exhibit 1, and highlighted in key parts.

4. An Unredacted version of the Declaration of Erin Parker, and Ms. Parker's report, which is attached as Exhibit A, and highlighted in key parts.

Dated: August 14, 2026

Lee H. Rosenthal
Senior United States District Judge