**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DORA SOLARES, an individual,

Plaintiff,

v.

RALPH DIAZ, in his individual capacity, KENNETH CLARK, in his individual capacity, JOSEPH BURNS, in his individual, and DOES 1 TO 15, in their individual capacities

Defendants.

Case No. 1:20-cv-00323-LHR

**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND PAGE LIMITATION FOR PLAINTIFF'S POINTS & AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff's unopposed motion to extend the page limitation for Plaintiff's memorandum of points and authorities in opposition to Defendants' summary judgment motion is granted. Plaintiff may file points and authorities in support of her opposition of up to forty-five pages in length.

Dated: August 17, 2026

Lee H. Rosenthal
Senior United States District Judge