Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
15760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230

Attorneys for Plaintiff Dora Solares

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| DORA SOLARES,<br><br>Plaintiff,<br><br>v.<br><br>RALPH DIAZ, et al.,<br><br>Defendants. | Case No. 1:20-CV-00323-LHR-FJS<br><br>**PLAINTIFF'S SEPARATE STATEMENT OF GENUINE ISSUES AND OBJECTIONS AND ADDITIONAL MATERIAL FACTS AND SUPPORTING EVIDENCE IN OPPOSITION TO OFFICER SILVA'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[*Filed concurrently with Plaintiff's Opposition to Defendant Silvas' Motion for Summary Judgment; Declarations; Exhibits*]** |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

//

Plaintiff Dora Solares, an individual, hereby submits the Separate Statement of Genuine Disputes/Separate Statement of Uncontroverted Facts in Support of Their Opposition to Officer Silva's Motion for Summary Judgment.

Dated: August 17, 2026

**LAW OFFICES OF JUSTIN E. STERLING**

By: */s/ Justin E. Sterling*

Justin E. Sterling
Attorney for Plaintiff
Dora Solares

**PLAINTIFF'S STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

| No. | Defendant's Uncontroverted Facts and Supporting Evidence | Plaintiff's Disputed Facts and Supporting Evidence |
|---|---|---|
| 1. | Plaintiff alleges that Officer L. Silva ("Silva") is a Correctional Officer who was working at the California State Prison, Corcoran, at the time of the incident.<br><br>[Fifth Amended Complaint ("5AC") (ECF No. 134) at 4, ¶ 71); (Ex. A to Declaration of J.Randall Andrada ("Andrada Dec."))] | 1. Undisputed. |
| 2. | Plaintiff alleges that Officer Silva failed to conduct routine safety checkups, routine counting of inmates that require a. a visual inspection of inmates in each cell, and routine visual and auditory monitoring of the cell.<br><br>[5AC at 11, ¶ 20.] | 2. Undisputed. |
| 3. | Plaintiff alleges that on the evening of March 8, 2019, Officer Silva observed that the view to the cell occupied by Romero and Osuna was obstructed by something (likely a bedsheet), unlike other cells in the cellblock, and as a result he could not get an adequate view into Romero and Osuna's cell in order to ensure that both inmates were alive and breathing.<br><br>[5AC at 11, ¶ 21.] | 3. Undisputed. |

| | | |
|---|---|---|
| 4. | Plaintiff alleges that Officer Silva could not help but hear the unavoidably loud sounds of yelling and screaming coming from the Romero/Osuna cell which were unusual noises and loud and reverberated through the cellblock, and could be heard from the control booth and the areas outside the cells where the correctional officers walked.<br><br>[5AC at 11, ¶ 21.] | 4. Undisputed. |
| 5. | Plaintiff alleges that the delay of nighttime safety checks was so severe that Osuna had time to decapitate Romero, make a necklace of Romero's body parts, and cover the cell in blood, all with a small razor.<br><br>[5AC at 12, ¶21.] | 5. Undisputed. |
| 6. | Plaintiff alleges that Officer Silva was deliberately indifferent to a substantial risk of serious harm to which Luis Romero was exposed.<br><br>[5AC at 13, ¶ 22, ¶ 31. ¶ 36.] | 6. Undisputed. |
| 7. | Plaintiff alleges that as a direct and proximate result of Officer Silva's actions and omissions, she was deprived of her son and suffered injuries and damages.<br><br>[5AC at 19, ¶ 51.] | 7. Undisputed. |

| | | |
|---|---|---|
| 8. | Plaintiff alleges that Officer Silva committed intentional or negligent misconduct that caused the untimely and wrongful death of decedent Luis Romero and deprived Plaintiffs of their son.<br><br>[5AC at 19, ¶ 54.] | 8. Undisputed. |
| 9. | Plaintiff alleges that Officer Silva failed to take reasonable action to summons medical care for Mr. Romero, despite having reason to know that he was in need of immediate medical care, in violation of Cal. Gov't. Code §845.6.<br><br>[5AC at 20, ¶ 59.] | 9. Undisputed. |
| 10. | [redacted] | |
| 11. | | |
| 12. | | |

| | | |
|---|---|---|
| | [Silva Depo. at 69:22-23.] | |
| 13. | [redacted] | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |

[redacted]

18. [redacted]

[redacted]

| | | |
|---|---|---|
| | When Officer Silva conducts welfare [redacted] | Undisputed. [redacted] |

[redacted]

19. [redacted]

[redacted]

20. [redacted]

| | |
| --- | --- |
| | .m. , 2344 11:44 .m. , 0014 12:14 |
| | [redacted] |
| 21. | [redacted] |
| 22. | [redacted] |

[redacted]

23. (

S
c

[

. . , . . ,

[redacted]

| | | |
|---|---|---|
| | [redacted] | |
| 25. | [redacted] | |

## PLAINTIFF'S ADDITIONAL MATERIAL FACTS

“ ” [redacted]

| No. | |
|---|---|
| 1. | [redacted] |

[redacted]

[redacted]

| | |
|---|---|
| | [redacted] |
| 13. | |
| 14. | |
| 15. | |
| 16. | |
| 17. | |

[redacted]

[redacted]

[redacted]

37. [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

64. [redacted]

65. [redacted]

[redacted]

| | | |
|---|---|---|
| | [redacted] | |
| | [redacted] | |
| 73 | [redacted] | |
| 74 | [redacted] | 7- |
| 75 | [redacted] | |
| 76 | [redacted] | ); . |
| 77 | [redacted] | |

| | | |
|---|---|---|
| 78. | [redacted] | |
| 79. | [redacted] | |
| 80. | [redacted] | |
| 81. | [redacted] | |
| 82. | [redacted] | |

| | |
|---|---|
| | [redacted] |
| 83. | [redacted] |
| 84. | [redacted] |

85. [redacted]

86. [redacted]

87. [redacted]

88. [redacted]

| | |
|---|---|
| | [redacted] |
| 89. | [redacted] |
| 90. | [redacted] |
| 91. | [redacted] |
| 92. | [redacted] |

| | | |
|---|---|---|
| 93. | [redacted] | |
| 94. | [redacted] | |
| 95. | [redacted] | |

[redacted]

am not qualified because I am not an

[redacted]

Dated: August 17, 2026

**LAW OFFICES OF JUSTIN E. STERLING**

By: */s/ Justin E. Sterling*
Justin E. Sterling
Attorney for Plaintiff
DORA SOLARES