# DECLARATION OF COUNSEL

I, Erin Darling, hereby declare as follows:

I am an attorney permitted to practice in the Eastern District of California, and I represent Dora Solares, mother of decedent Luis Rodriguez, in the above-entitled action.

1. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 1-Silva Deposition [Excerpts] is attached herein. I am familiar with the contents and can attest to its authenticity.
2. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 2-Notice of Adverse Action. I am familiar with the contents and can attest to its authenticity.
3. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 3-DEF4259-4263. I am familiar with the contents and can attest to its authenticity.
4. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 4-Burnes Ex. D. I am familiar with the contents and can attest to its authenticity.
5. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 5-Burnes Ex. E. I am familiar with the contents and can attest to its authenticity.
6. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 6-Burnes Ex. C. I am familiar with the contents and can attest to its authenticity.
7. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 7-Cal. Code Regs. Tit. 15, § 3270. I am familiar with the contents and can attest to its authenticity.

8. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 8-Cal. Code Regs. Tit. 15, § 3271. I am familiar with the contents and can attest to its authenticity.
9. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 9-Cal. Code Regs. Tit. 2, § 172, I am familiar with the contents and can attest to its authenticity.
10. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 10-Cal. Gov't Code § 19990. I am familiar with the contents and can attest to its authenticity.
11. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 11-CSP-Corcoran Operational Procedure (OP) 226 Security Welfare Check Procedures dated June 2018. I am familiar with the contents and can attest to its authenticity.
12. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 12-Allison Memorandum, March 30, 2018. I am familiar with the contents and can attest to its authenticity.
13. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 13-Pena Deposition [Excerpts]. I am familiar with the contents and can attest to its authenticity.
14. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 14-Facility 4A 1R First Watch Floor Officer's Post Orders. I am familiar with the contents and can attest to its authenticity.
15. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 15-Gallemore Deposition [Excerpts]. I am familiar with the contents and can attest to its authenticity.
16. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 16-Internal Affairs Investigation Report. I am familiar with the contents and can attest to its authenticity.
17. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 17-

Osuna Interview Transcript. I am familiar with the contents and can attest to its authenticity.

18. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 18- Gallemore Dep. Ex. E (DEF5256-5258). I am familiar with the contents and can attest to its authenticity.
19. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 19- Burnes Deposition [Excerpts]. I am familiar with the contents and can attest to its authenticity.
20. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 20- COR - CSP Corcoran 1W 4A cor March 9, 2019 (DEF 2). I am familiar with the contents and can attest to its authenticity.
21. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 21- CDCR Memorandum dated April 16, 2019. I am familiar with the contents and can attest to its authenticity.
22. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 22- Coroner's Report. I am familiar with the contents and can attest to its authenticity.
23. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 23- Post Order 283447 4AIR FLOOR 2. I am familiar with the contents and can attest to its authenticity.
24. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 24- Report by Dr. Bennett Omalu. I am familiar with the contents and can attest to its authenticity.
25. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 25- Dr. Carpenter, May 8, 2026, Report. I am familiar with the contents and can attest to its authenticity.
26. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 26- Dr. Carpenter Deposition [Excerpts]. I am familiar with the contents and can attest to its authenticity.

27. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 27- February 26, 2020 Memo to Silva re Internal Affairs Investigation. I am familiar with the contents and can attest to its authenticity.
28. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 28- April 15, 2020 Memorandum re Skelly Hearing Results. I am familiar with the contents and can attest to its authenticity.
29. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 29- Decision Approving Stipulation for Settlement. I am familiar with the contents and can attest to its authenticity.
30. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 30- Brabant.Wayne Confidential 021326.fullprint. I am familiar with the contents and can attest to its authenticity.
31. A true and correct copy of an Unredacted version of Plaintiff's Exhibit 31- Transcript OFFICER LUIS SILVA Contains Confidential - A.E.O. I am familiar with the contents and can attest to its authenticity.
32. A true and correct copy of an Unredacted version of Plaintiff's Exhibit-32- Osuna Transcript. I am familiar with the contents and can attest to its authenticity.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on August 17, 2026.

By */s/ Erin Darling*

ERIN DARLING
Attorney for Dora Solares