# EXHIBIT 4

[redacted]

[redacted]

[redacted]