# EXHIBIT 5

[redacted]

[redacted]

[redacted]