# EXHIBIT 6

[redacted]

[redacted]

[redacted]