# EXHIBIT 7

# 15 CCR 3270

This document is current through Register 2026, No. 29, July 17, 2026

***CA - Barclays Official California Code of Regulations > TITLE 15. CRIME PREVENTION AND CORRECTIONS > DIVISION 3. ADULT INSTITUTIONS, PROGRAMS AND PAROLE > CHAPTER 1. RULES AND REGULATIONS OF ADULT OPERATIONS AND PROGRAMS > SUBCHAPTER 4. GENERAL INSTITUTION REGULATIONS > ARTICLE 2. SECURITY***

## § 3270 General Policy

The primary objectives of the correctional institutions are to protect the public by safely keeping persons committed to the custody of the Secretary of Corrections and Rehabilitation, and to afford such persons with every reasonable opportunity and encouragement to participate in rehabilitative activities. Consistent effort will be made to insure the security of the institution and the effectiveness of the treatment programs within the framework of security and safety. Each employee must be trained to understand how physical facilities, degree of custody classification, personnel, and operative procedures affect the maintenance of incarcerated person custody and security. The requirement of custodial security and of staff, incarcerated person and public safety must take precedence over all other considerations in the operation of all the programs and activities of the institutions of the department.

Comment: Former DP-4201, policy, general.

## Statutory Authority

**AUTHORITY:**

NOTE: Authority cited: *Section 5058, Penal Code*. Reference: *Section 5054, Penal Code*.

## History

HISTORY

1. Change without regulatory effect amending section and adding NOTE filed 3-11-2013 pursuant to *section 100, title 1, California Code of Regulations* (Register 2013, No. 11).

2. Change without regulatory effect amending section filed 7-1-2024 pursuant to *section 100, title 1, California Code of Regulations* (Register 2024, No. 27).

BARCLAYS OFFICIAL CALIFORNIA CODE OF REGULATIONS
Copyright © 2026 by Barclays Law Publishers All rights reserved

End of Document