# EXHIBIT 8

# *15 CCR 3271*

This document is current through Register 2026, No. 29, July 17, 2026

***CA - Barclays Official California Code of Regulations > TITLE 15. CRIME PREVENTION AND CORRECTIONS > DIVISION 3. ADULT INSTITUTIONS, PROGRAMS AND PAROLE > CHAPTER 1. RULES AND REGULATIONS OF ADULT OPERATIONS AND PROGRAMS > SUBCHAPTER 4. GENERAL INSTITUTION REGULATIONS > ARTICLE 2. SECURITY***

## § 3271 Responsibility of Employees

Every employee, regardless of their assignment, is responsible for the safe custody of the incarcerated persons confined in the institutions of the department.

Comment: Former DP-4202, responsibility of employees.

## History

HISTORY

1. Change without regulatory effect amending section filed 7-1-2024 pursuant to *section 100, title 1, California Code of Regulations* (Register 2024, No. 27).

BARCLAYS OFFICIAL CALIFORNIA CODE OF REGULATIONS
Copyright © 2026 by Barclays Law Publishers All rights reserved

---

**End of Document**