# EXHIBIT 9

# *2 CCR 172*

This document is current through Register 2026, No. 29, July 17, 2026

***CA - Barclays Official California Code of Regulations > TITLE 2. ADMINISTRATION > DIVISION 1. ADMINISTRATIVE PERSONNEL > CHAPTER 1. STATE PERSONNEL BOARD > SUBCHAPTER 1.3. CLASSIFICATIONS, EXAMINATIONS, AND APPOINTMENTS > ARTICLE 8. EXAMINATIONS***

## § 172. General Qualifications

All candidates for, appointees to, and employees in the state civil service shall possess the general qualifications of integrity, honesty, sobriety, dependability, industry, thoroughness, accuracy, good judgment, initiative, resourcefulness, courtesy, ability to work cooperatively with others, willingness and ability to assume the responsibilities and to conform to the conditions of work characteristic of the employment, and a state of health, consistent with the ability to perform the assigned duties of the class. Where the position requires the driving of an automobile, the employee must have a valid state driver's license, a good driving record and is expected to drive the car safely. The foregoing general qualifications shall be deemed to be a part of the personal characteristics of the minimum qualifications of each class specification and need not be specifically set forth therein. The board may prescribe alternative or additional qualifications for individual classes and such shall be made a part of the class specifications.

## Statutory Authority

**AUTHORITY:**

NOTE: Authority cited: *Section 18701, Government Code*. Reference: *Sections 18931 and 18935, Government Code*.

## History

HISTORY

1. Amendment of NOTE filed 4-8-77; effective thirtieth day thereafter (Register 77, No. 15). For prior history, see Register 72, No. 39.

2. Amendment filed 11-20-87; operative 12-20-87 (Register 87, No. 48).

BARCLAYS OFFICIAL CALIFORNIA CODE OF REGULATIONS
Copyright © 2026 by Barclays Law Publishers All rights reserved

---

**End of Document**