# EXHIBIT 10

# Cal Gov Code § 19990

Current with urgency legislation through Ch.89 of the 2025-2026 Regular Session, effective as of July 16, 2026

***Deering's California Codes Annotated > GOVERNMENT CODE (§§ 1 — 500000–500049) > Title 2 Government of the State of California (Divs. 1 — 5) > Division 5 Personnel (Pts. 1 — 9) > Part 2.6 Personnel Administration (Chs. 1 — 10) > Chapter 2.5 Days and Hours of Work (Arts. 1 — 12) > Article 10 Activities (§§ 19990 — 19990.6)***

## § 19990. Prohibited conduct conflicting with duties; Devotion of full time to employment; Regulations

A state officer or employee shall not engage in any employment, activity, or enterprise which is clearly inconsistent, incompatible, in conflict with, or inimical to his or her duties as a state officer or employee.

Each appointing power shall determine, subject to approval of the department, those activities which, for employees under its jurisdiction, are inconsistent, incompatible or in conflict with their duties as state officers or employees. Activities and enterprises deemed to fall in these categories shall include, but not be limited to, all of the following:

**(a)** Using the prestige or influence of the state or the appointing authority for the officer's or employee's private gain or advantage or the private gain of another.

**(b)** Using state time, facilities, equipment, or supplies for private gain or advantage.

**(c)** Using, or having access to, confidential information available by virtue of state employment for private gain or advantage or providing confidential information to persons to whom issuance of this information has not been authorized.

**(d)** Receiving or accepting money or any other consideration from anyone other than the state for the performance of his or her duties as a state officer or employee.

**(e)** Performance of an act in other than his or her capacity as a state officer or employee knowing that the act may later be subject, directly or indirectly to the control, inspection, review, audit, or enforcement by the officer or employee.

**(f)** Receiving or accepting, directly or indirectly, any gift, including money, or any service, gratuity, favor, entertainment, hospitality, loan, or any other thing of value from anyone who is doing or is seeking to do business of any kind with the officer's or employee's appointing authority or whose activities are regulated or controlled by the appointing authority under circumstances from which it reasonably could be substantiated that the gift was intended to influence the officer or employee in his or her official duties or was intended as a reward for any official actions performed by the officer or employee.

**(g)** Subject to any other laws, rules, or regulations as pertain thereto, not devoting his or her full time, attention, and efforts to his or her state office or employment during his or her hours of duty as a state officer or employee.

The department shall adopt rules governing the application of this section. The rules shall include provision for notice to employees prior to the determination of proscribed activities and for appeal by employees from such a determination and from its application to an employee. Until the department adopts rules governing the application of this section, as amended in the 1985–86 Regular Session of the Legislature, existing procedures shall remain in full force and effect.

If the provisions of this section are in conflict with the provisions of a memorandum of understanding reached pursuant to *Section 3517.5*, the memorandum of understanding shall be controlling without further legislative action, except that if such provisions of a memorandum of understanding require the expenditure of funds, the provisions shall not become effective unless approved by the Legislature in the annual Budget Act.

## History

Added Stats 1981 ch 230 § 55. Amended Stats 1986 ch 1344 § 1.

Deering's California Codes Annotated
Copyright © 2026 All rights reserved.

---

End of Document