# EXHIBIT 11

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]