# EXHIBIT 12

[redacted]

[redacted]

[redacted]