# EXHIBIT 14

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]