# EXHIBIT 18

[redacted]

[redacted]

[redacted]