# EXHIBIT 19

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]