# EXHIBIT 20

**COR - CSP Corcoran**
**1W 4A cor**
**Saturday, March 9, 2019**

| Rank | Post Description | Name | PERNR | Start | Signature Start | End | Signature End | Lunch | Code |
|---|---|---|---|---|---|---|---|---|---|
| Sergeant | 180380 4A PROGRAM SGT | Aguilar, L. | 22624 | 2200 | | 0600 | | | |
| | | | | | | | | | |
| Officer | 183402 RO123 4A SEC PAT 1 | Barrientos, R. | 97088 | 2200 | | 0600 | | | |
| | | | | | | | | | |
| Officer | 183405 4A SEC PAT 2 | Hernandez, A. R | 118297 | 2200 | | 0600 | | | W_PVO |
| | | | | | | | | | |
| Officer | 183420 RO124 4A 1L CNTRL | Limon, E. | 80246 | 2200 | | 0600 | | | |
| | | | | | | | | | |
| Officer | 183423 4A 1L FLR 1 SHU | Howard, W. M | 77832 | 2200 | | 0600 | | | |
| | | | | | | | | | |
| Officer | 183440 4A 1R CNTRL | Gallemore, B. C | 19658 | 2200 | | 0600 | | | |
| | | | | | | | | | |
| Officer | 183443 4A 1R FLR | Silva, L. | 117766 | 2200 | | 0600 | | | |
| | | | | | | | | | |
| Officer | 183460 RO125 4A 2L CNTRL | Naranjo, L. B | 22470 | 2200 | | 0600 | | | |
| | | | | | | | | | |
| Officer | 183463 RO127 4A 2L FLR 1 SHU | Alarcon, M. | 118285 | 2200 | | 0600 | | | |
| | | Ayala | 117610 | 2300 | | 0400 | | | IP |
| Officer | 183480 4A 2R CNTRL | Ibarra Jr, A. E | 25303 | 2200 | | 0600 | | | VP_FMLA |
| | | | | | | | | | |

**Comments:** POST 183463 LEFT AT 0400 BECAUSE HE HAS TO RETURN AT 1200 NOON SHIFT.

**Supervisor Check-In Print / Signature:** x SGT. L. AGUILAR

**Supervisor Check-Out Print / Signature:** x LT [illegible]

**Final Review Print / Signature:** x LT [illegible]

**Administrator Review Print / Signature:** x