# EXHIBIT 21

[redacted]

[redacted]

[redacted]

[redacted]