# EXHIBIT 23

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]