# EXHIBIT 26

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DORA SOLARES, Plaintiff, v. RALPH DIAZ, et al., Defendants. | 1:20-CV-00323-LHR-FRS |

PAGES 34, 64, 68, 83, 87, 89, 93, 100, 102, 119
CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXPERT DEPOSITION OF EUGENE CARPENTER

VOLUME 1, PAGES 1 THROUGH 143

THURSDAY, MAY 28, 2026

NON-CONFIDENTIAL PORTION

Reported by:
Kathleen Madden Keenaghan
CSR No. 14577
Job No. 10191786

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DORA SOLARES,<br>Plaintiff,<br>v.<br>RALPH DIAZ, et al.,<br>Defendants. | 1:20-CV-00323-LHR-FRS |

EXPERT DEPOSITION OF EUGENE CARPENTER, commencing at the hour of 11:04 a.m., on Thursday, May 28, 2026, taking place over the Zoom application before Kathleen Madden Keenaghan, Certified Shorthand Reporter Number 14577, in and for the State of California.

wrestling scenario to be quickly overcome and choked out. The chokehold is used by police even by big strong individuals in order to do that.

So central is why are there no sharp force defense wounds and really minimal evidence of what might be seen as small abrasions that might be evidence of a struggle.

Now, the key to it is to understand how the body of a strong, healthy, 44-year-old man can be overcome so quickly and be controlled so quickly. So that is the key question here in this particular case.

And then the next question is, when did something happen that caused a loss of consciousness, and how long was the person conscious after that event? So you have the attack, and you have the unknown interval of time before the body was controlled, and the body lost consciousness, and then you have the estimate of the time of death between control and loss of consciousness. And then you have the estimates of the time of death that controls the loss of consciousness and the death. So that lays it out as to what my opinion was. There were a lot of unknowns, and if it is unknown, it is unknown.

So my job is -- with the other forensic pathologists is to come up within reasonable medical certainty what happened in this particular case. And then I have to support that, and every time there is an opinion given, it must be

veins were cut. I do not know.

I think a useful statement is that as soon as the equivalent of one carotid artery is cut, then the textbook put the time until death within two to five minutes.

**Q And is there any sort of medical literature that talks about -- you talked about loss of consciousness within 10 to 30 seconds of the cuts to the neck. Is there literature that backs that up as well?**

A Yes.

ATTORNEY DARLING: Objection. Just vague as to timing. Are you saying time of the initial attack or the time of the carotid -- so just vague as to what is being cut.

BY ATTORNEY KUCHINSKY:

**Q Did you understand my question, Doctor?**

A Yes.

**Q Okay. You can answer.**

A The attack is initiated. There is an interval period of time that is unknown until the body is overcome by stab wounds to the back of the neck and the hypothetical paralysis from the spinal cord injury.

So that attack and unknown interval and then the body is controlled. Very likely, but not conclusively, established up to the back of the neck. Which by the way, is a known area where prisoners kill other prisoners.

amounts of blood such as one carotid artery cut or pressure over both carotid arteries, but yeah. The 10 to 30 seconds losing consciousness was after the brain suddenly loses all of its blood supply. That is when the 10 to 30 second starts.

So you have the attack. You have the unknown interval. You have the eventual rapid control with some mechanism -- maybe the stab wounds, maybe it is unknown to us -- some mechanism causes total lack of circulation to the brain and then the 10 to 30 seconds the person is unconscious.

**Q During that -- and you may not be able to answer this. I don't know. But during that 10 to 30 seconds that we have been talking about, is -- does consciousness -- again I don't know if you'll be able to answer this -- does consciousness in full extend from that 10 to 30 seconds and then he just goes out or is it diminishing consciousness over that 10 to 30 seconds as the brain is deprived of more oxygen? How does that work?**

A I don't know. The 10 to 30 seconds is a generalization. I could not find any person talking about what clinical experience is which allow us to show what the variation is. It may be more minutes involved in a big strong man.

Also, what is not talked about except in the main textbook if the carotid artery is cut cleanly across, it

start stabbing them in the back of the neck. That interval between the onset of the attack -- well, not the onset of the attack itself, but when the eye is stabbed, to the time the stabbings go into the cord and it causes paralysis, that seems reasonable to be a minute or two, but I don't know. Everyone could have an opinion.

**Q It sounds like you have an opinion that one to two minutes is reasonable. And I guess I don't understand the basis of that. We are not able to tell the sequence of when the wounds were inflicted in other than antemortem, perimortem or postmortem. So what is the evidence that you looked at that leads you to believe that there is one to two minutes between when Romero got stabbed in the eye and when the neck was damaged? What evidence are you basing that off?**

A It is an area where I am not qualified because I am not an expert on combat.

**Q Okay.**

A Someone who is an expert on combat, they will have an expert opinion of whether they could even know what the interval is between a stab wound to the eye, and then to be able to control an otherwise strong and active body to the point of being able to target the spinal cord area.

That is a very valuable target in such a situation, but it is also somebody who is an expert in killing that can

(Nonconfidential transcript beginning at Page 90 as follows:)

THE WITNESS: I am not going to base my opinion on what Osuna says, but if that is the hypothetical, there will be some interval, and it is a combat Green Beret type person might be able to help or might not. I don't know.

BY ATTORNEY KUCHINSKY:

**Q And just so we're clear, you said after they stabbed the eye, there would be significant defensive movement.**

**There are no signs of defensive injuries here other than the wounds to the chest; is that right?**

ATTORNEY DARLING: Objection. Misstates the testimony. He said vigorous activity. He did not say vigorous defensive wounds.

ATTORNEY KUCHINSKY: Madam Court Reporter, maybe we need to read that portion back. But I heard vigorous defensive wounds.

ATTORNEY DARLING: No. Activity, not wounds, is the distinction.

ATTORNEY KUCHINSKY: Fine.

BY ATTORNEY KUCHINSKY:

**Q Do want me to repeat the question, Doctor?**

A No. I will just clarify that after a stab wound to the eye, the normal situation, one can expect vigorous defensive activity, wrestling, punching, kicking out,

screaming, hollering, running away, activity. And then the attacker had the ability of gaining control and stabbing the back of the neck creating paralysis.

How long it takes for that to happen is a -- combat specialist might be able to help.

**Q And just in your role as a forensic pathologist, if you know or if you believe that there is vigorous defensive activity, would you expect to see some correlating signs of defensive wounds or injuries either on Romero or wounds or injuries from the struggle with Osuna?**

**Would you expect to see either of those if there was vigorous defensive activity?**

ATTORNEY DARLING: Objection. Calls for speculation.

BY ATTORNEY KUCHINSKY:

**Q You can answer if you do know, Doctor, or maybe no one can tell.**

A The answer would be yes except if a tiny, inadequate weapon is being used. Then that might be a partial reason why there are no sharp force defensive wounds. It is a small, little inadequate weapon.

In the usual case where there is a buck knife involved, the person can grab something and then they can cut in the hands -- or they can throw the forearm up and part of the blade may very well hit their forearms or something. But