# EXHIBIT 27

[redacted]