# EXHIBIT 28

[redacted]