# EXHIBIT 29

[redacted]