# EXHIBIT 30

[redacted]

[redacted]

[redacted]