# EXHIBIT 31

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]