Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
15760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230

Attorneys for Plaintiff Dora Solares

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DORA SOLARES, an individual,

Plaintiff,

v.

RALPH DIAZ, in his individual capacity, KENNETH CLARK, in his individual capacity, JOSEPH BURNS, in his individual, and DOES 1 TO 15, in their individual capacities

Defendants.

Case No. 1:20-cv-00323-LHR-FJS (PC)

**DECLARATION OF ERIN PARKER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

(filed concurrently with Plaintiff's Opposition to Defendants' Motion for Summary Judgment)

Date: September 11, 2026
Time: 9:00 a.m. (Pacific time)
Judge: Hon. Lee H. Rosenthal
Action Filed: March 2, 2020

# DECLARATION OF ERIN PARKER

I, Erin Parker, declare as follows:

1. I am an Investigator and Criminal Justice Expert.
2. I am qualified to testify as an expert in both federal and state courts of law throughout the state of California.
3. I have been retained as an expert consultant and personally qualified as an expert in Courts within California on issues including proper police procedures and tactics, law enforcement employment practices, negligent investigation, supervision and retention, juvenile transfer hearings, as well as several other areas related to law enforcement and law enforcement training.
4. I am an expert with the Superior Court of Los Angeles, Criminal Division, assisting the Los Angeles Superior Court by providing expertise to both prosecutors and defense attorneys in criminal trials regarding Corrections and Prison Gangs.
5. I was employed by the California Department of Corrections and Rehabilitation, Office of Correctional Safety, where I served as the Special Agent in Charge responsible for the management of Special Service Unit, the statewide Fugitive Apprehension Team, Gang Intel Operations and Juvenile Gang Operations.
6. I have participated in the CDCR Departmental Review Board (DRB).
7. I served as the Equal Employment and Opportunity Coordinator for the Office of Correctional Safety, where I conducted Equal Employment and Opportunity (EEO) intake and investigations regarding EEO complaints and violations.

8. I served as a subject matter expert for CDCR's Use of Force (UOF) Committee and Chaired the UOF Committee when acting as a Deputy Chief.

9. I have also served as an acting Chief, Field Operations for CDCR, Office of Internal Affairs, where I managed the day-to-day operations of the three regional Office of Internal Affair locations and Headquarters, and provided oversight, and management of internal affairs and personnel investigations.

10. At California Department of Corrections and Rehabilitation (CDCR) prisons, Institutional Classification Committee (ICC) determinations relative to housing inmates are not exclusively predicated on "reviewing" case factors. ICC consults directly with Psychiatric Services Unit, the Warden and/or his designee, Healthcare Services, in addition to relying on applicable state law, California Code of Regulations, title 15, section 3269 and memoranda, including the "Kernan" memo and "Duncan" memo, in rendering its housing directives. ICC can also make determinations based on conduct prior to a CDCR term.

11. Jaime Osuna ("Osuna") was first incarcerated at CDCR in 2011.

12. Osuna attacked two different cellmates on consecutive days in September of 2011.

13. In the five days after the attacks, Osuna cycled through 4 other cellmates, two of whom lasted no more than five hours.

14. Osuna was released from CDCR on October 31, 2011.

15. On or about November 12, 2011, just days after being released from CDCR custody, Osuna murdered Yvette Pena.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

100. Defendants failed to meet applicable standards including regulatory standards (Cal. Code Regs., Title 15, § 3271), department manual (DOM § 52020.5), policy requirements (Allison memoranda), institution procedures (OP 226), and post order (Post Order 183443).

[redacted]

I declare the foregoing to be true and correct, and except for those matters which are declared under information and belief, I am able to testify competently and pursuant to my own personal knowledge as to the contents described herein.

Executed this ______________ day of August, 2026, at                    , California.

______________________________

Erin Parker