ROB BONTA, State Bar No. 202668
Attorney General of California
JAY GOLDMAN, State Bar No. 168141
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
DAVID KUCHINSKY, State Bar No. 292861
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814
Telephone: (916) 210-6008
Fax: (916) 324-5205
E-mail: Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants*
*Burnes, Maytubby, Garcia, Gamboa,*
*Loza, Gallemore, Munoz, and Pena.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DORA SOLARES,**<br>Plaintiff,<br>**v.**<br>**RALPH DIAZ, et al.,**<br>Defendants. | 1:20-CV-00323-LHR-(PC)<br>**MOTION TO STRIKE UNSIGNED DECLARATION**<br>Date: Sept. 11, 2026<br>Time: 9:00 a.m. (Pacific)<br>Courtroom: Zoom<br>Judge: The Honorable Lee H. Rosenthal |

With the Opposition to Defendants' Summary Judgment motion, Plaintiff filed the unsigned declaration of Expert witness Erin Parker. (ECF No. 310.) The declaration has no signature and no date. (*Id. at* 19.) In addition, the declaration appears to be an unfinished draft — "paragraph 34 includes language at the end suggesting that the witness wished to discuss the contents of the paragraph with counsel (*Id.* at 3.)

An unsigned declaration is "not valid evidence for the purposes of deciding [a] motion for summary judgment." *Davenport v. Bd. of Trs. of State Ctr. Cmty. Coll. Dist.*, 654 F. Supp. 2d

1073, 1084 (E.D. Cal. 2009). Defendants move that the unsigned declaration of Parker, including the version filed under seal, be stricken from the record.

Dated: August 26, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JAY GOLDMAN
Supervising Deputy Attorney General

***/s/ Jeremy Duggan***
JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendants*
*Burnes, Maytubby, Garcia, Gamboa,*
*Loza, Gallemore, Munoz, and Pena.*

SA2019101902
Solares I Motion to Strike