ROB BONTA, State Bar No. 202668
Attorney General of California
JAY GOLDMAN, State Bar No. 168141
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
DAVID E. KUCHINSKY, State Bar No. 292861
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814
Telephone: (916) 210-6008
Fax: (916) 324-5205
E-mail: Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants Burnes, Loza, Gamboa, Garcia, Gallemore, Maytubby, Munoz and Pena*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DORA SOLARES,**<br><br>Plaintiff,<br><br>**v.**<br><br>**RALPH DIAZ, et al.,**<br><br>Defendants. | 1:20-CV-00323-LHR<br><br>**DEFENDANTS' NOTICE OF REQUEST TO SEAL DOCUMENTS (L.R. 141)**<br><br>Date: September 11, 2026<br>Time: 11:00 a.m. Central<br>9:00a.m. Pacific<br>Judge: Hon. Lee H. Rosenthal<br>Action Filed: March 2, 2020 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, under Local Rule 141, Defendants Burnes, Loza, Gamboa, Garcia, Gallemore, Maytubby, Munoz and Pena are submitting a Request to Seal Documents in the above-captioned matter because the document contains confidential and sensitive information that should not be disclosed to the public. The document sought to be sealed is:

(1) an unredacted version of Defendants' Reply in Support of their motion for summary judgment;

The basis for sealing is that the document includes information from non-party Jaime Osuna's CDCR central file, which has been marked "Confidential – Attorneys Eyes Only" under the protective order in this matter. The contents of CDCR inmates' central files are "private and privileged information" under California Code of Regulations title 15, section 3402, and are not disclosed to unauthorized persons. In addition, the criminal matter against Jaime Osuna relating to the same incident as the instant matter (19CM-3928) remains pending so confidential information relating to that incident should not be made public.

The accompanying Request to Seal Documents, proposed order, and the documents themselves are being submitted to the Court at Judge Rosenthal's email address: glenda_hassan@txs.uscourts.gov, and served on counsel for all parties by email.

Dated: August 27, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JAY GOLDMAN
Supervising Deputy Attorney General

***/s/ Jeremy Duggan***
JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendants Burnes, Loza, Gamboa, Garcia, Gallemore, Maytubby, Munoz, and Pena*

SA2019101902
39702531