J. RANDALL ANDRADA, SBN 70000
randrada@andradalaw.com
LYNNE G. STOCKER, SBN 130333
lstocker@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
1939 Harrison Street, Suite 612
Oakland, California 94612
Tel.: (510) 287-4160 / Fax: (510) 287-4161

Attorneys for Defendant
L. SILVA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

DORA SOLARES,

Plaintiff,

v.

RALPH DIAZ, et al.,

Defendants.

Case No.: 1:20-CV-00323-LHR-FJS

**DEFENDANT SILVA'S OBJECTIONS TO EVIDENCE FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO SILVA'S MOTION FOR SUMMARY JUDGMENT**

Date: Sept. 11, 2026
Time: 11:00 CDT (9:00 PDT)
Judge: Hon. Lee H. Rosenthal

| No. | Plaintiff's Evidence | Objections |
|---|---|---|
| 1. | Silva Deposition [Excerpts] | A trial court can only consider admissible evidence in ruling on a motion for summary judgment." *Orr v. Bank of Am., NT & SA*, 285 F.3d 764, 773 (9th Cir. 2002). "[U]nauthenticated documents cannot be considered in a motion for summary judgment." *Id.* An uncertified copy of testimony is inadmissible in a summary judgment proceeding. *Id.*<br><br>Counsel's statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. |



ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

| | | |
|---|---|---|
| 2. | Notice of Adverse Action | Counsel's statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. Hearsay. |
| 3. | DEF4259-4263 | Filed in support of "Material Facts" which are not permitted under L.R. 260(b). Counsel's statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. Hearsay. |
| 4. | Burnes Ex. D | Filed in support of "Material Facts" which are not permitted under L.R. 260(b). Counsel's statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. Hearsay. |
| 5. | Burnes Ex. E. | Filed in support of "Material Facts" which are not permitted under L.R. 260(b). Counsel's statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. Hearsay. |
| 6. | Burnes Ex. C. | Filed in support of "Material Facts" which are not permitted under L.R. 260(b). Counsel's statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. Hearsay. |
| 7. | Cal. Code Regs. Tit. 15, § 3270. | Filed in support of "Material Facts" which are not permitted under L.R. 260(b). Counsel's statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. Hearsay. |
| 8. | Cal. Code Regs. Tit. 15, § 3271 | Filed in support of "Material Facts" which are not permitted under L.R. 260(b). Counsel's statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. Hearsay. |
| 9. | Cal. Code Regs. Tit. 2, § 172 | Filed in support of "Material Facts" which are not permitted under L.R. 260(b). Counsel's statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. Hearsay. |



ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

| | | |
|---|---|---|
| 10. | Cal. Gov't Code § 19990 | Filed in support of "Material Facts" which are not permitted under L.R. 260(b). Counsel's statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. Hearsay. |
| 11. | CSP-Corcoran Operational Procedure (OP) 226 Security Welfare Check Procedures dated June 2018 | Filed in support of "Material Facts" which are not permitted under L.R. 260(b). Counsel's statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. Hearsay. |
| 12. | Allison Memorandum, March 30, 2018 | Filed in support of "Material Facts" which are not permitted under L.R. 260(b). Counsel's statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. Hearsay. |
| 13. | Pena Deposition [Excerpts]. | Filed in support of "Material Facts" which are not permitted under L.R. 260(b). An uncertified copy of testimony is inadmissible in a summary judgment proceeding. *Orr v. Bank of Am., NT & SA*, 285 F.3d 764, 773 (9th Cir. 2002) Counsel's statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. |
| 14. | Facility 4A 1R First Watch Floor Officer's Post Orders | Filed in support of "Material Facts" which are not permitted under L.R. 260(b). Counsel's statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. Hearsay. |
| 15. | Gallemore Deposition [Excerpts]. | Filed in support of "Material Facts" which are not permitted under L.R. 260(b). An uncertified copy of testimony is inadmissible in a summary judgment proceeding. *Orr*, 285 F.3d at 773. Counsel's statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. |
| 16. | Internal Affairs Investigation Report | Filed in support of "Material Facts" which are not permitted under L.R. 260(b). Counsel's statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. Hearsay. |

