# Exhibit C

**From:** Justin Sterling <justin@sterlingdefense.com>
**Date:** August 17, 2026 at 3:25:03 PM PDT
**To:** Erin Darling <erin@erindarlinglaw.com>
**Subject: parker decl. final signed**
**One attachment** • Scanned by Gmail