# Exhibit D

**From:** E P <hunterpark70@yahoo.com>
**Date:** August 17, 2026 at 3:12:26 PM PDT
**To:** Justin Sterling <justin@sterlingdefense.com>
**Subject: Re: Re:**

Here is the final document with the date executed in Sacramento, CA. Let me know if this works.

Thank you,

Erin Parker

On Monday, August 17, 2026 at 02:48:21 PM PDT, Justin Sterling <justin@sterlingdefense.com> wrote:

you forgot to date it

Justin E. Sterling, Esq.
Principal | Owner

LAW OFFICES OF JUSTIN E. STERLING
A Professional Law Corporation

15760 Ventura Boulevard ~ Suite 700
Encino, California 91436
Tel. 818.995.9452
Fax. 818.824.3533
Web. www.sterlingdefense.com

******* Confidentiality Notice *******
This electronic message transmission contains information from an attorney and/or law firm which may be confidential or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachments without reading or saving in any manner.

<Erin Parker Declaration-final August 17, 2026.docx>