Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
15760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230

Attorneys for Plaintiff Dora Solares

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DORA SOLARES, an individual,

Plaintiff,

v.

RALPH DIAZ, in his individual capacity, KENNETH CLARK, in his individual capacity, JOSEPH BURNS, in his individual, and DOES 1 TO 15, in their individual capacities

Defendants.

Case No. 1:20-cv-00323-LHR

**PLAINTIFF'S NOTICE OF REQUEST TO SEAL DOCUMENTS (L.R. 141)**

**Judge: Hon. Lee H. Rosenthal**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEAST TAKE NOTICE** THAT Plaintiff Dora Solares, under Local Rule 141, is submitting a Request to Seal Documents in the above-captioned matter because the documents contain confidential and sensitive information that defendants maintain should not be disclosed to the public. The documents sought to be sealed are:

1. An Unredacted version of Plaintiff's Opposition to Defendant SILVA's Motion for Summary Judgment.

2. An Unredacted version of Plaintiff's Opposition to Defendants SILVA's Motion for Summary Judgment.
3. An Unredacted version of Plaintiff's Exhibit 1-Silva Deposition [Excerpts];
4. An Unredacted version of Plaintiff's Exhibit 2- Notice of Adverse Action
5. An Unredacted version of Plaintiff's Exhibit 3-DEF4259-4263
6. An Unredacted version of Plaintiff's Exhibit 4-Burnes Ex. D
7. An Unredacted version of Plaintiff's Exhibit 5-Burnes Ex. E
8. An Unredacted version of Plaintiff's Exhibit 6-Burnes Ex. C
9. An Unredacted version of Plaintiff's Exhibit 7-Cal. Code Regs. Tit. 15, § 3270
10. An Unredacted version of Plaintiff's Exhibit 8-Cal. Code Regs. Tit. 15, § 3271
11. An Unredacted version of Plaintiff's Exhibit 9-Cal. Code Regs. Tit. 2, § 172
12. An Unredacted version of Plaintiff's Exhibit 10-Cal. Gov't Code § 19990
13. An Unredacted version of Plaintiff's Exhibit 11-CSP-Corcoran Operational Procedure (OP) 226 Security Welfare Check Procedures dated June 2018
14. An Unredacted version of Plaintiff's Exhibit 12-Allison Memorandum, March 30, 2018
15. An Unredacted version of Plaintiff's Exhibit 13-Pena Deposition [Excerpts]
16. An Unredacted version of Plaintiff's Exhibit 14-Facility 4A 1R First Watch Floor Officer's Post Orders
17. An Unredacted version of Plaintiff's Exhibit 15-Gallemore Deposition [Excerpts]
18. An Unredacted version of Plaintiff's Exhibit 16-Internal Affairs Investigation Report
19. An Unredacted version of Plaintiff's Exhibit 17-Osuna Interview Transcript
20. An Unredacted version of Plaintiff's Exhibit 18-Gallemore Dep. Ex. E (DEF5256-5258)
21. An Unredacted version of Plaintiff's Exhibit 19-Burnes Deposition [Excerpts]
22. An Unredacted version of Plaintiff's Exhibit 20-COR - CSP Corcoran 1W 4A cor March 9, 2019 (DEF 2)
23. An Unredacted version of Plaintiff's Exhibit 21-CDCR Memorandum dated April 16, 2019
24. An Unredacted version of Plaintiff's Exhibit 22-Coroner's Report
25. An Unredacted version of Plaintiff's Exhibit 23-Post Order 283447 4AIR FLOOR 2
26. An Unredacted version of Plaintiff's Exhibit 24-Report by Dr. Bennett Omalu

27. An Unredacted version of Plaintiff's Exhibit 25-Dr. Carpenter, May 8, 2026, Report
28. An Unredacted version of Plaintiff's Exhibit 26-Dr. Carpenter Deposition [Excerpts]
29. An Unredacted version of Plaintiff's Exhibit 27-February 26, 2020 Memo to Silva re Internal Affairs Investigation
30. An Unredacted version of Plaintiff's Exhibit 28-April 15, 2020 Memorandum re Skelly Hearing Results
31. An Unredacted version of Plaintiff's Exhibit 29-Decision Approving Stipulation for Settlement
32. An Unredacted version of Plaintiff's Exhibit 30-Brabant.Wayne Confidential 021326.fullprint
33. An Unredacted version of Plaintiff's Exhibit 31-Transcript OFFICER LUIS SILVA Contains Confidential - A.E.O
34. An Unredacted version of Plaintiff's Exhibit-32-Osuna Transcript
35. An Unredacted version of the Declaration of Erin Parker in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

The basis for sealing is that the documents include reference to information from non-party Jaime Osuna's CDCR central file, which has been marked "Confidential" or "Confidential – Attorneys Eyes Only" under the protective order. A criminal matter is pending against Mr. Osuna related to the same incident, and under Cal. Code of Regs., title 15, section 3402, CDCR inmates' central files are private. Consequently, the above documents include reference to information that defendants contend should not be made public.

The accompanying Request to Seal Documents, proposed order, and the documents described above are being submitted to the Court at Glenda_Hassan@txs.uscourts.gov, and served on counsel for all parties by email.

Respectfully submitted,

Dated: August 17, 2026

LAW OFFICES OF JUSTIN STERLING

By: */s/ Justin Sterling*
Justin E. Sterling,
Attorneys for Plaintiff
Dora Solares

LAW OFFICES OF ERIN DARLING

By: _____ */s/Erin Darling* _______________
Erin Darling,
Attorneys for Plaintiff
Dora Solares