Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
15760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230

Attorneys for Plaintiffs DORA SOLARES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DORA SOLARES,<br><br>Plaintiff,<br><br>v.<br><br>RALPH DIAZ, in his individual capacity, KENNETH CLARK, in his individual capacity, JOSEPH BURNS, in his individual, and DOES 1 TO 15, in their individual capacities<br><br>Defendants. | Case No. 1:20-cv-00323-LHR<br><br>**NOTICE OF LODGING DEPOSITION TRANSCRIPTS** |

**TO THE HONORABLE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that Plaintiff Dora Solares, by and through her counsel, lodges the following deposition transcripts with the Court, pursuant to E.D. Cal. Local Rule 133(j), and will not be filing them through the CM/ECF system:

Wayne Brabant
Joseph Burnes
Eugene Carpenter, M.D.
Bryan Gallemore
Martin Gamboa
Jesse Garcia
Kristen Kyle (Maytubby) (Vol. I and Vol. II)
Arnoldo Loza
Esteban Moreno
Francisco Munoz
Leonel Pena
Luis Silva (Vol. I and Vol. II)

The above depositions are too voluminous to email with their attached files, so Plaintiff provided them to the parties via Dropbox link.

Respectfully submitted,

Dated: August 20, 2026 LAW OFFICES OF ERIN DARLING

By: */s/Erin Darling*
Erin Darling,
Attorneys for Plaintiff