Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
15760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230

Attorneys for Plaintiff Dora Solares

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DORA SOLARES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RALPH DIAZ, in his individual capacity, KENNETH CLARK, in his individual capacity, JOSEPH BURNS, in his individual, and DOES 1 TO 15, in their individual capacities<br><br>Defendants. | Case No. 1:20-cv-00323-LHR<br><br>**PLAINTIFF'S NOTICE OF REQUEST TO SEAL DOCUMENTS (L.R. 141)**<br><br>**Judge: Hon. Lee H. Rosenthal** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEAST TAKE NOTICE** THAT Plaintiff Dora Solares, under Local Rule 141, is submitting a Request to Seal Documents in the above-captioned matter because the documents contain confidential and sensitive information that defendants maintain should not be disclosed to the public. The documents sought to be sealed are:

1. An Unredacted version of a Signed Declaration of Erin Parker, dated August 17, 2026.
2. An Unredacted version of an unsigned Declaration of Erin Parker.

The basis for sealing is that the documents include reference to information from non-party Jaime Osuna's CDCR central file, which has been marked "Confidential" or "Confidential – Attorneys Eyes Only" under the protective order. A criminal matter is pending against Mr. Osuna related to the same incident, and under Cal. Code of Regs., title 15, section 3402, CDCR inmates' central files are private. Consequently, the above documents include reference to information that defendants contend should not be made public.

The accompanying Request to Seal Documents, proposed order, and the documents described above are being submitted to the Court at Glenda_Hassan@txs.uscourts.gov, and served on counsel for all parties by email.

Respectfully submitted,

Dated: August 28, 2026

LAW OFFICES OF JUSTIN STERLING

By: *_____/s/ Justin Sterling_____________*
Justin E. Sterling,
Attorneys for Plaintiff
Dora Solares

LAW OFFICES OF ERIN DARLING

By: *_____/s/Erin Darling_______________*
Erin Darling,
Attorneys for Plaintiff
Dora Solares