**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DORA SOLARES, an individual,

Plaintiff,

v.

RALPH DIAZ, in his individual capacity, KENNETH CLARK, in his individual capacity, JOSEPH BURNS, in his individual, and DOES 1 TO 15, in their individual capacities

Defendants.

Case No. 1:20-cv-00323-LHR

**ORDER**

Having reviewed Plaintiff's Request to Seal Documents, and the documents submitted therewith, and with good cause appearing, Plaintiff's Request to Seal Documents as to Defendant Silva's Summary Judgment Motion is GRANTED.

The Clerk of Court is directed to file under seal the following documents submitted by email by Plaintiff with her request:

1. An Unredacted version of Plaintiff's Opposition to Defendant SILVA's Motion for Summary Judgment.
2. An Unredacted version of Plaintiff's Opposition to Defendants SILVA's Motion for Summary Judgment.
3. An Unredacted version of Plaintiff's Exhibit 1-Silva Deposition [Excerpts];

4. An Unredacted version of Plaintiff's Exhibit 2- Notice of Adverse Action
5. An Unredacted version of Plaintiff's Exhibit 3-DEF4259-4263
6. An Unredacted version of Plaintiff's Exhibit 4-Burnes Ex. D
7. An Unredacted version of Plaintiff's Exhibit 5-Burnes Ex. E
8. An Unredacted version of Plaintiff's Exhibit 6-Burnes Ex. C
9. An Unredacted version of Plaintiff's Exhibit 7-Cal. Code Regs. Tit. 15, § 3270
10. An Unredacted version of Plaintiff's Exhibit 8-Cal. Code Regs. Tit. 15, § 3271
11. An Unredacted version of Plaintiff's Exhibit 9-Cal. Code Regs. Tit. 2, § 172
12. An Unredacted version of Plaintiff's Exhibit 10-Cal. Gov't Code § 19990
13. An Unredacted version of Plaintiff's Exhibit 11-CSP-Corcoran Operational Procedure (OP) 226 Security Welfare Check Procedures dated June 2018
14. An Unredacted version of Plaintiff's Exhibit 12-Allison Memorandum, March 30, 2018
15. An Unredacted version of Plaintiff's Exhibit 13-Pena Deposition [Excerpts]
16. An Unredacted version of Plaintiff's Exhibit 14-Facility 4A 1R First Watch Floor Officer's Post Orders
17. An Unredacted version of Plaintiff's Exhibit 15-Gallemore Deposition [Excerpts]
18. An Unredacted version of Plaintiff's Exhibit 16-Internal Affairs Investigation Report
19. An Unredacted version of Plaintiff's Exhibit 17-Osuna Interview Transcript
20. An Unredacted version of Plaintiff's Exhibit 18-Gallemore Dep. Ex. E (DEF5256-5258)
21. An Unredacted version of Plaintiff's Exhibit 19-Burnes Deposition [Excerpts]
22. An Unredacted version of Plaintiff's Exhibit 20-COR - CSP Corcoran 1W 4A cor March 9, 2019 (DEF 2)
23. An Unredacted version of Plaintiff's Exhibit 21-CDCR Memorandum dated April 16, 2019
24. An Unredacted version of Plaintiff's Exhibit 22-Coroner's Report
25. An Unredacted version of Plaintiff's Exhibit 23-Post Order 283447 4AIR FLOOR 2
26. An Unredacted version of Plaintiff's Exhibit 24-Report by Dr. Bennett Omalu
27. An Unredacted version of Plaintiff's Exhibit 25-Dr. Carpenter, May 8, 2026, Report
28. An Unredacted version of Plaintiff's Exhibit 26-Dr. Carpenter Deposition [Excerpts]
29. An Unredacted version of Plaintiff's Exhibit 27-February 26, 2020 Memo to Silva re Internal

Affairs Investigation

30. An Unredacted version of Plaintiff's Exhibit 28-April 15, 2020 Memorandum re Skelly Hearing Results
31. An Unredacted version of Plaintiff's Exhibit 29-Decision Approving Stipulation for Settlement
32. An Unredacted version of Plaintiff's Exhibit 30-Brabant.Wayne Confidential 021326.fullprint
33. An Unredacted version of Plaintiff's Exhibit 31-Transcript OFFICER LUIS SILVA Contains Confidential - A.E.O
34. An Unredacted version of Plaintiff's Exhibit-32-Osuna Transcript
35. An Unredacted version of the Declaration of Erin Parker in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

Dated: October 2, 2026

Lee H. Rosenthal
Senior United States District Judge