**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DORA SOLARES, an individual,

Plaintiff,

v.

RALPH DIAZ, in his individual capacity, KENNETH CLARK, in his individual capacity, JOSEPH BURNS, in his individual, and DOES 1 TO 15, in their individual capacities

Defendants.

Case No. 1:20-cv-00323-LHR

**ORDER**

Having reviewed Plaintiff's Request to Seal Documents, and the documents submitted therewith, and with good cause appearing, Plaintiff's Request to Seal Documents as to Defendant Silva's Summary Judgment Motion is GRANTED.

The Clerk of Court is directed to file under seal the following documents submitted by email by Plaintiff with her request:

1. An Unredacted version of Plaintiff's Opposition to Defendants' Motion for Summary Judgment.
2. An Unredacted version of Plaintiff's Separate Statement in Opposition to Defendants' Motion for Summary Judgment.
3. An Unredacted version of Plaintiff's Exhibit 1 – Osuna Cellmate History

4. An Unredacted version of Plaintiff's Exhibit 2 – Classification Committee Chronos
5. An Unredacted version of Plaintiff's Exhibit 3 – Rules Violations Reports
6. An Unredacted version of Plaintiff's Exhibit 4 – Burnes Deposition
7. An Unredacted version of Plaintiff's Exhibit 5 – Munoz Deposition
8. An Unredacted version of Plaintiff's Exhibit 6 - Burnes Deposition Exhibit Z2 (DEF 7550)
9. An Unredacted version of Plaintiff's Exhibit 7 - Burnes Deposition Exhibit Y (DEF 7544)
10. An Unredacted version of Plaintiff's Exhibit 8 - Burnes Deposition Exhibit X (DEF 7541)
11. An Unredacted version of Plaintiff's Exhibit 9-Burnes Deposition Exhibit W (DEF 7538)
12. An Unredacted version of Plaintiff's Exhibit 10 - Burnes Deposition Exhibit V (DEF 7535)
13. An Unredacted version of Plaintiff's Exhibit 11- Burnes Deposition Exhibit T (DEF 7526)
14. An Unredacted version of Plaintiff's Exhibit 12 - Burnes Deposition Exhibit U (DEF 7529)
15. An Unredacted version of Plaintiff's Exhibit 13 - Burnes Deposition Exhibit S (DEF 7523)
16. An Unredacted version of Plaintiff's Exhibit14- Burnes Deposition Exhibit R (DEF 7520)
17. An Unredacted version of Plaintiff's Exhibit 15 - Burnes Deposition Exhibit Q (DEF 7517)
18. An Unredacted version of Plaintiff's Exhibit 16 - Burnes Deposition Exhibit P (DEF 7514)
19. An Unredacted version of Plaintiff's Exhibit 17 - Burnes Deposition Exhibit N (DEF 7505)
20. An Unredacted version of Plaintiff's Exhibit 18 - Burnes Deposition Exhibit O (DEF 7508)
21. An Unredacted version of Plaintiff's Exhibit 19 - Burnes Deposition Exhibit M (DEF 7502)
22. An Unredacted version of Plaintiff's Exhibit 20-Burnes Deposition Exhibit L (DEF 7499)
23. An Unredacted version of Plaintiff's Exhibit 21-Burnes Deposition Exhibit K (DEF 7490)
24. An Unredacted version of Plaintiff's Exhibit 22 - Burnes Deposition Exhibit I (DEF 7493)
25. An Unredacted version of Plaintiff's Exhibit 23 - Burnes Deposition Exhibit H (DEF 7487)
26. An Unredacted version of Plaintiff's Exhibit 24 - Burnes Deposition Exhibit C (DEF 7475)
27. An Unredacted version of Plaintiff's Exhibit 25 – Gamboa Deposition Transcript [Select Pages]
28. An Unredacted version of Plaintiff's Exhibit 26 – Moreno Deposition Transcript [Select Pages]
29. An Unredacted version of Plaintiff's Exhibit 27 – CDCR Memorandum "Parameters"

