IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DORA SOLARES,**<br>Plaintiff,<br>**v.**<br>**RALPH DIAZ, et al.,**<br>Defendants. | Case No. 1:20-CV-00323-LHR-FRS (PC)<br>**ORDER** |

Having reviewed Defendants' Request to Seal Documents, and the documents submitted therewith, and good cause appearing, Defendants' Request to Seal Documents is GRANTED.

The Clerk of Court is directed to file under seal the following documents submitted by email by Defendants with their request:

(1) Defendants' Reply in Support of their motion for summary judgment (unredacted);

Dated: October 2, 2026

Lee H. Rosenthal

The Honorable Lee H. Rosenthal