UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DORA SOLARES, an individual,

Plaintiff,

v.

RALPH DIAZ, in his individual capacity, KENNETH CLARK, in his individual capacity, JOSEPH BURNS, in his individual, and DOES 1 TO 15, in their individual capacities

Defendants.

Case No. 1:20-cv-00323-LHR

**ORDER**

Having reviewed Plaintiff's Request to Seal Documents, and the documents submitted therewith, and with good cause appearing, Plaintiff's Request to Seal Documents as to Plaintiff's Opposition to Defendants Motion to Strike is GRANTED.

The Clerk of Court is directed to file under seal the following documents submitted by email by Plaintiff with her request:

1. An Unredacted version of a Signed Declaration of Erin Parker, dated August 17, 2026.
2. An Unredacted version of an unsigned Declaration of Erin Parker.

Dated: October 2, 2026

Lee H. Rosenthal
Senior United States District Judge