**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | | |
|---|---|---|
| DORA SOLARES, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:20-323-LHR |
| | § | |
| RALPH DIAZ, *et al.*, | § | |
| | § | |
| Defendants. | § | |

---

## NOTICE OF RESETTING

The parties are advised that the docket call before United States District Judge Lee H. Rosenthal is reset for **Friday, January 15, 2027, at 3:00 p.m., Central Time.** The hearing will be held by Zoom. Counsel can find the court's Zoom link on Judge Rosenthal's home page, in the contacts section. The joint pretrial order is due by **Friday, January 8, 2027**.

October 9, 2026

**Nathan Ochsner, Clerk**

Glenda Hassan
Case Manager to
Senior District Judge Lee H. Rosenthal