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

| | | |
|---|---|---|
| | | |
| 17. | Osuna Interview Transcript | Filed in support of "Material Facts" which are not permitted under L.R. 260(b). Counsel's statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. Hearsay. |
| 18. | Gallemore Dep. Ex. E (DEF5256-5258 | Filed in support of "Material Facts" which are not permitted under L.R. 260(b). Counsel's statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. Hearsay. |
| 19. | Burnes Deposition [Excerpts] | Filed in support of "Material Facts" which are not permitted under L.R. 260(b). An uncertified copy of testimony is inadmissible in a summary judgment proceeding. *Orr*, 285 F.3d at 773. Counsel's statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. Hearsay. |
| 20. | COR - CSP Corcoran 1W 4A cor March 9, 2019 (DEF 2). | Filed in support of "Material Facts" which are not permitted under L.R. 260(b). Counsel's statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. Hearsay. |
| 21. | CDCR Memorandum dated April 16, 2019 | Filed in support of "Material Facts" which are not permitted under L.R. 260(b). Counsel's statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. Hearsay. |
| 22. | Coroner's Report | Filed in support of "Material Facts" which are not permitted under L.R. 260(b). Counsel's statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. Hearsay. |
| 23. | Post Order 283447 4AIR FLOOR 2. | Filed in support of "Material Facts" which are not permitted under L.R. 260(b). Counsel's statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. Hearsay. |
| 24. | Report by Dr. Bennett Omalu | Filed in support of "Material Facts" which are not permitted under L.R. 260(b). Counsel's |

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

| | | |
|---|---|---|
| | | statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. Hearsay. |
| 25. | Dr. Carpenter, May 8, 2026, Report | Filed in support of "Material Facts" which are not permitted under L.R. 260(b). Counsel's statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. Hearsay. |
| 26. | Dr. Carpenter Deposition [Excerpts]. | Filed in support of "Material Facts" which are not permitted under L.R. 260(b). An uncertified copy of testimony is inadmissible in a summary judgment proceeding. *Orr*, 285 F.3d at 773. Counsel's statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. Hearsay. |
| 27. | February 26, 2020 Memo to Silva re Internal Affairs Investigation | Filed in support of "Material Facts" which are not permitted under L.R. 260(b). Counsel's statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. Hearsay. |
| 28. | April 15, 2020 Memorandum re Skelly Hearing Results | Filed in support of "Material Facts" which are not permitted under L.R. 260(b). Counsel's statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. Hearsay. |
| 29. | Decision Approving Stipulation for Settlement | Filed in support of "Material Facts" which are not permitted under L.R. 260(b). Counsel's statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. Hearsay. |
| 30. | Brabant.Wayne Confidential 021326.fullprint | Filed in support of "Material Facts" which are not permitted under L.R. 260(b). An uncertified copy of testimony is inadmissible in a summary judgment proceeding. *Orr*, 285 F.3d at 773. Counsel's statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. Hearsay. |
| 31. | Transcript OFFICER LUIS SILVA Contains Confidential - A.E.O. | Filed in support of "Material Facts" which are not permitted under L.R. 260(b). An uncertified copy of testimony is inadmissible |

| | | |
|---|---|---|
| | | in a summary judgment proceeding. *Orr*, 285 F.3d at 773. Counsel's statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. Hearsay. |
| 32. | Osuna Transcript | Filed in support of "Material Facts" which are not permitted under L.R. 260(b). An uncertified copy of testimony is inadmissible in a summary judgment proceeding. *Orr*, 285 F.3d at 773. Counsel's statement not based on personal knowledge of the declarant, as required by Federal Rules of Civil Procedure, Rule 56(c). Lacks foundation. Lacks authentication. Hearsay. |
| A. | Declaration of Erin Parker ¶¶ 37, 59, 99 | Filed in support of "Material Facts" which are not permitted under L.R. 260(b).<br>Parker's declaration is not signed at all let alone under penalty of perjury as required by 28 U.S.C. § 1746. (b) Parker's opinions are not based on sufficient facts or data; no facts whatsoever are provided in support of her opinions regarding Officer Silver. An opinion resting on an incomplete record and no discernible method is not the product of reliable principles reliably applied. Fed. R. Evid. 702. |

Dated: August 27, 2026

ANDRADA & ASSOCIATES

By *_/s/ J. Randall Andrada_*

J. RANDALL ANDRADA
Attorneys for Defendant SILVA