30. An Unredacted version of Plaintiff's Exhibit 28 – Osuna Interview Transcript
31. An Unredacted version of Plaintiff's Exhibit 29 – Burnes Depo Ex. A
32. An Unredacted version of Plaintiff's Exhibit 30 – Loza Deposition Transcript [Select Pages]
33. An Unredacted version of Plaintiff's Exhibit 31 – Cal. Code Regs. Tit. 15
34. An Unredacted version of Plaintiff's Exhibit 32 – Gallemore Deposition Transcript [Select Pages]
35. An Unredacted version of Plaintiff's Exhibit 33 – Silva Deposition Vol I. Transcript [Select Pages]
36. An Unredacted version of Plaintiff's Exhibit 34 – Garcia Deposition Transcript [Select Pages]
37. An Unredacted version of Plaintiff's Exhibit 35 – Pena Deposition Transcript [Select Pages]
38. An Unredacted version of Plaintiff's Exhibit 36 – Maytubby Deposition Vol. II. Transcript [Select Pages]
39. An Unredacted version of Plaintiff's Exhibit 37 – Aronsen Memo
40. An Unredacted version of Plaintiff's Exhibit 38 – Internal Affairs Investigation Report
41. An Unredacted version of Plaintiff's Exhibit 39 – Printout for Cell 46
42. An Unredacted version of Plaintiff's Exhibit 40 – IA Investigation Photos
43. An Unredacted version of Plaintiff's Exhibit 41 – CDCR Incident Report
44. An Unredacted version of Plaintiff's Exhibit 42 – CDCR Memorandum 4/16/19
45. An Unredacted version of Plaintiff's Exhibit 43 – Coroner's Report
46. An Unredacted version of Plaintiff's Exhibit 44 – POST Order
47. An Unredacted version of Plaintiff's Exhibit 45 – Omalu Report
48. An Unredacted version of Plaintiff's Exhibit 46 – Dr. Carpenter, May 8, 2026 Report
49. An Unredacted version of Plaintiff's Exhibit 47 – Carpenter Deposition Transcript [Select Pages]
50. An Unredacted version of Plaintiff's Exhibit 48 – February 26, 2020, Memorandum
51. An Unredacted version of Plaintiff's Exhibit 49 – Notice of Adverse Action
52. An Unredacted version of Plaintiff's Exhibit 50 – April 15, 2020 Memorandum Skelly (Pena)
53. An Unredacted version of Plaintiff's Exhibit 51 – Decision Approving Single Cell

54. An Unredacted version of Plaintiff's Exhibit 52 – Letter to Pena re Internal Affairs Investigation
55. An Unredacted version of Plaintiff's Exhibit 53 – Double Cell Housing Policy
56. An Unredacted version of Plaintiff's Exhibit 54 – Inmate Housing Assignment Considerations
57. An Unredacted version of Plaintiff's Exhibit 55 – Clarification of Staff Responsibilities Relative Double Celling (DEF 19-20)
58. An Unredacted version of Plaintiff's Exhibit 56 – Kern County Sheriff's Office Compact
59. An Unredacted version of Plaintiff's Exhibit 57 - Tristan Memos
60. An Unredacted (except as redacted by Defendants pursuant to Court order) version of Plaintiff's Exhibit 58 - Santoro Memo
61. An Unredacted version of Plaintiff's Exhibit 59 – Post Order
62. An Unredacted version of Plaintiff's Exhibit 60 – Post Order
63. An Unredacted version of Plaintiff's Exhibit 61 – Allison Memoranda
64. An Unredacted version of Plaintiff's Exhibit 62 – Probation Report
65. An Unredacted version of Plaintiff's Exhibit 63 – Osuna Archive Review.

Dated: October 2, 2026

Lee H. Rosenthal

Lee H. Rosenthal
Senior United States District Judge